**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ATP Oil & Gas Corporation, | § | |
| | § | |
| Debtor. | § | Case No.: 12-_____ |

## DEBTOR'S LIST OF 30 LARGEST UNSECURED CREDITORS

      The following is a list of creditors holding the thirty (30) largest unsecured claims against ATP Oil & Gas Corporation ("**ATP**" or the "**Debtor**"). The list has been prepared from the unaudited books and records of the Debtor and reflects amounts from such records as of August 16, 2012. The list is prepared in accordance with FED. R. BANKR. P. 1007(d) for filing in this Chapter 11 case. The list does not include (1) "insiders", as defined in 11 U.S.C. § 101(31), or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency portion of the creditor's claim places the creditor among the holders of the 30 largest unsecured claims against the Debtor. The information provided in this list shall not be binding upon the Debtor and shall not constitute the Debtor's admission of liability. Each of the claims listed herein is subject to additional and customary offsets, rebates, discounts, reconciliations or credits, as appropriate.

| ITEM | NAME, TELEPHONE & FAX NUMBER & COMPLETE MAILING ADDRESS INCLUDING ZIP CODE OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (IF SECURED, ALSO STATE VALUE OF SECURITY) |
|---|---|---|---|---|
| 1. | Bluewater Industries, LP<br>5300 Memorial Drive, Suite 550<br>Houston, TX 77007 | Trade Debt | | [1]$53,813,614 |
| 2. | Nabors Offshore Corporation<br>P.O. Box 973531<br>Dallas, TX 75397 | Trade Debt | | $15,425,820 |
| 3. | Schlumberger Technology Corporation<br>P.O. Box 201193<br>Houston, TX 77216-1193 | Trade Debt | | $11,993,843 |
| 4. | Greystar Corporation  Dept. 132<br>P.O. Box 4346<br>Houston, TX 77210-4346 | Trade Debt | | $4,883,568 |
| 5. | Seacor Marine, Inc.<br>P.O. Box 8500-6315<br>Philadelphia, PA 19178-6315 | Trade Debt | | $4,584,169 |

---

[1] The Debtor, as requested by Diane Livingstone, Assistant United States Trustee for the Southern District of Texas, has affixed an astrics by entities that may assert materialmans and mechanics liens on property of the Debtor's estate in accordance with Tx Prop. Code

701292631

| ITEM | NAME, TELEPHONE & FAX NUMBER & COMPLETE MAILING ADDRESS INCLUDING ZIP CODE OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (IF SECURED, ALSO STATE VALUE OF SECURITY) |
|---|---|---|---|---|
| 6. | Hornbeck Offshore Services, LLC<br>P.O. Box 54863<br>New Orleans, LA 70154-4863 | Trade Debt | | $3,792,224 |
| 7. | Harvey Gulf International Marine, Inc.<br>701 Poydras St. Ste 3700<br>New Orleans, LA 70139 | Trade Debt | | $2,885,134 |
| 8. | Bison Capital Corporation<br>Attn: Jeffrey W. Gutchess, Esq.<br>111 Brickell Avenue;<br>Miami, FL 33139 | Lawsuit Judgment | | $2,766,527 |
| 9. | Bristow U.S. LLC<br>Dept 890149<br>P.O. Box 120149<br>Dallas, TX 75312-0149 | Trade Debt | | $2,742,359 |
| 10. | M-I Swaco, LLC<br>P.O. Box 200132<br>Dallas, TX 75320-0132 | Trade Debt | | $2,659,471 |
| 11. | Era Helicopters LLC<br>Lock Box #3156<br>P.O. Box 8500-3156<br>Philadelphia, PA 19178-3156 | Trade Debt | | $1,740,621 |
| 12. | Seamar Divers, Inc.<br>P.O. Box 740976<br>Houston, TX 77274 | Trade Debt | | $1,701,430 |
| 13. | C-Port/Stone LLC<br>Dept. 211<br>P.O. Box 4869<br>Houston, TX 77210-4869 | Trade Debt | | $1,469,053 |
| 14. | Omega Natchiq<br>P.O. Box 203320<br>Dallas, TX 75320-3320 | Trade Debt | | $1,270,235 |
| 15. | Warrior Energy Services Corp.<br>Dept. 2114<br>P.O. Box 122114<br>Dallas, TX 75312-2114 | Trade Debt | | $1,255,717 |
| 16. | Dril-Quip, Inc.<br>P.O. Box 973669<br>Dallas, TX 75397-3669 | Trade Debt | | $1,170,422 |
| 17. | Apache Corporation<br>P. O. Box 840094<br>Dallas, TX 75284-0094 | Contract | | $1,118,927 |
| 18. | Oceaneering International, Inc.<br>C/O Citibank, N.A.<br>P.O. Box 7247-8051 | Trade Debt | | $1,065,711 |

701292631

| ITEM | NAME, TELEPHONE & FAX NUMBER & COMPLETE MAILING ADDRESS INCLUDING ZIP CODE OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (IF SECURED, ALSO STATE VALUE OF SECURITY) |
|---|---|---|---|---|
| | Philadelphia, PA 19170-8051 | | | |
| 19. | Smith International, Inc.<br>P.O. Box 200760<br>Dallas, TX 75320-0760 | Trade Debt | | $1,012,059 |
| 20. | Frank's Casing Crew<br>P.O. Box 51729<br>Lafayette, LA 70505-1729 | Trade Debt | | $1,007,852 |
| 21. | Offshore Energy Services Inc.<br>P.O. Box 53508<br>Lafayette, LA 70505 | Trade Debt | | $949,898 |
| 22. | Quail Tools, L.L.P.<br>P.O. Box 10739<br>New Iberia, LA 70562-0739 | Trade Debt | | $940,672 |
| 23. | Martin Energy Services LLC<br>Dept. 30616<br>P.O. Box 11407<br>Birmingham, AL 35246-3061 | Trade Debt | | $925,823 |
| 24. | PricewaterhouseCoopers LLP<br>P.O. Box 952282<br>Dallas, TX 75395-2282 | Trade Debt | | $900,277 |
| 25. | Supreme Service & Specialty Co., Inc.<br>204 Industrial Ave. C<br>Houma, LA 70363 | Trade Debt | | $886,434 |
| 26. | Patton Boggs LLP<br>Attn: Mr. Robert P. Thibault<br>1801 California Street Suite 4900<br>Denver, CO 80202 | Trade Debt | | $831,100 |
| 27. | Superior Energy Services, L.L.C.<br>Dept 2203<br>P.O. Box 122203<br>Dallas, TX 75312-2203 | Trade Debt | | $819,895 |
| 28. | Gulf Coast Chemical, LLC<br>220 Jacqulyn Street<br>Abbeville, LA 70510 | Trade Debt | | $784,690 |
| 29. | Burnham<br>c/o Edward Kovalik (KLR Group)<br>510 Madison 10th Floor<br>New York, NY 10022 | Contract | | $700,000 |
| 30. | Champion Technologies<br>P.O. Box 2243<br>Houston, TX 77252-2243 | Trade Debt | | $697,277 |

701292631

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ATP Oil & Gas Corporation, | § | |
| | § | |
| Debtor. | § | Case No.: 12-_____ |

## DECLARATION CONCERNING THE LIST OF
## 30 LARGEST UNSECURED CREDITORS

I, Albert L. Reese, Jr., Chief Financial Officer of ATP Oil & Gas Corporation, declare under penalty of perjury that I have read the foregoing "List of 30 Largest Unsecured Creditors" and that it is true and correct to the best of my information and belief.

DATED: August 17, 2012

ATP OIL & GAS CORPORATION

By: _____
Name: Albert L. Reese, Jr.
Title: Chief Financial Officer

701292631