**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | Case No.: 12-36187 |
| ATP OIL & GAS CORPORATION, | § | |
| | § | Chapter 11 |
| Debtor. | § | |

<u>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**</u>

**PLEASE TAKE NOTICE THAT** John P. Melko and Clinton R. Snow of Gardere Wynne Sewell LLP file this Notice of Appearance on behalf of Guggenheim Energy Opportunities Fund, L.P. ("Guggenheim") and, pursuant to 11 U.S.C. § 1109(b) and Rule 2002 of the Federal Rules of Bankruptcy Procedure, respectfully request that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon the undersigned at the office address, facsimile and electronic mail address listed as follows:

John P. Melko
Clinton R. Snow
GARDERE WYNNE SEWELL LLP
1000 Louisiana, Ste. 3400
Houston, Texas 77002
E-mail:  jmelko@gardere.com
E-mail: csnow@gardere.com
Facsimile: (713) 276-6727

Pursuant to 11 U.S.C. § 1109(b), the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or other request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.  Further, Guggenheim requests that it be provided with a copy of any disclosure statement to be submitted prior to its approval and any and all plans of reorganization.

This Notice of Appearance and Request for Notices shall not be deemed or construed to be a waiver of the rights of Guggenheim (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) or any other rights, claims, actions, setoffs, or recoupments to which Guggenheim is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Guggenheim additionally requests that the Debtors and the Clerk of this Court place the foregoing names and addresses on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

Dated: September 18, 2012    Respectfully submitted,

GARDERE WYNNE SEWELL LLP


_____*/s/ John P. Melko*_____
John P. Melko
jmelko@gardere.com
Texas State Bar No. 13919600
Clinton R. Snow
csnow@gardere.com
Texas State Bar No. 24060629
1000 Louisiana, Suite 3400
Houston, TX  77002
Telephone:  (713) 276-5500
Facsimile:  (713) 276-5555

ATTORNEYS FOR GUGGENHEIM ENERGY
OPPORTUNITIES FUND, L.P.

HOUSTON 1159699v.1