IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOUSTON SPORTS REGIONAL NETWORK, L.P. | § § | CASE NO. 13-35998 |
| | § | CHAPTER 11 |
| DEBTOR | § | |

**LIMITED OBJECTION TO DEBTOR'S DISCLOSURE STATEMENT**
[This Pleading Relates to Dkt. Nos. 472 and 499]

McLane Champions, LLC and R. Drayton McLane, Jr. (collectively, "McLane Parties"), creditors and parties in interest of Debtor Houston Sports Regional Network, L.P., file this Limited Objection to the Debtor's Disclosure Statement, and in support, respectfully state as follows:

1. The Disclosure Statement as filed by the Debtor on August 6, 2014 contains significant disclosure issues and lacks the "adequate information" required by Bankruptcy Code Section 1125 and Bankruptcy Rules 2002 and 3017.

2. Section 1125(a)(1) of the Bankruptcy Code defines "adequate information" as "information of a kind, and in sufficient detail, as far as is reasonably practicable…that would enable…a hypothetical investor of the relevant class to make an informed judgment about the plan." 11 U.S.C. § 1125(a)(1).

3. The Disclosure Statement filed by the Debtor does not contain "adequate information, as it is inadequate, inaccurate, and/or misleading.

4. Specifically, the Disclosure Statement is inadequate in that it fails to disclose the legal basis for the proposed subordination of the claims of the McLane Parties.

11059541v.1

5. The Disclosure Statement as filed also fails to disclose how much the McLane Parties will receive under the proposed chapter 11 plan.

6. As the Disclosure Statement currently reads, it is not possible for the McLane Parties to make a fully informed decision on whether it should vote to accept the proposed chapter 11 plan.

7. For the reasons stated above, (i) the Disclosure Statement fails to contain adequate information as required by 11 U.S.C. § 1125. The McLane Parties pray that their limited objection be sustained, that approval of the Debtor's Disclosure be denied, that the Motion for Approval of the Disclosure Statement be denied, and for such other and further relief as they may be justly entitled.

DATED: August 28, 2014.

Respectfully submitted,

**FISHER, BOYD, JOHNSON, & HUGUENARD, L.L.P.**

By: /s/ Wayne Fisher
Wayne Fisher
State Bar No. 00000056
Federal I.D. 1875
Email: wfisher@fisherboyd.com
Bernard G. Johnson, III
State Bar No. 00796832
Federal I.D. 22733
Email: bj@fisherboyd.com
2777 Allen Parkway, 14th Floor
Houston, Texas 77019
(713) 400-4000 (Telephone)
(713) 400-4050 (Facsimile)

**ATTORNEYS FOR R. DRAYTON McLANE, JR.**

JACKSON WALKER L.L.P.

By: /s/ Charles L. Babcock
Charles L. Babcock
State Bar No. 17469425
Matthew D. Cavenaugh
State Bar No. 24062656
Email: mcavenaugh@jw.com
1401 McKinney Street, Suite 1900
Houston, Texas 77010
(713) 752-4200 (Telephone)
(713) 308-4184 (Facsimile)

-and-

BECK REDDEN, L.L.P.

By: /s/ Murray Fogler
David J. Beck
State Bar No. 0000070
Murray Fogler
State Bar No. 07207300
Email: mfogler@beckredden.com
BECK REDDEN, L.L.P.
1221 McKinney Street, Suite 4500
Houston, Texas 77010
(713) 951-6235 (Telephone)
(713) 308-43720 (Facsimile)

**ATTORNEYS FOR McLANE CHAMPIONS, LLC AND R. DRAYTON MCLANE**

11059541v.1

## Certificate of Service

I hereby certify and verify that on July 8, 2014 the forgoing instrument was served via CM/ECF to all parties registered to receive electronic notice and via first class mail to the following:

**Bois Schiller & Flexner LLP**
Richard B. Drubel
Jonathan R. Voegele
Colleen A. Harrison
26 South Main Street
Hanover, NH 03755
P: 603-643-9090
F: 603.643.9010
E: rdrubel@bsfllp.com
E: jvoegele@bsfllp.com
E: charrison@bsfllp.com

**Counsel for Houston Baseball Partners LLC**

**Bois Schiller & Flexner LLP**
Scott E. Gant
5301 Wisconsin Ave., NW
Washington, DC 20015
P: 202.237.2727
F: 202.237.6131
E: sgant@bsfllp.com

**Counsel for Houston Baseball Partners LLC**

**Vinson & Elkins LLP**
Casey Doherty, Jr.
Harry A. Perrin
Duston K. McFaul
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760
E-mail: hperrin@velaw.com
dmcfaul@velaw.com

**Counsel for Houston Baseball Partners LLC**

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Howard M. Shapiro
Craig Goldblatt
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
(202) 663-6000

**Counsel for Comcast**

**DLA PIPER LLP (US)**
Vincent P. Slusher
Andrew Zollinger
1717 Main Street, Suite 4600
Dallas, Texas 75201-4629
(214) 743-4500

**Counsel for Comcast**

**DAVIS POLK &WARDWELL LLP**
Arthur J. Burke
Timothy Graulich
Dana M. Seshens
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

**Counsel for Comcast**

By: /s/ *[signature]*

11059541v.1