IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-35998 |
| | § | |
| HOUSTON REGIONAL SPORTS | § | |
| NETWORK, L.P. | § | |
| | § | Chapter 11 |
| Debtor. | § | |

**AFFIDAVIT OF SERVICE
OF BALLOTS AND SOLICITATION PACKAGES**

STATE OF TEXAS        :
                      :
COUNTY OF HARRIS   :

LUIS SALAZAR, being duly sworn, deposes and says:

1. I am employed as Operations Manager by Equivalent Data ("EQD") located at 1001 McKinney Street, Suite 950, Houston, Texas 77002. I am over the age of eighteen years and am not a party to the above-captioned chapter 11 case.

2. On September 8, 2014, I caused to be served the following:

   **A. Pleadings served on all parties on the attached Exhibit A:**

   1. Order (A) Approving the Disclosure Statement, (B) Scheduling a Hearing to Consider Confirmation of the Plan, (C) Establishing Voting, Objection and Other Confirmation Related Deadlines, and (D) Approving Forms of Ballots and Solicitation Procedures (the "Disclosure Statement Order") [Docket 526];

   2. Second Amended Disclosure Statement Relating to the Amended Chapter 11 Plan Dated September 4, 2014 in Respect of Houston Regional Sports Network, L.P. (the "Disclosure Statement") [Docket No. 529] with all exhibits;

   3. Amended Chapter 11 Plan of Reorganization dated September 4, 2014 in Respect of Houston Regional Sports Network, L.P. (the "Plan") [Docket No. 528] with all exhibits;

   4. Notice of (1) Establishment of Voting Record Date of September 4, 2014 Pursuant to Rules 3017(d) and 3018(a) of the Federal Rules Of Bankruptcy Procedure; (2) Hearing Date to Consider Confirmation of the

        Plan; (3) Deadline for Filing Objections to the Plan; and (4) Deadline for Submitting Ballots to Accept or Reject the Plan (the "<u>Notice of Confirmation Hearing</u>") [Docket No. 535];

5.     One or more ballots in substantially the form attached as Exhibit B to the Disclosure Statement Order; and

6.     A business-sized envelope addressed to the Balloting Agent for use by the claimant to return an executed ballot

**B. Pleadings served on all parties on the attached Exhibit B:**

1.     The Disclosure Statement Order;

2.     The Disclosure Statement;

3.     The Plan; and

4.     The Notice of Confirmation Hearing

by causing true and correct copies to be enclosed securely in separate postage prepaid envelopes and delivered via first class mail to those parties listed on the attached Exhibits A and B.

                                                            LUIS SALAZAR

Sworn to before me this 10th day of September, 2014

_Sheena C. Moore_
Notary Public

Sept 10, 2014

SHEENA C. MOORE
Notary Public, State of Texas
My Commission Expires
June 14, 2016