## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **In re** | § | **Chapter 11** |
| | § | |
| **HOUSTON REGIONAL SPORTS NETWORK, L.P.** | § | **Case No. 13-35998** |
| | § | |
| **Debtor.** | § | |

### NOTICE OF FILING OF REPORT OF VOTING ON AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED SEPTEMBER 4, 2014 IN RESPECT OF HOUSTON REGIONAL SPORTS NETWORK, L.P.

Houston Regional Sports Network, L.P. (the "Debtor") hereby files their Ballot Tabulation, attached hereto as Exhibit A (the "Ballot Tabulation"), setting forth the compilation of valid ballots submitted on the Amended Chapter 11 Plan of Reorganization Dated September 4, 2014 In Respect of Houston Regional Sports Network, L.P. (as further amended and/or modified, the "Plan").[1]

**PLEASE TAKE NOTICE** that the Ballot Tabulation demonstrates that: Class 1 – Priority Claims, Class 4 – Trade Claims, Class 6 – Subordinated Claims and Class 7 – Limited Partnership Interests have voted to accept the Plan. Class 5 – Unsecured Claims has voted to accept the Plan in number. The amount, for voting purposes, of the Class 5 – Unsecured Claims of the Astros Entities, Rockets Entities, and Comcast Entities is subject to determination by the Court as provided for in paragraphs 12-13 of the Order (A) Approving the Disclosure Statement, (B) Scheduling a Hearing to Consider Confirmation of the Plan, (C) Establishing Voting, Objection and Other Confirmation Related Deadlines, and (D) Approving Forms of Ballots and Solicitation Procedures (the "Disclosure Statement Order") (Doc. No. 526). Class 2 – Comcast Lender Secured Claim has voted to reject the Plan. The ballots have been counted in accordance

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

H-1037069_1

with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Disclosure Statement Order.


Dated: September 30, 2014

Respectfully submitted,

**HAYNES AND BOONE, LLP**

*/s/ Charles A. Beckham, Jr.*
Charles A. Beckham, Jr.
Texas Bar No. 02016600
Henry Flores
Texas Bar No. 00784062
Christopher L. Castillo
Texas Bar No. 24065022
1221 McKinney Street, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2000
Fax: (713) 547-2600
Email: charles.beckham@haynesboone.com
Email: henry.flores@haynesboone.com
Email: christopher.castillo@haynesboone.com

**Counsel to Debtor and Debtor in Possession**