INVOICE

INSURANCE NO.

210288

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

Page 1 of 1

| DATE | NUMBER |
|---|---|
| 5/09/2013 | 130220 |

DATE SHIPPED   ASSOCIATED HOUSEN

5/04/2013   B/L# 194522

ATTN: Accounts Payable

Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

Atp Oil & Gas-M/P 261 CANYON STATION
ATP M/P 261 (OCSG 22094)
M/P 261
Fourchon, LA -
CANYON STATION

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| | | 0.6000 | GCC TRUCK | S | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | NET PRICE | AMOUNT |
|---|---|---|---|---|---|
| 38270 | 1 G BULK | METHANOL | 38270 | 1.9000 | 72,713.00 |

Merchandise Total   72,713.00



TOTAL   72,713.00

REMIT TO:

Gulf Coast Chemical, LLC
PO Box 62800
Department 1443
New Orleans, LA 70162-2600

REV. 12/08



PLEASE PAY
THIS AMOUNT

194522
180720

© Copyright 1983 J. J. KELLER & ASSOCIATES, INC., Neenah, WI • USA • (800) 327-0000

**FRAIGHT BILL OF LADING – SHORT FORM – Original – Not Negotiable**

GULF COAST CHEMICAL, INC.
FOURCHON, LA

Shipper's No. _____ F _____ 1971

SCAC. _____   Carrier's No. _____

(Carrier) _____
Received, subject to the classifications and tariffs in effect on the date of this Bill of Lading.

at Port Fourchon, LA    date 29 May 2013   from Gulf Coast / Martin - South

TO: (Mail or street address of consignee for purposes of notification only.)

Consignee A.T.P. Oil & Gas

Street

Destination M.P. - 261    Zip

Route:

Delivering Carrier M/v Mercelle Bordelon

FROM:

Shipper GULF COAST CHEMICAL, INC.

Street

Origin FOURCHON, LA    Zip

Trailer Initial/Number    U.S. DOT Hazmat Reg. Number

| HM | Description of articles, special marks and exceptions | Hazard Class | ID Number | Packing Group | Weight | Class or Rate | Labels required | Check column |
|---|---|---|---|---|---|---|---|---|
| X | RQ METHYL ALCOHOL | 3 | 1230 | II | | | | |
| | METHANOL = 28,270 gal. | | | | | | | |

Remit C.O.D. to:
Address:
City: _____ State: _____ Zip: _____

COD   AMT: _____
$ _____
Charges Advanced
$ _____

C.O.D. FEE:
Prepaid ☐
Collect ☐ $

FREIGHT CHAR
☐ Prepaid ☐ C

PLACARDS REQUIRED   PLACARDS SUPPLIED   ☐ YES ☐ NO - FURNISHED BY C
DRIVER'S SIGNATURE:

SPECIAL INSTRUCTIONS:
SHIPPER Gulf Coast / Martin - South    CARRIER Mercelle Bordelon



INVOICE

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

CUSTOMER NO.

210269

Page 1 of 1

| DATE | NUMBER |
|------|--------|
| 6/20/2013 | 180796 |
| DATE SHIPPED | ASSOCIATED NUMBER |
| 5/15/2013 | B/L# 195111 |

ATTN: Accounts Payable

S
O
L
D
Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

S
H
I
P
Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| | | 0.0000 | GCC TRUCK | S | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 1 E RENT | SKID TANK RENTAL | 1 | 3.142 9000 | 3,142.90 |

Merchandise Total                3,142.90

Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA 70162-2600

REV.12/09

| TOTAL | 3,142.90 |
|-------|----------|

PLEASE PAY
THIS AMOUNT

195111
180796
1 of 5

# Gulf Coast Chemical, Inc.

## Tank Audit

06/15/13

### Atp Oil & Gas Corporation

210289

**Atp Oil & Gas-E/C 299**
210608

|       | Date |  |  |  |  |  |  |  |  |
|-------|---------|----------|----------|---------|----------|-------------|--------|------------|--------|
| Tank# | Shipped | Returned | Location | Product | Days Out | Days Billed | Slings? | Rental/Day | Total |
| 121141 | 1/9/2013 | 6/13/2013 | See Above | EG | 156 | 29 | NO | $2.50 | $72.50 |
| 43530-47 | 4/5/2013 | 6/13/2013 | See Above | TEG | 70 | 29 | YES | $3.30 | $95.70 |

Location Number of Tanks at End of Month: 0      58      Location Total:    $168.20

**ATP Oil & Gas-G/B 142**
371819

|       | Date |  |  |  |  |  |  |  |  |
|-------|---------|----------|----------|---------|----------|-------------|--------|------------|--------|
| Tank# | Shipped | Returned | Location | Product | Days Out | Days Billed | Slings? | Rental/Day | Total |
| 168963 | 6/2/2011 |  | See Above | EG-50 | 745 | 31 | YES | $3.30 | $102.30 |
| 175651 | 11/1/2011 |  | See Above | EG-50 | 593 | 31 | YES | $3.30 | $102.30 |

Location Number of Tanks at End of Month: 2      62      Location Total:    $204.60

**Atp Oil & Gas-H/I 589**
350373

|       | Date |  |  |  |  |  |  |  |  |
|-------|---------|----------|----------|---------|----------|-------------|--------|------------|--------|
| Tank# | Shipped | Returned | Location | Product | Days Out | Days Billed | Slings? | Rental/Day | Total |
| 103462-2 | 3/29/2012 |  | See Above | GULFCO 600 40 | 444 | 31 | NO | $2.50 | $77.50 |
| 114895 | 5/7/2012 |  | See Above | METHANOL | 405 | 31 | NO | $2.50 | $77.50 |
| 3014794 | 4/1/2013 |  | See Above | GEO 1740 | 76 | 31 | YES | $3.30 | $102.30 |
| 44057-27 | 9/21/2012 |  | See Above | EG-50 | 268 | 31 | NO | $2.50 | $77.50 |

Location Number of Tanks at End of Month: 4      124      Location Total:    $334.80

## Gulf Coast Chemical, Inc.

## Tank Audit

06/15/13

Atp Oil & Gas-M/C 711 INNOVATOR
347888

2 of 5

| Tank# | Shipped | Returned | Location | Product | Days Out | Days Billed | Slings? | Rental/Day | Total |
|-------|---------|----------|----------|---------|----------|-------------|---------|------------|-------|
| 0704771273 | 5/9/2013 | | See Above | METHANOL | 38 | 8 | YES | $0.80 | $6.40 |
| 103524-25 | 4/10/2013 | | See Above | METHANOL | 67 | 31 | YES | $0.80 | $24.80 |
| 11690-48 | 4/10/2013 | | See Above | METHANOL | 67 | 31 | YES | $0.80 | $24.80 |
| 175473 | 5/9/2013 | | See Above | METHANOL | 38 | 8 | YES | $0.80 | $6.40 |
| 175525 | 10/12/2011 | | See Above | LD-5 | 613 | 31 | YES | $3.30 | $102.30 |
| 177927 | 4/26/2013 | | See Above | METHANOL | 51 | 21 | YES | $0.80 | $16.80 |
| 181064 | 4/26/2013 | | See Above | METHANOL | 51 | 21 | YES | $0.80 | $16.80 |
| 3003866 | 5/3/2013 | | See Above | METHANOL | 44 | 14 | YES | $0.80 | $11.20 |
| 3002293 | 5/9/2013 | | See Above | METHANOL | 38 | 8 | YES | $0.80 | $6.40 |
| 3003800 | 4/4/2013 | | See Above | PACEMAKER 10 | 73 | 31 | YES | $3.30 | $102.30 |
| 3003822 | 5/3/2013 | | See Above | METHANOL | 44 | 14 | YES | $0.80 | $11.20 |
| 3007938 | 4/26/2013 | | See Above | METHANOL | 51 | 21 | YES | $0.80 | $16.80 |
| 3013389 | 4/26/2013 | | See Above | METHANOL | 51 | 21 | YES | $0.80 | $16.80 |
| 3013834 | 4/26/2013 | | See Above | METHANOL | 51 | 21 | YES | $0.80 | $16.80 |
| 3014830 | 4/26/2013 | | See Above | METHANOL | 51 | 21 | YES | $0.80 | $16.80 |
| 3014813 | 4/26/2013 | | See Above | METHANOL | 51 | 21 | YES | $0.80 | $16.80 |
| 3016332 | 5/3/2013 | | See Above | METHANOL | 44 | 14 | YES | $0.80 | $11.20 |
| 3018168 | 5/9/2013 | | See Above | METHANOL | 38 | 8 | YES | $0.80 | $6.40 |
| 3018626 | 5/9/2013 | | See Above | METHANOL | 38 | 8 | YES | $0.80 | $6.40 |
| 3020472 | 4/3/2013 | | See Above | TEG | 74 | 31 | YES | $3.30 | $102.30 |
| 3020335 | 5/9/2013 | | See Above | METHANOL | 38 | 8 | YES | $0.80 | $6.40 |
| 3020949 | 4/26/2013 | | See Above | METHANOL | 51 | 21 | YES | $0.80 | $16.80 |
| 3020954 | 4/10/2013 | | See Above | METHANOL | 67 | 31 | YES | $0.80 | $24.80 |
| 33099-12 | 5/30/2013 | | See Above | C-600 15W40 CJ | 20 | 0 | yes | $3.30 | $0.00 |
| 34817-14 | 5/3/2013 | | See Above | METHANOL | 44 | 14 | YES | $0.80 | $11.20 |
| 40654-35 | 10/12/2011 | | See Above | DI WATER | 613 | 31 | YES | $3.30 | $102.30 |
| 41662-37 | 4/10/2013 | | See Above | METHANOL | 70 | 31 | YES | $0.80 | $24.80 |
| 41940-50 | 5/9/2013 | | See Above | METHANOL | 38 | 8 | YES | $0.80 | $6.40 |
| 44004-15 | 4/26/2013 | | See Above | METHANOL | 51 | 21 | YES | $0.80 | $16.80 |
| 47649-22 | 5/3/2013 | | See Above | METHANOL | 44 | 14 | YES | $0.80 | $11.20 |
| 47929-14 | 5/3/2013 | | See Above | METHANOL | 44 | 14 | YES | $0.80 | $11.20 |
| 48019-5 | 6/30/2012 | | See Above | VARSOL | 351 | 31 | YES | $3.30 | $102.30 |
| 48517-27 | 4/10/2013 | | See Above | METHANOL | 67 | 31 | YES | $0.80 | $24.80 |
| 48517-3 | 5/3/2013 | | See Above | METHANOL | 44 | 14 | YES | $0.80 | $11.20 |
| 50390-17 | 4/10/2013 | | See Above | METHANOL | 67 | 31 | YES | $0.80 | $24.80 |

# Gulf Coast Chemical, Inc.

## Tank Audit

**06/15/13**

3 of 5

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 51000BM108 | 2/23/2010 | See Above | METHANOL | 1209 | 31 | NO | $0.00 | $0.00 |
| 51295-5 | 5/3/2013 | See Above | METHANOL | 44 | 14 | YES | $0.80 | $11.20 |
| 51302-26 | 5/9/2013 | See Above | METHANOL | 38 | 8 | YES | $0.80 | $6.40 |
| 52046-4 | 4/10/2013 | See Above | METHANOL | 67 | 31 | YES | $0.80 | $24.80 |

Location Number of Tanks at End of Month: 39      768      Location Total:    $977.10

## Gulf Coast Chemical, Inc.

### Tank Audit

06/15/13

Atp Oil & Gas-M/C 941 TITAN
371642

4 of 5

| Tank# | Shipped | Returned | Location | Product | Days Out | Days Billed | Slings? | Rental/Day | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | Date | | | | | | | |
| 0701770152 | 9/14/2011 | | See Above | 15W40 CI-4 | 641 | 31 | YES | $3.30 | $102.30 |
| 0708710538 | 5/27/2011 | | See Above | T-46 | 751 | 37 | YES | $3.30 | $102.30 |
| 175616 | 4/9/2013 | 6/5/2013 | See Above | METHANOL | 58 | 21 | YES | $0.80 | $16.80 |
| 176831 | 5/29/2013 | | See Above | METHANOL | 18 | 0 | YES | $0.80 | $0.00 |
| 177899 | 4/19/2013 | | See Above | TEG | 58 | 28 | YES | $3.30 | $92.40 |
| 181681 | 6/5/2013 | | See Above | CITGO T-46 | 11 | 0 | YES | $3.30 | $0.00 |
| 186797 | 12/18/2012 | | See Above | VARSOL | 180 | 31 | YES | $3.30 | $102.30 |
| 3003388 | 5/29/2013 | | See Above | METHANOL | 18 | 0 | YES | $0.80 | $0.00 |
| 3006961 | 3/27/2013 | 5/29/2013 | See Above | TEG 50PLUS | 70 | 14 | YES | $3.30 | $46.20 |
| 3011397 | 4/19/2013 | 5/29/2013 | See Above | METHANOL | 41 | 11 | YES | $0.80 | $8.80 |
| 3013351 | 4/9/2013 | | See Above | METHANOL | 68 | 31 | YES | $0.80 | $24.80 |
| 3013371 | 4/25/2013 | | See Above | TEG | 52 | 22 | YES | $3.30 | $72.60 |
| 3013382 | 5/28/2013 | | See Above | TEG 50PLUS | 19 | 0 | YES | $3.30 | $0.00 |
| 3013709 | 4/19/2013 | | See Above | METHANOL | 58 | 28 | YES | $0.80 | $22.40 |
| 3013763 | 3/21/2013 | | See Above | METHANOL | 87 | 31 | YES | $0.80 | $24.80 |
| 3013888 | 4/9/2013 | | See Above | METHANOL | 68 | 31 | YES | $0.80 | $24.80 |
| 3014584 | 5/29/2013 | | See Above | METHANOL | 18 | 0 | YES | $0.80 | $0.00 |
| 3014843 | 5/29/2013 | | See Above | METHANOL | 18 | 0 | YES | $0.80 | $0.00 |
| 3014847 | 4/19/2013 | 5/29/2013 | See Above | METHANOL | 41 | 11 | YES | $0.80 | $8.80 |
| 3020465 | 4/19/2013 | 5/29/2013 | See Above | METHANOL | 41 | 11 | YES | $0.80 | $8.80 |
| 3020467 | 4/19/2013 | | See Above | METHANOL | 58 | 28 | YES | $0.80 | $22.40 |
| 34978-3 | 4/9/2013 | | See Above | METHANOL | 68 | 31 | YES | $0.80 | $24.80 |
| 43529-31 | 5/29/2013 | | See Above | METHANOL | 18 | 0 | YES | $0.80 | $0.00 |
| 44319-27 | 4/9/2013 | | See Above | METHANOL | 68 | 31 | YES | $0.80 | $24.80 |
| 44423-23 | 4/19/2013 | 5/29/2013 | See Above | METHANOL | 41 | 11 | YES | $0.80 | $8.80 |
| 45212 | 9/14/2011 | | See Above | CITGO T-88 | 641 | 31 | YES | $3.30 | $102.30 |
| 46519-13 | 4/9/2013 | | See Above | METHANOL | 68 | 31 | YES | $0.80 | $24.80 |
| 48122-19 | 4/9/2013 | | See Above | METHANOL | 68 | 31 | YES | $0.80 | $24.80 |
| 48276-18 | 8/5/2010 | | See Above | DI WATER | 1046 | 31 | YES | $3.30 | $102.30 |
| 49543-15 | 5/29/2013 | | See Above | METHANOL | 18 | 0 | YES | $0.80 | $0.00 |
| 50384-18 | 5/29/2013 | | See Above | METHANOL | 18 | 0 | YES | $0.80 | $0.00 |
| 50386-10 | 5/29/2013 | | See Above | METHANOL | 18 | 0 | YES | $0.80 | $0.00 |
| 70577607 | 6/10/2010 | | See Above | CITGO T-46 | 1102 | 31 | NO | $2.50 | $77.50 |

Location Number of Tanks at End of Month: 27

588   Location Total:   $1,070.60

## Gulf Coast Chemical, Inc.

### Tank Audit

08/15/13

5 0 f 5

**Atp Oil & Gas-S/S 322**
346140

| Tank# | Shipped | Returned | Location | Product | Days Out | Days Billed | Slings? | Rental/Day | Total |
|-------|---------|----------|----------|---------|----------|-------------|---------|------------|-------|
| | Date | | | | | | | | |
| 175413 | 1/3/2007 | | See Above | EG-50 | 2956 | 31 | NO | $2.50 | $77.50 |

Location Number of Tanks at End of Month: 1     31     Location Total:     $77.50

**Atp Oil & Gas-S/S 358**
345971

| Tank# | Shipped | Returned | Location | Product | Days Out | Days Billed | Slings? | Rental/Day | Total |
|-------|---------|----------|----------|---------|----------|-------------|---------|------------|-------|
| | Date | | | | | | | | |
| 48389-13 | 11/30/2007 | | See Above | METHANOL | 2025 | 31 | NO | $2.50 | $77.50 |

Location Number of Tanks at End of Month: 1     31     Location Total:     $77.50

**Atp Oil & Gas-W/C 101**
346273

| Tank# | Shipped | Returned | Location | Product | Days Out | Days Billed | Slings? | Rental/Day | Total |
|-------|---------|----------|----------|---------|----------|-------------|---------|------------|-------|
| | Date | | | | | | | | |
| 103-P7 | 4/1/2003 | | See Above | P-5006 | 3729 | 31 | NO | $0.00 | $0.00 |
| 103-P8 | 4/1/2003 | | See Above | P-5710 | 3729 | 31 | NO | $0.00 | $0.00 |

Location Number of Tanks at End of Month: 2     62     Location Total:     $0.00

**Atp Oil & Gas-W/C 432**
371376

| Tank# | Shipped | Returned | Location | Product | Days Out | Days Billed | Slings? | Rental/Day | Total |
|-------|---------|----------|----------|---------|----------|-------------|---------|------------|-------|
| | Date | | | | | | | | |
| 177648 | 7/3/2012 | 8/13/2013 | See Above | GEO 1740 | 346 | 29 | YES | $3.30 | $95.70 |
| 47403-10 | 4/27/2013 | 6/13/2013 | See Above | GEO 1740 | 48 | 18 | YES | $3.30 | $59.40 |
| 47947-3 | 4/11/2012 | | See Above | EG-50 | 431 | 31 | NO | $2.50 | $77.50 |

Location Number of Tanks at End of Month: 1     78     Location Total:     $232.60

Customer Number of Tanks at End of Month: 77     1,802     Customer Total:     $5,142.90 ✓

INVOICE

CUSTOMER NO.

210289

**Gulf Coast Chemical, LLC**
220 Jacquiyn St.
Abbeville, LA 70510
(337) 898-0213

DATE          NUMBER

5/31/2013      130285
DATE SHIPPED    ASSOCIATED
              NUMBER

Page 1 of 1

5/30/2013   B/L# 194064

ATTN: Accounts Payable

Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

Atp O&G
MC*711 (GCSG #14015)
C/O Martin Terminal North Dock, 120 17th Street
Fourchon, LA 70157
"GOMEZ PROJECT"

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| | | | GCC TRUCK | | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | NET PRICE | AMOUNT |
|---|---|---|---|---|---|
| 550 | 1 G BULK | CITGARD C-800 15W40 CJ-4 | 550 | 12.9000 | 7,095.00 |

|  |  |
|---|---|
| Merchandise Total | 7,095.00 |
| Delivery Fee | 10.00 |

Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA 70162-2600

TOTAL            7,105.00

PLEASE PAY
THIS AMOUNT



GULF COAST CHEMICAL, L.L.C.

ABBEVILLE WAREHOUSE
270 Industrial
Abbeville LA, 70510

Page 1 of 1

9/16/2013

184004

**Ship To:**
Atp O&G
MC#711 (OCSG #14016)
C/O Martin Terminal North Dock, 120 17th Street
Fourchon, LA 70157
"GOMEZ PROJECT"

**Sold To:**
Atp O&G
MC#711 (OCSG #14016)
C/O Martin Terminal North Dock, 120 17th Street
Fourchon, LA 70157
"GOMEZ PROJECT"

180225

| | | | | |
|---|---|---|---|---|
| 347556 | 3 | kinsman | GCC TRUCK | |
| | | 5/28/2013 | 07 | 0 |

| QUANTITY ORDERED | QUANTITY SHIPPED | PRODUCT NO | U | DESCRIPTION | UNIT WEIGHT | GROSS | NET |
|---|---|---|---|---|---|---|---|
| 550 | 550 | 1GBULK | | NOT REGULATED | 4031# | 4002# |
| | | _Liters | | CITGARD C-600 15W40 CJ-4 | | |

Tank No. 33099-12

Total Weight: 4032 # 4032 #

ORDERED BY R. BYRD
ATTN: MICHAEL PIERSON

DELIVER 5/28/13
REQ# 0743

TANKS REQUIRE SLINGS

DATE 5/30/13

FOR CHEMICAL EMERGENCY

CARRIER

PLACARDS OFFERED      PLACARDED
DRIVER PLEASE INITIAL   NAME OF PLACARD

COD      CCN9989
Amt. $

5/30/13

AGENT

PER

TOTAL NO. OF PACKAGES REC'D

BILL TO: ATP Gomez Project Miss. Canyon 711 4600 Post Oak Place Suite 200
Houston, TX 77027
Any Questions Call ph 713-422-8315 OR fax 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

SHIP TO: ATP Oil & Gas - INNOVATOR/ Barito Terminal 120 17th Street Port Fourchon, La 70357   Dispatcher Phone # 985-396-2101 Fax 985-396-2107

DATE: May 13, 2013

VEND: Gulf Coast Chemical, LLC
Karen Milliman Pmilliman@gulfcoinc.com

REQ. # A T P:   9743
APPROVED BY:   Bob Tuttle
REQUESTED BY:   T. Breland

| QTY | Description and Purpose | REF | PRICE EACH | TOTAL | REC. / INVOICE NO |
|-----|------------------------|-----|-----------|-------|-------------------|
| 1   550 ( 1 ) 550 Gal. Transporter of Chgo Oilgard C-801, 15W-40 CJ-4 | Oil for Caterpillar FID 399 Engines | TB | $12.90 | $7,095.00 | |
| | | | $10.00 | $10.00 | |
| | | | $0.00 | $0.00 | |
| | | | $0.00 | $0.00 | |
| | | | $0.00 | $0.00 | |
| 2 | | | $0.00 | $0.00 | |
| 1   Delivery Fee | | | $0.00 | $0.00 | |
| | | | $0.00 | $0.00 | |
| | | | $0.00 | $0.00 | |
| | | | $0.00 | $0.00 | |
| | | | $0.00 | $0.00 | |
| | | | $0.00 | $0.00 | |
| | | | $0.00 | $0.00 | |
| | | | Total: | $ 105.00 | |

Typed by: RB

REQ. # A T P:   9743

*Work covered by this requisition will be performed pursuant to the terms of the Master Service Agreement between ATP Oil & Gas corporation and the vendor**

*NOTE: Residual/billed due to price change from $11.83 to $12.90/gal*

*** PLEASE INCLUDE REQ # ON ALL INVOICES ***

ATP REP PRINT: Michael Pierson
ATP Signature: Michael Pierson 5/16/13

**INVOICE**

CUSTOMER NO

210289

**Gulf Coast Chemical, LLC**
**220 Jacqulyn St.**
**Abbeville, LA 70510**
**(337) 898-0213**

| DATE | NUMBER |
|---|---|
| 6/1/2013 | 180301 |

| DATE SHIPPED | ASSOCIATED NUMBER |
|---|---|
| 6/1/2013 | B/L# 194613 |

Page 1 of 1

ATTN: Accounts Payable

Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

Atp Oil & Gas-M/P 261  CANYON STATION
ATP M/P 261  (OCSG 22084)
M/P 261
Fourchon, LA -
CANYON STATION

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| | | 0.0000 | C P U | S | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 38000 | 1 G BULK | METHANOL | 38000 | 1.9000 | 72,200.00 |

Merchandise Total                72,200.00

Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA 70162-2600

| TOTAL | 72,200.00 |
|---|---|

**PLEASE PAY**
**THIS AMOUNT**

# STRAIGHT BILL OF LADING – SHORT FORM – Original – Not Negotiable

12446'3  180301

GULF COAST CHEMICAL, INC.
FOURCHON, LA

Shipper's No. ___ F ___ 1973

(Carrier) _Marcelle Burdelon_   SCAC. _____   Carrier's No. _____

Received subject to the classifications and tariffs in effect on the date of this Bill of Lading

at _Martin South_ ___ date _6/1/13_ ___ from _Gulf Coast_

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown, marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery of said destination, it on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained (as specified in Appendix B to Part 1035, which are hereby agreed to by the shipper and accepted for himself and his assigns.

| TO: (Mail or street address of consignee for purposes of notification only.) | FROM: |
|---|---|
| Consignee _ATP_ | Shipper GULF COAST CHEMICAL, INC. |
| Street | Street |
| Destination                Zip | Origin FOURCHON, LA              Zip |
| Route: | |

| Delivering Carrier: _Marcelle Burdelon_ | Trailer Initial/Number | U.S. DOT Hazmat Reg. Number |
|---|---|---|

| No. of packages | HM | Description of articles, special marks, and exceptions | Hazard Class | I.D. Number | Packing Group | Weight (subject to correction) | Class or rate | Labels required (see exemption) | Check column |
|---|---|---|---|---|---|---|---|---|---|
| 32,000 | X | RQ METHYL ALCOHOL  METHANOL | 3 | 1230 | II | | | | |

Remit C.O.D. to:
Address:
City:               State:        Zip:

**COD** AMT:
$
Charges Advanced
$

Except as provided in section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of consignor)

| PLACARDS REQUIRED | | PLACARDS SUPPLIED | | C. O. D. FEE: |
|---|---|---|---|---|
| | | | | Prepaid ☐ |
| | | | | Collect ☐  $ |

**FREIGHT CHARGES**
☐ Prepaid   ☐ Collect
☐ YES  ☐ NO - FURNISHED BY CARRIER
DRIVER'S SIGNATURE:

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's" or shipper's weight. Note – where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SPECIAL INSTRUCTIONS:
SHIPPER _Martin South_
PER: _Justin Hebert_ ___ DATE: _6/1/13_

CARRIER _Marcelle Burdelon_
PER: _____ DATE: _____
EMERGENCY RESPONSE
TELEPHONE NUMBER:

Permanent post office address of shipper

29-BLS-C4 (Rev. 6/95)

Date 6/1/13

Sold To: ATP

Address Marcelle Bordelon

| AUTOMATICALLY PRINTED | | TO INSURE YOU OF ACCURACY |
|---|---|---|

MASTER METER RECEIPT

| OPERATOR | C. O. D | TRUCK NO | TIME | A.M. P.M. |
|---|---|---|---|---|
| JH | CHARGE | | | |
| YOUR SALE NUMBER | | GALLON READING FINISH | | 100% |
| AA   3  9 | | 0   3 | | 0 |
| AA   3  8 | | 0   0 | | 0 |
| PREVIOUS SALE NO. | | READING START OF DELIVERY | | |

| PRODUCT | GALS. | PRICE | AMOUNT |
|---|---|---|---|
| Methanol | 38,000 | | |
| | | TOTAL | |

X _____
CUSTOMER SIGNATURE

RECEIVED PAYMENT FOR THE COMPANY

☐ CHECK
☐ CASH

REORDER FORMS FROM DEGREE DAY SYSTEMS, INC CEDAR GROVE, NJ 07009
TOLL FREE: 1-800-2DEGREE   NJ: (201) 239-7900   FAX: (201) 239-5442

INSERT FACE DOWN THIS END FIRST

All-Weather™ Eze-Snap Meter Ticket

INVOICE

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

CUSTOMER NO.

210299

Page 1 of 1

| DATE | NUMBER |
|---|---|
| 6/18/2013 | 180752 |
| DATE SHIPPED | ASSOCIATED NUMBER |
| 6/18/2013 | B/L# 194578 |

ATTN: Accounts Payable

S O L D T O:
Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

S H I P T O:
Atp Oil & Gas, MC*941 Titan Project
C/O MARTIN NORTH DOCK  120 17th Street
OCSG# 16661
Fourchon, LA -70357

| CUSTOMER ORDER NUMBER | F.O.B. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| | | 0.0000 | GCC TRUCK | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 550 | 1 3 BULK | CITGARD C-600 15W40 CJ-4 | 550 | 12.9500 | 7,122.50 |

| | |
|---|---|
| Merchandise Total | 7,122.50 |
| Delivery Fee | 10.00 |

| TOTAL | 7,132.50 |
|---|---|

PLEASE PAY
THIS AMOUNT

**GULF COAST CHEMICAL, LLC.**

TRA          LL OF LADING

B/L DATE
6/3/2013
B/L NO.
194578

PER: ABBEVILLE WAREHOUSE
220 Jacqulyn St.
AT: Abbeville LA, 70510

Page 1 of 1

CARRIER

SHIPPED TO:
Atp Oil & Gas, MC*941 Titan Project
C/O MARTIN NORTH DOCK  120 17th Street
OCSG# 16661
Fourchon, LA -70357

SOLD TO:
Atp Oil & Gas, MC*941 Titan Project
C/O MARTIN NORTH DOCK  120 17th Street
OCSG# 16661
Fourchon, LA -70357

| 371642 | 3 | kmilliman | | GCC TRUCK | | | | | 180752 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | 6/14/2013 | 07 | 0 | | | | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | L M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 550 | 550 | 1GBULK | | NOT REGULATED | 4032# | 4032# | |
| | | IBC's | | CITGARD C-600 15W40 CJ-4 | | | |
| | | | | Tank No. 47931-13 | | | |
| | | | | Total Weights: | 4032 # | 4032 # | |

ORDERED BY ROBERT MAY
REF: STEVE SUMMERS

DELIVER 6/13/13
REQ#0398

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed as to each carrier of all or any

of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _C. N. Wir_        DATE 6/18/13    MSD SHEET(S) ACCOMPANIED SHIPMENT

**FOR CHEMICAL EMERGENCY** SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT **1-800-424-9300**
CCN9969

**COD** Amt: $

| | CARRIER | | |
| --- | --- | --- | --- |
| | PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED ☐ NAME OF PLACARD | FREIGHT CHARGES |

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

PER _____ 6/18/13    AGENT   (same)

LOADED BY _C. C._      PER

FREIGHT CHARGES
If charges are to be prepaid, write or stamp here, "TO BE PREPAID."

**BILL TO:** ATP Titan Project 4600 Post Oak Place Suite 200
Houston, TX 77027

**SHIP TO:** Wanda North Dock 120 4th Street Fourchon, LA 70357

**DATE:** May 16, 2013

**VENDOR:** Gulf Coast

| QTY | Description and Purpose | REQ. # ATP. | 0256 |
| --- | --- | --- | --- |

APPROVED BY:
Karen Milliman

REQUESTED BY:
Steve Summers

| QTY | Description and Purpose | REQ | PRICE EACH | TOTAL | REC. / INVOICE NO. |
| --- | --- | --- | --- | --- | --- |
| 1 | 550 tote of 15w-40 oil | Steve Summers | $12.95 | $7,122.50 | |
| 2 | 550 tote of 140 oil | General use oil rig | $14.13 | $7,771.50 | |
| 3 | 0 | General use on rig | | $0.00 | |
| 4 | 0 | | | $0.00 | |
| 5 | 0 | | | $0.00 | |
| 6 | 0 | | | $0.00 | |
| 7 | 0 | | | $0.00 | |
| 8 | 0 | Delivery fee | $10.00 | $10.00 | |
| 9 | 0 | | | $0.00 | |
| 10 | 0 | | | $0.00 | |
| 11 | 0 | | | $0.00 | |
| 12 | 0 | | | $0.00 | |
| 13 | 0 | | | $0.00 | |
| 14 | 0 | | | $0.00 | |
| 15 | 0 | | | $0.00 | |
| 16 | 0 | | | $0.00 | |
| 17 | 0 | | | $0.00 | |
| 18 | 0 | | | $0.00 | |
| 19 | 0 | | | $0.00 | |
| 20 | 0 | | | $0.00 | |
| 21 | 0 | | | $0.00 | |
| 22 | 0 | | | $0.00 | |
| 23 | 0 | | | $0.00 | |
| 24 | 0 | | | $0.00 | |
| 25 | 0 | | | $0.00 | |
| 26 | 0 | | | $0.00 | |
| 27 | 0 | | | $0.00 | |
| 28 | 0 | | | $0.00 | |
| 29 | 0 | | | $0.00 | |
| 30 | 0 | Please include PO numbers on all shipping | | $0.00 | |
| 31 | 0 | PLEASE INCLUDE SHIPPING COSTS WITH THIS QUOTE | | $0.00 | |
| 32 | 0 | | Total | $0.00 | |
| 33 | 0 | | | $0.00 | |

| | PO Number: Titan-1060 |
| --- | --- |
| | $14,904.00 |

\*\*\* PLEASE INCLUDE REQ # ON ALL INVOICES \*\*\*

Work covered by this requisition will be performed pursuant to the terms of the master service agreement between ATP Oil & Gas and Vendor.

ATP REP PRINT:

CUSTOMER NO

210289

Page 1 of 1

ATTN: Accounts Payable

**Gulf Coast Chemical, LLC**
220 Jacqulyn St.
Abbeville, LA 70510
(337) 898-0213

| | DATE | NUMBER |
|---|---|---|
| | 6/18/2013 | 180751 |
| | DATE SHIPPED | ACID QUANTA NUMBER |
| | 6/18/2013 | B/L# 134364 |

B
Atp Oil & Gas Corporation
4600 Post Oak Place
Suite 200
Houston, TX 77027-9726

S Atp Oil & Gas, MC*941 Titan Project
C/O MARTIN NORTH DOCK  120 17th Street
OCSG# 15661
Fourchon, LA -70357

| CUSTOMER ORDER NUMBER | C.O.D. | FREIGHT CHARGES | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|---|
| | | 0.0000 | GCC TRUCK | 3 | NET 30 |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1100 | 1 G BULK | TRIETHYLENE GLYCOL 50 PLUS DEHYDRATION GRADE | 1100 | 8.1300 | 8,943.00 |

| | |
|---|---|
| Merchandise Total | 8,943.00 |
| Delivery Fee | 10.00 |

Gulf Coast Chemical, LLC
PO Box 62600
Department 1443
New Orleans, LA 70162-2600

| **TOTAL** | 8,953.00 |
|---|---|

PLEASE PAY



**RAIGHT BILL OF LADING**

**GULF COAST CHEMICAL, LLC.**

PPER: ABBEVILLE WAREHOUSE
AT: 220 Jacqulyn St.
Abbeville LA, 70510

Page 1 of 1

**CARRIER**
BY

BIL DATE
6/17/2013
B/L NO.

104984

SHIP TO:
Atp Oil & Gas, MC*941 Titan Project
C/O MARTIN NORTH DOCK  120 17th Street
OCSG# 16661
Fourchon, LA -70357

SOLD TO:
Atp Oil & Gas, MC*941 Titan Project
C/O MARTIN NORTH DOCK  120 17th Street
OCSG# 16661
Fourchon, LA -70357

| CUST NO. | SALESMAN | OPERATOR | ORD. NO. | SHIP VIA | | | | | 180751 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 371642 | 3 | kmilliman | | GCC TRUCK | | | | | | | |
| CUST ORDER NO. | | | SHIP DATE | ROUTE | PREPD ? | | FOB REMARKS | | DATE | | CHECKED BY |
| | | | 6/18/2013 | 07 | | 0 | | | | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | U M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 1100 | 1100 | 1GBULK | | NOT REGULATED TRIETHYLENE GLYCOL 60 PLUS DEHYDRATION GRADE | 9985# | 9985# | |
| | | 2 IBC's | | 153840 | | | |
| | | | | Tank No. 3024277 | | | |
| | | | | **Total Weights:** | 9985 # | 9985 # | |

ORDERED BY ROBERY MAY
APP DERAL B COX

DELIVER 6/18/13
TITAN PROJECT
MARTIN NORTH DOCK/FOURCHON
REQ#0417

TANKS REQUIRE SLINGS

RECEIVED subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above within said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any

of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification or the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED BY _____   DATE 6/18/13   MSD SHEET(S) ACCOMPANIED SHIPMENT

**FOR CHEMICAL EMERGENCY** SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT 1-800-424-9300

| | CARRIER | | COD | CCN8989 |
|---|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and in proper condition for transportation according to the applicable regulations of the Department of Transportation. | PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED ☐ NAME OF PLACARD | Amt: $ | |
| | | | FREIGHT CHARGES If charges are to be prepaid, write or stamp here, "TO BE PREPAID." | |
| | AGENT | | | |
| DED BY C. C. | PER | | | |
| VERSION 12/08 | TOTAL NO. OF PACKAGES RECD | | | |

**BILL TO:** ATP Titan Project   4600 Post Oak Place Suite 200
Houston, TX 77027

**SHIP TO:** ATP Oil & Gas - TITAN   Bantn North Dock 126 17th St. Fourchon, La  70357 Ph-985-396-2283

**DATE:** June 14, 2013

**VEND:** Gulf Coast (Tammy Richard, 337-398-4213)
trichard@gulfcomp.com

**REQ. # ATP:** 0417

**APPROVED BY:** Deral B Cox

**REQUESTED BY:** Deral B Cox

| QTY | Description and Purpose | REF | PRICE EACH | TOTAL | REG./INVOICE NO. |
|---|---|---|---|---|---|
| 1100 | 2 - 550 gallon totes of 50/50 Glycol | | $8.13 | $8,943.00 | |
| 1 | Delivery Charges | | $10.00 | $10.00 | |
| | | | $0.00 | $0.00 | |
| | NEED DELIVERED TO DOCK BY 06/18/13 | | $0.00 | $0.00 | |
| | | | $0.00 | $0.00 | |
| | | | $0.00 | $0.00 | |
| | | | $0.00 | $0.00 | |
| | | | $0.00 | $0.00 | |
| | | | $0.00 | $0.00 | |
| | | | $0.00 | $0.00 | |
| | | | $0.00 | $0.00 | |
| | | | $0.00 | $0.00 | |
| | | | $0.00 | $0.00 | |
| | | | $0.00 | $0.00 | |
| | | | $0.00 | $0.00 | |
| | | | $0.00 | $0.00 | |
| | Items are for | | $0.00 | $0.00 | |
| | | | $0.00 | $0.00 | |
| | | | $0.00 | $0.00 | |
| | | | $0.00 | $0.00 | |
| | | | $0.00 | $0.00 | |
| | | | $0.00 | $0.00 | |
| | | | $0.00 | $0.00 | |
| | | | $0.00 | $0.00 | |
| | | | $0.00 | $0.00 | |
| | | | $0.00 | $0.00 | |
| | | | $0.00 | $0.00 | |
| | | | $0.00 | $0.00 | |
| | Please include PO numbers on all shipping | | $0.00 | $0.00 | |
| | PLEASE INCLUDE SHIPPING COSTS WITH THIS QUOTE | | $0.00 | $0.00 | |
| | | | $0.00 | $0.00 | |
| | | Total: | | $6,953.00 | |

*** PLEASE INCLUDE REQ # ON ALL INVOICES ***

Work covered by this requisition will be performed pursuant to the terms of the master service agreement between ATP Oil & Gas and Vander.

**ATP REP PRINT:** Deral B Cox

*Deral B Cox 6-17-13*

**PO number:** 1020