UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 12-36187 |
| | § | |
| ATP OIL & GAS CORPORATION, | § | (Chapter 11) |
| | § | |
| DEBTOR. | § | |

### AFFIDAVIT OF RENE SHEFFEL

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

**BEFORE ME,** the undersigned authority, personally came and appeared **RENE SHEFFEL,** who, after first being duly sworn did depose and say that:

1. She is the Manager, Credit and Collections, of Cameron International Corporation.

2. She has reviewed and is familiar with the emergency motion on behalf of Cameron International Corporation to compel immediate payment of post-petition invoices for court-approved, budgeted work involved in the Clipper Pipeline Project; and alternatively, for an order denying any further payment of any professional fee until Cameron's post-petition invoices are paid in full.

3. In her capacity as Manager, Credit and Collections, she is personally familiar with services provided to, at the request of, and on behalf of ATP Oil & Gas Corporation ("ATP") during the Chapter 11 bankruptcy proceeding. A systematic record of the business dealings has been kept.

4. Exhibit "A" is a list of outstanding invoices. As of the date of execution of this Affidavit, Cameron has provided post-petition goods and services in the sum of $1,175,749.38.

5.     The information contained in this Affidavit is true and correct to the best of my personal knowledge and belief.



Rene Sheffel
Manager, Credit and Collections

**SWORN TO AND SUBSCRIBED** before me this ___29___ day of ___July___, 2013.

JUDITH LYNN BAKER
NOTARY PUBLIC
COMMISSION EXPIRES:
04-05-2017

NOTARY PUBLIC, STATE OF TEXAS

## SUMMARY OF EXHIBIT "A"

| Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|
| 913242867 | 01/18/13 | $ 23,625.00 |
| 913242869 | 01/18/13 | $ 6,300.00 |
| 913261414 | 02/05/13 | $ 24,007.19 |
| 913261533 | 02/05/13 | $ 11,937.75 |
| 913261588 | 02/05/13 | $ 11,025.00 |
| 913261589 | 02/05/13 | $ 11,025.00 |
| 913261593 | 02/05/13 | $ 5,207.90 |
| 913261594 | 02/05/13 | $ 3,757.79 |
| 913292551 | 03/11/13 | $ 25,226.96 |
| 913298211 | 03/18/13 | $ 21,291.60 |
| 913298236 | 03/18/13 | $ 6,709.28 |
| 913298435 | 03/18/13 | $ 19,125.00 |
| 913309085 | 03/27/13 | $ 621,040.50 |
| 913322897 | 04/11/13 | $ 9,166.52 |
| 913322900 | 04/11/13 | $ 19,119.00 |
| 913322903 | 04/11/13 | $ 24,174.41 |
| 913322906 | 04/11/13 | $ 28,414.02 |
| 913326728 | 04/16/13 | $ 36,843.82 |
| 913337428 | 04/26/13 | $ 194,296.00 |
| 913341250 | 04/30/13 | $ 34,898.64 |
| 913383148 | 06/13/13 | $ 19,147.00 |
| 913383149 | 06/13/13 | $ 13,111.00 |
| 913383150 | 06/13/13 | $ 6,300.00 |
| | | $ 1,175,749.38 |

# INVOICE


# CAMERON

| | |
|---|---|
| Invoice No | : 913242867 |
| Invoice Date | : JAN 18 2013 |
| Page | : 1  of  2 |

**Remit To:**
SUBSEA SYSTEMS
CAMERON
P.O. Box 730491
Dallas, TX 75373-0491

**Inquiries To :**
SUBSEA SYSTEMS
CAMERON
4646 W Sam Houston Parkway N
Houston, Texas 77041
Phone 713-939-2211

**Wire Transfer To:**
JPMorgan Chase Bank, NA
New York, NY  10004
Account #: 55-43274
ABA #: 021000021
Swift #: CHASUS33

**ACH Remit To:**
JP Morgan Chase Bank, NA
Chicago, IL
Account #: 55-43274
ABA #: 071000013

Payment Terms     : Cash in Advance
Terms & Conditions   : As Attached/Included
Freight Terms      : FOB Shp Pt-Frt Coll-No Pro Frt
Ship From        : BAYOU VISTA LA

Invoice to: 21011440
BLUEWATER INDUSTRIES LP
ATTN:  ACCOUNTS PAYABLE
5300 MEMORIAL STE 550
HOUSTON TX  77007

Ship To: 43219949
BLUEWATER INDUSTRIES
GREEN CANYON 299 OCSG 15571
3007 HWY 182 E
MORGAN CITY LA  70380-5843

Inside Sales Contact : Gwen Luu / 985-395-1692     Sales Order : 2900573     Delivery Note : 84626409

Customer Reference  : 1111-031 REV1
Placed By      : BILLY STEVENS
Functional Location  : GM2-2048-0001-0001
Description       : GC 299 OCSG 15571 (21011440)
Project Reference   : (DOC) FSO 376076

PO#: 1111-031 REV1
WELL LOCATION: GC 299
OCSG#: 15571
M/V: ODEYSSEA DIAMOND
JOB REQUESTED: BILLY STEVENS
SERVICE BEGIN DATE: 01/03/13
SERVICE END DATE:  01/17/13
SERVICE HAND: HARMON DONALD

| Item | Material Number. Description | Qty | Unit Net Price USD | Extended Price USD |
|---|---|---|---|---|
| 10 | STANDBY STAND-BY SUBSEA LABOR DAY RATE CAMERON SERVICEMAN CALLED OUT TO LOCATION TO PERFORM WORK AS REQUESTED. NOTE: PLEASE REFER TO SERVICE TICKET ATTACHED FOR COMPLETE SERVICE | 15.0  DY | 1,575.00 | 23,625.00 |

**EXHIBIT A**

CAM—2263-1

 **CAMERON**

| | |
|---|---|
| **Invoice No** | **: 913242867** |
| Page | : 2    of    2 |

| Item | Material Number.<br>Description | Qty | Unit Net Price<br>USD | Extended Price<br>USD |
|---|---|---|---|---|

REPORT.
HARMON DONALD PERFORMED THIS JOB.


**Price Summary :**

          **Total Price :**         **23,625.00 USD**


      **Total Invoice Value :**         **23,625.00 USD**


Cameron is committed to complying with U.S. Export Administration Rules and Regulations. If this Order is being exported to you, or may be re-exported to an ultimate consignee or end-user abroad, the following applies: These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. Law is prohibited.

# CAMERON

**FIELD SERVICE ORDER**

| | FIELD SERVICE ORDER NO. 376706 |
|---|---|

| | LAND | OTHER X | DATE PREPARED January 17, 2013 | PAGE 1 | OF 1 |
|---|---|---|---|---|---|

| SALES ORDER NO. | PURCHASE ORDER NO./CONTRACT NO. 1111-031 REV 1 | P.O. DATE 1/3/2013 | BILL TO Bluewater | SOLD TO | SHIP TO |
|---|---|---|---|---|---|

| ORDERED BY Billy Stevens | RIG NAME MV Odeyssea Diamond | FED. WAT. OSCG 16571 | FREIGHT | VIA | LOCATION USA Gulf of Mexico |
|---|---|---|---|---|---|

| WELL REFERENCE / OCS NO. Green Canyon 299 | | BILL OF LADING | | CARRIER | |
|---|---|---|---|---|---|

| BILL TO Bluewater Industries | SOLD TO | SHIP TO |
|---|---|---|
| | | |
| | | |
| | | |

| WELLHEAD | SIZE | MAKE | S/M | W.P. |
|---|---|---|---|---|
| VALVE | SIZES | MODE | TRIM | S/N | W.P. |

**WORK PERFORMED**
Stand by for On Call Deployment of 2 Jumpers & 4 CVC tools to Green Canyon 299 aboard the MV Odyesea Diamond.

Stand by rate negotiated per Ben Dupree Project Manager.

| ITEM | QTY. | DESCRIPTION | PART NO. | UNIT PRICE | DISCOUNT | TOTAL |
|---|---|---|---|---|---|---|
| 1 | 1 | HPU | 26-m0502 | | | |
| 2 | 1 | Cameron tool box, hoses, hot stab, 2 Bluewater hot stabs | 26-m0550 | | | |
| 3 | 5 | CVC tool | 2155807-09 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | Expenses related to travel will be charged at +20%. | | | | |

| F.O.B. MANUFACTURING PLANT Berwick, LA. | | TOTAL PARTS AND MATERIALS | |
|---|---|---|---|

| LABOR | FROM: DATE January 3, 2015 | TO: DATE January 17, 2013 | NO. DAYS 15 | RATE 1,575 |
|---|---|---|---|---|

| LODGING $0.00 | MEALS $0.00 | MILEAGE 0 | PER MILE @ 2 = | Total Mileage 0 |
|---|---|---|---|---|

| FREIGHT OR MISCELLANEOUS |
|---|

| | TOTAL CHARGES | $23,625.00 |
|---|---|---|

| PERFORMANCE REVIEW | EXCEEDED EXPECTATIONS | MET EXPECTATIONS | DID NOT MEET EXPECTATIONS | JOB TYPE | |
|---|---|---|---|---|---|
| Equipment delivery to location | ☐ | ☐ | ☐ | DRILLING | ☐ |
| Serviceman arrived at location on time | ☐ | ☐ | ☐ | WORKOVER | ☐ |
| Equipment checked upon arrival | ☐ | ☐ | ☐ | PRODUCTION | ☑ |
| Equipment adequate and correct for the job | ☐ | ☐ | ☐ | A-SECTION | ☐ |
| Serviceman's attitude | ☐ | ☐ | ☐ | SLIPS | ☐ |
| Serviceman's performance | ☐ | ☐ | ☐ | COMPLETION | ☐ |
| Service facility office support | ☐ | ☐ | ☐ | DECOMPLETION | ☐ |
| Safety/Near miss | ☐ | ☐ | ☐ | MULTI-BOWL | ☐ |
| OTHER (PLEASE LIST) | ☐ | ☐ | ☐ | LUBRICATOR | ☐ |
| | ☐ | ☐ | ☐ | VALVE/ACT. | ☐ |
| | ☐ | ☐ | ☐ | LUBRICATION | ☐ |
| RIG DELAY RESULTING FROM CAMERON SERVICE OR EQUIPMENT? | | | | MARINE | ☐ |
| ☐ YES      ☐ NO | | | | CONTROLS | ☐ |

IF YES PLEASE GIVE YOUR COMMENTS

| CAMERON REPRESENTATIVE Harmon Donald # 102633 | DATE January 17, 2013 |
|---|---|

| CUSTOMER RECEIVING REPRESENTATIVE | DATE |
|---|---|

| Reviewed by District Mgr. | FPR Submitted | ☐ YES | ☐ NO |
|---|---|---|---|

| Signature *Billy Stevens* | FPP # |
|---|---|

| Date 1/18/2013 | Date |
|---|---|

# INVOICE


# CAMERON

| | |
|---|---|
| **Invoice No** | : 913242869 |
| **Invoice Date** | : JAN 18 2013 |
| **Page** | : 1   of   2 |

**Remit To:**
SUBSEA SYSTEMS
CAMERON
P.O. Box 730491
Dallas, TX 75373-0491

**Inquiries To :**
SUBSEA SYSTEMS
CAMERON
4646 W Sam Houston Parkway N
Houston, Texas 77041
Phone 713-939-2211

**Wire Transfer To:**
JPMorgan Chase Bank, NA
New York, NY 10004
Account #: 55-43274
ABA #: 021000021
Swift #: CHASUS33

**ACH Remit To:**
JP Morgan Chase Bank, NA
Chicago, IL
Account #: 55-43274
ABA #: 071000013

Payment Terms   : Cash in Advance
Terms & Conditions  : As Attached/Included
Freight Terms   : FOB Shp Pt-Frt Coll-No Pro Frt
Ship From   : BAYOU VISTA LA

Invoice to: 21011440
BLUEWATER INDUSTRIES LP
ATTN:  ACCOUNTS PAYABLE
5300 MEMORIAL STE 550
HOUSTON TX  77007

Ship To: 43219949
BLUEWATER INDUSTRIES
GREEN CANYON 299 OCSG 15571
3007 HWY 182 E
MORGAN CITY LA  70380-5843

Inside Sales Contact : Gwen Luu / 985-395-1692    Sales Order : 2900580    Delivery Note : 84626413

| | |
|---|---|
| **Customer Reference** | : 1111-031 REV1 |
| **Placed By** | : JIMMY JONES |
| **Functional Location** | : GM2-2048-0001-0001 |
| **Description** | : GC 299 OCSG 15571 (21011440) |
| **Project Reference** | : (DOC) FSO 390137 |

**PO#: 1111-031 REV1**
**WELL LOCATION: GC 299**
**OCSG#: 15571**
**JOB REQUESTED: JIMMY JONES**
**SERVICE BEGIN DATE: 01/03/13**
**SERVICE END DATE:  01/06/13**
**SERVICE HAND: ALFRED CLAYTON**

| Item | Material Number. Description | Qty | Unit Net Price USD | Extended Price USD |
|---|---|---|---|---|
| 10 | STANDBY STAND-BY SUBSEA LABOR DAY RATE CAMERON SERVICEMAN CALLED OUT TO LOCATION TO PERFORM WORK AS REQUESTED. NOTE: PLEASE REFER TO SERVICE TICKET ATTACHED FOR COMPLETE SERVICE REPORT. | 4.0  DY | 1,575.00 | 6,300.00 |

 **CAMERON**

Invoice No    : 913242869
Page          : 2   of    2

| Item | Material Number.<br>Description | Qty | Unit Net Price<br>USD | Extended Price<br>USD |
|------|-------------------------------|-----|------------------------|------------------------|

ALFRED CLAYTON PERFORMED THIS JOB.

**Price Summary :**

**Total Price :**                    **6,300.00 USD**

**Total Invoice Value :**            **6,300.00 USD**

Cameron is committed to complying with U.S. Export Administration Rules and Regulations. If this Order is being exported to you, or may be re-exported to an ultimate consignee or end-user abroad, the following applies: These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. Law is prohibited.

# CAMERON

| | | FIELD SERVICE ORDER NO. |
|---|---|---|
| | | 390137 |

**FIELD SERVICE ORDER**
CAM-2303-E

| | | LAND ✓ | OTHER | DATE PREPARED Jan 3 - 2013 | PAGE | OF |
|---|---|---|---|---|---|---|

| SALES ORDER NO. | PURCHASE ORDER NO. /CONTRACT NO. PO 1114531-18 EV1 | P.O. DATE | COUNTY | STATE La |
|---|---|---|---|---|

| ORDERED BY Jimmy Jones | Flant Mason | RIG NAME | FED. WAT. | FREIGHT | VIA | LOCATION |
|---|---|---|---|---|---|---|

| WELL REFERENCE/DES. NO. GC 299 OC36 B577 | | BILL OF LADING | CARRER Dn.5 9341 | | 43219949 |
|---|---|---|---|---|

| SOLD TO Bluewater | | SOLD TO | | SHIP TO | |
|---|---|---|---|---|

| WELLHEAD | SIZE | MAKE | S/N | | W.P. | PN |
|---|---|---|---|---|---|---|
| | SIZER | WORK | TOOL | | W.P. | |

| HANGER | SIZE | TYPE | CSG/TBG SIZE | WEIGHT | GRADE | THREAD |
|---|---|---|---|---|---|---|

**WORK PERFORMED**

Standby for Tooper Containment

| ITEM | QTY. | DESCRIPTION | PART NO. | UNIT PRICE | DIS- COUNT | AMOUNT |
|---|---|---|---|---|---|---|
| | 4 | Standby - Tritome | | 1575 | -1 | 6300 |

**F.O.B. MANUFACTURING PLANT**

TOTAL PARTS AND MATERIALS

| LABOR | FROM: HR & DATE 1-3-13 | TO: HR & DATE 1-6-13 | REG. HOURS | O.T HOURS Day 4 | RATE 1575.00 | O.T. RATE | 6300 |
|---|---|---|---|---|---|---|---|
| LODGING | FREIGHT OR MISCELLANEOUS | | MEALS | | MILEAGE | PER MILE |

| PERFORMANCE REVIEW | EXCEEDED EXPECTATIONS | MET EXPECTATIONS | NEEDS IMPROVEMENT | DID NOT MEET EXPECTATIONS | EST. CHARGES | |
|---|---|---|---|---|---|---|
| Serviceman Arrived at Location On Time | ☐ | ☐ | ☐ | ☐ | TOTAL CHARGES 6300.00 | |
| Serviceman's Attitude | | ☐ | | | JOB TYPE | |
| Serviceman's Competency | ☐ | ☐ | ☐ | ☐ | Drilling | ☐ |
| Service Facility Office Support | ☐ | ☐ | ☐ | ☐ | Section: A  B  C (circle one) | |
| Did Serviceman Properly Review CAM issued JHA | ☐ | ☐ | ☐ | ☐ | System ___ TSW  SS etc | |
| OTHER (PLEASE LIST) | ☐ | ☐ | ☐ | ☐ | Hanger  IC  S  Man. (circle one) | |

| CUSTOMER STAMP | RIG DELAY RESULTING FROM CAMERON SERVICE OR EQUIPMENT? ☐ YES  ☐ NO | Completion/Decompletion | ☐ |
|---|---|---|---|
| | IF YES PLEASE GIVE YOUR COMMENTS: | Frac Tree | ☐ |
| | | Prod. Tree | ☐ |
| | | Lubricator | ☐ |
| | | Production | ☐ |
| | | Greasing | ☐ |
| | | Valve / Act. | ☐ |
| | | SD Lubrication | ☐ |
| | | OTHER | |

| CAMERON REP (Print) Flant Clayton | Signature | DATE 1-8-13 |
|---|---|---|
| CUSTOMER REP (Print) Jimmy Jones | Signature Jo W | DATE 1-17-12 |

| Reviewed by District Mgr | | | FPR Submitted | YES | NO |
|---|---|---|---|---|---|
| Signature | | | FPR # | | |
| Date | | | Date | | |

# INVOICE

 **CAMERON**

| | |
|---|---|
| Invoice No | : 913261414 |
| Invoice Date | : FEB 05 2013 |
| Page | : 1    of    2 |

**Remit To:**
SUBSEA SYSTEMS
CAMERON
P.O. Box 730491
Dallas, TX 75373-0491

**Inquiries To :**
SUBSEA SYSTEMS
CAMERON
4646 W Sam Houston Parkway N
Houston, Texas 77041
Phone 713-939-2211

**Wire Transfer To:**
JPMorgan Chase Bank, NA
New York, NY  10004
Account #: 55-43274
ABA #: 021000021
Swift #: CHASUS33

**ACH Remit To:**
JP Morgan Chase Bank, NA
Chicago, IL
Account #: 55-43274
ABA #: 071000013

Payment Terms   : Cash in Advance
Terms & Conditions   : As Attached/Included
Freight Terms     : FOB Shp Pt-Frt Coll-No Pro Frt
Ship From        : BAYOU VISTA LA

Invoice to: 21011440
BLUEWATER INDUSTRIES LP
ATTN:  ACCOUNTS PAYABLE
5300 MEMORIAL STE 550
HOUSTON TX  77007

Ship To: 43219949
BLUEWATER INDUSTRIES
GREEN CANYON 299 OCSG 15571
BRISTOW HELIPORT, GALLIANO, LA
3007 HWY 182 E
MORGAN CITY LA   70380-5843

Inside Sales Contact : Gwen Luu / 985-395-1692     Sales Order : 2914694     Delivery Note : 84650247

Customer Reference   : 1111-031 REV1
Placed By        : JIMMY JONES
Functional Location   : GM2-2048-0001-0001
Description        : GC 299 OCSG 15571 (21011440)
Project Reference    : (DOC) FSO 390578

**PO#: 1111-031 REV1**
**WELL LOCATION: GC 299 WELL #4**
**OCSG#: 15571**
**RIG NAME: NORMAND COMMANDER**
**JOB REQUESTED: JIMMY JONES**
**SERVICE BEGIN DATE: 01/21/13**
**SERVICE END DATE:  01/29/13**
**SERVICE HAND: BRAD THERIOT**

| Item | Material Number. Description | Qty | Unit Net Price USD | Extended Price USD |
|---|---|---|---|---|
| 10 | SUBSEAOFFSHORE OFFSITE DAY RATE SUBSEA LABOR CAMERON SERVICEMAN CALLED OUT TO LOCATION TO PERFORM WORK AS REQUESTED. NOTE: PLEASE REFER TO SERVICE TICKET ATTACHED FOR COMPLETE SERVICE | 9.0  DY | 2,581.00 | 23,229.00 |

CAM—2283-1

 **CAMERON**

Invoice No    : 913261414
Page          : 2  of   2

| Item | Material Number. Description | Qty | Unit Net Price USD | Extended Price USD |
|------|------------------------------|-----|--------------------|--------------------|
|      | REPORT. BRAD THERIOT PERFORMED THIS JOB. | | | |
| 20   | EXPENSE-RT MEALS (EXPENSE COST + 20%) | 1  EA | 78.19 | 78.19 |
| 30   | MILEAGE MILEAGE (ROUNDTRIP CAMERON, BERWICK, LA TO FOURCHON, LA AND ROUNDTRIP CAMERON, BERWICK,LA  TO BRISTOW HELIPORT, GALLIANO, LA) | 350.00  MI | 2.00 | 700.00 |

**Price Summary :**

Total Price :              **24,007.19 USD**

Total Invoice Value :      **24,007.19 USD**

Cameron is committed to complying with U.S. Export Administration Rules and Regulations. If this Order is being exported to you, or may be re-exported to an ultimate consignee or end-user abroad, the following applies: These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. Law is prohibited.

# CAMERON

**FIELD SERVICE ORDER**
CAM-2303-E

| FIELD SERVICE ORDER NO. |
|---|
| **390578** |

LAND ☐  OTHER ☑

DATE PREPARED: 1-28-13  PAGE  OF

SALES ORDER NO.  PURCHASE ORDER NO./CONTRACT NO. PO-111-D31 rev1  P.O. DATE  COUNTY  STATE LA

ORDERED BY: Jimmy Jones  RIG NAME: Normand Commander  FED. WAT. Yes  FREIGHT  VIA C/V  LOCATION 5026

WELL REFERENCE/OCS. NO. GC-299  OCSG-15571 Well#4  BILL OF LADING  CARRIER #8341

BILL TO: Blue Water  SOLD TO  SHIP TO: Bistrow Heliport Galliano, LA

WELLHEAD SIZE | MAKE | S/N | | W.P. | PN
VALVE SIZES | MODEL | TRIM | S/N | W.P. | PN
HANGER SIZE | TYPE | CSG/TBG SIZE | WEIGHT | GRADE | THREAD

WORK PERFORMED: Drove to the Bistrow Heliport in Galliano, LA. Flew out to the M/V Normand Commander. We deployed 2 subsea jumpers, OPS & CVPS. Both jumpers were landed, locked, & tested Both jumper after test were complete. insulated dog houses were installed over each CVC connector. All subsea tools were recovered.

| ITEM | QTY. | DESCRIPTION | PART NO. | UNIT PRICE | DIS-COUNT | TOTAL |
|---|---|---|---|---|---|---|
| | 1 Day | 1-21-13, Transfered spare gasket from subsea collection to Houma (This work was done on the 16th, on time sheet it recorded on the 21st) | | 2581.00 | | 2581.00 |
| | | Mileage (Roundtrip Berwick, La To Fourchon La - 200 miles) | | | | |
| | | Mileage (Roundtrip Berwick, La To Bistrow Heliport, Galliano, La - 150 mk) | | | | |

F.O.B. MANUFACTURING PLANT  TOTAL PARTS AND MATERIALS

LABOR FROM: HR & DATE 1-21-13 TO: HR & DATE 1-29-13 | REG. HOURS | O.T. HOURS 9 Days @ | RATE 2581.00 | O.T. RATE | 23,229.00
LODGING | FREIGHT OR MISCELLANEOUS | MEALS 65.16 +20% | MILEAGE 350 | @ 2.00 PER MILE | 700.00

PERFORMANCE REVIEW | EXCEEDED EXPECTATIONS | MET EXPECTATIONS | NEEDS IMPROVEMENT | DID NOT MEET EXPECTATIONS | EST. CHARGES 78.19
Serviceman Arrived at Location On Time | ☐ | ☐ | ☐ | ☐ | TOTAL CHARGES 24,007.19
Serviceman's Attitude | ☐ | ☐ | ☐ | ☐ | JOB TYPE
Serviceman's Competency | ☐ | ☐ | ☐ | ☐ | Drilling ☐
Service Facility Office Support | ☐ | ☐ | ☐ | ☐ | Section A B C (circle one)
Did Serviceman Properly Review CAM Issued JHA | ☐ | ☐ | ☐ | ☐ | System (fill in MBS TSW SS etc.)
OTHER (PLEASE LIST) | ☐ | ☐ | ☐ | ☐ | Hanger IC S Man. (circle one)

CUSTOMER STAMP | RIG DELAY RESULTING FROM CAMERON SERVICE OR EQUIPMENT ☐ YES ☐ NO  IF YES PLEASE GIVE YOUR COMMENTS:
Completion/Decompletion ☐
Frac tree ☐
Prod. Tree ☐
Lubricator ☐
Production ☐
Greasing ☐
Valve / Act. ☐
SD Lubricator ☐
OTHER

CAMERON REP. "Print" Brad Thevis  "Signature" Brad Thevis  DATE 1-28-13
CUSTOMER REP. "Print" ___  "Signature" ___  DATE 1-31-13

Reviewed by District Mgr. ___  FPR Submitted ☐ YES ☐ NO
Signature ___  FPR#
Date ___  Date

*Bread Theriot*
*FSO# 390578*

Burger King #07028
16237 E. Main Street
985-632-8585

## Order565

Host: TIPHANI                    01/18/2013
Order565                            12:56 PM
                                       40229

Order Type: Drive Thru

Combo Meal                             5.19
  Large Size                           0.99
  Double StackerT
   No Bacon
  LG Fries
  LG-42oz Soda
   COKE
  Double StackerT CM LG
CKHMstdGrl Wrap (2 @1.79)              3.58

Subtotal                               9.76
Tax                                    0.90

Drive Thru Total                      10.66
Mastercard                            10.66
  Auth:089285

        Whopper Sandwich
        for your thoughts:
       www.mybkexperience.com
         Check on reverse
          for food offer

      --- Check Closed ---

---

          SALE RECEIPT
Store #15129      tko 01/18/13 08:34:44
Subway Sandwiches & Salads
1079 R HWY 90
MORGAN CITY                    L4 70380
985-395-1994
Trans# 16 Clerk 11  Dwr 1 TROT 011813
Receipt # 0000720320 Reg-ID Main Pc
--- ITEM --- QTY        PRICE MEMO  PLU
HamOmlt   Tr  1  T $     5.25       29252
EX TURK       1  T $     0.23       86
EX TURK       1  T $     0.23       86
EX TURK       1  T $     0.23       86
EX TURK       1  T $     0.23       86
BTL Bev       1  T $     1.70       10024
                      --------
       SUBTOTAL $       8.11
       Sales Tx $       0.65
                      --------
TAKE-OUT **TOTAL $     8.75
CredCardAMT TEND $     8.75
                      --------
  CHANGE DUE$          0.00

How'd we do? Get a free cookie.
Take our 1 min. survey at tellsubway.com
  Approval No: 057260
  Reference No: 30181420C117
  Acquired: Swipe
  Account No: ***********1538
  Card Issuer: Mastercard
  Amount: $8.76

_____

Take our 1-minute Survey at
www.tellsubway.com and receive a free
cookie. Keep your receipt and write
your unique coupon code
here_____.

Host Order ID: 621-52-2071931

Brad Theriot
FSOP 10578

```
          ROSE'S CAFE
      18629 HIGHWAY 3235
       GALLIANO, LA 70354
                         02197326
TERMINAL ID. :           376608708998
MERCHANT #:

MC                       CLK. 1

************1538
SALE               INVOICE 1406201715
BATCH: 001974             TIME: 13:36
DATE: Jan 22, 13   AUTH:093615
SEQ: 0034

MDSE/SERVICES          $38.75

TIP              $      2.00

TOTAL            $     45.75

BRAD THERIOT
          CUSTOMER COPY
```

# Expense Authorization Sheet

**CAMERON**

**390579**

| Expense amount | Date | Expense explanation & attendees |
|---|---|---|
| $10.66 | 1/18/2013 | Meal, Brad Theriot |
| $8.75 | 1/18/2013 | Meal, Brad Theriot |
| $45.75 | 1/22/2013 | Meal, Brad Theriot, Lafred Clayton |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| $65.16 | total | Expende Cost + 202/2 7859 |

Employee Name: Brad Theriot

# INVOICE


# CAMERON

| | |
|---|---|
| Invoice No | : 913261533 |
| Invoice Date | : FEB 05 2013 |
| Page | : 1 of 2 |

**Remit To:**
SUBSEA SYSTEMS
CAMERON
P.O. Box 730491
Dallas, TX 75373-0491

**Inquiries To :**
SUBSEA SYSTEMS
CAMERON
4646 W Sam Houston Parkway N
Houston, Texas 77041
Phone 713-939-2211

**Wire Transfer To:**
JPMorgan Chase Bank, NA
New York, NY 10004
Account #: 55-43274
ABA #: 021000021
Swift #: CHASUS33

**ACH Remit To:**
JP Morgan Chase Bank, NA
Chicago, IL
Account #: 55-43274
ABA #: 071000013

Payment Terms : Cash in Advance
Terms & Conditions : As Attached/Included
Freight Terms : FOB Shp Pt-Frt Coll-No Pro Frt
Ship From : BAYOU VISTA LA

Invoice to: 21011440
BLUEWATER INDUSTRIES LP
ATTN: ACCOUNTS PAYABLE
5300 MEMORIAL STE 550
HOUSTON TX 77007

Ship To: 43219949
BLUEWATER INDUSTRIES
GREEN CANYON 299 OCSG 15571
CAMERON
3007 HWY 182 E
MORGAN CITY LA 70380-5843

---

Inside Sales Contact : Gwen Luu / 985-395-1692    Sales Order : 2914611    Delivery Note : 84650249

---

Customer Reference : 1111-031 REV1
Placed By : BILLY STEVENS
Functional Location : GM2-2048-0001-0001
Description : GC 299 OCSG 15571 (21011440)
Project Reference : (DOC) FSO 363093

PO#: 1111-031 REV1
WELL LOCATION: GC 299
OCSG#: 15571
JOB REQUESTED: BILLY STEVENS
SERVICE BEGIN DATE: 01/31/13
SERVICE END DATE: 02/03/13
SERVICE HAND: JEROME VICTORIAN

---

| Item | Material Number. Description | Qty | Unit Net Price USD | Extended Price USD |
|---|---|---|---|---|
| 10 | SUBSEAOFFSHORE OFFSITE DAY RATE SUBSEA LABOR CAMERON SERVICEMAN CALLED OUT TO LOCATION TO PERFORM WORK AS REQUESTED. NOTE: PLEASE REFER TO SERVICE TICKET ATTACHED FOR COMPLETE SERVICE REPORT. | 4.0 DY | 2,581.00 | 10,324.00 |

CAM—2283-1

 **CAMERON**

Invoice No    : 913261533
Page          : 2   of    2

| Item | Material Number.<br>Description | Qty | Unit Net Price<br>USD | Extended Price<br>USD |
|------|-------------------------------|-----|----------------------|----------------------|
| | JEROME VICTORIAN PERFORMED THIS JOB. | | | |
| 20 | MILEAGE<br>MILEAGE (ROUNDTRIP CAMERON, BERWICK, LA TO SPITZER, CHANNELVIEW, TX) | 566.00  MI | 2.00 | 1,132.00 |
| 30 | LODGING<br>LODGING (EXPENSE COST +20%) | 1  EA | 395.02 | 395.02 |
| 40 | EXPENSE-RT<br>MEALS (EXPENSE COST + 20%) | 1  EA | 86.73 | 86.73 |

**Price Summary :**

Total Price :          11,937.75 USD

Total Invoice Value :          11,937.75 USD

Cameron is committed to complying with U.S. Export Administration Rules and Regulations. If this Order is being exported to you, or may be re-exported to an ultimate consignee or end-user abroad, the following applies: These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. Law is prohibited.

# CAMERON

**FIELD SERVICE ORDER**
CAM-2303-E

FIELD SERVICE ORDER NO. **363093**

| | |
|---|---|
| LAND / OTHER | DATE PREPARED **1-31-2013**  PAGE OF |

| SALES ORDER NO. | PURCHASE ORDER NO./CONTRACT NO. PO1111-031 rev1 | P.O. DATE | COUNTY Norris | STATE TX |

ORDERED BY **Bill Stevens**

WELL REFERENCE/OCS. NO.
**OCS-G.G.C. 299 OCIG15571**

RIG NAME **Spitzer in Channelview.**

| FED. WAT. | FREIGHT | VIA | LOCATION |

BILL OF LADING

CARRIER **7788**

BILL TO **Blue Water Industries 5300 memorial Suite 800 Houston Tx 7707**

SOLD TO **Clipper Jumper**

SHIP TO **From Berwick h to Channelview TX.**

| WELLHEAD | SIZE 16 | MAKE Cameron | S/N | W.P. 10,000 | PN |
| VALVE | SIZES | MODEL | TRIM | S/N | W.P. | PN |
| HANGER | SIZE | TYPE | CSG/TBG SIZE | WEIGHT | GRADE | THREAD |

**WORK PERFORMED**

1-31-2013 Broke down Spitzer in Channelview. Then lock Jumper onto
test Stan for Bore Test
2-81-213 Spitzer test Jumper for 8hr Then lock second Jumper on to
test stan.
2-02-2013 Testing back seal on Jumper Bore test is complete.
2-03-2013 Testing is complete and Driving back to Louisiana.

| ITEM | QTY. | DESCRIPTION | PART NO. | UNIT PRICE | DISCOUNT | TOTAL |
|---|---|---|---|---|---|---|

F.O.B. MANUFACTURING PLANT

TOTAL PARTS AND MATERIALS

| LABOR | FROM: HR & DATE 1-31-2013 | TO: HR & DATE 2-03-2013 | REG. HOURS 70 p/s | O.T. HOURS | RATE 2881.00 | O.T. RATE | 10,324.00 |
| LODGING 395.02 | FREIGHT OR MISCELLANEOUS | MEALS 86.73 | MILEAGE 566 @ 200 PER MILE | 1132.00 |

| PERFORMANCE REVIEW | EXCEEDED EXPECTATIONS | MET EXPECTATIONS | NEEDS IMPROVEMENT | DID NOT MEET EXPECTATIONS | EST. CHARGES 981.75 |
|---|---|---|---|---|---|
| Serviceman Arrived at Location On Time | ☐ | ☐ | ☐ | ☐ | TOTAL CHARGES 11937.75 |
| Serviceman's Attitude | ☐ | ☐ | ☐ | ☐ | JOB TYPE |
| Serviceman's Competency | ☐ | ☐ | ☐ | ☐ | Drilling ☐ |
| Service Facility Office Support | ☐ | ☐ | ☐ | ☐ | Section A B C (circle one) |
| Did Serviceman Properly Review CAM Issued JHA | ☐ | ☐ | ☐ | ☐ | System (M in MBS TSW SS etc.) |
| OTHER (PLEASE LIST) | ☐ | ☐ | ☐ | ☐ | Hanger IC S Man. (circle one) |

CUSTOMER STAMP

RIG DELAY RESULTING FROM CAMERON SERVICE OR EQUIPMENT
☐ YES  ☐ NO
IF YES PLEASE GIVE YOUR COMMENTS:

| Completion/Decompletion | ☐ |
| Frac tree | ☐ |
| Prod. Tree | ☐ |
| Lubricator | ☐ |
| Production | ☑ |
| Greasing | ☐ |
| Valve / Act. | ☐ |
| SD Lubricator | ☐ |
| OTHER Jump work | |

CAMERON REP. Print **Jerome Victorino** Signature  DATE 2-3-2013
CUSTOMER REP. **Billy Stevens** Signature  DATE 2/3/2013

| Reviewed by District Mgr. | FPR Submitted ☐ YES ☐ NO |
| Signature | FPR# |
| Date | Date |



02-03-13

| | | |
|---|---|---|
| Jerome Vi ctorian<br>1906 Revon Reed rd<br>Mamou LA70554<br>US DESCRIPTION | Folio No. :<br>A/R Number :<br>Group Code :<br>Company : **Cameron Corporation**<br>Membership No. : **PC    179658213**<br>Invoice No. : | Room No. : **229**<br>Arrival : **01-31-13**<br>Departure : **02-04-13**<br>Conf. No. : **66971999**<br>Rate Code : **IGN01**<br>Page No. : **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01-31-13 | Premium Gold Rate | 145.35 | |
| 01-31-13 | State Tax - Room | 8.72 | |
| 01-31-13 | County Tax | 5.81 | |
| 02-01-13 | Premium Gold Rate | 76.95 | |
| 02-01-13 | State Tax - Room | 4.62 | |
| 02-01-13 | County Tax | 3.08 | |
| 02-02-13 | Premium Gold Rate | 76.95 | |
| 02-02-13 | State Tax - Room | 4.62 | |
| 02-02-13 | County Tax | 3.08 | |

Thank you for staying at Holiday Inn Express Hotel & Suites, in Jacinto City, Texas.
Qualifying points for this stay will automatically be credited to your account. To make
additional reservations online, update your account information or view your statement
please visit www. priorityclub.com. We look forward to welcoming you back soon.

| | | |
|---|---|---|
| **Total** | 329.18 | 0.00 |
| **Balance** | 329.18 | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held
personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If
a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Expense cost + 20% = 395 02

FSO 363093

Owned and Operated by Sunblik Inc

Holiday Inn Express Hotel & Suites
11460 East Freeway I-10Houston, TX 77029-1935
Telephone: (713)330-3800 Fax: (713)330-3830

FSO 363093

Expense Cost +20% = 8673

0370-1
Server: HORACIO G                Rec:316
02/01/13 19:36, Swiped   T: 32 Term: 6

Pappas Seafood House #02
12010 I-10 East
Houston, TX 77029
(713)453-3265
MERCHANT #: 67071730196

CARD TYPE    '    ACCOUNT NUMBER
MASTER CARD      XXXXXXXXXXXX3179
Name: JEROME VICTORIAN
OO TRANSACTION APPROVED
AUTHORIZATION #: 095103
Reference: 0201010100370
TRANS TYPE: Credit Card SALE

CHECK:          27.01

TIP:           5_.00

TOTAL:         32.01

X_____

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
************************************

Chili's Grill & Bar
I 10E #578
11400 East Freeway I-10
Jacinto City, TX 77029

Server: Raven          DOB: 01/31/2013
07:48 PM                    01/31/2013
Table 31/1                  2/20068

SALE

MASTERCARD                  2097196
Card #XXXXXXXXXXXX3179
Magnetic card present: VICTORIAN JEROME
Card Entry Method:  S

Approval: 047441

            Amount:      $ 34.47

            + Tip: _____, 500

            = Total: __3947

I agree to pay the above
total amount according to the
card issuer agreement.

X_____

Thank You!
We Welcome Your Comments
(800) 983-4637
www.chilis.com

Guest Copy

## Blue Water

FD 363093

| Expense amount | Date | Expense explanation & attendees |
|---|---|---|
| $394/7 | 1/31/2013 | Mike Verrette |
| $32.81 | 2/1/2013 | Self |
| 329.18 | 1-31 thur2-4-13 | Holiday Express |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 401 46 | | Expense Cost + 20% = 481 75 |

Customer Signature:

| Employee Name: | 31932 | Jerome Victorian |
|---|---|---|

# INVOICE


# CAMERON

| | |
|---|---|
| Invoice No | : 913261588 |
| Invoice Date | : FEB 05 2013 |
| Page | : 1 of 2 |

**Remit To:**
SUBSEA SYSTEMS
CAMERON
P.O. Box 730491
Dallas, TX 75373-0491

**Inquiries To :**
SUBSEA SYSTEMS
CAMERON
4646 W Sam Houston Parkway N
Houston, Texas 77041
Phone 713-939-2211

**Wire Transfer To:**
JPMorgan Chase Bank, NA
New York, NY 10004
Account #: 55-43274
ABA #: 021000021
Swift #: CHASUS33

**ACH Remit To:**
JP Morgan Chase Bank, NA
Chicago, IL
Account #: 55-43274
ABA #: 071000013

Payment Terms : Cash in Advance
Terms & Conditions : As Attached/Included
Freight Terms : FOB Shp Pt-Frt Coll-No Pro Frt
Ship From : BAYOU VISTA LA

Invoice to: 21011440
BLUEWATER INDUSTRIES LP
ATTN: ACCOUNTS PAYABLE
5300 MEMORIAL STE 550
HOUSTON TX 77007

Ship To: 43219949
BLUEWATER INDUSTRIES
GREEN CANYON 299 OCSG 15571
CAMERON
3007 HWY 182 E
MORGAN CITY LA 70380-5843

Inside Sales Contact : Gwen Luu / 985-395-1692     Sales Order : 2914631     Delivery Note : 84650257

Customer Reference : 1111-031 REV1
Placed By : JIMMY JONES
Functional Location : GM2-2048-0001-0001
Description : GC 299 OCSG 15571 (21011440)
Project Reference : (DOC) FSO 390576

PO#: 1111-031 REV1
WELL LOCATION: GC 299 WELL #4
OCSG#: 15571
JOB REQUESTED: JIMMY JONES
SERVICE BEGIN DATE: 01/07/13
SERVICE END DATE: 01/13/13
SERVICE HAND: BRAD THERIOT

| Item | Material Number.<br>Description | Qty | Unit Net Price<br>USD | Extended Price<br>USD |
|---|---|---|---|---|
| 10 | STANDBY<br>STANDBY (NON-ACTIVITY) SUBSEA LABOR DAY RATE<br>CAMERON SERVICEMAN CALLED OUT TO LOCATION TO PERFORM WORK AS REQUESTED.<br>NOTE: PLEASE REFER TO SERVICE TICKET ATTACHED FOR COMPLETE SERVICE<br>REPORT. | 7.0 DY | 1,575.00 | 11,025.00 |

CAM—2283-1



| Item | Material Number.<br>Description | Qty | Unit Net Price<br>USD | Extended Price<br>USD |
|------|-------------------------------|-----|-----------------------|-----------------------|

BRA D THERIOT PERFORMED THIS JOB.

**Price Summary :**

Total Price :          11,025.00 USD

Total Invoice Value :          11,025.00 USD

Cameron is committed to complying with U.S. Export Administration Rules and Regulations. If this Order is being exported to you, or may be re-exported to an ultimate consignee or end-user abroad, the following applies: These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. Law is prohibited.

# CAMERON

| | FIELD SERVICE ORDER NO. |
|---|---|
| **FIELD SERVICE ORDER** CAM-2300-E | **390576** |

| | | | | FIELD SERVICE ORDER NO. **390576** |
|---|---|---|---|---|

| SALES ORDER NO. | PURCHASE ORDER NO./CONTRACT NO. PO- 1111-051 rev1 | P.O. DATE | COUNTY 1-27-13 | STATE LA |
|---|---|---|---|---|

**LAND** □  **OTHER** □  **DATE PREPARED** 1-27-13  **PAGE** 1 **OF** 1

| ORDERED BY | Timmy Jones | RIG NAME n/a | FED. WAT. no | FREIGHT | VIA | LOCATION b0a6 |
|---|---|---|---|---|---|---|
| WELL REFERENCE/OCS NO. GC 299 | OCSG-15521 Well #4 | BILL OF LADING | CARRIER | | | |
| BILL TO | Blue Water | SOLD TO | SHIP TO | | | |

| WELLHEAD | SIZE | MAKE | S/N | | W.P. | PN |
|---|---|---|---|---|---|---|
| VALVE | SIZES | MODEL | TRIM | S/N | W.P. | PN |
| HANGER | SIZE | TYPE | CSG/TBG SIZE | WEIGHT | GRADE | THREAD |

**WORK PERFORMED** Standby time for the Blue Water jumper project. Working as directed.

| ITEM | QTY. | DESCRIPTION | PART NO. | UNIT PRICE | DIS-COUNT | TOTAL |
|---|---|---|---|---|---|---|
| | | | | | | |

**F.O.B. MANUFACTURING PLANT**  **TOTAL PARTS AND MATERIALS**

| LABOR | FROM: HR & DATE 1-7-13 | TO: HR & DATE 1-13-13 | REG. HOURS | OT HOURS 7 Days @ 1575.00 | RATE | OT RATE | 11,025.00 |
|---|---|---|---|---|---|---|---|
| LODGING | FREIGHT OR MISCELLANEOUS | | MEALS | MILEAGE | @ | PER MILE | |

| PERFORMANCE REVIEW | EXCEEDED EXPECTATIONS | MET EXPECTATIONS | NEEDS IMPROVEMENT | DID NOT MEET EXPECTATIONS | EST. CHARGES |
|---|---|---|---|---|---|
| Serviceman Arrived at Location On Time | □ | □ | □ | □ | TOTAL CHARGES 11,025.00 |
| Serviceman's Attitude | □ | □ | □ | □ | JOB TYPE |
| Serviceman's Competency | □ | □ | □ | □ | Drilling □ |
| Service Facility Office Support | □ | □ | □ | □ | Section A B C (circle one) |
| Did Serviceman Properly Review CAM Issued JHA | □ | □ | □ | □ | System (circle one) |
| OTHER (PLEASE LIST) | □ | □ | □ | □ | Hanger IC S Man (circle one) |

**CUSTOMER STAMP**

RIG DELAY RESULTING FROM CAMERON SERVICE OR EQUIPMENT? □ YES □ NO
IF YES PLEASE GIVE YOUR COMMENTS:

| Completion/Decompletion □ |
|---|
| Frac/tree □ |
| Prod. tree □ |
| Lubricator □ |
| Production □ |
| Greasing □ |
| Valve / Act. □ |
| SD Lubricator □ |
| OTHER |

CAMERON REP "Print" Brad Theriot  *Signature*  DATE 1-27-13
CUSTOMER REP "Print"  *Signature*  DATE 1-31-13

| Reviewed by District Mgr. | FPR Submitted □ YES □ NO |
|---|---|
| Signature | FPR# |
| Date | Date |

# INVOICE


**CAMERON**

| | |
|---|---|
| Invoice No | : 913261589 |
| Invoice Date | : FEB 05 2013 |
| Page | : 1   of   2 |

**Remit To:**
SUBSEA SYSTEMS
CAMERON
P.O. Box 730491
Dallas, TX 75373-0491

**Inquiries To :**
SUBSEA SYSTEMS
CAMERON
4646 W Sam Houston Parkway N
Houston, Texas 77041
Phone 713-939-2211

**Wire Transfer To:**
JPMorgan Chase Bank, NA
New York, NY 10004
Account #: 55-43274
ABA #: 021000021
Swift #: CHASUS33

**ACH Remit To:**
JP Morgan Chase Bank, NA
Chicago, IL
Account #: 55-43274
ABA #: 071000013

Payment Terms   : Cash in Advance
Terms & Conditions   : As Attached/Included
Freight Terms   : FOB Shp Pt-Frt Coll-No Pro Frt
Ship From   : BAYOU VISTA LA

Invoice to: 21011440
BLUEWATER INDUSTRIES LP
ATTN:  ACCOUNTS PAYABLE
5300 MEMORIAL STE 550
HOUSTON TX  77007

Ship To: 43219949
BLUEWATER INDUSTRIES
GREEN CANYON 299 OCSG 15571
CAMERON
3007 HWY 182 E
MORGAN CITY LA  70380-5843

---

Inside Sales Contact : Gwen Luu / 985-395-1692      Sales Order : 2914644      Delivery Note : 84650260

---

| | |
|---|---|
| Customer Reference | : 1111-031 REV1 |
| Placed By | : JIMMY JONES |
| Functional Location | : GM2-2048-0001-0001 |
| Description | : GC 299 OCSG 15571 (21011440) |
| Project Reference | : (DOC) FSO 390577 |

PO#: 1111-031 REV1
WELL LOCATION: GC 299 WELL #4
OCSG#: 15571
JOB REQUESTED: JIMMY JONES
SERVICE BEGIN DATE: 01/14/13
SERVICE END DATE:  01/20/13
SERVICE HAND: BRAD THERIOT

---

| Item | Material Number. Description | Qty | Unit Net Price USD | Extended Price USD |
|---|---|---|---|---|
| 10 | STANDBY STANDBY (NON-ACTIVITY) SUBSEA LABOR DAY RATE CAMERON SERVICEMAN CALLED OUT TO LOCATION TO PERFORM WORK AS REQUESTED. | 7.0  DY | 1,575.00 | 11,025.00 |

CAM—2283-1

 **CAMERON**

| | |
|---|---|
| Invoice No | : 913261589 |
| Page | : 2   of   2 |

| Item | Material Number.<br>Description | Qty | Unit Net Price<br>USD | Extended Price<br>USD |
|---|---|---|---|---|

NOTE: PLEASE REFER TO SERVICE TICKET ATTACHED FOR COMPLETE SERVICE REPORT.
BRAD THERIOT PERFORMED THIS JOB.

**Price Summary :**

Total Price :                 11,025.00 USD

Total Invoice Value :                 11,025.00 USD

Cameron is committed to complying with U.S. Export Administration Rules and Regulations. If this Order is being exported to you, or may be re-exported to an ultimate consignee or end-user abroad, the following applies: These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. Law is prohibited.

# CAMERON

## FIELD SERVICE ORDER
CAM-2303-E

**FIELD SERVICE ORDER NO.** 390577

| SALES ORDER NO. | PURCHASE ORDER NO./CONTRACT NO. PD - 1111-031 rev1 | | P.O. DATE | COUNTY | | PAGE | OF |
|---|---|---|---|---|---|---|---|
| | | | | | | 1 | 1 |

| | LAND | OTHER | DATE PREPARED 1-20-13 | | STATE |

| ORDERED BY Jimmy Jones | RIG NAME | | | FED. WAT. | FREIGHT | VIA | LOCATION 5026 |
|---|---|---|---|---|---|---|---|
| WELL, REFERENCE/JOB. NO. GC-299  OCSG-15571 | Well #4 | BILL OF LADING | | CARRIER NO | | | |
| BILL TO Blue Water | SOLD TO | | SHIP TO | | | | |

| WELLHEAD | SIZE | MAKE | | S/N | | W.P. | | PN | |
| VALVE | SIZES | MODEL | | TRIM | S/N | W.P. | | PN | |
| HANGER | SIZE | TYPE | | CSG/TBG SIZE | WEIGHT | GRADE | | THREAD | |

**WORK PERFORMED** Standing by until I am called out to the m/v Normand Commander. Working as directed by Blue Water rep.

| ITEM | QTY. | DESCRIPTION | PART NO. | UNIT PRICE | DISCOUNT | TOTAL |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**F.O.B. MANUFACTURING PLANT**

**TOTAL PARTS AND MATERIALS**

| LABOR | FROM: HR & DATE 1-14-13 | TO: HR & DATE 1-20-13 | REG. HOURS | O.T. HOURS 7 days @ | RATE 1575.00 | O.T. RATE | 11,025.00 |
|---|---|---|---|---|---|---|---|
| LODGING | FREIGHT OR MISCELLANEOUS | | MEALS | MILEAGE | | PER MILE | |

| PERFORMANCE REVIEW | EXCEEDED EXPECTATIONS | MET EXPECTATIONS | NEEDS IMPROVEMENT | DID NOT MEET EXPECTATIONS |
|---|---|---|---|---|
| Serviceman Arrived at Location On Time | ☐ | ☐ | ☐ | ☐ |
| Serviceman's Attitude | ☐ | ☐ | ☐ | ☐ |
| Serviceman's Competency | ☐ | ☐ | ☐ | ☐ |
| Service Facility Office Support | ☐ | ☐ | ☐ | ☐ |
| Did Serviceman Properly Review CAM issued JHA | ☐ | ☐ | ☐ | ☐ |
| OTHER (PLEASE LIST) | ☐ | ☐ | ☐ | ☐ |

**EST. CHARGES**

**TOTAL CHARGES** 11,025.00

**JOB TYPE**

Drilling ☐
Section A  B  C (circle one)
System (TIH/HMBS TSW/SS etc.)
Hanger - IC - S - Man. (circle one)
Completion/Decompletion ☐
Frac tree ☐
Prod. Tree ☐
Lubricator ☐
Production ☐
Greasing ☐
Valve / Act. ☐
SD Lubricator ☐

**OTHER**

**CUSTOMER STAMP**

RIG DELAY RESULTING FROM CAMERON SERVICE OR EQUIPMENT
☐ YES  ☐ NO
IF YES PLEASE GIVE YOUR COMMENTS:

CAMERON REP. "Print" Brad Theriot  "Signature" Brad Theriot  DATE 1-20-13
CUSTOMER REP. "Print" Allen Margl  "Signature"  DATE 1-21-13

| Reviewed by District Mgr. | | FPR Submitted | ☐ YES | ☐ NO |
| Signature | | FPR# | | |
| Date | | Date | | |



**CAMERON**

**INVOICE**

| | |
|---|---|
| Invoice No | : 913261593 |
| Invoice Date | : FEB 05 2013 |
| Page | : 1 of 2 |

**Remit To:**
SUBSEA SYSTEMS
CAMERON
P.O. Box 730491
Dallas, TX 75373-0491

**Inquiries To :**
SUBSEA SYSTEMS
CAMERON
4646 W Sam Houston Parkway N
Houston, Texas 77041
Phone 713-939-2211

**Wire Transfer To:**
JPMorgan Chase Bank, NA
New York, NY 10004
Account #: 55-43274
ABA #: 021000021
Swift #: CHASUS33

**ACH Remit To:**
JP Morgan Chase Bank, NA
Chicago, IL
Account #: 55-43274
ABA #: 071000013

Payment Terms    : Cash in Advance
Terms & Conditions    : As Attached/Included
Freight Terms    : FOB Shp Pt-Frt Coll-No Pro Frt
Ship From    : BAYOU VISTA LA

Invoice to: 21011440
BLUEWATER INDUSTRIES LP
ATTN:  ACCOUNTS PAYABLE
5300 MEMORIAL STE 550
HOUSTON TX  77007

Ship To: 43219949
BLUEWATER INDUSTRIES
GREEN CANYON 299 OCSG 15571
CAMERON
3007 HWY 182 E
MORGAN CITY LA   70380-5843

---

Inside Sales Contact : Gwen Luu / 985-395-1692    Sales Order : 2914661    Delivery Note : 84650264

---

| | |
|---|---|
| Customer Reference | : 1111-031 REV1 |
| Placed By | : JIMMY JONES |
| Functional Location | : GM2-2048-0001-0001 |
| Description | : GC 299 OCSG 15571 (21011440) |
| Project Reference | : (DOC) FSO 390579 |

PO#: 1111-031 REV1
WELL LOCATION: GC 299 WELL #4
OCSG#: 15571
RIG NAME: NORMAND COMMANDER
JOB REQUESTED: JIMMY JONES
SERVICE BEGIN DATE: 01/30/13
SERVICE END DATE:  01/31/13
SERVICE HAND: BRAD THERIOT

---

| Item | Material Number. Description | Qty | Unit Net Price USD | Extended Price USD |
|---|---|---|---|---|
| 10 | SUBSEAOFFSHORE OFFSITE DAY RATE SUBSEA LABOR CAMERON SERVICEMAN CALLED OUT TO LOCATION TO PERFORM WORK AS REQUESTED. | 2.0  DY | 2,581.00 | 5,162.00 |

CAM—2283-1

 **CAMERON**

| Item | Material Number.<br>Description | Qty | Unit Net Price<br>USD | Extended Price<br>USD |
|------|---------------------------------|-----|------------------------|------------------------|
| | NOTE: PLEASE REFER TO SERVICE TICKET ATTACHED FOR COMPLETE SERVICE REPORT.<br>BRAD THERIOT PERFORMED THIS JOB. | | | |
| 20 | EXPENSE-RT<br>MEAL (EXPENSE COST + 20%) | 1   EA | 45.90 | 45.90 |

**Price Summary :**

|  | | | Total Price : | 5,207.90 USD |
|---|---|---|---|---|
|  | | | Total Invoice Value : | 5,207.90 USD |

Cameron is committed to complying with U.S. Export Administration Rules and Regulations. If this Order is being exported to you, or may be re-exported to an ultimate consignee or end-user abroad, the following applies: These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. Law is prohibited.

CAM—2283-1

# CAMERON

## FIELD SERVICE ORDER
CAM-2203-E

**FIELD SERVICE ORDER NO.** 390579

| LAND | OTHER ✓ | DATE PREPARED 1-31-13 | PAGE | OF |

| SALES ORDER NO. | PURCHASE ORDER NO./CONTRACT NO. PO 1111-031 rev1 | P.O. DATE | COUNTY | | STATE |

| ORDERED BY Jimmy Jones | RIG NAME Normand Commander | FED. WAT. Yes | FREIGHT | VIA | LOCATION 5026 |
| WELL REFERENCE/OCS. NO. GC-299  OCSG-16571  Well #4 | BILL OF LADING | CARRIER | | |
| BILL TO Bluewater | SOLD TO | SHIP TO | | |

| WELLHEAD | SIZE | MAKE | S/N | | W.P. | PN |
| VALVE | SIZES | MODEL | TRIM | S/N | W.P. | PN |
| HANGER | SIZE | TYPE | CSG/TBG SIZE | WEIGHT | GRADE | THREAD |

**WORK PERFORMED** All work for Cameron ups on board the Commander is complete. We are standing while transportation is arranged for us to get back to port.

1-31-13, Arrived in Carlyss on board the Commander. Transportation was lined up for us back to Galliano to get our vehicles.

| ITEM | QTY. | DESCRIPTION | PART NO. | UNIT PRICE | DIS-COUNT | TOTAL |
|------|------|-------------|----------|------------|-----------|-------|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**F.O.B. MANUFACTURING PLANT**

**TOTAL PARTS AND MATERIALS**

| LABOR | FROM: HR & DATE 1-30-13 | TO: HR & DATE 1-31-13 | REG. HOURS | O.T. HOURS 2 Days @ | RATE 2581 @0 | O.T. RATE | 5162.00 |
| LODGING | | | | | | | |
| | FREIGHT OR MISCELLANEOUS | MEALS 28.25+20% | | MILEAGE | @ | PER MILE | |

| PERFORMANCE REVIEW | EXCEEDED EXPECTATIONS | MET EXPECTATIONS | NEEDS IMPROVEMENT | DID NOT MEET EXPECTATIONS | EST. CHARGES 45.90 |
|---|---|---|---|---|---|
| Serviceman Arrived at Location On Time | ☐ | ☐ | ☐ | ☐ | TOTAL CHARGES 5207.90 |
| Serviceman's Attitude | ☐ | ☐ | ☐ | ☐ | JOB TYPE |
| Serviceman's Competency | ☐ | ☐ | ☐ | ☐ | Drilling ☐ |
| Service Facility Office Support | ☐ | ☐ | ☐ | ☐ | Section  A   B   C  (circle one) |
| Did Serviceman Properly Review CAM issued JHA | ☐ | ☐ | ☐ | ☐ | System  (Tr/In MBS TSW SS etc.) |
| OTHER (PLEASE LIST) | ☐ | ☐ | ☐ | ☐ | Hanger  IC  S  Man. (circle one) |

| CUSTOMER STAMP | RIG DELAY RESULTING FROM CAMERON SERVICE OR EQUIPMENT | | Completion/Decompletion ☐ |
| | ☐ YES | ☐ NO | Frac tree ☐ |
| | IF YES PLEASE GIVE YOUR COMMENTS: | | Prod. Tree ☐ |
| | | | Lubricator ☐ |
| | | | Production ☐ |
| | | | Greasing ☐ |
| | | | Valve / Act. ☐ |
| | | | SD Lubricator ☐ |
| | | | OTHER |

| CAMERON REP "Print" Brad Theriot | Signature | DATE 1-31-13 |
| CUSTOMER REP "Print" Allen Maugh | Signature | DATE 1-31-13 |

| Reviewed by District Mgr. | FPR Submitted | ☐ YES | ☐ NO |
| Signature | FPR# |
| Date | Date |

Brad Thediol
Ticket # 290579

```
                SALE RECEIPT
                     tko 01/31/13 12:00:41
Store #19586
Trans#  68 Clerk 2    Miss P
Dwr1 TRDT 013113 Reg-ID REG-MAIN
                   Receipt # 0000188370
--- ITEM --- QTY         PRICE MEMO  PLU
RST CHICK fr   1    T $   6.50$235FVM14735
fajita    Tr   1    T $   5.00$235FVM03339
DRK-30oz       1    TD$   1.55$235FVM10003
CHIPS          1    TD$   0.95$235FVM10020
DRK-30oz       1    TD$   1.55$235FVM10003
CHIPS          1    TD$   0.95$235FVM10020
RST CHICKNfs   1    T $   9.00$235FVM14935
DRK-30oz       1    TD$   1.55$235FVM10003
CHIPS          1    TD$   0.95$235FVM10020
ChiTeryaki6r   1    T $   4.75$235FVM18262
DRK-30oz       1    TD$   1.55$235FVM10003
CHIPS          1    TD$   0.95$235FVM10020
                         --------
         SUBTOTAL $     35.25
         Sales Tx $      3.00
                         --------
TAKE-OUT **TOTAL $     38.25
CredCardAMT TEND $     38.25
                         --------
      CHANGE DUE$       0.00

order @ www.subwayorder.com
and pick up in our drive-thru
      Approval No: 091270
     Reference No: 303118261744
        Acquired: Swipe
      Account No: ***********1538
     Card Issuer: Mastercard
          Amount: $38.25

Signature:

 x_____
 I agree to pay above total amount
according to the Card Issuer Agreement.

_____


Take our 1-minute Survey at
www.tellsubway.com and receive a free
cookie. Keep your receipt and write
your unique coupon code
here_____.

Host Order ID: 687-68-1033603
```

| CAMERON | | Expense Authorization Sheet | 390579 |
|---|---|---|---|
| Expense amount | Date | Expense explanation & attendees | |
| $38.25 | 1/31/2013 | Meal, Brad Theriot, Alafred Clayton, Albert Mason, Millo(Parker Tech) | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| $38.25 | total | Expense Cost + 25% = 450 | |
| Employee Name: | | Brad Theriot | |

 **CAMERON**

**INVOICE**

| | |
|---|---|
| Invoice No | : 913261594 |
| Invoice Date | : FEB 05 2013 |
| Page | : 1   of   2 |

**Remit To:**
SUBSEA SYSTEMS
CAMERON
P.O. Box 730491
Dallas, TX 75373-0491

**Inquiries To :**
SUBSEA SYSTEMS
CAMERON
4646 W Sam Houston Parkway N
Houston, Texas 77041
Phone 713-939-2211

**Wire Transfer To:**
JPMorgan Chase Bank, NA
New York, NY  10004
Account #: 55-43274
ABA #: 021000021
Swift #: CHASUS33

**ACH Remit To:**
JP Morgan Chase Bank, NA
Chicago, IL
Account #: 55-43274
ABA #: 071000013

Payment Terms    : Cash in Advance
Terms & Conditions    : As Attached/Included
Freight Terms     : FOB Shp Pt-Frt Coll-No Pro Frt
Ship From        : BAYOU VISTA LA

Invoice to: 21011440
BLUEWATER INDUSTRIES LP
ATTN:  ACCOUNTS PAYABLE
5300 MEMORIAL STE 550
HOUSTON TX  77007

Ship To: 43219949
BLUEWATER INDUSTRIES
GREEN CANYON 299 OCSG 15571
SPITZER SHIPYARD, CHANNELVIEW, TX
3007 HWY 182 E
MORGAN CITY LA   70380-5843

---

Inside Sales Contact : Gwen Luu / 985-395-1692      Sales Order : 2914708      Delivery Note : 84650267

---

| | |
|---|---|
| Customer Reference | : 1111-031 REV1 |
| Placed By | : BILLY STEVENS |
| Functional Location | : GM2-2048-0001-0001 |
| Description | : GC 299 OCSG 15571 (21011440) |
| Project Reference | : (DOC) FSO 390580 |

PO#: 1111-031 REV1
WELL LOCATION: GC 299 WELL #2
OCSG#: 15571
JOB REQUESTED: BILLY STEVENS
SERVICE BEGIN DATE: 02/04/13
SERVICE END DATE:  02/04/13
SERVICE HAND: BRAD THERIOT

---

| Item | Material Number.<br>Description | Qty | Unit Net Price<br>USD | Extended Price<br>USD |
|---|---|---|---|---|
| 10 | SUBSEAOFFSHORE<br>OFFSITE DAY RATE SUBSEA LABOR<br>CAMERON SERVICEMAN CALLED OUT TO LOCATION TO PERFORM WORK AS REQUESTED. | 1.0  DY | 2,581.00 | 2,581.00 |

CAM—2283-1

 **CAMERON**

Invoice No    : 913261594
Page          : 2   of    2

| Item | Material Number. Description | Qty | Unit Net Price USD | Extended Price USD |
|------|------------------------------|-----|--------------------|--------------------|
| | NOTE: PLEASE REFER TO SERVICE TICKET ATTACHED FOR COMPLETE SERVICE REPORT. BRAD THERIOT PERFORMED THIS JOB. | | | |
| 20 | MILEAGE MILEAGE (ROUNDTRIP CAMERON, BERWICK, LA TO SPITZER SHIPYARD, CHANNELVIEW, TX) | 550.00  MI | 2.00 | 1,100.00 |
| 30 | EXPENSE-RT MEALS (EXPENSE COST + 20%) | 1   EA | 76.79 | 76.79 |

**Price Summary :**

Total Price :                 3,757.79 USD

Total Invoice Value :         3,757.79 USD

Cameron is committed to complying with U.S. Export Administration Rules and Regulations. If this Order is being exported to you, or may be re-exported to an ultimate consignee or end-user abroad, the following applies: These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. Law is prohibited.

# CAMERON

## FIELD SERVICE ORDER
CAM-2303-E

**FIELD SERVICE ORDER NO.** 390580

| SALES ORDER NO. | PURCHASE ORDER NO./CONTRACT NO. PO 1111-031 rev | P.O. DATE | COUNTY | | STATE |
|---|---|---|---|---|---|

LAND ✓  OTHER  DATE PREPARED 2-4-13  PAGE  OF 1

ORDERED BY: Billy Stearns
WELL REFERENCE/OGS NO. GC-299  Well #2, DCSG-15671
RIG NAME: Spitzer Shipyard
FED. WAT. NO  FREIGHT  VIA CV  LOCATION 5036
BILL OF LADING  CARRIER #8341

BILL TO: Blue Water
SOLD TO:
SHIP TO: Channelview, TX  Spitzer Shipyard

| WELLHEAD | SIZE | MAKE | S/N | | W.P. | PN |
| VALVE | SIZES | MODEL | TRIM | S/N | W.P. | PN |
| HANGER | SIZE | TYPE | CSG/TBG SIZE | WEIGHT | GRADE | THREAD |

WORK PERFORMED: Drove to spitzer shipyard in Channelview, TX. Completed back seal test on C1 side of P32P3 jumper. Technip had ops meeting and it was decided to push work back to the 15th of Feb. Drove back to shop in Seuriel.

| ITEM | QTY. | DESCRIPTION | PART NO. | UNIT PRICE | DISCOUNT | TOTAL |
|---|---|---|---|---|---|---|

F.O.B. MANUFACTURING PLANT    TOTAL PARTS AND MATERIALS

| LABOR | FROM: HR & DATE 2-4-13 | TO: HR & DATE 2-4-13 | REG. HOURS | OT. HOURS 1 Day @ | RATE 2581.00 | OT. RATE | 2581.00 |
| LODGING | FREIGHT OR MISCELLANEOUS | MEALS 63.99+20% | MILEAGE 550 | @ 2.00 | PER MILE | 1100.00 |

| PERFORMANCE REVIEW | EXCEEDED EXPECTATIONS | MET EXPECTATIONS | NEEDS IMPROVEMENT | DID NOT MEET EXPECTATIONS | EST. CHARGES 76.79 |
| Serviceman Arrived at Location On Time | ☐ | ☐ | ☐ | ☐ | TOTAL CHARGES 3757.79 |
| Serviceman's Attitude | ☐ | ☐ | ☐ | ☐ | JOB TYPE |
| Serviceman's Competency | ☐ | ☐ | ☐ | ☐ | Drilling ☐ |
| Service Facility Office Support | ☐ | ☐ | ☐ | ☐ | Section A B C (circle one) |
| Did Serviceman Properly Review CAM Issued JHA | ☐ | ☐ | ☐ | ☐ | System (WH/MBS/TBW/SS etc) |
| OTHER (PLEASE LIST) | ☐ | ☐ | ☐ | ☐ | Hanger D S Man. (circle one) |

CUSTOMER STAMP

RIG DELAY RESULTING FROM CAMERON SERVICE OR EQUIPMENT  ☐ YES  ☐ NO
IF YES PLEASE GIVE YOUR COMMENTS:

| Completion/Decompletion | ☐ |
| Frac tree | ☐ |
| Prod. Tree | ☐ |
| Lubricator | ☐ |
| Production | ☐ |
| Greasing | ☐ |
| Valve / Act. | ☐ |
| SD Lubricator | ☐ |
| OTHER | |

CAMERON REP. "Print" Brad Theriot  Signature  DATE 2-4-13
CUSTOMER REP. "Print" Billy Stearns  Signature BWI  DATE 2/4/13

Reviewed by District Mgr.  FPR Submitted ☐ YES ☐ NO
Signature  FPR#
Date  Date

Brad Theriot
Ticket # 390580

Burger King #10607
163-7 Martin Luther King B
Houma, LA
985-868-5822

Order578

Host: Latisha                02/04/2013
Order578                         1:47 AM
                                  30360

Order Type: Drive Thru

Combo Meal                        5.19
Double StackerT
No Bacon
SM Fries
Bottled Water                     0.20
Double StackerT CM SM
6 Pc Kids Tenders                 1.69
No Sauce

Subtotal                          7.08
Tax                               0.60

Drive Thru Total                  7.68
Mastercard                        7.68
Auth:012635

02/04/2013 4:58:52 AM
Register: 1 Trans #: 3374 Op ID: 9956
Your cashier: muhammad

tax                        $1.99 101
tax                        $2.49 101
tax                        $0.75 101
tax                        $1.39 101
no tax                     $1.26  99
                           ----------
            Subtotal =     $7.88
               Tax =       $0.55
                           ----------
              Total =      $8.43

         Change Due =      $0.00

Credit                     $8.43
-------------------------------------
XXXXXXXXXXXXX1538, MCFLEET
INVOICE E/7079515

---

11400 East Freeway I-10
Jacinto City, TX 77029

Server: Monica Qt          DOB: 02/04/2013
11:50 AM                        02/04/2013
Table 108/1                      3/30001

              SALE

MASTERCARD                      3145730
Card #XXXXXXXXXXXXX1538
Magnetic card present: THERIOT BRAD
Card Entry Method:  S

Approval: 003586

        Amount:         $ 31.59

        + Tip: _____

        = Total:    36.59

--- Trans# 161 Clerk 2   Dwr 1 TROT 020413
   Receipt # 0000723885 Reg-ID Main Pc
--- ITEM --- QTY        PRICE MEMO  PLJ
Meal 2.50          T $    2.50        meal
CHIPS            1 T $    1.19       10020
CHICKEN   fr     1 TD$    5.00$ERegFT10235
$5AnyRgFT        1    $    0.00$ERegFT12510

     SUBTOTAL $         8.60
     Sales Tx $         0.69
                      --------
TAKE-OUT **TOTAL $     9.29
CredCardAMT TEND $     9.29
                      --------
   CHANGE DUE$         0.00

How'd we do?  Get a free cookie.
Take our 1 min. survey at tellsubway.com
   Approval No: 063621
   Reference No: 30352344E581
   Acquired: Swipe
   Account No: ***********1538
   Card Issuer: Mastercard
   Amount: $9.29

Take our 1-minute Survey at
www.tellsubway.com and receive a free
cookie.  Keep your receipt and write
your unique coupon code
here_____.

Host Order ID: 622-54-123860

# Expense Authorization Sheet

CAMERON

390580

| Expense amount | Date | Expense explanation & attendees |
|---|---|---|
| $7.68 | 2/4/2013 | Meal, Brad Theriot |
| $8.43 | 2/4/2013 | Meal, Brad Theriot |
| $38.59 | 2/4/2013 | Meal, Brad Theriot, Lafred Clayton |
| $9.29 | 2/4/2013 | Meal, Brad Theriot |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| $63.99 | total | Expente Oct + 2013 76.23 |

Employee Name: Brad Theriot

 **CAMERON**

**INVOICE**

| | |
|---|---|
| Invoice No | : 913292551 |
| Invoice Date | : MAR 11 2013 |
| Page | : 1   of   2 |

Remit To:
SUBSEA SYSTEMS
CAMERON
P.O. Box 730491
Dallas, TX 75373-0491

Inquiries To :
SUBSEA SYSTEMS
CAMERON
4646 W Sam Houston Parkway N
Houston, Texas 77041
Phone 713-939-2211

Wire Transfer To:
JPMorgan Chase Bank, NA
New York, NY  10004
Account #: 55-43274
ABA #: 021000021
Swift #: CHASUS33

ACH Remit To:
JP Morgan Chase Bank, NA
Chicago, IL
Account #: 55-43274
ABA #: 071000013

Payment Terms   : Cash in Advance
Terms & Conditions   : As Attached/Included
Freight Terms   : FOB Shp Pt-Frt Coll-No Pro Frt
Ship From   : BAYOU VISTA LA

Invoice to: 21011440
BLUEWATER INDUSTRIES LP
ATTN:  ACCOUNTS PAYABLE
5300 MEMORIAL STE 550
HOUSTON TX 77007

Ship To: 43219949
BLUEWATER INDUSTRIES
GREEN CANYON 299 OCSG 15571
SPITZER - CHANNELVIEW, TX
3007 HWY 182 E
MORGAN CITY LA  70380-5843

---

Inside Sales Contact : Gwen Luu / 985-395-1692        Sales Order : 2939712        Delivery Note : 84694705

---

| | |
|---|---|
| Customer Reference | : 1111-031 REV1 |
| Placed By | : JIMMY JONES |
| Functional Location | : GM2-2048-0001-0001 |
| Description | : GC 299 OCSG 15571 (21011440) |
| Project Reference | : (DOC) FSO 390584 |

PO#: 1111-031 REV1
WELL LOCATION: GC 299
OCSG#: 15571
RIG NAME: NORMAND COMMANDER
JOB REQUESTED: JIMMY JONES
SERVICE BEGIN DATE: 02/25/13
SERVICE END DATE:  03/03/13
SERVICE HAND: BRAD THERIOT

---

| Item | Material Number. Description | Qty | Unit Net Price USD | Extended Price USD |
|---|---|---|---|---|
| 10 | STANDBY STANDBY (NON-ACTIVITY) DAY RATE SUBSEA LABOR CAMERON SERVICEMAN CALLED OUT TO LOCATION TO PERFORM WORK AS REQUESTED. NOTE: PLEASE REFER TO SERVICE TICKET ATTACHED FOR COMPLETE SERVICE | 2.0  DY | 1,575.00 | 3,150.00 |

CAM—2283-1

 CAMERON

| Item | Material Number. Description | Qty | Unit Net Price USD | Extended Price USD |
|---|---|---|---|---|
| | REPORT. BRAD THERIOT PERFORMED THIS JOB. | | | |
| 20 | SUBSEAOFFSHORE OFFSITE DAY RATE SUBSEA LABOR CAMERON SERVICEMAN CALLED OUT TO LOCATION TO PERFORM WORK AS REQUESTED. NOTE: PLEASE REFER TO SERVICE TICKET ATTACHED FOR COMPLETE SERVICE REPORT. BRAD THERIOT PERFORMED THIS JOB. | 8.0  DY | 2,581.00 | 20,648.00 |
| 30 | MILEAGE MILEAGE (ROUNDTRIP CAMERON, BERWICK, LA TO SPITZER SHIPYARD, CHANNELVIEW, TX) | 550.00  MI | 2.00 | 1,100.00 |
| 40 | LODGING LODGING (EXPENSE COST + 20%) | 1   EA | 205.14 | 205.14 |
| 50 | EXPENSE-RT MEALS (EXPENSE COST + 20%) | 1   EA | 123.82 | 123.82 |

**Price Summary :**

Total Price :                              25,226.96 USD

Total Invoice Value :                      25,226.96 USD

Cameron is committed to complying with U.S. Export Administration Rules and Regulations. If this Order is being exported to you, or may be re-exported to an ultimate consignee or end-user abroad, the following applies: These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. Law is prohibited.

CAM--2283-1

# CAMERON

**FIELD SERVICE ORDER**
CAM-2323-E

FIELD SERVICE ORDER NO.
**390584**
PAGE | OF

| SALES ORDER NO. | PURCHASE ORDER NO./CONTRACT NO. PO 111-031 rev 1 | | LAND | OTHER ✓ | DATE PREPARED 3-6-13 | PAGE | OF |

ORDERED BY Jimmy Jones  Albert Mason
RIG NAME  Normand Commander
P.O. DATE | COUNTY | STATE LA

WELL REFERENCE/OCS. NO. Well #2 BC-299  OCSG-15571
FED. WAT. Yes | FREIGHT | VIA C/V | LOCATION 5026

BILL OF LADING | CARRIER

BILL TO Bluewater
SOLD TO
SHIP TO #8341 Spitzer Shipyard Channelview, TX

| WELLHEAD | SIZE | MAKE | S/N | | W.P. | PN |
| VALVE | SIZES | MODEL | TRIM | S/N | | |
| HANGER | SIZE | TYPE | CSG/TBG SIZE | WEIGHT | GRADE | THREAD |

WORK PERFORMED  Drove to spitzer shipyard. Performed lift test on GPT jumper and set it on deck on the Odyssey Diamond. Drove to Carlyss, LA to board the Normand Commander. Installed the GPT jumper subsea and rode back in to Carlyss, LA.

| ITEM | QTY. | DESCRIPTION | PART NO. | UNIT PRICE | DIS-COUNT | TOTAL |
|---|---|---|---|---|---|---|
| | 2 | Standby time for 2-25-13 & 2-26-13  2 days @ | | 1575.00 | per day | 3150.00 |
| | | 274.13 × 20% = 328.96 | | | | 328.96 |
| | | 274.13 × 20% = 328.96 | | | | 328.96 |

F.O.B. MANUFACTURING PLANT

TOTAL PARTS AND MATERIALS **3478.96**

| LABOR | FROM: HR & DATE 2-27-13 | TO: HR & DATE 3-6-13 | REG. HOURS | O.T. HOURS 8 days @ | RATE 2581.00 | O.T. RATE |
| LODGING | | | | | | 20648.00 |
| | FREIGHT OR MISCELLANEOUS 170.95 | MEALS 103.18 | MILEAGE 550 | @ 2.00 PER MILE | 1100.00 | |

PERFORMANCE REVIEW

| | EXCEEDED EXPECTATIONS | MET EXPECTATIONS | NEEDS IMPROVEMENT | DID NOT MEET EXPECTATIONS |
| Serviceman Arrived at Location On Time | ☐ | ☐ | ☐ | ☐ |
| Serviceman's Attitude | ☐ | ☐ | ☐ | ☐ |
| Serviceman's Competency | ☐ | ☐ | ☐ | ☐ |
| Service Facility Office Support | ☐ | ☐ | ☐ | ☐ |
| Did Serviceman Properly Review CAM Issued JHA | ☐ | ☐ | ☐ | ☐ |
| OTHER (PLEASE LIST) | ☐ | ☐ | ☐ | ☐ |

EST. CHARGES
TOTAL CHARGES **25,226.96**

JOB TYPE
Drilling ☐
Section A B C (circle one)
System ☐ (fill in MBS TSW SS etc.)
Hanger IC S Man. (circle one)
Completion/Decompletion ☐
Frac tree ☐
Prod. Tree ☐
Lubricator ☐
Production ☐
Greasing ☐
Valve / Act. ☐
SD Lubricator ☐
OTHER

CUSTOMER STAMP

RIG DELAY RESULTING FROM CAMERON SERVICE OR EQUIPMENT
☐ YES  ☐ NO
IF YES PLEASE GIVE YOUR COMMENTS:

CAMERON REP. "Print" Brad Theriot  "Signature"  DATE 3-6-13
CUSTOMER REP. "Print" Albert Mason  "Signature"  DATE 3-6-13

Reviewed by District Mgr.
Signature
Date

FPR Submitted ☐ YES ☐ NO
FPR#
Date

02/28/13  3:25PM          Ticket # 390984          NiteVision 2010 SP0 HF2 P1



# La Quinta Inn & Suites Houston Normandy
## 930 Normandy St.
## Houston, TX 77015
## 713-451-0009
## Property ID: 6086

**LA QUINTA**
INNS & SUITES

Folio#: 58218
Theriot, Brad
3207 camilia ave
HOUMA, LA 70363
Company: CAMERON

Room: 328
Arrival: 2/27/2013
Departure: 3/3/2013

| Trans # | Date | Posting Description | Charges | Payments | Balance |
|---------|------|--------------------|---------|---------|---------|
| 301498 | 2/27/2013 | Rm: 328 GEN10N - Preferred Rate | $116.10 | $0.00 | $116.10 |
| 301499 | 2/27/2013 | TAX - OCCUPANCY - CITY | $8.13 | $0.00 | $124.23 |
| 301500 | 2/27/2013 | TAX - OCCUPANCY - COUNTY | $4.65 | $0.00 | $128.88 |
| 301501 | 2/27/2013 | TAX - OCCUPANCY - STATE | $6.97 | $0.00 | $135.85 |
| 301546 | 2/28/2013 | ROOM CHARGE- 2:30 Late Check Out | $30.00 | $0.00 | $165.85 |
| 301547 | 2/28/2013 | TAX - OCCUPANCY - CITY | $2.10 | $0.00 | $167.95 |
| 301548 | 2/28/2013 | TAX - OCCUPANCY - COUNTY | $1.20 | $0.00 | $169.15 |
| 301549 | 2/28/2013 | TAX - OCCUPANCY - STATE | $1.80 | $0.00 | $170.95 |
| 301550 | 2/28/2013 | CC PMT - MASTER CARD | $0.00 | $170.95 | $0.00 |
| | | | | **Balance:** | **$0.00** |

Membership Tier:
Membership#:
Method of Pay:       Credit Card

Signature:

**Folio Summary**

| | |
|---|---|
| Previous Balance: | $0.00 |
| Room Charges: | $146.10 |
| Other Charges/Credits: | $0.00 |
| Phone Charges: | $0.00 |
| Tax: | $24.85 |
| Less Payments: | $170.95 |
| **Total Amount Due:** | **$0.00** |

THANK YOU
WE APPRECIATE YOUR BUSINESS

Expense cost #207 = 205⁷⁴

Page 1 of 1

Ticket # 390584

```
Food-N-Fun 11
1189 Evangeline Thruway
Broussard La
00203062


        03/01/2013 2:16:21 AM
   Register: 2 Trans #: 6406 Op ID: 1079
        Your cashier: Victoria

COMM COFFEE TRAVEL MUG/E      $3.99 101
CAPPUCINO CUP/20 OZ           $2.29 101
WRIG -5- COBALT MINI BTT      $2.69 103
WRIG -5- RAIN MINI BOTTL      $2.69 103
BIGS SEED C/S SALT PEPPE      $3.00 103
                              ----------
                 Subtotal =   $14.66
                      Tax =    $1.06
                              ----------
                    Total =   $15.72

               Change Due =    $0.00

Credit                        $15.72
-------------------------------------
XXXXXXXXXXXXX1538, MCFLEET
INVOICE E/6268849
AUTH 022580
```

Ticket # 340584



THANK YOU FOR CHOOSING MCDONALD'S
4105 HWY 90 E
BROUSSARD , LA
70518
! ! ! THANK YOU ! ! !
TEL# 337  839  0401 Store# 18554

KS# 12            Feb.27'13 (Wed) 06:27

MFY SIDE 2  KVS Order 31

QTY ITEM                    TOTAL
  1 STK EGG CH BAGEL ML     4.65
  1 MED ORANGE JUICE CC     0.55
        <Drink Upcharge>

Subtotal                    5.20
Tax                         0.44
Take-Out Total              5.64

Cashless                    5.64
Change                      0.00

MER# 49500802

| | |
|---|---|
| LUNCH BUFFET | 8.89 |
| LUNCH BUFFET | 8.89 |
| SOFT DRINK | 1.99 |
| SOFT DRINK | 1.99 |

                   Sub Total:  21.76
                   Tax     :    1.80
02/27 11:09a TOTAL :       23.56

*******************************
         Join Us Weekends
       for Sunrise Breakfast
           Steak & Egg
*******************************

            AMT-TEND TIP/CHNG  TALLY
MASTERCARD   28.56    5.00    23.56
                             23.56

TOTAL SALES PLUS TIPS:    28.56

---

**Chili's Grill & Bar**
I 70E 6526
11400 East Freeway I-10
Jacinto City, TX 77029

02/28/2013
1:00 PM
50011

Server: Gus
Table 76/1
Guests: 3
Order Type: Dine In

SPIN DIP STARTER      7.89
3 BEVERAGE (@2.19)    6.57
LC-TURKEY SAND        6.00
SOUTHERN SMOKEHSE     9.59
TRIPLE DIPPER        10.49
....................

Subtotal             40.54
Tax                   2.94

Total                43.48

Balance Due          43.48

Thank You!
We Welcome Your Comments
(800) 983-4637
www.chilis.com

| | | Expense Authorization Sheet | 390584 |
|---|---|---|---|

**CAMERON**

| Expense amount | Date | Expense explanation & attendees |
|---|---|---|
| $5.64 ✓ | 2/27/2013 | meal, Brad Theriot |
| $23.56 ✓ | 2/27/2013 | meal, Brad Theriot, Alfred Clayton |
| $50.48 ✓ | 2/28/2013 | meal, Brad Theriot, Alfred Clayton, Don Tabor |
| $15.72 ✓ | 3/1/2013 | Meal, Brad Theriot |
| $7.78 ✓ | 2/28/2013 | Meal, Brad Theriot |
| $170.95 ✓ | 3/3/2013 | Hotel stay, Brad Theriot |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| $274.13 | total | Expense cost $257 = 328 ⁹⁶⁻ |

Employee Name: Brad Theriot

 **CAMERON**

| | |
|---|---|
| Invoice No : **913298211** | **Remit To:** SUBSEA SYSTEMS CAMERON |
| Invoice Date : MAR 18 2013 | P.O. Box 730491 |
| Page : 1 of 2 | Dallas, TX 75373-0491 |

**Inquiries To :**
SUBSEA SYSTEMS
CAMERON
4646 W Sam Houston Parkway N
Houston, Texas 77041
Phone 713-939-2211

**Wire Transfer To:**
JPMorgan Chase Bank, NA
New York, NY 10004
Account #: 55-43274
ABA #: 021000021
Swift #: CHASUS33

**ACH Remit To:**
JP Morgan Chase Bank, NA
Chicago, IL
Account #: 55-43274
ABA #: 071000013

Payment Terms : Cash in Advance
Terms & Conditions : As Attached/Included
Freight Terms : FOB Shp Pt-Frt Coll-No Pro Frt
Ship From : BAYOU VISTA LA

Invoice to: 21011440
BLUEWATER INDUSTRIES LP
ATTN: ACCOUNTS PAYABLE
5300 MEMORIAL STE 550
HOUSTON TX 77007

Ship To: 43219949
BLUEWATER INDUSTRIES
GREEN CANYON 299 OCSG 15571
3007 HWY 182 E
MORGAN CITY LA 70380-5843

Inside Sales Contact : Gwen Luu / 985-395-1692     Sales Order : 2944755     Delivery Note : 84704085

Customer Reference : 1111-031 REV1
Placed By : JIMMY JONES
Functional Location : GM2-2048-0001-0001
Description : GC 299 OCSG 15571 (21011440)
Project Reference : (DOC) FSO 363187 / TERMS AND CONDITIONS

PO#: 1111-031 REV1
WELL LOCATION: GC 299
OCSG#: 15571
RIG NAME: ODYSSE DIAMOND
JOB REQUESTED: JIMMY JONES
SERVICE BEGIN DATE: 01/21/13
SERVICE END DATE: 01/29/13
SERVICE HAND: MICHAEL VERRETTE

| Item | Material Number. Description | Qty | Unit Net Price USD | Extended Price USD |
|---|---|---|---|---|
| 10 | SUBSEAOFFSHORE OFFSITE DAY RATE SUBSEA LABOR CAMERON SERVICEMAN CALLED OUT TO LOCATION TO PERFORM WORK AS REQUESTED. NOTE: PLEASE REFER TO SERVICE TICKET ATTACHED FOR COMPLETE SERVICE | 8.0 DY | 2,581.00 | 20,648.00 |

CAM—2283-1

 **CAMERON**

Invoice No   : 913298211
Page         : 2   of   2

| Item | Material Number. Description | Qty | Unit Net Price USD | Extended Price USD |
|------|------------------------------|-----|--------------------|--------------------|
| | REPORT. MICHAEL VERRETTE PERFORMED THIS JOB. | | | |
| 20 | MILEAGE MILEAGE (ROUNDTRIP CAMERON, BERWICK, LA TO PORT FOURCHON, LA) | 204.00  MI | 2.00 | 408.00 |
| 30 | EXPENSE-RT CAR RENTAL (EXPENSE COST + 20%) | 1  EA | 235.60 | 235.60 |

**Price Summary :**

**Total Price :**             **21,291.60 USD**

**Total Invoice Value :**     **21,291.60 USD**

Cameron is committed to complying with U.S. Export Administration Rules and Regulations. If this Order is being exported to you, or may be re-exported to an ultimate consignee or end-user abroad, the following applies: These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. Law is prohibited.

I/C

# CAMERON

**FIELD SERVICE ORDER**
CAM-0303-E

| FIELD SERVICE ORDER NO. |
|---|
| **363187** |

| | LAND | OTHER | DATE PREPARED | PAGE | OF |
|---|---|---|---|---|---|
| | | | 1-30/9 | | |

| SALES ORDER NO. | PURCHASE ORDER NO./CONTRACT NO. | | P.O. DATE | COUNTY | STATE |
|---|---|---|---|---|---|
| | 40-118-031 Rev | | | | |

| ORDERED BY | | RIG NAME | | FED. WAT. | FREIGHT | VIA | LOCATION |
|---|---|---|---|---|---|---|---|
| Jimmy Jones | | Odysse Diamol | | | | | |

| WELL REFERENCE/OCS NO. | | BILL OF LADING | CARRIER |
|---|---|---|---|
| OSCG 15571 GC 249 | | | Michael Vermore |

| BILL TO: | SOLD TO | | SHIP TO |
|---|---|---|---|
| Blue water | | | Fouchou Port |

| WELLHEAD | SIZE | MAKE | S/N | | W.P. | PN |
|---|---|---|---|---|---|---|
| VALVE | SIZES | MODEL | TRIM | S/N | W.P. | PN |
| HANGER | SIZE | TYPE | CSG/TBG SIZE | WEIGHT | GRADE | THREAD |

**WORK PERFORMED** assisted with setting jumpers, checked that casket liners installed, and Recorded serial numbers on basket. See dsR from 1-21-13 to 1-29-13 for more details.

| ITEM | QTY. | DESCRIPTION | PART NO. | UNIT PRICE | DIS-COUNT | TOTAL |
|---|---|---|---|---|---|---|
| | | Miles | | | | |
| | | Burwith ship to Port oF Fouchon | | | | |
| | | Port oF Fouchon to Brown's shop in 204 miles | | | | |
| | | 204 miles | | | | |
| | | Roof trip. | | | | |

**F.O.B. MANUFACTURING PLANT** | **TOTAL PARTS AND MATERIALS**

| LABOR | FROM: HR & DATE | TO: HR & DATE | REG. HOURS | O.T. HOURS | RATE Por day | O.T. RATE | |
|---|---|---|---|---|---|---|---|
| | 1-21-13 | 1-29-13 | 9 days | | 2rtl.a | | 20,648.00 |
| LODGING | | FREIGHT OR MISCELLANEOUS | MEALS | | MILEAGE | | |
| | Car Rental 196.74 | | + 20% overn 322.04 | | $2.00 PER MILE 89364 | | |

| PERFORMANCE REVIEW | EXCEEDED EXPECTATIONS | MET EXPECTATIONS | NEEDS IMPROVEMENT | DID NOT MEET EXPECTATIONS | EST. CHARGES | 21,291.60 |
|---|---|---|---|---|---|---|
| Serviceman Arrived at Location On Time | ☐ | ☐ | ☐ | ☐ | TOTAL CHARGES | |
| Serviceman's Attitude | ☐ | ☐ | ☐ | ☐ | JOB TYPE | |
| Serviceman's Competency | ☐ | ☐ | ☐ | ☐ | Drilling | ☐ |
| Service Facility Office Support | ☐ | ☐ | ☐ | ☐ | Section A B C (circle one) | |
| Did Serviceman Properly Review CAM Issued JHA | ☐ | ☐ | ☐ | ☐ | System _____ (SW in MISS TSW SS etc.) | |
| OTHER (PLEASE LIST) | ☐ | ☐ | ☐ | ☐ | Hanger IC S Man. (circle one) | |

| CUSTOMER STAMP | RIG DELAY RESULTING FROM CAMERON SERVICE OR EQUIPMENT? | | Completion/Decompletion | ☐ |
|---|---|---|---|---|
| | ☐ YES | ☐ NO | Frac tree | ☐ |
| | IF YES PLEASE GIVE YOUR COMMENTS: | | Prod. Tree | ☐ |
| | | | Lubricator | ☐ |
| | | | Production | ☐ |
| | | | Greasing | ☐ |
| | | | Valve / Act. | ☐ |
| | | | SD Lubricator | ☐ |
| | | | OTHER | |

| CAMERON REP. "Print" | Signature | DATE |
|---|---|---|
| Michael Vermore | | 1-29-13 |
| CUSTOMER REP. "Print" | Signature | (DATE) |
| Jimmy Jones | | 3/13/13 |

| Reviewed by District Mgr. | FPR Submitted | ☐ YES | ☑ NO |
|---|---|---|---|
| Signature | FPR # | | |
| Date | Date | | |

2013-01-30 17:29 0678                78 >>            1423                P 1/1

Page 1 of 1

IAN HOLDINGS, LLC, 14134 EAST FWY, HOUSTON, TX 770155909 (713) 450-9383

**RENTAL AGREEMENT REF#**
123387          4FVNSN

**RENTER**
HORTON, CARL

**DATE & TIME OUT**
01/29/2013  03:49 PM
**DATE & TIME IN**
01/30/2013  11:11 AM

**BILLING CYCLE**
24-HOUR

**VEH #1 2013 CHEV SONI 4DL2**
VIN# 1G1JE5SH7D4102506
LIC# DT7J997
MILES DRIVEN 465

**SUMMARY OF CHARGES**

| Charge Description | Date | Quantity | Per | Rate | Total |
|---|---|---|---|---|---|
| TIME & DISTANCE | 01/29 - 01/30 | 1 | DAY | $30.39 | $30.39 |
| DW | 01/29 - 01/30 | 1 | DAY | $19.99 | $19.99 |
| PAI | 01/29 - 01/30 | 1 | DAY | $3.00 | $3.00 |
| SLP | 01/29 - 01/30 | 1 | DAY | $13.99 | $13.99 |
| ONE WAY FEE | 01/29 - 01/30 | 1 | RENTAL | $100.00 | $100.00 |
| REFUELING CHARGE | 01/29 - 01/30 | | | | $0.00 |
| ROADSIDE ASSISTANCE | 01/29 - 01/30 | 1 | DAY | $3.99 | $3.99 |
| PROTECTION | | | | | |
| | | | **Subtotal:** | | **$171.36** |

| Taxes & Surcharges | | | | | |
|---|---|---|---|---|---|
| SPORT AUTHORITY TAX | 01/29 - 01/30 | | | 5% | $7.79 |
| TEXAS REIMBURSEMENT | 01/29 - 01/30 | 1 | DAY | $1.59 | $1.59 |
| TX MTR VHCLE RNTL TAX | 01/29 - 01/30 | | | 10% | $15.60 |
| | | **Total Charges:** | | | **$196.34** |
| | | | | | **$0.00** |

**Total Amount Due**

**PAYMENT INFORMATION**

| AMOUNT PAID | TYPE | CREDIT CARD NUMBER |
|---|---|---|
| $196.34 | Mastercard | xxxxxxxxxxxxx7242 PENDING |

Expense  cost + 20% = 235⁶⁰

FDO 363 187

# Expense Authorization Sheet

**CAMERON**

| Expense amount | Date | Expense explanation & attendees |
|---|---|---|
| $196.34 | 1/30/2013 | RENTED A CAR TO DRIVE BACK FROM PORT OF HOUSTON TO FOUCHON TO GET WORK TRUCK BECAUSE WE LEFT OUT OF FOUCHON AND DEMOBED IN HOUSTON. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | FR 363197 |
| $196.34 | total | Expense Cost + 235 = 235 |

Employee Name: MICHAEL VERRETTE

## TERMS AND CONDITIONS OF SALE

**1. CONTRACT ACCEPTANCE:**
Any written or oral purchase order received from Buyer by Seller shall be construed as a written acceptance of Seller's offer to sell and shall be filled in accordance with the terms and conditions of sale set forth herein. SELLER'S ACCEPTANCE OF THIS ORDER IS EXPRESSLY CONDITIONED ON BUYER'S ASSENT TO THE TERMS CONTAINED HEREIN.   The terms and conditions of Seller's proposal (if any) and acknowledgement shall prevail over any conflicting or different terms in Buyer's order unless Buyer notifies Seller in writing of its objections thereto within fifteen (15) days from receipt of Seller's acknowledgement.  Buyer's standard terms of purchase will not be considered a counteroffer to Seller's terms and conditions of sale.  The failure of Seller to object to any provision in conflict herewith whether contained on Buyer's purchase order or otherwise shall not be construed as a waiver of the provisions hereof nor as an acceptance thereof.

**2. QUOTATIONS AND PRICES:**
Any product, service capability or manufacturing capability which may be available at the time a quotation is made is subject to prior sale.  Prices quoted are subject to change without notice.  The price in effect at the time of shipment including any escalation formula will apply, unless a valid quotation or written agreement to the contrary exists between Buyer and Seller.  All prices shown are in U.S. dollars and are F.O.B. Seller's shipping point.  Seller reserves the right to place a service charge on past due accounts at the highest rate permitted by law.  Any documentation pertaining to traceability requirements for raw materials or products or documentation required for any routine or special processes must be identified by the Buyer at the time of quotation (if any) or at the time of order placement.

**3. TAXES:**
Any tax or other charge imposed by law on the sale or production of goods or the performance of services shall be paid by the Buyer, unless the law specifically provides that such payment must be made by Seller, in which case Buyer shall reimburse Seller for such payment as part of the purchase price.  Custom duties, consular fees, insurance charges and other comparable charges will be borne by Buyer.

**4. SHIPPING SCHEDULE AND DELIVERY:**
Shipment schedules are given as accurately as conditions permit and every effort will be made to make shipments as scheduled.  Seller will not be responsible for deviations in meeting shipping schedules nor for any losses or damages to Buyer (or any third party) occasioned by deviations in the shipping schedule, whether due to Acts of God, orders bearing priority ratings established pursuant to law, differences with workmen, local labor shortages, fire, flood, shortages or failure of raw materials, supplies, fuel, power or transportation, breakdown of equipment or any other causes beyond Seller's reasonable control, whether of similar or dissimilar nature than those enumerated. Seller shall have additional time within which to perform as may be reasonably necessary under the circumstances and shall have the right to apportion its production among its customers in such a manner as it may consider to be equitable. Seller reserves the right to furnish commercially equivalent or better substitutes for materials or to subcontract the Buyer's order or portions thereof as Seller deems necessary.  In no event shall Seller be liable for any consequential damages resulting from failure or delay in shipment.  If Buyer requires drawings, procedures, standards or similar material for approval, shipping schedules will be calculated from the time such approvals are received by Seller, since shipping schedules are based on Seller having all required information and a firm order from Buyer which is enterable into production.  Any hold points, witness points or the need for inspection by Buyer's representatives must be identified by Buyer at the time of quotation (if any) and/or order placement in order that the effect on the prices or shipping schedules (if any) can be taken into account.  Additional inspection or testing required by Buyer which affects normal production sequence will be considered as extending the shipping dates accordingly.

**5. TERMS OF PAYMENT:**
Terms of payment are 30 days from date of invoice unless otherwise stated in the quotation or Seller's order acknowledgment.

**6. CANCELLATIONS AND RETURNS:**
Purchase orders once placed by Buyer and accepted by Seller can be canceled only with Seller's written consent and upon terms which will save Seller from loss.  No products may be returned for credit or adjustment without written permission from Seller's office authorized to issue such permission.

**7. WARRANTIES:**
All products of Seller's manufacture except for its Orbit product are warranted against defects of material and workmanship for a period of twelve (12) months from the date of installation or eighteen (18) months from date of shipment, whichever period first expires while its Orbit product is warranted for thirty six (36) months from date of shipment, when all such products are used in the service and within the pressure range for which they were

manufactured. In the case of products or parts not wholly of Seller's manufacture, Seller's liability shall be limited to the extent of its recovery from the manufacturer of such products or parts under its liability to Seller. Any repair work performed by Seller is warranted for one year from completion of such repairs and applies only to work performed. If, within these specified periods, Seller receives notice from Buyer of any alleged defect in or nonconformance of any product or repair and if in the Seller's sole judgment the product or repair does not conform or is found to be defective in material or workmanship, then, Buyer shall, at Seller's request, return the part or product F.O.B. to Seller's designated plant or service location. Seller has no liability for removal or reinstallation of products or equipment. Seller, at its option and expense, shall repair or replace the defective part or product, or repay to Buyer the full price paid by Buyer for such defective part, repair or product. Any repayment of purchase price shall be without interest. Seller's warranty liability, including defects caused by Seller's negligence, shall be limited to such repair, replacement or refund, and shall not include claims for labor costs, expenses of Buyer resulting from such defects, recovery under general tort law or strict liability or for damages resulting from delays, loss of use, or other direct, indirect, incidental or consequential damages of any kind. Seller will not be responsible for failures of products which have been in any way tampered with or altered by anyone other than an authorized representative of Seller, failures due to lack of compliance with recommended maintenance procedures or products which have been repaired or altered in such a way (in Seller's judgment) as to affect the products adversely. THIS WARRANTY IS EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES, EXPRESS, STATUTORY OR IMPLIED, INCLUDING THE WARRANTY OF MERCHANTABILITY AND FITNESS FOR PARTICULAR PURPOSE WHICH EXCEED THE FOREGOING WARRANTY.

**8. ENGINEERING AND SERVICE:**
Upon request, Seller will provide engineering and/or technical information regarding its products and their uses and, if feasible, will provide personnel to assist Buyer in effecting field installations and/or field service. Any such information, service or assistance so provided, whether with or without charge, shall be advisory only

**9. LABOR STANDARDS:**
Seller hereby certifies that these products were produced in accordance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act as amended and of regulations and orders of the United States Department of Labor issued under Section 14 thereof.

**10. INSPECTION:**
Unless otherwise agreed in writing, final inspection and acceptance of products must be made at Seller's plant or other shipping or receiving point designated by Seller and shall be conclusive except as regards latent defects. Buyer's representatives may inspect at the Seller's plant or shipping point during working hours prior to shipment in such manner as will not interfere with operations.

**11. DELIVERY AND ACCEPTANCE:**
Delivery shall be in accordance with the requirements in the Purchase Contract, provided, in the event Buyer is unable to accept delivery upon completion of the manufacture of the Goods in accordance with such requirements, Buyer agrees that (i) title and risk of ownership shall pass to Buyer on date of Seller's invoice, and (ii) Buyer will make payments within thirty days after date of such invoice. Seller shall retain custodial risk of loss until delivery is made in accordance with such requirements.

**12. EXPORT COMPLIANCE:**
The Buyer shall provide the Seller with relevant end-use, end-user and country of end-use information with respect to the goods, services, software or technology to be supplied hereunder (collectively, "Items"). Based on and in reliance on such information, the Seller will supply such Items in compliance with applicable trade and customs laws including that of the United States of America. The Seller cautions and the Buyer acknowledges that any change in end-use, end-user or country of end-use (including a shipment between countries other than the U.S.) may be restricted or prohibited by applicable trade and customs law, whether it be of the U.S. or other country. The Parties shall comply with all trade and customs laws (including U.S. Export Controls) except for any such laws which conflict with or are otherwise penalized under the laws of the U.S., which in the event of such conflict, Seller shall notify Buyer. The Buyer agrees in particular that it shall not use and shall not permit any third party to use such items in connection with the design, production, use, or storage of chemical, biological or nuclear weapons or missiles of any kind.

## 13. TRANSPORTATION CHARGES, ALLOWANCES, CLAIMS:

All prices are F.O.B. Seller's plant or other designated shipping point. No freight is allowed unless stated in Seller's quotation (if any) or in a written contract which may exist between Seller and Buyer at the time of shipment. If Seller's quotation or a written contract states that all or a portion of freight is allowed, all prices are F.O.B. Seller's plant or other designated shipping point, with most economical surface transportation allowed. If the quoted or contractual price includes transportation, Seller reserves the right to designate the common carrier and to ship in the manner it deems most economical. Added costs due to special routing requested by the Buyer are chargeable to the Buyer. Under no circumstances is any freight allowance which is absorbed by Seller to be deducted from the selling price. If the quoted price or contract includes transportation, no deduction will be made in lieu thereof whether Buyer accepts shipment at plant, warehouse, freight station, or otherwise supplies its own transportation. When sales are made from the Seller's warehouse, Seller reserves the right to charge either actual or pro-rated freight from Seller's principle point of manufacture to Seller's warehouse. Buyer assumes risk of loss upon delivery to the carrier, regardless of who pays shipping costs. Seller endeavors to pack or prepare all shipments so that they will not break, rust or deteriorate in transit, but does not guarantee against such damage. Unless requested in writing by the Buyer, no shipments are insured by Seller against damage or loss in transit. Seller will place insurance as nearly as possible in accordance with Buyer's written instructions but in such case Seller acts only as agent between the insurance company and the Buyer and assumes no liability whatsoever. Any claims for shipping loss, breakage or damage (obvious or concealed) are Buyer's responsibility and should be made to the carrier. All claims regarding shortages must be made within thirty (30) days from receipt of shipment and must be accompanied by the packing list(s) covering the shipment.

## 14. INDEMNIFICATION AND LIMITATION OF LIABILITY:

### A. INDEMNIFICATION:

"Buyer Group" means: Buyer, its parent (if any), subsidiaries, affiliates, co-owners, co-venturers, partners and any entity with whom Buyer has an economic interest with respect to the Work including Buyer's customer and its and their respective employees, personnel, directors, officers, borrowed servants, representatives, agents, contractors and subcontractors (respectively and of any tier or level and who are not included within the Seller Group),

"Seller Group" means: Seller, its parent (if any), subsidiaries, affiliates, co-owners and its and their respective employees, personnel, directors, officers, borrowed servants, representatives, agents, contractors and subcontractors (respectively and of any tier or level and who are not included within the Buyer Group),

"Negligence" means: sole, joint or concurrent, active, passive or gross negligence, willful misconduct, strict liability, product liability or any other legal cause of action.

"Claims" means any and all claims, demands, losses, damages and causes of action of whatever kind or nature. Unless otherwise specified, Claims is to be read in its broadest sense to include all claims by a first party (which includes any member of either Buyer Group or Seller Group) or by a third party (which includes any person or entity not included in Buyer Group or Seller Group.

(1)   Seller shall release, defend, save, indemnify (collectively "Indemnify") and hold Buyer Group harmless from and against all Claims, for loss of or damage to the property of the members of the Seller Group even if such Claims arise from or attributable to the Negligence of the members of Buyer Group.

(2)   Seller shall Indemnify and hold Buyer Group harmless from and against all Claims for the death(s) of or personal injury(ies) to members of the Seller Group even if such Claims arise from or attributable to the Negligence of the members of Buyer Group.

(3) Buyer shall Indemnify and hold Seller Group harmless from and against all Claims for loss of or damage to the property (including the Work) of the members of the Buyer Group even if such Claims arise from or attributable to the Negligence of the members of Seller Group.

(4)   Buyer shall Indemnify and hold Seller Group harmless from and against all Claims for the death(s) of or personal injury(ies) to members of the Buyer Group even if such Claims arise from or attributable to the Negligence of the members of Seller Group.

(5) Except as provided in Section 14A(6) below, Buyer (on its own behalf and on behalf of Buyer Group) and Seller (on its own behalf and on behalf of Seller Group) shall Indemnify and hold each other harmless from and against any and all Claims asserted against them by or on behalf of any third party for the death(s) of or personal injury (ies) to such a third party, as well as loss (es) of or damage(s) to the property of such a third party. It is agreed by Buyer and Seller that their respective duty of indemnity to each other with respect to Claims asserted against them by a third party pursuant to this Article 14 (A) (5) shall be limited to their respective degree of Negligence.

(6) Notwithstanding any other provision contained in this Agreement, Buyer shall Indemnify and hold the members of Seller Group harmless from and against all Claims (including clean-up costs and loss (es) of oil, gas or

hydrocarbons) arising from (i) pollution, contamination, dumping or spilling of any substance, (ii) blowout, (iii) fire, or (iv) loss of, or damage to, wells, formations or mineral rights, even if arising out of or attributable to the Negligence of the members of the Seller Group.

(7) Notwithstanding any other provision contained in this Agreement, Buyer shall be responsible for and shall reimburse and Indemnify Seller in respect of any loss of or damage (excluding normal wear and tear) to Seller Group property, materials or equipment (tools) or components which (i) is damaged or lost whilst in-hole below the rotary table or (ii) is leased or borrowed by Buyer.

**B. INDEMNITY FOR CONSEQUENTIAL DAMAGES:**

UNDER NO CIRCUMSTANCES SHALL SELLER BE LIABLE FOR ANY SPECIAL, CONSEQUENTIAL, INCIDENTAL, EXEMPLARY OR PUNITIVE DAMAGES (collectively "CONSEQUENTIAL"), AS DEFINED BY THE LAWS GOVERNING THIS PURCHASE ORDER, NOR FOR ANY LOSS OF ANTICIPATED PROFITS, LOSS OF BUSINESS OPPORTUNITY, LOSS OF USE OF EQUIPMENT OR OF ANY INSTALLATION, SYSTEM OR FACILITY INTO WHICH SELLER'S EQUIPMENT MAY BE LOCATED OR AT WHICH MEMBERS OF THE SELLER GROUP MAY BE PERFORMING WORK AND BUYER AGREES TO "INDEMNIFY" AND HOLD SELLER GROUP HARMLESS FROM AND AGAINST ANY "CLAIMS" FOR SUCH DAMAGES EVEN IF ARISING OUT OF OR ATTRIBUTABLE TO THE "NEGLIGENCE" OF THE MEMBERS OF THE SELLER GROUP.

**C. LIMITATION OF LIABILITY:**

EXCEPT AS OTHERWISE EXPRESSLY LIMITED IN THIS AGREEMENT IT IS THE EXPRESS INTENTION OF THE PARTIES HERETO THAT ALL INDEMNITY OBLIGATIONS AND/OR LIABILITIES HEREBY ASSUMED BY THE PARTIES SHALL BE: (i) SUPPORTED BY INSURANCE; (ii) WITHOUT LIMIT; (iii) AND WITHOUT REGARD TO THE CAUSE OR CAUSES THEREOF, INCLUDING, BUT NOT LIMITED TO, PREEXISTING CONDITIONS (WHETHER SUCH CONDITIONS BE PATENT OR LATENT); THE UNSEAWORTHINESS OF ANY VESSEL OR VESSELS (WHETHER OR NOT PREEXISTING); THE UNAIRWORTHINESS OF ANY AIRCRAFT; BREACH OF REPRESENTATION OR WARRANTY (EXPRESS OR IMPLIED); BREACH OF CONTRACT; BREACH OF DUTY (STATUTORY, CONTRACTUAL, COMMON LAW OR OTHERWISE); STRICT LIABILITY; CONDITION OF RUIN OR DEFECTIVE PREMISES, EQUIPMENT, FACILITIES, OR APPURTENANCES OF ANY PARTY UNDER ANY CODE, LAW OR (WHETHER OR NOT SAID CONDITION IS PREEXISTING AND/OR LATENT, PATENT OR OTHERWISE); THE LOADING OR UNLOADING OF PERSONS OR CARGO; TORT; OR THE NEGLIGENCE OR FAULT OF ANY PARTY (AS DEFINED AT THE BEGINNING OF THIS ARTICLE 14; OR ANY OTHER THEORY OF LEGAL LIABILITY. Seller's total responsibility for any claims, damages, losses or liability arising out of or related to its performance of this contract or the products or services covered hereunder shall not exceed 20% of the purchase price under the applicable purchase order.

**D. BUYER's CUSTOMER AND SUPPLIER INDEMNITIES:**

Notwithstanding anything in these terms or the order to the contrary, in the event that Buyer is entitled to indemnity under any contract with its customers or suppliers with respect to pollution and consequential losses described in Section 14A(6) and 14B above in connection with work performed under this Agreement, Buyer will provide Seller Group with the benefit of such indemnity to the fullest extent possible under such contracts with Buyer's customers and suppliers.

**E. CARE OF RENTAL EQUIPMENT:**

(1)     The Buyer, at its sole expense, shall be responsible for ensuring that the rental equipment is maintained in good working order and operating condition at all times the Buyer maintains possession of the rental equipment. The rental equipment shall be maintained in good working order and operating condition, at Buyer's expense, and shall be returned in the same condition as when received, ordinary wear and tear alone excepted.

(2)     Seller shall conduct an inspection ("Inspection and Disposition") of the rental equipment to determine if the rental equipment is in good working order and operating condition.  If Seller after the Inspection and Disposition finds that the rental equipment is not in good working order and operating condition and is in need of refurbishment, remanufacture, and/or replacement, Seller shall prepare and submit a quotation and invoice, as necessary, prior to any repair work taking place to Buyer detailing the costs and expenses Buyer is obligated to pay to maintain the rental equipment in good working order and operating condition.

(3)     The Buyer shall be liable for all costs and expenses for the refurbishment of the rental equipment to its original state and condition, save and except for ordinary wear and tear. Without prejudice to the generality of the foregoing and for the avoidance of doubt, damage and deterioration in the rental equipment requiring welding machining or coating operations are not considered as normal wear and tear. Any costs and expenses for the refurbishment of the rental equipment shall be invoiced to Buyer upon the return and Inspection and Disposition of

the rental equipment. All costs for refurbishment and labor charges shall be specified in the pricing schedule or such other similar document agreed to by the parties.

(4)     In respect of the rental equipment which requires welding machining or coating operations or other remanufacturing related actions, Seller will repair all damaged equipment, at the cost and expense of the Buyer. Upon the completion of the Inspection and Disposition of the rental equipment and prior to any repair work taking place, Seller shall prepare and submit a quotation and invoice detailing the expected costs to repair the rental equipment to its original state and condition.

(5)     In respect of rental equipment which has been lost or damaged beyond repair, the Buyer shall be liable and shall pay to Seller, Seller's most recent replacement price item, as may be prescribed by Seller from time to time, with such replacement price taking into account the age, usage and depreciated value of the lost or damaged item as determined by Seller's standard accounting procedures.  Any such replacement price prescribed by Seller shall take into account the age, usage and actual value of the lost or damaged item. Upon the completion of the Inspection and Disposition of the rental equipment and prior to any repair work taking place Seller will submit a quotation for the replacement price and an invoice to Buyer.

**15. MODIFICATION, RESCISSION & WAIVER:**
The terms herein may not be modified or rescinded nor any of its provisions waived unless such modification, rescission or waiver is in writing and signed by an authorized employee of Seller at its office in Houston, Texas. Failure of Seller to insist in any one or more instances upon the performance of any of the terms and conditions of the contract or the failure of Seller to exercise any of its rights hereunder shall not be construed as a waiver or relinquishment of any such term, condition, or right hereunder and shall not affect Seller's right to insist upon strict performance and compliance with regard to any unexecuted portions of this contract or future performance of these terms and conditions.

All orders must be accepted by an authorized employee of Seller.  The rights and duties of the parties and construction and effect of all provisions hereof shall be governed by and construed according to the internal laws of the State of Texas.  Any disputes which arise under this agreement shall be venued in the District Court of Harris County, Texas or in the Southern District of Texas.

CAM/T&C/US/10

5

# INVOICE

 **CAMERON**

| | | |
|---|---|---|
| **Invoice No** | : 913298236 | **Remit To:** |
| **Invoice Date** | : MAR 18 2013 | SUBSEA SYSTEMS |
| **Page** | : 1  of  2 | CAMERON |
| | | P.O. Box 730491 |
| | | Dallas, TX 75373-0491 |

Inquiries To :
SUBSEA SYSTEMS
CAMERON
4646 W Sam Houston Parkway N
Houston, Texas 77041
Phone 713-939-2211

**Wire Transfer To:**
JPMorgan Chase Bank, NA
New York, NY  10004
Account #: 55-43274
ABA #: 021000021
Swift #: CHASUS33

**ACH Remit To:**
JP Morgan Chase Bank, NA
Chicago, IL
Account #: 55-43274
ABA #: 071000013

Payment Terms   : Cash In Advance
Terms & Conditions   : As Attached/Included
Freight Terms   : FOB Shp Pt-Frt Coll-No Pro Frt
Ship From   : BAYOU VISTA LA
Shipped Date   : MAR 18 2013

---

| Invoice to: 21011440 | Ship To: 43219603 |
|---|---|
| BLUEWATER INDUSTRIES LP | SPITZER HEAVY FABRICATION/BLUEWATER |
| ATTN:  ACCOUNTS PAYABLE | GREEN CANYON BLK 299  OCSG 15571 |
| 5300 MEMORIAL STE 550 | 13863 INDUSTRIAL RD |
| HOUSTON TX  77007 | HOUSTON TX  77015-6822 |

---

Inside Sales Contact : NICOLE DINGER / 985-395-1250      Sales Order : 2945001      Delivery Note : 84704251

---

Customer Reference   : 1111-031 rev1
Placed By      : TRENT CASE

**SHIPPED 3/8/13 REF: R125694**
**GC 299 OCSG 15571**

---

| Item | Material Number.<br>Description | Qty | Unit Net Price<br>USD | Extended Price<br>USD |
|---|---|---|---|---|
| 10 | 2723073<br>HYDRAULIC CONTROL FLUID, CASTROL<br>TRANSAQUA HT,<br>WATERBASED PRODUCITON CONTROL FLUID<br>SUPPLIED IN DRUMS OF 205 LITRES<br>CLEAN TO NAS 1638 CLASS 6. | 2  EA | 3,354.64 | 6,709.28 |

**Price Summary :**

| | |
|---|---|
| **Total Price :** | **6,709.28 USD** |
| **Total Invoice Value :** | **6,709.28 USD** |

CAM--2283-1

 **CAMERON**

**Invoice No** : **913298236**
Page          : 2   of   2

Cameron is committed to complying with U.S. Export Administration Rules and Regulations. If this Order is being exported to you, or may be re-exported to an ultimate consignee or end-user abroad, the following applies: These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. Law is prohibited.

# CAMERON

| DATE | | | | | | | |
|------|--|--|--|--|--|--|--|
| 3/8/13 | 56 26 | | | | | | R125694 |

PAGE 1 of 1

BLUEWATER
Contract 400/2515  ZIP CODE

SPITZER HEAVY FAB.
13863 INDUSTRIAL RD.
HOUSTON, TX 77015

WELL No GC299 OCSG 155 71

| ORDERED BY | TAKEN BY | SHIPPED FROM | SHIPPED VIA | CUSTOMER'S ORDER NO. |
|------------|----------|--------------|-------------|---------------------|
| TRENT CASE | 13108 | PATTERSON | | PO# 1111-051 REVO1 |

| ITEM | QUAN | PART NUMBER | UNIT PRICE | DESCRIPTION | CLASS |
|------|------|-------------|-----------|-------------|-------|
| 1 | 2 | 2723073 | 3354.64 | TRANSAQUA | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Jimmy Jones 3/13/13 | |
| | | | | Bluewater | |
| | | | | | |
| | | | | | |
| | | | | | |

CAM-99-3

# RENTAL INVOICE

 **CAMERON**

| | |
|---|---|
| **Invoice No** | : 913298435 |
| Invoice Date | : MAR 18 2013 |
| Page | : 1   of   3 |

**Remit To:**
SUBSEA SYSTEMS
CAMERON
P.O. Box 730491
Dallas, TX 75373-0491

**Inquiries To :**
SUBSEA SYSTEMS
CAMERON
4646 W Sam Houston Parkway N
Houston, Texas 77041
Phone 713-939-2211

**Wire Transfer To:**
JPMorgan Chase Bank, NA
New York, NY  10004
Account #: 55-43274
ABA #: 021000021
Swift #: CHASUS33

**ACH Remit To:**
JP Morgan Chase Bank, NA
Chicago, IL
Account #: 55-43274
ABA #: 071000013

Payment Terms   : Cash in Advance
Terms & Conditions   : As Attached/Included
Freight Terms   : FOB Shp Pt-Frt Coll-No Pro Frt
Ship From   : BAYOU VISTA LA
Shipped Date   : MAR 18 2013

Invoice to: 21011440
BLUEWATER INDUSTRIES LP
ATTN:   ACCOUNTS PAYABLE
5300 MEMORIAL STE 550
HOUSTON TX  77007

Ship To: 43219603
SPITZER HEAVY FABRICATION/BLUEWATER
GREEN CANYON BLK 299  OCSG 15571
13863 INDUSTRIAL RD
HOUSTON TX  77015-6822

Inside Sales Contact : NICOLE DINGER / 985-395-1250      Contract   : 40012515 Contract Start : 11/29/2012      Contract End

Customer Reference   : 1111-031 rev1
Placed By      : TRENT CASE

**SHIPPED 11/6/2012 REF: R125694**
**GC 299 OCSG 15571**

**ORDERED BY: TRENT CASE**

| Item | Material Number. Description | Qty | Unit Net Price USD | Extended Price USD |
|---|---|---|---|---|
| 520 | R2035677-02 ASSY, 6" NOM SEAL REPLACEMENT TOOL, CVC FLOWLINE CONNECTION SYSTEM 6" 10 SEAL REPLACEMENT S/N 26-M-0617 | 1   EA | 5,175.00 | 5,175.00 |

SHIPPED 2/27/13

RENTAL BEGAN ON 2/27/13

RENTAL CHARGES $5175.00 FOR 14 DAYS
$1035.00 PER DAY AFTER 14 DAYS

 **CAMERON**

| Item | Material Number.<br>Description | Qty | Unit Net Price<br>USD | Extended Price<br>USD |
|------|---------------------------------|-----|------------------------|------------------------|
| | . | | | |
| | FINAL BILLING PERIOD 2/27/13 - 3/7/13<br>9 DAYS | | | |
| 530 | R2247342-04<br>6" 10K HUB CLEANING<br>S/N 26-M-0612<br>S/N 26-M-0637 | 2 EA | 632.50 | 1,265.00 |
| | .<br>SHIPPED 2/27/13 | | | |
| | .<br>RENTAL BEGAN ON 2/27/13 | | | |
| | .<br>RENTAL CHARGES $632.50 FOR 14 DAYS<br>$126.50 PER DAY AFTER 14 DAYS | | | |
| | .<br>FINAL BILLING PERIOD 2/27/13 - 3/7/13<br>9 DAYS | | | |
| 540 | RENTAL<br>UNIVERSAL BOX<br>#UB-O5 | 9 EA | 20.00 | 180.00 |
| | .<br>SHIPPED 2/27/13 | | | |
| | .<br>RENTAL BEGAN ON 2/27/13 | | | |
| | .<br>RENTAL CHARGES $20.00 PER DAY | | | |
| | .<br>FINAL BILLING PERIOD 2/27/13 - 3/7/13<br>9 DAYS | | | |
| 550 | R2247342-04<br>6" HUB CLEANING TOOL<br>S/N 26-M-0612 | 1 EA | 7,998.00 | 7,998.00 |
| | .<br>TOOLS LOST OFFSHORE | | | |
| 560 | RENTAL<br>SECONDARY T-HANDLE<br>LOST OFFSHORE | 1 EA | 4,507.00 | 4,507.00 |

 **CAMERON**

Invoice No   : 913298435
Page         : 3   of   3

Price Summary :

Total Price :                 19,125.00 USD

Total Invoice Value :         19,125.00 USD

Cameron is committed to complying with U.S. Export Administration Rules and Regulations. If this Order is being exported to you, or may be re-exported to an ultimate consignee or end-user abroad, the following applies: These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. Law is prohibited.

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading,

**R NUMBER 125694**

Subject to Section 7 of conditions, of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

| | |
|---|---|
| **FROM** Cameron Division, Cooper Cameron Corp. | **DATE** 11/6/12 |
| **AT** | |
| **CONSIGNED TO** | |

| DESTINATION | STATE | COUNTY | |
|---|---|---|---|
| | | | **WELL. NO.** |

| CARRIER United Vision Logistics | COMPANY VEHICLE | WILL CALL | OTHER HS |
|---|---|---|---|

(Signature of consignor)
If charges are to be prepaid, write or stamp here, "To be Prepaid."

| NO. PKG | DESCRIPTION | WEIGHT | Rate | NO. PKG. | DESCRIPTION | WEIGHT | Rate |
|---|---|---|---|---|---|---|---|
| 1 SKID | Fluid | | | | PACKING DEVICES, NOI 16 # PDF | | |
| 4 Pc's | FAB Stands | | | | | | |
| 4 Pc's | Shipping Stands | | | | PRESSURE GAUGES | | |
| 1 PC | CVC Tool | | | | SCALE WEIGHT INDICATOR | | |
| 1 PC | Job Box | | | | | | |
| 1 PC | HPU | | | | | | |

Rec'd $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.
Per _____
(The signature here acknowledges only the amount prepaid.)
Charges advanced:

**CARRIER NOTE:** IF PREPAID, ATTACH BLUE COPY AND MAIL TO PAUL BROUSSARD & ASSOC
501 CRAWFORD, SUITE 401, HOUSTON, TX 77002

Cameron Division, Cooper Cameron Corp.

Permanent post office address of shipper, P.O. BOX 1212, HOUSTON, TEXAS 77251-1212, U.S.A.

"If interstate consignment, then the provisions hereof shall be subject to the laws of Texas; all provisions not expressly restricted by such laws shall be applicable to this shipment."

KEY GARCIA 035424

---



**CAMERON**

**RENTAL AGREEMENT**

| START RENTAL ON ____ | STOP RENTAL ON ____ |
|---|---|

MINIMUM RENTAL PERIOD OF ____ DAYS.

| DATE 11/6/12 | CO. 50 | WHSE. 26 | TERRITORY | PR | FIELD ORDER NO. R 125694 |
|---|---|---|---|---|---|

**Bluewater Contract**

| | SHIP TO | Spitzer Heavy Fabrication | PAGE 1 OF 2 |
|---|---|---|---|
| | | 13863 Industrial Rd. | |
| | ZIP CODE | Houston, Tx. 77015 | |
| **CUSTOMER CODE** 21011440 | | WELL NO. GC299 OCSG-15571 | |

| F.O.B. SHIPPING POINT. | ORDERED BY Trent Case | TAKEN BY 13111 | SHIPPED FROM Patterson | SHIPPED VIA | CUSTOMER'S ORDER NUMBER PO #1111-031 rev 1 |
|---|---|---|---|---|---|

| ITEM | QUAN. | PART NUMBER | UNIT PRICE | DESCRIPTION |
|---|---|---|---|---|
| 1 | 1 | RCVC HPU-2 | $5,000 for 7days $960 per day after 7days | HPU 26-m-0502 |
| 2 | 1 | R CVC BOX-3 | n/c | Job Box 26-m-0550 |
| 3 | 1 | R2155807-05 | $15,375 for 14days $2500 per day after 14days | CVC Running Tool 26-m-0160 |
| 4 | 1 | Rent | $3,354.64 | 1 drum Transaqua |

EQUIPMENT LISTED HEREIN RECEIVED; I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF AND REPRESENT THAT I AM AUTHORIZED TO SIGN THIS RENTAL AGREEMENT AS CUSTOMER'S AGENT.

CUSTOMER _____  DATE 11/26/12  TIME ____ A.M. P.M.

CAM-631-M

**HOUSTON SALES OFFICE**

READ TERMS ON REVERSE SIDE


**CAMERON**

| DATE | CO. | WHSE | TERRITORY | | | PJ | FIELD ORDER NO. |
|------|-----|------|-----------|--|--|-----|------------------|
| 11/6/12 | 50 | 36 | | | | | R125694 |

Billing Address: Bluewater
Contract'

ZIP CODE

Zone Code: 2 0 1440

SHIP TO: Spitzer Heavy Fabrication
13863 Industrial Road
Houston, Tx. 77015

PAGE: 2 of 2

CUST CODE
WELL No.: GC899  OCSG-15571

| ORDERED BY | TAKEN BY | SHIPPED FROM | SHIPPED VIA | CUSTOMER'S ORDER NO. |
|------------|----------|--------------|-------------|----------------------|
| Trent Case | 13111 | Patterson | | PO#1111-031 rev01 |

P.O. & SHIPPING POINT/FREIGHT CHIPM, PAID FROM HOUSTON, TEXAS

| # ITEM | QUAN. | PART NUMBER | UNIT PRICE | DESCRIPTION | CLASS |
|--------|-------|-------------|------------|-------------|-------|
| 5 | 1 | R215517-05 | $17,250 for 14 days $3,450 per day after 14 days | 6"10K Test Skid + Fab. Stand Skid - 26-m-0288 Stand - 26-m-0400 | |
| 6 | 1 | R215597-05 | $17,250 for 14 days $3,450 per day after 14days | 6"10K Test Skid + Fab. Stand Skid - 26-m-0559 Stand - 110176607-01 14'lg 6'w 6'h | |
| 7 | 1 | R215597-05 | $17,250 for 14 day $3450 per day after 14 days | 6"10K Test Skid + Fab. Stand Skid - 26-m-0464 Stand - 10007680 | |
| 8 | 1 | R215517-05 | $17,250 for 14days $3450 per day after 14days | 6"10K Test Skid + Fab. Stand Skid - 26-m-0364 Stand - 110176604-01 | |
| 9 | 1 | R2215824-01 | $6,900 for 14 days $1381 per day after 14days | 6"10K Shipping Stand 26-m-0283 | |
| 10 | 1 | R2215824-01 | $6,900 for 14days $1381 per day after 14days | 6"10K Shipping Stand 26-m-0558 | |
| 11 | 1 | R2215824-01 | $6,900 for 14days $1381 per day after 14days | 6"10K Shipping Stand 26-m-0627 | |
| 12 | 1 | R2215824-01 | $6,900 for 14days $1381 per day after 14days | 6"10K Shipping Stand 26-m-0628 | |

CAM-99-G

HOUSTON SALES OFFICE COPY

# CAMERON

| DATE | | | | | | | | | | PR... | | | | R125694 |
|------|--|--|--|--|--|--|--|--|--|-------|--|--|--|--------|
| 2/27/13 | 50 | 26 | | | | | | | | | | | | |

Bluewater
Contract: 40012515

Techip Spool Base
8000 Global Drive
Carluss, La. 70665
GC299 OCSG-15571

PAGE 1 of 1

| ORDERED BY | TAKEN BY | SHIPPED FROM | SHIPPED VIA | CUSTOMER'S ORDER NO. |
|-----------|----------|--------------|-------------|---------------------|
| Trent Case | 13111 | Patterson | | PO 1111-031 rev.1 |

| ITEM | QUAN. | PART NUMBER | UNIT PRICE | DESCRIPTION | CLASS |
|------|-------|-------------|------------|-------------|-------|
| 1 | 1 | R2035677-02 | $5173 for 14days $1,085 per day after 14 days | 6"10K Seal Replacement 26-m-0617 | |
| 2 | 2 | R2247312-04 | $6325¢ for 14days $126.60 per day after 14 days | 6"10K Hub Cleaning 26-m-0612 26-m-0637 | |
| 3 | 1 | Rent | $20 per day | Universal Box UB-05 | |

Jimmy Jones
Bluewater
3/13/13

HOUSTON SALES OFFICE COPY

# CAMERON

| DATE | | | | | FIELD ORDER NO. |
|------|---|---|---|---|---|
| 3/12/13 | 50b6 | | | | R125694 |

Blue water

Cmtract: 40012515

SHIP TO: Tools lost offshore 1 of and charging customer

WELL NO: GC299 OCSG 15571

| ORDERED BY | TAKEN BY | SHIPPED FROM | SHIPPED VIA | CUSTOMER'S ORDER NO. |
|------------|----------|--------------|-------------|---------------------|
| Trent Case | 13111 | Patterson | | PO# 1111-031-Rev01 |

| ITEM | QUAN | PART NUMBER | UNIT PRICE | DESCRIPTION | CLASS |
|------|------|-------------|------------|-------------|-------|
| 1 | 1 | R2247343-04 | $7998 | 6" Hub Cleaning Tool 26-m-0612 | |
| 2 | 1 | Rent | $4507 | Secondary T-Handle *Shipped Job Box | |
| | | | | | |
| | | | | Jimmy Jones Bluewater | |
| | | | | 3/13/13 | |

HOUSTON SALES OFFICE COPY

# RENTAL INVOICE

 **CAMERON**

| | | |
|---|---|---|
| **Invoice No** | : 913309085 | **Remit To:** |
| Invoice Date | : MAR 27 2013 | SUBSEA SYSTEMS |
| Page | : 1  of  6 | CAMERON |
| | | P.O. Box 730491 |
| | | Dallas, TX 75373-0491 |

**Inquiries To :**
SUBSEA SYSTEMS
CAMERON
4646 W Sam Houston Parkway N
Houston, Texas 77041
Phone 713-939-2211

**Wire Transfer To:**
JPMorgan Chase Bank, NA
New York, NY  10004
Account #: 55-43274
ABA #: 021000021
Swift #: CHASUS33

**ACH Remit To:**
JP Morgan Chase Bank, NA
Chicago, IL
Account #: 55-43274
ABA #: 071000013

Payment Terms  : Cash in Advance
Terms & Conditions  : As Attached/Included
Freight Terms  : FOB Shp Pt-Frt Coll-No Pro Frt
Ship From  : BAYOU VISTA LA
Shipped Date  : MAR 18 2013

Invoice to: 21011440
BLUEWATER INDUSTRIES LP
ATTN:  ACCOUNTS PAYABLE
5300 MEMORIAL STE 550
HOUSTON TX  77007

Ship To: 43219603
SPITZER HEAVY FABRICATION/BLUEWATER
GREEN CANYON BLK 299  OCSG 15571
13863 INDUSTRIAL RD
HOUSTON TX  77015-6822

---

Inside Sales Contact : NICOLE DINGER / 985-395-1250     Contract    : 40012515 Contract Start : 11/29/2012     Contract End

---

Customer Reference  : 1111-031 rev1
Placed By     : TRENT CASE

**SHIPPED 11/6/2012 REF: R125694**
**GC 299 OCSG 15571**

**ORDERED BY: TRENT CASE**

---

| Item | Material Number. Description | Qty | Unit Net Price USD | Extended Price USD |
|---|---|---|---|---|
| 570 | RENTAL HPU S/N 26-M-0502 . SHIPPED 11/6/2012 . RENTAL RATE CHARGES $5,000.00  FOR 7 DAYS $960.00 PER DAY AFTER 7 DAYS. . BILLING PERIOD 3/1/13 TO 3/27/13 27 DAYS @ $960.00 | 27  EA | 960.00 | 25,920.00 |

 **CAMERON**

| Item | Material Number.<br>Description | Qty | Unit Net Price<br>USD | Extended Price<br>USD |
|------|---------------------------------|-----|------------------------|------------------------|
| 580 | R2155807-05<br>P/N 2155807-05<br>DESC: CVC RUNNING TOOL<br>.<br>S/N 26-M-0160<br>.<br>SHIPPED 11/6/2012<br>.<br>RENTAL RATE CHARGES $15,3745.00 FOR 14 DAYS<br>$2500.00 PER DAY AFTER 14 DAYS.<br>.<br>BILLING PERIOD 3/1/12 TO 3/27/13<br>27 DAYS @ 2500.00 | 27  EA | 2,500.00 | 67,500.00 |
| 590 | R2155517-05<br>P/N 2155517-05<br>DESC: 6" 10K REST SKID AND FAB STAND<br>.<br>TEST SKID S/N 26-M-0288<br>FAB STAND S/N 26-M-0400<br>.<br>SHIPPED 11/6/2012<br>.<br>RENTAL RATE CHARGES $17,250.00 FOR 14 DAYS<br>$3450.00 PER DAY AFTER 14 DAYS.<br>.<br>BILLING PERIOD 3/1/13 TO 3/27/13<br>27 DAYS @ 3450.00 | 27  EA | 3,450.00 | 93,150.00 |
| 600 | R2155517-05<br>P/N 2155517-05<br>DESC: 6" 10K REST SKID AND FAB STAND<br>.<br>TEST SKID S/N 26-M-0559<br>FAB STAND S/N 110176607-01<br>.<br>SHIPPED 11/6/2012<br>.<br>RENTAL RATE CHARGES $17,250.00 FOR 14 DAYS<br>$3450.00 PER DAY AFTER 14 DAYS.<br>.<br>BILLING PERIOD 3/1/13 TO 3/27/13 | 27  EA | 3,450.00 | 93,150.00 |

 **CAMERON**

| Item | Material Number.<br>Description | Qty | Unit Net Price<br>USD | Extended Price<br>USD |
|---|---|---|---|---|
| | 27 DAYS @ 3450.00 | | | |
| 610 | R2155517-05<br>P/N 2155517-05<br>DESC: 6" 10K REST SKID AND FAB STAND | 27  EA | 3,450.00 | 93,150.00 |
| | TEST SKID S/N 26-M-0464<br>FAB STAND S/N 11007680 | | | |
| | SHIPPED 11/6/2012 | | | |
| | RENTAL RATE CHARGES $17,250.00 FOR 14 DAYS<br>$3450.00 PER DAY AFTER 14 DAYS. | | | |
| | BILLING PERIOD 3/1/13 TO 3/27/13<br>27 DAYS @ 3450.00 | | | |
| 620 | R2155517-05<br>P/N 2155517-05<br>DESC: 6" 10K REST SKID AND FAB STAND | 27  EA | 3,450.00 | 93,150.00 |
| | TEST SKID S/N 26-M-0564<br>FAB STAND S/N 110176604-01 | | | |
| | SHIPPED 11/6/2012 | | | |
| | RENTAL RATE CHARGES $17,250.00 FOR 14 DAYS<br>$3450.00 PER DAY AFTER 14 DAYS. | | | |
| | BILLING PERIOD 3/1/13 TO 3/27/13<br>27 DAYS @ 3450.00 | | | |
| 630 | R2215824-01<br>DESC: 6" 10K SHIPPING STAND<br>S/N 26-M-0283 | 27  EA | 1,381.00 | 37,287.00 |
| | SHIPPED 11/6/2012 | | | |
| | RENTAL RATE CHARGES $6,900.00 FOR 14 DAYS<br>$1381.00 PER DAY AFTER 14 DAYS. | | | |
| | BILLING PERIOD 3/1/13 - 3/27/13 | | | |

 **CAMERON**

| Item | Material Number. Description | Qty | | Unit Net Price USD | Extended Price USD |
|------|-----------------------------|-----|---|--------------------|--------------------|
| | 27 DAYS @ $1381.00 | | | | |
| 640 | R22 15824-01 DESC: 6" 10K SHIPPING STAND S/N 26-M-0558 | 27 | EA | 1,381.00 | 37,287.00 |
| | . SHIPPED 11/6/2012 | | | | |
| | . RENTAL RATE CHARGES $6,900.00 FOR 14 DAYS $1381.00 PER DAY AFTER 14 DAYS. | | | | |
| | . BILLING PERIOD 3/1/13 TO 3/27/13 27DAYS @ 1381.00 | | | | |
| 650 | R2215824-01 DESC: 6" 10K SHIPPING STAND S/N 26-M-0627 | 27 | EA | 1,381.00 | 37,287.00 |
| | . SHIPPED 11/6/2012 | | | | |
| | . RENTAL RATE CHARGES $6,900.00 FOR 14 DAYS $1381.00 PER DAY AFTER 14 DAYS. | | | | |
| | . BILLING PERIOD 3/1/13 TO 3/27/13 27DAYS @ 1381.00 | | | | |
| 660 | R2215824-01 DESC: 6" 10K SHIPPING STAND S/N 26-M-0628 | 27 | EA | 1,381.00 | 37,287.00 |
| | . SHIPPED 11/6/2012 | | | | |
| | . RENTAL RATE CHARGES $6,900.00 FOR 14 DAYS $1381.00 PER DAY AFTER 14 DAYS. | | | | |
| | . BILLING PERIOD 3/1/13 TO 3/27/13 27DAYS @ 1381.00 | | | | |
| 670 | R2247342-04 6" HUB CLEANING TOOL S/N 26-M-0637 . | 1 | EA | 632.50 | 632.50 |

CAM—2283-1



# CAMERON

Invoice No : 913309085
Page : 5 of 6

| Item | Material Number. Description | Qty | Unit Net Price USD | Extended Price USD |
|------|------|------|------|------|
| | SHIPPED 3/22/13 | | | |
| | RENTAL BEGAN ON 3/22/13 | | | |
| | RENTAL CHARGES $635.50 FOR 14 DAYS $126.50 PER DAY AFTER 14 DAYS | | | |
| | BILLING PERIOD 3/22/13 - 3/27/13 | | | |
| | 6 DAYS OF 14 DAY RENTAL | | | |
| 680 | R2035677-02 ASSY, 6" NOM SEAL REPLACEMENT TOOL, CVC FLOWLINE CONNECTION SYSTEM 6" SEAL REPLACEMENT TOOL S/N 26-M-0617 | 1 EA | 5,175.00 | 5,175.00 |
| | SHIPPED 3/22/13 | | | |
| | RENTAL BEGAN ON 3/22/13 | | | |
| | RENTAL CHARGES $5175.00 FOR 14 DAYS $1035.00 PER DAY AFTER 14 DAYS | | | |
| | BILLING PERIOD 3/22/13 - 3/27/13 | | | |
| | 6 DAYS OF 14 DAY RENTAL | | | |
| 690 | RENTAL BOX SCOTCH BRITE DATE 3/22/13 | 1 EA | 65.00 | 65.00 |

**Price Summary :**

Total Price : 621,040.50 USD

Total Invoice Value : 621,040.50 USD

Cameron is committed to complying with U.S. Export Administration Rules and Regulations. If this Order is being exported to you, or may be re-exported to an ultimate consignee or end-user abroad, the following applies:

CAM--2283-1

 **CAMERON**

**Invoice No** : **913309085**
Page : 6 of 6

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. Law is prohibited.

# CAMERON

| DATE | | | | | | PR | |
|---|---|---|---|---|---|---|---|
| 2/27/13 | 9 | 26 | | | | | R125694 |

**PAGE** 1 of 1

Bluewater
Contract: Y0012515

ZIP CODE

Techip Spool Base
8000 Global Drive
Carluss, La. 70665

WB No. GC299  OCSG-15571

| FOR SHIPPING | ORDERED BY Trent | TAKEN BY | SHIPPED FROM | SHIPPED VIA | CUSTOMER'S ORDER NO |
|---|---|---|---|---|---|
| | Case | 13111 | Patterson | | PO 111-031 rev 2 |

| ITEM | QUAN. | PART NUMBER | UNIT PRICE | DESCRIPTION | CLASS |
|---|---|---|---|---|---|
| 1 | 1 | R2035677-02 | $5173.86 - 14 days $1,085 per day after 14 days | 6" 10K Seal Replacement  26-m-0617 | |
| 2 | 2 | R2247342-04 | $6325.0 for 14 days $126.50 per day after 14 days | 6" 10K Hub Cleaning  26-m-0612  26-m-0637 | |
| 3 | 1 | Rent | $20 per day | Universal Box  UB-05 | |
| | | | | | |
| | | | | | |
| | | | | Jimmy Jones | |
| | | | | Jam w Jon  Bluewater  3/13/13 | |

CAM-60-G

HOUSTON SALES OFFICE COPY

# CAMERON

| DATE | | | | | | | | FIELD ORDER NO. |
|---|---|---|---|---|---|---|---|---|
| 3/12/13 | 5066 | | | | | | | R125694 |

Blue water
Contract: 4001515

**SHIP TO:** Tools lost offshore 1 a/
and charging customer

WELL NO. GC299 OCSG 15571

| ORDERED BY | TAKEN BY | SHIPPED FROM | SHIPPED VIA | CUSTOMER'S ORDER NO. |
|---|---|---|---|---|
| Trent Case | 13/11 | Patterson | | PO# 111-031-Revol |

| ITEM | QUAN | PART NUMBER | UNIT PRICE | DESCRIPTION | CLASS |
|---|---|---|---|---|---|
| 1 | 1 | R2247342-04 | $7998 | 6" Hub Cleaning Tool 26-m-0612 | |
| 2 | 1 | Rent | $4507 | Secondary T-Handle *Shipped Job Box | |
| | | | | | |
| | | | | Jimmy JONES Bluewater 3/13/13 | |

OAM-95-G

HOUSTON SALES OFFICE COPY

**INVOICE**

 **CAMERON**

| | |
|---|---|
| Invoice No | : 913322897 |
| Invoice Date | : APR 11 2013 |
| Page | : 1   of   2 |

**Remit To:**
OneSubsea LLC
P.O. Box 732162
Dallas, TX 75373-2162

Inquiries To :
OneSubsea LLC
4646 W Sam Houston Parkway N
Houston, Texas 77041
Phone 713-93-9-2211

**Wire Transfer To:**
JPMorgan Chase Bank
New York, NY 10004
Account #: 192987706
ABA #: 021000021
Swift #: CHASUS33
**ACH Remit To:**
JPMorgan Chase Bank
Chicago, IL
Account #: 192987706
ABA #: 071000013

| | |
|---|---|
| Payment Terms | : Cash in Advance |
| Terms & Conditions | : As Attached/Included |
| Freight Terms | : FOB Shp Pt-Frt Coll-No Pro Frt |
| Ship From | : BAYOU VISTA LA |
| Shipped Date | : MAR 18 2013 |

Invoice to: 21011440
BLUEWATER INDUSTRIES LP
ATTN:  ACCOUNTS PAYABLE
5300 MEMORIAL STE 550
HOUSTON TX  77007

Ship To: 43219949
BLUEWATER INDUSTRIES
GREEN CANYON 299 OCSG 15571
3007 HWY 182 E
MORGAN CITY LA  70380-5843

Inside Sales Contact : Gwen Luu / 985-395-1692      Sales Order : 2965356      Delivery Note : 84737656

| | |
|---|---|
| Customer Reference | : 1111-031 REV1 |
| Placed By | : NORRIS LEON |
| Functional Location | : GM2-2048-0001-0002 |
| Description | : GC 299 OCSG 15571 (21011440) |
| Project Reference | : (DOC) FSO 390415 & T/C |

PO#: 1111-031 REV1
WELL LOCATION: GC 299
OCSG#: 15571
JOB REQUESTED: NORRIS LEON
SERVICE BEGIN DATE: 03/01/13
SERVICE END DATE:  03/03/13
SERVICE HAND: DANIEL SCOTT

| Item | Material Number. Description | Qty | Unit Net Price USD | Extended Price USD |
|---|---|---|---|---|
| 10 | SUBSEAOFFSHORE OFFSITE DAY RATE SUBSEA LABOR CAMERON SERVICEMAN CALLED OUT TO LOCATION TO PERFORM WORK AS REQUESTED. NOTE: PLEASE REFER TO SERVICE TICKET ATTACHED FOR COMPLETE SERVICE REPORT. | 3.0  DY | 2,581.00 | 7,743.00 |

CAM—2283-1


**CAMERON**

| | | Invoice No | : 913322897 |
| | | Page | : 2  of   2 |

| Item | Material Number.<br>Description | Qty | Unit Net Price<br>USD | Extended Price<br>USD |
|------|-------------------------------|-----|----------------------|----------------------|
| | DANIEL SCOTT PERFORMED THIS JOB | | | |
| 20 | MILEAGE<br>MILEAGE (ROUNDTRIP CAMERON, BERWICK, LA TO SPITZER, CHANNELVIEW, TX) | 546.00  MI | 2.00 | 1,092.00 |
| 30 | LODGING<br>LODGING (EXPENSE COST + 20%) | 1   EA | 225.72 | 225.72 |
| 40 | EXPENSE-RT<br>MEALS (EXPENSE COST + 20%) | 1   EA | 105.80 | 105.80 |

**Price Summary :**

| | | |
|---|---|---|
| Total Price : | | 9,166.52 USD |
| Total Invoice Value : | | 9,166.52 USD |

Cameron is committed to complying with U.S. Export Administration Rules and Regulations. If this Order is being exported to you, or may be re-exported to an ultimate consignee or end-user abroad, the following applies: These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. Law is prohibited.

CAM--2283-1

2047-0001000
I + C

21011440

43219949

## CAMERON
### FIELD SERVICE ORDER

| FIELD SERVICE ORDER NO. | 390415 |
|---|---|

| LAND | OTHER | DATE PREPARED | PAGE | OF |
|---|---|---|---|---|
| X | | March 1, 2013 | 1 | 1 |

| SALES ORDER NO. | PURCHASE ORDER NO./CONTRACT NO. 111-031 rev1 | P.O. DAYS | BILL TO | SOLD TO | SHIP TO |
|---|---|---|---|---|---|

| ORDERED BY Norris Leon | RIG NAME Spitzer Shipyard | FED. WAT. | FREIGHT | N/A | LOCATION |
|---|---|---|---|---|---|

| WELL REFERENCE / OCS NO. GC 299 / OCSG 15571 | BILL OF LADING | CARRIER 2454 |
|---|---|---|

| BILL TO Bluewater | SOLD TO | SHIP TO |
|---|---|---|

ATTN: Accts PAYABLE
5300 MEMORIAL STE 550
HOUSTON, TX USA

| WELLHEAD | SIZE | MAKE | S/N | W.P. |
|---|---|---|---|---|
| VALVE | SIZES | MODE | TRIM | S/N | W.P. |

**WORK PERFORMED**

Checked and cleaned seal areas on the PLJ jumper connectors. Installed PLJ jumper onto the fab stands and performed the back seal test of each connector. Left jumper locked for the hydro test to be performed.

| ITEM | QTY | DESCRIPTION | PART NO. | UNIT PRICE | DISCOUNT | TOTAL |
|---|---|---|---|---|---|---|
| 1 | 1 | From Cameron Berwick, LA to Spitzer Chanedeleur, TX | 273 miles | | | |
| 2 | 1 | From Spitzer Chanedeleur, TX to Cameron Berwick, LA | 273 miles | | | |

| F.O.B. MANUFACTURING PLANT | | | | TOTAL PARTS AND MATERIALS | |
|---|---|---|---|---|---|

| | LABOR | FROM DATE March 1, 2013 | TO DATE March 3, 2013 | NO. DAYS 3 | RATE 2,581 | | $7,743.00 |
|---|---|---|---|---|---|---|---|
| LODGING | $188.10 | 7.20% | MEALS | $88.17 | 7.30% | MILEAGE 546 | PER MILE 2 | Total Mileage 1,092 | $1,423.52 |

FREIGHT OR MISCELLANEOUS

**TOTAL CHARGES** 9166.58

| PERFORMANCE REVIEW | EXCEEDED EXPECTATIONS | MET EXPECTATIONS | DID NOT MEET EXPECTATIONS | JOB TYPE | |
|---|---|---|---|---|---|
| Equipment delivery to location | ☐ | ☐ | ☐ | DRILLING | ☐ |
| Serviceman arrived at location on time | ☐ | ☐ | ☐ | WORKOVER | ☐ |
| Equipment checked upon arrival | ☐ | ☐ | ☐ | PRODUCTION | ☑ |
| Equipment adequate and correct for the job | ☐ | ☐ | ☐ | A-SECTION | ☐ |
| Serviceman's attitude | ☐ | ☐ | ☐ | BOPS | ☐ |
| Serviceman's performance | ☐ | ☐ | ☐ | COMPLETION | ☐ |
| Service facility office support | ☐ | ☐ | ☐ | DECOMPLETION | ☐ |
| Safety/near miss | ☐ | ☐ | ☐ | MULTI-BOWL | ☐ |
| OTHER (PLEASE LIST) | ☐ | ☐ | ☐ | LUBRICATOR | ☐ |
| | ☐ | ☐ | ☐ | VALVE/ACT. | ☐ |
| | ☐ | ☐ | ☐ | LUBRICATION | ☐ |
| | ☐ | ☐ | ☐ | MARINE | ☐ |
| RIG DELAY RESULTING FROM CAMERON SERVICE OR EQUIPMENT? | | | | CONTROLS | ☐ |

☐ YES   ☐ NO

IF YES PLEASE GIVE YOUR COMMENTS:

| CAMERON REPRESENTATIVE Daniel Scott: 94284 | | DATE March 3, 2013 |
|---|---|---|
| CUSTOMER RECEIVING REPRESENTATIVE | | DATE 3/04/2013 |
| Reviewed by District Mgr. | FPR Submitted | ☐ YES   ☐ NO |
| Signature | FPR $ | |
| Date | Date | |

3-3-13
FSOA 39041~3 390415
Bluewater
Daniel Scott



12          03-03-13

**Daniel Scott**
**200 Uranus Street**
**Morgan City LA 70380**
**US DESCRIPTION**

Folio No.        : **73002**
A/R Number    :
Group Code    :
Company        : **Cameron Corporation**
Membership No. : **PC      168562072**
Invoice No.      :

Room No.  : **218**
Arrival        : **03-01-13**
Departure  : **03-03-13**
Conf. No.   : **67782755**
Rate Code : **IGN01**
Page No.   : **1 of 1**

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03-01-13 | Premium Gold Rate | 85.50 | |
| 03-01-13 | State Tax - Room | 5.13 | |
| 03-01-13 | County Tax | 3.42 | |
| 03-02-13 | Premium Gold Rate | 85.50 | |
| 03-02-13 | State Tax - Room | 5.13 | |
| 03-02-13 | County Tax | 3.42 | |
| 03-03-13 | MasterCard     XXXXXXXXXXXX4353 | | 188.10 |

Thank you for staying at Holiday Inn Express Hotel & Suites, in Jacinto City, Texas.
Qualifying points for this stay will automatically be credited to your account.  To make
additional reservations online, update your account information or view your statement
please visit www. priorityclub.com.  We look forward to welcoming you back soon.

**Total**     **188.10**   **188.10**

**Balance**   **0.00**

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held
personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If
a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Expense   Cost + 20% = 225 ⅔

Owned and Operated by Sunblik Inc

Holiday Inn Express Hotel & Suites
11460 East Freeway I-10Houston, TX 77029-1935
Telephone: (713)330-3800 Fax: (713)330-3830

3-1-13
FSO# 390415
Bluewater
Daniel Scott

# 326

McDonalds Corporate Office 713-382-2828
7000 GARTH
BAYTOWN
IL
77521-9595
! ! ! THANK YOU ! ! !
TEL# 281  421  4950 Store# 8037

KS# 3                    Mar.01'13 (Fri) 05:41

MFY SIDE 2  KVS Order 26

QTY ITEM                        TOTAL
  1 STK EGG CH BAGEL             2.79
  1 LRG COKE                     1.00

Subtotal                        3.79
  Tax                           0.31

Take-Out Total                  4.10

Cashless                        4.10
Change                          0.00

MER# 20245502
CARD ISSUER        ACCOUNT#
Master SALE    ************4353
AUTHORIZATION CODE - 062974 SEQ# 250899


MCDONALD'S 8037

3-1-13
FSO # 390415
Bluewater
Daniel Scott
Josh Harrington

TAQUERIA LOS REYES
1150 FEDERAL RD
HOUSTON TX 77015
713-451-2221

Terminal ID  00000079      3213
----------------------------------
3/1/13                12:41 PM

MASTERCARD
ACCT #:  ************4353
CREDIT SALE

UID: 306036822513    REF #: 3401
BATCH #: 124     AUTH #: 032311

AMOUNT                  $28.31

TIP                   $    6.00

TOTAL                 $   34.31

APPROVED

CUSTOMER COPY

3-2-13
FSO# 390415
Bluewater
Daniel Scott

```
  ⌐L
.⌐546 EAST FREEWAY
HOUSTON       TX  77015
57543441109


        03/02/2013 11:14:00 AM
   Register: 2 Trans #: 9393 Op ID: 91
          Your cashier: Area

**COKE 12.50Z                  $1.19 101
CHEETOS & FRITOS               $1.49 101
COKE TEA                       $1.99 101
**COKE 12.50Z                  $0.81 101
Taxable                        $2.99 101
Taxable                        $1.79 101
**Candy Regular                $1.19 101
                             ----------
Subtotal =                     $11.45
                    Tax  =      $0.94
                             ----------
Total =                        $12.39

            Change Due  =      $0.00

Credit                         $12.39
-----------------------------------------
XXXX XXXX XXXX 4353, MC FLEET
INVOICE: 830141
AUTH 028771
Buyer agrees to pay the total, according
To the agreement with the card issuer

Save 10cents/gal instantly at Shell when
    you earn 100 points at Kroger.

 www.shell.us/fuelpromo or text FREEFUEL
 to Shell for chance to WinFuelforAYear
 ----------------------------------------



                Footer
```

3-2-13
FSO # 390415
Bluewater
Dansel Scott

Saltgrass Steak House
11900 I-10 East
Houston, TX  77029
(713) 453-2100

Server: Acree                 DOB: 03/02/2013
06:38 PM                           03/02/2013
Seat 6/1                             2/20067

                    SALE

                                  2097184
M/C
Card #XXXXXXXXXXXX4353
Magnetic card present:
Card Entry Method:  S

Approval: 065735

           Amount:      $ 32.37

           + Tip:  _____5⁰⁰

           = Total:  _____3737

        I agree to pay the above
      total amount according to the
         card issuer agreement.

X_____

            Donate to
      the Texas Heart Institute.
        50 years of fighting
       cardiovascular disease

           Guest Copy

# Expense Authorization Sheet

CAMERON

| Expense amount | Date | Expense explanation & attendees |
|---|---|---|
| $4.10 | 3/1/2013 | SIT jumper (Breakfest) Daniel Scott |
| $34.31 | 3/1/2013 | SIT jumper (Lunch) Daniel Scott; Josh Harrington |
| $12.39 | 3/2/2013 | SIT jumper (Lunch) Daniel Scott |
| $37.37 | 3/2/2013 | SIT Jumper (Dinner) Daniel Scott |
| $188.10 | 3/3/2013 | SIT Jumper (Lodging) Daniel Scott |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| $276.27 r53% | total | Expense Cost + 20% = 331.52 |
| Employee Name: | | Daniel Scott  94284 |

PO 390415

## TERMS AND CONDITIONS OF SALE

**1. CONTRACT ACCEPTANCE:**
Any written or oral purchase order received from Buyer by Seller shall be construed as a written acceptance of Seller's offer to sell and shall be filled in accordance with the terms and conditions of sale set forth herein. SELLER'S ACCEPTANCE OF THIS ORDER IS EXPRESSLY CONDITIONED ON BUYER'S ASSENT TO THE TERMS CONTAINED HEREIN.   The terms and conditions of Seller's proposal (if any) and acknowledgement shall prevail over any conflicting or different terms in Buyer's order unless Buyer notifies Seller in writing of its objections thereto within fifteen (15) days from receipt of Seller's acknowledgement.  Buyer's standard terms of purchase will not be considered a counteroffer to Seller's terms and conditions of sale. The failure of Seller to object to any provision in conflict herewith whether contained on Buyer's purchase order or otherwise shall not be construed as a waiver of the provisions hereof nor as an acceptance thereof.

**2. QUOTATIONS AND PRICES:**
Any product, service capability or manufacturing capability which may be available at the time a quotation is made is subject to prior sale.  Prices quoted are subject to change without notice.  The price in effect at the time of shipment including any escalation formula will apply, unless a valid quotation or written agreement to the contrary exists between Buyer and Seller.  All prices shown are in U.S. dollars and are F.O.B. Seller's shipping point.  Seller reserves the right to place a service charge on past due accounts at the highest rate permitted by law.  Any documentation pertaining to traceability requirements for raw materials or products or documentation required for any routine or special processes must be identified by the Buyer at the time of quotation (if any) or at the time of order placement.

**3. TAXES:**
Any tax or other charge imposed by law on the sale or production of goods or the performance of services shall be paid by the Buyer, unless the law specifically provides that such payment must be made by Seller, in which case Buyer shall reimburse Seller for such payment as part of the purchase price.  Custom duties, consular fees, insurance charges and other comparable charges will be borne by Buyer.

**4. SHIPPING SCHEDULE AND DELIVERY:**
Shipment schedules are given as accurately as conditions permit and every effort will be made to make shipments as scheduled.  Seller will not be responsible for deviations in meeting shipping schedules nor for any losses or damages to Buyer (or any third party) occasioned by deviations in the shipping schedule, whether due to Acts of God, orders bearing priority ratings established pursuant to law, differences with workmen, local labor shortages, fire, flood, shortages or failure of raw materials, supplies, fuel, power or transportation, breakdown of equipment or any other causes beyond Seller's reasonable control, whether of similar or dissimilar nature than those enumerated. Seller shall have additional time within which to perform as may be reasonably necessary under the circumstances and shall have the right to apportion its production among its customers in such a manner as it may consider to be equitable. Seller reserves the right to furnish commercially equivalent or better substitutes for materials or to subcontract the Buyer's order or portions thereof as Seller deems necessary.  In no event shall Seller be liable for any consequential damages resulting from failure or delay in shipment.  If Buyer requires drawings, procedures, standards or similar material for approval, shipping schedules will be calculated from the time such approvals are received by Seller, since shipping schedules are based on Seller having all required information and a firm order from Buyer which is enterable into production.  Any hold points, witness points or the need for inspection by Buyer's representatives must be identified by Buyer at the time of quotation (if any) and/or an order placement in order that the effect on the prices or shipping schedules (if any) can be taken into account.  Additional inspection or testing required by Buyer which affects normal production sequence will be considered as extending the shipping dates accordingly.

**5. TERMS OF PAYMENT:**
Terms of payment are 30 days from date of invoice unless otherwise stated in the quotation or Seller's order acknowledgment.

**6. CANCELLATIONS AND RETURNS:**
Purchase orders once placed by Buyer and accepted by Seller can be canceled only with Seller's written consent and upon terms which will save Seller from loss.  No products may be returned for credit or adjustment without written permission from Seller's office authorized to issue such permission.

**7. WARRANTIES:**
All products of Seller's manufacture except for its Orbit product are warranted against defects of material and workmanship for a period of twelve (12) months from the date of installation or eighteen (18) months from date of shipment, whichever period first expires while its Orbit product is warranted for thirty six (36) months from date of shipment, when all such products are used in the service and within the pressure range for which they were

manufactured. In the case of products or parts not wholly of Seller's manufacture, Seller's liability shall be limited to the extent of its recovery from the manufacturer of such products or parts under its liability to Seller. Any repair work performed by Seller is warranted for one year from completion of such repairs and applies only to work performed. If, within these specified periods, Seller receives notice from Buyer of any alleged defect in or nonconformance of any product or repair and if in the Seller's sole judgment the product or repair does not conform or is found to be defective in material or workmanship, then, Buyer shall, at Seller's request, return the part or product F.O.B. to Seller's designated plant or service location. Seller has no liability for removal or reinstallation of products or equipment. Seller, at its option and expense, shall repair or replace the defective part or product, or repay to Buyer the full price paid by Buyer for such defective part, repair or product. Any repayment of purchase price shall be without interest. Seller's warranty liability, including defects caused by Seller's negligence, shall be limited to such repair, replacement or refund, and shall not include claims for labor costs, expenses of Buyer resulting from such defects, recovery under general tort law or strict liability or for damages resulting from delays, loss of use, or other direct, indirect, incidental or consequential damages of any kind. Seller will not be responsible for failures of products which have been in any way tampered with or altered by anyone other than an authorized representative of Seller, failures due to lack of compliance with recommended maintenance procedures or products which have been repaired or altered in such a way (in Seller's judgment) as to affect the products adversely. THIS WARRANTY IS EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES, EXPRESS, STATUTORY OR IMPLIED, INCLUDING THE WARRANTY OF MERCHANTABILITY AND FITNESS FOR PARTICULAR PURPOSE WHICH EXCEED THE FOREGOING WARRANTY.

**8. ENGINEERING AND SERVICE**:
Upon request, Seller will provide engineering and/or technical information regarding its products and their uses and, if feasible, will provide personnel to assist Buyer in effecting field installations and/or field service. Any such information, service or assistance so provided, whether with or without charge, shall be advisory only

**9. LABOR STANDARDS**:
Seller hereby certifies that these products were produced in accordance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act as amended and of regulations and orders of the United States Department of Labor issued under Section 14 thereof.

**10. INSPECTION**:
Unless otherwise agreed in writing, final inspection and acceptance of products must be made at Seller's plant or other shipping or receiving point designated by Seller and shall be conclusive except as regards latent defects. Buyer's representatives may inspect at the Seller's plant or shipping point during working hours prior to shipment in such manner as will not interfere with operations.

**11. DELIVERY AND ACCEPTANCE**:
Delivery shall be in accordance with the requirements in the Purchase Contract, provided, in the event Buyer is unable to accept delivery upon completion of the manufacture of the Goods in accordance with such requirements, Buyer agrees that (i) title and risk of ownership shall pass to Buyer on date of Seller's invoice, and (ii) Buyer will make payments within thirty days after date of such invoice. Seller shall retain custodial risk of loss until delivery is made in accordance with such requirements.

**12. EXPORT COMPLIANCE:**
The Buyer shall provide the Seller with relevant end-use, end-user and country of end-use information with respect to the goods, services, software or technology to be supplied hereunder (collectively, "Items"). Based on and in reliance on such information, the Seller will supply such Items in compliance with applicable trade and customs laws including that of the United States of America. The Seller cautions and the Buyer acknowledges that any change in end-use, end-user or country of end-use (including a shipment between countries other than the U.S.) may be restricted or prohibited by applicable trade and customs law, whether it be of the U.S. or other country. The Parties shall comply with all trade and customs laws (including U.S. Export Controls) except for any such laws which conflict with or are otherwise penalized under the laws of the U.S., which in the event of such conflict, Seller shall notify Buyer. The Buyer agrees in particular that it shall not use and shall not permit any third party to use such items in connection with the design, production, use, or storage of chemical, biological or nuclear weapons or missiles of any kind.

## 13. TRANSPORTATION CHARGES, ALLOWANCES, CLAIMS:

All prices are F.O.B. Seller's plant or other designated shipping point. No freight is allowed unless stated in Seller's quotation (if any) or in a written contract which may exist between Seller and Buyer at the time of shipment. If Seller's quotation or a written contract states that all or a portion of freight is allowed, all prices are F.O.B. Seller's plant or other designated shipping point, with most economical surface transportation allowed. If the quoted or contractual price includes transportation, Seller reserves the right to designate the common carrier and to ship in the manner it deems most economical. Added costs due to special routing requested by the Buyer are chargeable to the Buyer. Under no circumstances is any freight allowance which is absorbed by Seller to be deducted from the selling price. If the quoted price or contract includes transportation, no deduction will be made in lieu thereof whether Buyer accepts shipment at plant, warehouse, freight station, or otherwise supplies its own transportation. When sales are made from the Seller's warehouse, Seller reserves the right to charge either actual or pro-rated freight from Seller's principle point of manufacture to Seller's warehouse. Buyer assumes risk of loss upon delivery to the carrier, regardless of who pays shipping costs. Seller endeavors to pack or prepare all shipments so that they will not break, rust or deteriorate in transit, but does not guarantee against such damage. Unless requested in writing by the Buyer, no shipments are insured by Seller against damage or loss in transit. Seller will place insurance as nearly as possible in accordance with Buyer's written instructions but in such case Seller acts only as agent between the insurance company and the Buyer and assumes no liability whatsoever. Any claims for shipping loss, breakage or damage (obvious or concealed) are Buyer's responsibility and should be made to the carrier. All claims regarding shortages must be made within thirty (30) days from receipt of shipment and must be accompanied by the packing list(s) covering the shipment.

## 14. INDEMNIFICATION AND LIMITATION OF LIABILITY:

### A. INDEMNIFICATION:

"Buyer Group" means: Buyer, its parent (if any), subsidiaries, affiliates, co-owners, co-venturers, partners and any entity with whom Buyer has an economic interest with respect to the Work including Buyer's customer and its and their respective employees, personnel, directors, officers, borrowed servants, representatives, agents, contractors and subcontractors (respectively and of any tier or level and who are not included within the Seller Group),

"Seller Group" means: Seller, its parent (if any), subsidiaries, affiliates, co-owners and its and their respective employees, personnel, directors, officers, borrowed servants, representatives, agents, contractors and subcontractors (respectively and of any tier or level and who are not included within the Buyer Group),

"Negligence" means: sole, joint or concurrent, active, passive or gross negligence, willful misconduct, strict liability, product liability or any other legal cause of action.

"Claims" means any and all claims, demands, losses, damages and causes of action of whatever kind or nature. Unless otherwise specified, Claims is to be read in its broadest sense to include all claims by a first party (which includes any member of either Buyer Group or Seller Group) or by a third party (which includes any person or entity not included in Buyer Group or Seller Group.

(1)   Seller shall release, defend, save, indemnify (collectively "Indemnify") and hold Buyer Group harmless from and against all Claims, for loss of or damage to the property of the members of the Seller Group even if such Claims arise from or attributable to the Negligence of the members of Buyer Group.

(2)   Seller shall Indemnify and hold Buyer Group harmless from and against all Claims for the death(s) of or personal injury(ies) to members of the Seller Group even if such Claims arise from or attributable to the Negligence of the members of Buyer Group.

(3)   Buyer shall Indemnify and hold Seller Group harmless from and against all Claims for loss of or damage to the property (including the Work) of the members of the Buyer Group even if such Claims arise from or attributable to the Negligence of the members of Seller Group.

(4)   Buyer shall Indemnify and hold Seller Group harmless from and against all Claims for the death(s) of or personal injury(ies) to members of the Buyer Group even if such Claims arise from or attributable to the Negligence of the members of Seller Group.

(5)   Except as provided in Section 14A(6) below, Buyer (on its own behalf and on behalf of Buyer Group) and Seller (on its own behalf and on behalf of Seller Group) shall Indemnify and hold each other harmless from and against any and all Claims asserted against them by or on behalf of any third party for the death(s) of or personal injury (ies) to such a third party, as well as loss (es) of or damage(s) to the property of such a third party. It is agreed by Buyer and Seller that their respective duty of indemnity to each other with respect to Claims asserted against them by a third party pursuant to this Article 14 (A) (5) shall be limited to their respective degree of Negligence.

(6)   Notwithstanding any other provision contained in this Agreement, Buyer shall Indemnify and hold the members of Seller Group harmless from and against all Claims (including clean-up costs and loss (es) of oil, gas or

hydrocarbons) arising from (i) pollution, contamination, dumping or spilling of any substance, (ii) blowout, (iii) fire, or (iv) loss of, or damage to, wells, formations or mineral rights, even if arising out of or attributable to the Negligence of the members of the Seller Group.

(7)  Notwithstanding any other provision contained in this Agreement, Buyer shall be responsible for and shall reimburse and Indemnify Seller in respect of any loss of or damage (excluding normal wear and tear) to Seller Group property, materials or equipment (tools) or components which (i) is damaged or lost whilst in-hole below the rotary table or (ii) is leased or borrowed by Buyer.

**B. INDEMNITY FOR CONSEQUENTIAL DAMAGES:**

UNDER NO CIRCUMSTANCES SHALL SELLER BE LIABLE FOR ANY SPECIAL, CONSEQUENTIAL, INCIDENTAL, EXEMPLARY OR PUNITIVE DAMAGES (collectively "CONSEQUENTIAL"), AS DEFINED BY THE LAWS GOVERNING THIS PURCHASE ORDER, NOR FOR ANY LOSS OF ANTICIPATED PROFITS, LOSS OF BUSINESS OPPORTUNITY, LOSS OF USE OF EQUIPMENT OR OF ANY INSTALLATION, SYSTEM OR FACILITY INTO WHICH SELLER'S EQUIPMENT MAY BE LOCATED ON AT WHICH MEMBERS OF THE SELLER GROUP MAY BE PERFORMING WORK AND BUYER AGREES TO "INDEMNIFY" AND HOLD SELLER GROUP HARMLESS FROM AND AGAINST ANY "CLAIMS" FOR SUCH DAMAGES EVEN IF ARISING OUT OF OR ATTRIBUTABLE TO THE "NEGLIGENCE" OF THE MEMBERS OF THE SELLER GROUP.

**C. LIMITATION OF LIABILITY:**

EXCEPT AS OTHERWISE EXPRESSLY LIMITED IN THIS AGREEMENT IT IS THE EXPRESS INTENTION OF THE PARTIES HERETO THAT ALL INDEMNITY OBLIGATIONS AND/OR LIABILITIES HEREBY ASSUMED BY THE PARTIES SHALL BE: (i) SUPPORTED BY INSURANCE; (ii) WITHOUT LIMIT; (iii) AND WITHOUT REGARD TO THE CAUSE OR CAUSES THEREOF, INCLUDING, BUT NOT LIMITED TO, PREEXISTING CONDITIONS (WHETHER SUCH CONDITIONS BE PATENT OR LATENT); THE UNSEAWORTHINESS OF ANY VESSEL OR VESSELS (WHETHER OR NOT PREEXISTING); THE UNAIRWORTHINESS OF ANY AIRCRAFT; BREACH OF REPRESENTATION OR WARRANTY (EXPRESS OR IMPLIED); BREACH OF CONTRACT; BREACH OF DUTY (STATUTORY, CONTRACTUAL, COMMON LAW OR OTHERWISE); STRICT LIABILITY; CONDITION OF RUIN OR DEFECTIVE PREMISES, EQUIPMENT, FACILITIES, OR APPURTENANCES OF ANY PARTY UNDER ANY CODE, LAW OR (WHETHER OR NOT SAID CONDITION IS PREEXISTING AND/OR LATENT, PATENT OR OTHERWISE); THE LOADING OR UNLOADING OF PERSONS OR CARGO; TORT; OR THE NEGLIGENCE OR FAULT OF ANY PARTY (AS DEFINED AT THE BEGINNING OF THIS ARTICLE 14; OR ANY OTHER THEORY OF LEGAL LIABILITY. Seller's total responsibility for any claims, damages, losses or liability arising out of or related to its performance of this contract or the products or services covered hereunder shall not exceed 20% of the purchase price under the applicable purchase order.

**D. BUYER's CUSTOMER AND SUPPLIER INDEMNITIES:**

Notwithstanding anything in these terms or the order to the contrary, in the event that Buyer is entitled to indemnity under any contract with its customers or suppliers with respect to pollution and consequential losses described in Section 14A(6) and 14B above in connection with work performed under this Agreement, Buyer will provide Seller Group with the benefit of such indemnity to the fullest extent possible under such contracts with Buyer's customers and suppliers.

**E. CARE OF RENTAL EQUIPMENT:**

(1)     The Buyer, at its sole expense, shall be responsible for ensuring that the rental equipment is maintained in good working order and operating condition at all times the Buyer maintains possession of the rental equipment. The rental equipment shall be maintained in good working order and operating condition, at Buyer's expense, and shall be returned in the same condition as when received, ordinary wear and tear alone excepted.

(2)     Seller shall conduct an inspection ("Inspection and Disposition") of the rental equipment to determine if the rental equipment is in good working order and operating condition. If Seller after the Inspection and Disposition finds that the rental equipment is not in good working order and operating condition and is in need of refurbishment, remanufacture, and/or replacement, Seller shall prepare and submit a quotation and invoice, as necessary, prior to any repair work taking place to Buyer detailing the costs and expenses Buyer is obligated to pay to maintain the rental equipment in good working order and operating condition.

(3)     The Buyer shall be liable for all costs and expenses for the refurbishment of the rental equipment to its original state and condition, save and except for ordinary wear and tear. Without prejudice to the generality of the foregoing and for the avoidance of doubt, damage and deterioration in the rental equipment requiring welding machining or coating operations are not considered as normal wear and tear.  Any costs and expenses for the refurbishment of the rental equipment shall be invoiced to Buyer upon the return and Inspection and Disposition of

the rental equipment. All costs for refurbishment and labor charges shall be specified in the pricing schedule or such other similar document agreed to by the parties.

(4)      In respect of the rental equipment which requires welding machining or coating operations or other remanufacturing related actions, Seller will repair all damaged equipment, at the cost and expense of the Buyer. Upon the completion of the Inspection and Disposition of the rental equipment and prior to any repair work taking place, Seller shall prepare and submit a quotation and invoice detailing the expected costs to repair the rental equipment to its original state and condition.

(5)      In respect of rental equipment which has been lost or damaged beyond repair, the Buyer shall be liable and shall pay to Seller, Seller's most recent replacement price item, as may be prescribed by Seller from time to time, with such replacement price taking into account the age, usage and depreciated value of the lost or damaged item as determined by Seller's standard accounting procedures. Any such replacement price prescribed by Seller shall take into account the age, usage and actual value of the lost or damaged item. Upon the completion of the Inspection and Disposition of the rental equipment and prior to any repair work taking place Seller will submit a quotation for the replacement price and an invoice to Buyer.

## 15. MODIFICATION, RESCISSION & WAIVER:

The terms herein may not be modified or rescinded nor any of its provisions waived unless such modification, rescission or waiver is in writing and signed by an authorized employee of Seller at its office in Houston, Texas. Failure of Seller to insist in any one or more instances upon the performance of any of the terms and conditions of the contract or the failure of Seller to exercise any of its rights hereunder shall not be construed as a waiver or relinquishment of any such term, condition, or right hereunder and shall not affect Seller's right to insist upon strict performance and compliance with regard to any unexecuted portions of this contract or future performance of these terms and conditions.

All orders must be accepted by an authorized employee of Seller. The rights and duties of the parties and construction and effect of all provisions hereof shall be governed by and construed according to the internal laws of the State of Texas. Any disputes which arise under this agreement shall be venued in the District Court of Harris County, Texas or in the Southern District of Texas.

 **CAMERON**

**INVOICE**

| | |
|---|---|
| Invoice No | : 913322900 |
| Invoice Date | : APR 11 2013 |
| Page | : 1  of  2 |

**Remit To:**
OneSubsea LLC
P.O. Box 732162
Dallas, TX 75373-2162

**Inquiries To :**
OneSubsea LLC
4646 W Sam Houston Parkway N
Houston, Texas 77041
Phone 713-93-9-2211

**Wire Transfer To:**
JPMorgan Chase Bank
New York, NY  10004
Account #: 192987706
ABA #: 021000021
Swift #: CHASUS33
**ACH Remit To:**
JPMorgan Chase Bank
Chicago, IL
Account #: 192987706
ABA #: 071000013

| | |
|---|---|
| Payment Terms | : Cash in Advance |
| Terms & Conditions | : As Attached/Included |
| Freight Terms | : FOB Shp Pt-Frt Coll-No Pro Frt |
| Ship From | : BAYOU VISTA LA |
| Shipped Date | : MAR 18 2013 |

Invoice to: 21011440
BLUEWATER INDUSTRIES LP
ATTN:  ACCOUNTS PAYABLE
5300 MEMORIAL STE 550
HOUSTON TX  77007

Ship To: 43219949
BLUEWATER INDUSTRIES
GREEN CANYON 299 OCSG 15571
3007 HWY 182 E
MORGAN CITY LA  70380-5843

Inside Sales Contact : Gwen Luu / 985-395-1692     Sales Order : 2965377     Delivery Note : 84737676

| | |
|---|---|
| Customer Reference | : 1111-031 REV1 |
| Placed By | : JIMMY JONES |
| Functional Location | : GM2-2048-0001-0002 |
| Description | : GC 299 OCSG 15571 (21011440) |
| Project Reference | : (DOC) FSO 323197 & T/C |

PO#: 1111-031 REV1
WELL LOCATION: GC 299
OCSG#: 15571
RIG NAME: ODYSSEY DIAMOND
JOB REQUESTED: JIMMY JONES
SERVICE BEGIN DATE: 02/28/13
SERVICE END DATE:  03/06/13
SERVICE HAND: DON TABOR

| Item | Material Number.<br>Description | Qty | Unit Net Price<br>USD | Extended Price<br>USD |
|---|---|---|---|---|
| 10 | SUBSEAOFFSHORE<br>OFFSITE DAY RATE SUBSEA LABOR<br>CAMERON SERVICEMAN CALLED OUT TO LOCATION TO PERFORM WORK AS REQUESTED.<br>NOTE: PLEASE REFER TO SERVICE TICKET ATTACHED FOR COMPLETE SERVICE | 7.0  DY | 2,581.00 | 18,067.00 |

CAM--2283-1

 **CAMERON**

| | | Invoice No | : 913322900 |
| | | Page | : 2  of   2 |

| Item | Material Number. Description | Qty | Unit Net Price USD | Extended Price USD |
|------|------------------------------|-----|--------------------|--------------------|
| | REPORT. DON TABOR PERFORMED THIS JOB. | | | |
| 20 | MILEAGE MILEAGE (ROUNDTRIP CAMERON, BERWICK, LA TO SPITZER, CHANNELVIEW, TX) | 526.00  MI | 2.00 | 1,052.00 |

**Price Summary :**

| | Total Price : | 19,119.00 USD |
| | Total Invoice Value : | 19,119.00 USD |

Cameron is committed to complying with U.S. Export Administration Rules and Regulations. If this Order is being exported to you, or may be re-exported to an ultimate consignee or end-user abroad, the following applies: These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. Law is prohibited.

CAM—2283-1

I & C

# ⌾ CAMERON

| | FIELD SERVICE ORDER NO. |
|---|---|
| | **323197** |

| FIELD SERVICE ORDER | | | LAND | OTHER | DATE PREPARED 3/6/13 | PAGE | OF |
|---|---|---|---|---|---|---|---|

| SALES ORDER NO. | PURCHASE ORDER NO./CONTRACT NO. PO# 1111-031 Z61 | | P.O. DATE | BILL TO ✓ | SOLD TO ✓ | SHIP TO chann/view |
|---|---|---|---|---|---|---|

| ORDERED BY Jimmy Jones | RIG NAME odyssey Diamond | | FED. WAT. | FREIGHT | VIA |
|---|---|---|---|---|---|
| Mike Goodrich | | | | | |

| WELL REFERENCE/JOB. NO. GC28B or GC 15571 | | CARRIER Dan Tabor 2945 |
|---|---|---|

| BILL TO Blue water Industries | SOLD TO Blue water. | SHIP TO Spitzer yard |
|---|---|---|
| ATTN: Accounts PAYABLE | | channel View |
| 5300 MEMORIAL STE-550 | | Houston |
| HOUSTON TX. | | COUNTY Houston | STATE TX |

| WELLHEAD | SIZE 10K | MAKE | S/N | W.P. |
|---|---|---|---|---|
| VALVE | SIZES | MODEL | TRIM | S/N | W.P. |

**WORK PERFORMED**

Road Boat out with Jumper Ass. on unloading
To Installation boat.

| ITEM | QTY. | DESCRIPTION | PART NO. | UNIT PRICE | DIS-COUNT | TOTAL |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | From Berwick to channel View. | 263 | 2.00 | | 526.00 |
| | | From channel View to Berwick | 263 | 2.00 | | 526.00 |

| F.O.B. MANUFACTURING PLANT | TOTAL PARTS AND MATERIALS |
|---|---|

| LABOR | FROM: HR & DATE 2-28/13 | TO: HR & DATE 3/6/13 | NO. HOURS 7 | DAY | RATE 2,581.00 | 18,067.00 |
|---|---|---|---|---|---|---|
| LODGING | | MEALS | MILEAGE 526 | | @2.00 PER MILE | 1,052.00 |

**FREIGHT OR MISCELLANEOUS**

| | TOTAL CHARGES | 19,119.00 |
|---|---|---|

| PERFORMANCE REVIEW | EXCEEDED EXPECTATIONS | MET EXPECTATIONS | DID NOT MEET EXPECTATIONS | JOB TYPE |
|---|---|---|---|---|
| Equipment Delivery to Location | ☑ | ☐ | ☐ | DRILLING ☐ |
| Serviceman Arrived at Location On Time | ☑ | ☐ | ☐ | WORKOVER ☐ |
| Equipment Checked Upon Arrival | ☑ | ☐ | ☐ | PRODUCTION ☑ |
| Equipment Adequate and Correct for the Job | ☑ | ☐ | ☐ | A-SECTION ☐ |
| Serviceman's Attitude | ☑ | ☐ | ☐ | SUPS ☐ |
| Serviceman's Performance | ☑ | ☐ | ☐ | COMPLETION ☐ |
| Service Facility Office Support | ☑ | ☐ | ☐ | DECOMPLETION ☐ |
| Safety / Near Miss | ☑ | ☐ | ☐ | MULTI BOWL ☐ |
| Serviceman's Job Hazard Analysis (JHA) | ☑ | ☐ | ☐ | LUBRICATOR ☐ |
| OTHER (PLEASE LIST) | ☐ | ☐ | ☐ | VALVE / ACT. ☐ |
| | | | | LUBRICATION ☐ |

| RIG DELAY RESULTING FROM CAMERON SERVICE OR EQUIPMENT? | | MARINE ☐ |
|---|---|---|
| ☐ YES   ☐ NO | | CONTROLS ☐ |

IF YES PLEASE GIVE YOUR COMMENTS:

| CAMERON REPRESENTATIVE Don ___ 23364 | DATE 3/6/13 |
|---|---|
| CUSTOMER RECEIVING REPRESENTATIVE Jimmy Jones  BWI #1/1/13 | DATE 4/1/13 |

| Reviewed by District Mgr. ___ | PPR Submitted | ☐ YES | ☐ NO |
|---|---|---|---|
| Signature ___ | FPR# | |
| Date ___ | Date | |

## TERMS AND CONDITIONS OF SALE

**1. CONTRACT ACCEPTANCE:**
Any written or oral purchase order received from Buyer by Seller shall be construed as a written acceptance of Seller's offer to sell and shall be filled in accordance with the terms and conditions of sale set forth herein. SELLER'S ACCEPTANCE OF THIS ORDER IS EXPRESSLY CONDITIONED ON BUYER'S ASSENT TO THE TERMS CONTAINED HEREIN.    The terms and conditions of Seller's proposal (if any) and acknowledgement shall prevail over any conflicting or different terms in Buyer's order unless Buyer notifies Seller in writing of its objections thereto within fifteen (15) days from receipt of Seller's acknowledgement.  Buyer's standard terms of purchase will not be considered a counteroffer to Seller's terms and conditions of sale. The failure of Seller to object to any provision in conflict herewith whether contained on Buyer's purchase order or otherwise shall not be construed as a waiver of the provisions hereof nor as an acceptance thereof.

**2. QUOTATIONS AND PRICES:**
Any product, service capability or manufacturing capability which may be available at the time a quotation is made is subject to prior sale.  Prices quoted are subject to change without notice.  The price in effect at the time of shipment including any escalation formula will apply, unless a valid quotation or written agreement to the contrary exists between Buyer and Seller.  All prices shown are in U.S. dollars and are F.O.B. Seller's shipping point.  Seller reserves the right to place a service charge on past due accounts at the highest rate permitted by law.  Any documentation pertaining to traceability requirements for raw materials or products or documentation required for any routine or special processes must be identified by the Buyer at the time of quotation (if any) or at the time of order placement.

**3. TAXES:**
Any tax or other charge imposed by law on the sale or production of goods or the performance of services shall be paid by the Buyer, unless the law specifically provides that such payment must be made by Seller, in which case Buyer shall reimburse Seller for such payment as part of the purchase price.  Custom duties, consular fees, insurance charges and other comparable charges will be borne by Buyer.

**4. SHIPPING SCHEDULE AND DELIVERY:**
Shipment schedules are given as accurately as conditions permit and every effort will be made to make shipments as scheduled.  Seller will not be responsible for deviations in meeting shipping schedules nor for any losses or damages to Buyer (or any third party) occasioned by deviations in the shipping schedule, whether due to Acts of God, orders bearing priority ratings established pursuant to law, differences with workmen, local labor shortages, fire, flood, shortages or failure of raw materials, supplies, fuel, power or transportation, breakdown of equipment or any other causes beyond Seller's reasonable control, whether of similar or dissimilar nature than those enumerated. Seller shall have additional time within which to perform as may be reasonably necessary under the circumstances and shall have the right to apportion its production among its customers in such a manner as it may consider to be equitable. Seller reserves the right to furnish commercially equivalent or better substitutes for materials or to subcontract the Buyer's order or portions thereof as Seller deems necessary.  In no event shall Seller be liable for any consequential damages resulting from failure or delay in shipment.  If Buyer requires drawings, procedures, standards or similar material for approval, shipping schedules will be calculated from the time such approvals are received by Seller, since shipping schedules are based on Seller having all required information and a firm order from Buyer which is enterable into production.  Any hold points, witness points or the need for inspection by Buyer's representatives must be identified by Buyer at the time of quotation (if any) and/or the order placement in order that the effect on the prices or shipping schedules (if any) can be taken into account.  Additional inspection or testing required by Buyer which affects normal production sequence will be considered as extending the shipping dates accordingly.

**5. TERMS OF PAYMENT:**
Terms of payment are 30 days from date of invoice unless otherwise stated in the quotation or Seller's order acknowledgment.

**6. CANCELLATIONS AND RETURNS:**
Purchase orders once placed by Buyer and accepted by Seller can be canceled only with Seller's written consent and upon terms which will save Seller from loss.  No products may be returned for credit or adjustment without written permission from Seller's office authorized to issue such permission.

**7. WARRANTIES:**
All products of Seller's manufacture except for its Orbit product are warranted against defects of material and workmanship for a period of twelve (12) months from the date of installation or eighteen (18) months from date of shipment, whichever period first expires while its Orbit product is warranted for thirty six (36) months from date of shipment, when all such products are used in the service and within the pressure range for which they were

1

manufactured. In the case of products or parts not wholly of Seller's manufacture, Seller's liability shall be limited to the extent of its recovery from the manufacturer of such products or parts under its liability to Seller. Any repair work performed by Seller is warranted for one year from completion of such repairs and applies only to work performed. If, within these specified periods, Seller receives notice from Buyer of any alleged defect in or nonconformance of any product or repair and if in the Seller's sole judgment the product or repair does not conform or is found to be defective in material or workmanship, then, Buyer shall, at Seller's request, return the part or product F.O.B. to Seller's designated plant or service location. Seller has no liability for removal or reinstallation of products or equipment. Seller, at its option and expense, shall repair or replace the defective part or product, or repay to Buyer the full price paid by Buyer for such defective part, repair or product. Any repayment of purchase price shall be without interest. Seller's warranty liability, including defects caused by Seller's negligence, shall be limited to such repair, replacement or refund, and shall not include claims for labor costs, expenses of Buyer resulting from such defects, recovery under general tort law or strict liability or for damages resulting from delays, loss of use, or other direct, indirect, incidental or consequential damages of any kind. Seller will not be responsible for failures of products which have been in any way tampered with or altered by anyone other than an authorized representative of Seller, failures due to lack of compliance with recommended maintenance procedures or products which have been repaired or altered in such a way (in Seller's judgment) as to affect the products adversely. THIS WARRANTY IS EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES, EXPRESS, STATUTORY OR IMPLIED, INCLUDING THE WARRANTY OF MERCHANTABILITY AND FITNESS FOR PARTICULAR PURPOSE WHICH EXCEED THE FOREGOING WARRANTY.

**8.ENGINEERING AND SERVICE**:
Upon request, Seller will provide engineering and/or technical information regarding its products and their uses and, if feasible, will provide personnel to assist Buyer in effecting field installations and/or field service. Any such information, service or assistance so provided, whether with or without charge, shall be advisory only

**9. LABOR STANDARDS**:
Seller hereby certifies that these products were produced in accordance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act as amended and of regulations and orders of the United States Department of Labor issued under Section 14 thereof.

**10. INSPECTION**:
Unless otherwise agreed in writing, final inspection and acceptance of products must be made at Seller's plant or other shipping or receiving point designated by Seller and shall be conclusive except as regards latent defects. Buyer's representatives may inspect at the Seller's plant or shipping point during working hours prior to shipment in such manner as will not interfere with operations.

**11. DELIVERY AND ACCEPTANCE**:
Delivery shall be in accordance with the requirements in the Purchase Contract, provided, in the event Buyer is unable to accept delivery upon completion of the manufacture of the Goods in accordance with such requirements, Buyer agrees that (i) title and risk of ownership shall pass to Buyer on date of Seller's invoice, and (ii) Buyer will make payments within thirty days after date of such invoice. Seller shall retain custodial risk of loss until delivery is made in accordance with such requirements.

**12. EXPORT COMPLIANCE**:
The Buyer shall provide the Seller with relevant end-use, end-user and country of end-use information with respect to the goods, services, software or technology to be supplied hereunder (collectively, "Items"). Based on and in reliance on such information, the Seller will supply such Items in compliance with applicable trade and customs laws including that of the United States of America. The Seller cautions and the Buyer acknowledges that any change in end-use, end-user or country of end-use (including a shipment between countries other than the U.S.) may be restricted or prohibited by applicable trade and customs law, whether it be of the U.S. or other country. The Parties shall comply with all trade and customs laws (including U.S. Export Controls) except for any such laws which conflict with or are otherwise penalized under the laws of the U.S., which in the event of such conflict, Seller shall notify Buyer. The Buyer agrees in particular that it shall not use and shall not permit any third party to use such items in connection with the design, production, use, or storage of chemical, biological or nuclear weapons or missiles of any kind.

CAM/T&C/US/10

2

## 13. TRANSPORTATION CHARGES, ALLOWANCES, CLAIMS:

All prices are F.O.B. Seller's plant or other designated shipping point. No freight is allowed unless stated in Seller's quotation (if any) or in a written contract which may exist between Seller and Buyer at the time of shipment. If Seller's quotation or a written contract states that all or a portion of freight is allowed, all prices are F.O.B. Seller's plant or other designated shipping point, with most economical surface transportation allowed. If the quoted or contractual price includes transportation, Seller reserves the right to designate the common carrier and to ship in the manner it deems most economical. Added costs due to special routing requested by the Buyer are chargeable to the Buyer. Under no circumstances is any freight allowance which is absorbed by Seller to be deducted from the selling price. If the quoted price or contract includes transportation, no deduction will be made in lieu thereof whether Buyer accepts shipment at plant, warehouse, freight station, or otherwise supplies its own transportation. When sales are made from the Seller's warehouse, Seller reserves the right to charge either actual or pro-rated freight from Seller's principle point of manufacture to Seller's warehouse. Buyer assumes risk of loss upon delivery to the carrier, regardless of who pays shipping costs. Seller endeavors to pack or prepare all shipments so that they will not break, rust or deteriorate in transit, but does not guarantee against such damage. Unless requested in writing by the Buyer, no shipments are insured by Seller against damage or loss in transit. Seller will place insurance as nearly as possible in accordance with Buyer's written instructions but in such case Seller acts only as agent between the insurance company and the Buyer and assumes no liability whatsoever. Any claims for shipping loss, breakage or damage (obvious or concealed) are Buyer's responsibility and should be made to the carrier. All claims regarding shortages must be made within thirty (30) days from receipt of shipment and must be accompanied by the packing list(s) covering the shipment.

## 14. INDEMNIFICATION AND LIMITATION OF LIABILITY:
### A. INDEMNIFICATION:

"Buyer Group" means: Buyer, its parent (if any), subsidiaries, affiliates, co-owners, co-venturers, partners and any entity with whom Buyer has an economic interest with respect to the Work including Buyer's customer and its and their respective employees, personnel, directors, officers, borrowed servants, representatives, agents, contractors and subcontractors (respectively and of any tier or level and who are not included within the Seller Group),

"Seller Group" means: Seller, its parent (if any), subsidiaries, affiliates, co-owners and its and their respective employees, personnel, directors, officers, borrowed servants, representatives, agents, contractors and subcontractors (respectively and of any tier or level and who are not included within the Buyer Group),

"Negligence" means: sole, joint or concurrent, active, passive or gross negligence, willful misconduct, strict liability, product liability or any other legal cause of action.

"Claims" means any and all claims, demands, losses, damages and causes of action of whatever kind or nature. Unless otherwise specified, Claims is to be read in its broadest sense to include all claims by a first party (which includes any member of either Buyer Group or Seller Group) or by a third party (which includes any person or entity not included in Buyer Group or Seller Group.

(1)   Seller shall release, defend, save, indemnify (collectively "Indemnify") and hold Buyer Group harmless from and against all Claims, for loss of or damage to the property of the members of the Seller Group even if such Claims arise from or attributable to the Negligence of the members of Buyer Group.

(2)   Seller shall Indemnify and hold Buyer Group harmless from and against all Claims for the death(s) of or personal injury(ies) to members of the Seller Group even if such Claims arise from or attributable to the Negligence of the members of Buyer Group.

(3)   Buyer shall Indemnify and hold Seller Group harmless from and against all Claims for loss of or damage to the property (including the Work) of the members of the Buyer Group even if such Claims arise from or attributable to the Negligence of the members of Seller Group.

(4)   Buyer shall Indemnify and hold Seller Group harmless from and against all Claims for the death(s) of or personal injury(ies) to members of the Buyer Group even if such Claims arise from or attributable to the Negligence of the members of Seller Group.

(5)   Except as provided in Section 14A(6) below, Buyer (on its own behalf and on behalf of Buyer Group) and Seller (on its own behalf and on behalf of Seller Group) shall Indemnify and hold each other harmless from and against any and all Claims asserted against them by or on behalf of any third party for the death(s) of or personal injury (ies) to such a third party, as well as loss (es) of or damage(s) to the property of such a third party. It is agreed by Buyer and Seller that their respective duty of indemnity to each other with respect to Claims asserted against them by a third party pursuant to this Article 14 (A) (5) shall be limited to their respective degree of Negligence.

(6)   Notwithstanding any other provision contained in this Agreement, Buyer shall Indemnify and hold the members of Seller Group harmless from and against all Claims (including clean-up costs and loss (es) of oil, gas or

CAM/T&C/US/10

3

hydrocarbons) arising from (i) pollution, contamination, dumping or spilling of any substance, (ii) blowout, (iii) fire, or (iv) loss of, or damage to, wells, formations or mineral rights, even if arising out of or attributable to the Negligence of the members of the Seller Group.

(7) Notwithstanding any other provision contained in this Agreement, Buyer shall be responsible for and shall reimburse and Indemnify Seller in respect of any loss of or damage (excluding normal wear and tear) to Seller Group property, materials or equipment (tools) or components which (i) is damaged or lost whilst in-hole below the rotary table or (ii) is leased or borrowed by Buyer.

## B. INDEMNITY FOR CONSEQUENTIAL DAMAGES:

UNDER NO CIRCUMSTANCES SHALL SELLER BE LIABLE FOR ANY SPECIAL, CONSEQUENTIAL, INCIDENTAL, EXEMPLARY OR PUNITIVE DAMAGES (collectively "CONSEQUENTIAL"), AS DEFINED BY THE LAWS GOVERNING THIS PURCHASE ORDER, NOR FOR ANY LOSS OF ANTICIPATED PROFITS, LOSS OF BUSINESS OPPORTUNITY, LOSS OF USE OF EQUIPMENT OR OF ANY INSTALLATION, SYSTEM OR FACILITY INTO WHICH SELLER'S EQUIPMENT MAY BE LOCATED OR AT WHICH MEMBERS OF THE SELLER GROUP MAY BE PERFORMING WORK AND BUYER AGREES TO "INDEMNIFY" AND HOLD SELLER GROUP HARMLESS FROM AND AGAINST ANY "CLAIMS" FOR SUCH DAMAGES EVEN IF ARISING OUT OF OR ATTRIBUTABLE TO THE "NEGLIGENCE" OF THE MEMBERS OF THE SELLER GROUP.

## C. LIMITATION OF LIABILITY:

EXCEPT AS OTHERWISE EXPRESSLY LIMITED IN THIS AGREEMENT IT IS THE EXPRESS INTENTION OF THE PARTIES HERETO THAT ALL INDEMNITY OBLIGATIONS AND/OR LIABILITIES HEREBY ASSUMED BY THE PARTIES SHALL BE: (i) SUPPORTED BY INSURANCE; (ii) WITHOUT LIMIT; (iii) AND WITHOUT REGARD TO THE CAUSE OR CAUSES THEREOF, INCLUDING, BUT NOT LIMITED TO, PREEXISTING CONDITIONS (WHETHER SUCH CONDITIONS BE PATENT OR LATENT); THE UNSEAWORTHINESS OF ANY VESSEL OR VESSELS (WHETHER OR NOT PREEXISTING); THE UNAIRWORTHINESS OF ANY AIRCRAFT; BREACH OF REPRESENTATION OR WARRANTY (EXPRESS OR IMPLIED); BREACH OF CONTRACT; BREACH OF DUTY (STATUTORY, CONTRACTUAL, COMMON LAW OR OTHERWISE); STRICT LIABILITY; CONDITION OF RUIN OR DEFECTIVE PREMISES, EQUIPMENT, FACILITIES, OR APPURTENANCES OF ANY PARTY UNDER ANY CODE, LAW OR (WHETHER OR NOT SAID CONDITION IS PREEXISTING AND/OR LATENT, PATENT OR OTHERWISE); THE LOADING OR UNLOADING OF PERSONS OR CARGO; TORT; OR THE NEGLIGENCE OR FAULT OF ANY PARTY (AS DEFINED AT THE BEGINNING OF THIS ARTICLE 14; OR ANY OTHER THEORY OF LEGAL LIABILITY. Seller's total responsibility for any claims, damages, losses or liability arising out of or related to its performance of this contract or the products or services covered hereunder shall not exceed 20% of the purchase price under the applicable purchase order.

## D. BUYER's CUSTOMER AND SUPPLIER INDEMNITIES:

Notwithstanding anything in these terms or the order to the contrary, in the event that Buyer is entitled to indemnity under any contract with its customers or suppliers with respect to pollution and consequential losses described in Section 14A(6) and 14B above in connection with work performed under this Agreement, Buyer will provide Seller Group with the benefit of such indemnity to the fullest extent possible under such contracts with Buyer's customers and suppliers.

## E. CARE OF RENTAL EQUIPMENT:

(1)     The Buyer, at its sole expense, shall be responsible for ensuring that the rental equipment is maintained in good working order and operating condition at all times the Buyer maintains possession of the rental equipment. The rental equipment shall be maintained in good working order and operating condition, at Buyer's expense, and shall be returned in the same condition as when received, ordinary wear and tear alone excepted.

(2)     Seller shall conduct an inspection ("Inspection and Disposition") of the rental equipment to determine if the rental equipment is in good working order and operating condition. If Seller after the Inspection and Disposition finds that the rental equipment is not in good working order and operating condition and is in need of refurbishment, remanufacture, and/or replacement, Seller shall prepare and submit a quotation and invoice, as necessary, prior to any repair work taking place to Buyer detailing the costs and expenses Buyer is obligated to pay to maintain the rental equipment in good working order and operating condition.

(3)     The Buyer shall be liable for all costs and expenses for the refurbishment of the rental equipment to its original state and condition, save and except for ordinary wear and tear. Without prejudice to the generality of the foregoing and for the avoidance of doubt, damage and deterioration in the rental equipment requiring welding machining or coating operations are not considered as normal wear and tear. Any costs and expenses for the refurbishment of the rental equipment shall be invoiced to Buyer upon the return and Inspection and Disposition of

CAM/T&C/US/10

4

the rental equipment. All costs for refurbishment and labor charges shall be specified in the pricing schedule or such other similar document agreed to by the parties.

(4)       In respect of the rental equipment which requires welding machining or coating operations or other remanufacturing related actions, Seller will repair all damaged equipment, at the cost and expense of the Buyer. Upon the completion of the Inspection and Disposition of the rental equipment and prior to any repair work taking place, Seller shall prepare and submit a quotation and invoice detailing the expected costs to repair the rental equipment to its original state and condition.

(5)       In respect of rental equipment which has been lost or damaged beyond repair, the Buyer shall be liable and shall pay to Seller, Seller's most recent replacement price item, as may be prescribed by Seller from time to time, with such replacement price taking into account the age, usage and depreciated value of the lost or damaged item as determined by Seller's standard accounting procedures.  Any such replacement price prescribed by Seller shall take into account the age, usage and actual value of the lost or damaged item. Upon the completion of the Inspection and Disposition of the rental equipment and prior to any repair work taking place Seller will submit a quotation for the replacement price and an invoice to Buyer.

### 15. MODIFICATION, RESCISSION & WAIVER:

The terms herein may not be modified or rescinded nor any of its provisions waived unless such modification, rescission or waiver is in writing and signed by an authorized employee of Seller at its office in Houston, Texas. Failure of Seller to insist in any one or more instances upon the performance of any of the terms and conditions of the contract or the failure of Seller to exercise any of its rights hereunder shall not be construed as a waiver or relinquishment of any such term, condition, or right hereunder and shall not affect Seller's right to insist upon strict performance and compliance with regard to any unexecuted portions of this contract or future performance of these terms and conditions.

All orders must be accepted by an authorized employee of Seller.  The rights and duties of the parties and construction and effect of all provisions hereof shall be governed by and construed according to the internal laws of the State of Texas.  Any disputes which arise under this agreement shall be venued in the District Court of Harris County, Texas or in the Southern District of Texas.

# INVOICE

 **CAMERON**

| | |
|---|---|
| Invoice No | : 913322903 |
| Invoice Date | : APR 11 2013 |
| Page | : 1  of  2 |

**Remit To:**
OneSubsea LLC
P.O. Box 732162
Dallas, TX 75373-2162

**Wire Transfer To:**
JPMorgan Chase Bank
New York, NY  10004
Account #: 192987706
ABA #: 021000021
Swift #: CHASUS33
**ACH Remit To:**
JPMorgan Chase Bank
Chicago, IL
Account #: 192987706
ABA #: 071000013

Inquiries To :
OneSubsea LLC
4646 W Sam Houston Parkway N
Houston, Texas 77041
Phone 713-939-2211

| | |
|---|---|
| Payment Terms | : Cash in Advance |
| Terms & Conditions | : As Attached/Included |
| Freight Terms | : FOB Shp Pt-Frt Coll-No Pro Frt |
| Ship From | : BAYOU VISTA LA |
| Shipped Date | : MAR 18 2013 |

| Invoice to: 21011440 | Ship To: 43219949 |
|---|---|
| BLUEWATER INDUSTRIES LP | BLUEWATER INDUSTRIES |
| ATTN:  ACCOUNTS PAYABLE | GREEN CANYON 299 OCSG 15571 |
| 5300 MEMORIAL STE 550 | 3007 HWY 182 E |
| HOUSTON TX  77007 | MORGAN CITY LA  70380-5843 |

Inside Sales Contact : Gwen Luu / 985-395-1692        Sales Order : 2965419        Delivery Note : 84737708

| | |
|---|---|
| Customer Reference | : 1111-031 REV1 |
| Placed By | : JIMMY JONES |
| Functional Location | : GM2-2048-0001-0002 |
| Description | : GC 299 OCSG 15571 (21011440) |
| Project Reference | : (DOC) FSO 390585 & T/C |

PO#: 1111-031 REV1
WELL LOCATION: GC 299
OCSG#: 15571
JOB REQUESTED: JIMMY JONES
SERVICE BEGIN DATE: 03/07/13
SERVICE END DATE:  03/20/13
SERVICE HAND: BRAD THERIOT

| Item | Material Number.<br>Description | Qty | Unit Net Price<br>USD | Extended Price<br>USD |
|---|---|---|---|---|
| 10 | STANDBY | 13.0  DY | 1,575.00 | 20,475.00 |
| | STANDBY (NON-ACTIVITY) DAY RATE SUBSEA LABOR | | | |
| | CAMERON SERVICEMAN CALLED OUT TO LOCATION TO PERFORM WORK AS REQUESTED. | | | |
| | NOTE: PLEASE REFER TO SERVICE TICKET ATTACHED FOR COMPLETE SERVICE | | | |
| | REPORT. | | | |

CAM—2283-1


# CAMERON

**Invoice No**    : 913322903
**Page**        : 2   of   2

| Item | Material Number.<br>Description | Qty | Unit Net Price<br>USD | Extended Price<br>USD |
|------|------|------|------|------|
| | BRAD THERIOT PERFORMED THIS JOB. | | | |
| 20 | SUBSEAOFFSHORE<br>OFFSITE DAY RATE SUBSEA LABOR<br>CAMERON SERVICEMAN CALLED OUT TO LOCATION TO PERFORM WORK AS REQUESTED.<br>NOTE: PLEASE REFER TO SERVICE TICKET ATTACHED FOR COMPLETE SERVICE<br>REPORT.<br>BRAD THERIOT PERFORMED THIS JOB. | 1.0 DY | 2,581.00 | 2,581.00 |
| 30 | MILEAGE<br>MILEAGE (ROUNDTRIP CAMERON, BERWICK, LA TO SPITZER, CHANNELVIEW, TX) | 525.00 MI | 2.00 | 1,050.00 |
| 40 | EXPENSE-RT<br>MEALS (EXPENSE COST + 20%) | 1 EA | 68.41 | 68.41 |

**Price Summary :**

**Total Price :**      **24,174.41 USD**

**Total Invoice Value :**      **24,174.41 USD**

Cameron is committed to complying with U.S. Export Administration Rules and Regulations. If this Order is being exported to you, or may be re-exported to an ultimate consignee or end-user abroad, the following applies: These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. Law is prohibited.

2048-0001-0001        I + C

21012240

# CAMERON

**FIELD SERVICE ORDER**
CAM-2303-E

| | | | | | | FIELD SERVICE ORDER NO. |
|---|---|---|---|---|---|---|

FIELD SERVICE ORDER NO.
**390585**

| SALES ORDER NO. | PURCHASE ORDER NO./CONTRACT NO. PO # 1111-031 rev | | | LAND | OTHER ✓ | DATE PREPARED 3-21-13 | PAGE | OF |
|---|---|---|---|---|---|---|---|---|
| | | | P.O. DATE | COUNTY | | | STATE LA |

| ORDERED BY Jimmy Jones | | RIG NAME | | | FED. WAT. ND | FREIGHT | VIA C/V | LOCATION Spale |
|---|---|---|---|---|---|---|---|---|

| WELL REFERENCE/OCS. NO. Well # GC-299   OCSG 15571 | | | | BILL OF LADING | CARRIER # 8341 | | |
|---|---|---|---|---|---|---|---|

| BILL TO Bluewater | | SOLD TO | | | SHIP TO Channelview, TX  43219949 Spitzer Shipyard | |
|---|---|---|---|---|---|---|

| WELLHEAD | SIZE | MAKE | | S/N | | W.P. | PN |
|---|---|---|---|---|---|---|---|
| VALVE | SIZES | MODEL | TRIM | S/N | | W.P. | PN |
| HANGER | SIZE | TYPE | CSG/TBG SIZE | | WEIGHT | GRADE | THREAD |

WORK PERFORMED  Drove to Spitzer Shipyard in Channelview, TX. Circulated sea water out and filled cylinders w/ fresh transaqua HT. Serviced all latches on CVC tools.

CVC tools:
S# 111476218-01
       111476222-01

| ITEM | QTY. | DESCRIPTION | PART NO. | UNIT PRICE | DIS-COUNT | TOTAL |
|---|---|---|---|---|---|---|
| | | 3-7-13 to 3-20-13 (not charging standby for 3-11-13) | 13 Days | 1575.00 | | 20,475.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

F.O.B. MANUFACTURING PLANT

TOTAL PARTS AND MATERIALS

| LABOR | FROM: HR & DATE 3-11-13 | TO: HR & DATE 3-11-13 | REG. HOURS | OT. HOURS 1 Day @ | RATE 2581.00 | OT. RATE | 2581.00 |
|---|---|---|---|---|---|---|---|
| LODGING | FREIGHT OR MISCELLANEOUS | | MEALS 57.01+20%=68.41 | MILEAGE 525 | | @ 2.00 PER MILE | 1050.00 |

| PERFORMANCE REVIEW | EXCEEDED EXPECTATIONS | MET EXPECTATIONS | NEEDS IMPROVEMENT | DID NOT MEET EXPECTATIONS | | |
|---|---|---|---|---|---|---|
| Serviceman Arrived at Location On Time | ✓ | ☐ | ☐ | ☐ | TOTAL CHARGES | 24,174.41 |
| Serviceman's Attitude | ✓ | ☐ | ☐ | ☐ | 68.41 | |
| Serviceman's Competency | ✓ | ☐ | ☐ | ☐ | JOB TYPE | |
| Service Facility Office Support | ✓ | ☐ | ☐ | ☐ | Drilling | ☐ |
| Did Serviceman Properly Review CAM Issued JHA | ✓ | ☐ | ☐ | ☐ | Section  A   B   C  (circle one) | |
| OTHER (PLEASE LIST) | ☐ | ☐ | ☐ | ☐ | System _____ (fill in MBS TSW SS etc.) | |

| CUSTOMER STAMP | RIG DELAY RESULTING FROM CAMERON SERVICE OR EQUIPMENT? ☐ YES   ☐ NO IF YES PLEASE GIVE YOUR COMMENTS: | Hanger  IC  S  Man.  (circle one) |
|---|---|---|
| | | Completion/Decompletion ☐ |
| | | Frac tree ☐ |
| | | Prod. Tree ☐ |
| | | Lubricator ☐ |
| | | Production ☐ |
| | | Greasing ☐ |
| | | Valve / Act. ☐ |
| | | SD Lubricator ☐ |
| | | OTHER |

| CAMERON REP "Print" Brad Theriot | "Signature" | DATE 3-21-13 |
|---|---|---|
| CUSTOMER REP. "Print" Jimmy Jones | "Signature" | DATE 3-23-13 |

| Reviewed by District Mgr. _____ | FPR Submitted | ☐ YES | ☐ NO |
|---|---|---|---|
| Signature _____ | FPR# |
| Date _____ | Date |

Brad The riot
BlueWater
Ticket #390585

Chili's Grill & Bar
Baytown #850
5050 East Frwy.
Baytown, TX 77521-8371

Server: Anthony          03/11/2013
Table 115/1              1:44 PM
Guests: 1                30013
Order Type:  Dine In


BEVERAGE                     2.29
SPIN DIP STARTER             7.99
CHICKENCAESAR SAL            9.09

*********************************

Subtotal                    19.37
Tax                          1.60

Total                       20.97

**Balance Due**             **20.97**
                            + 6.00
        Thank You!
We welcome Your Comments     2697
    (800) 983-4637
    www.chilis.com


Welcome to Chick-fil-A
Beltway 8 & Wallisville Road (#02418)
Houston, TX
(281) 459-9553
CUSTOMER COPY
3/11/2013 6:22:08 AM
DRIVE THRU
Order NUmber:   1988169

1  Meal-Ckn Minis 4ct          4.79
     Ckn Minis 4ct
     Hsh Brn                    0.80
     OJ                         2.89
1  Ckn Minis 4ct               1.59
1  BTL Water

   Sub. Total:               $10.07
   Tax:                       $0.70
   Total:                    $10.77

   Change                     $0.00
   MasterCard:               $10.77
Register:2        Tran Seq No: 1988169
Cashier:Ricky
        Join us on Facebook
           Chick-fil-A
   Beltway 8 and Wallisville Rd

MasterCard
Card Num : XXXXXXXXXXXX1538
Terminal : KA48855044001
Approval : 062501
Sequence : 009550

Dread Theriot
Blue Water
Ticket # 390585

Food-N-Fun 11
1189 Evangeline Thruway
Broussard La
00203062

```
          03/11/2013 2:32:46 AM
    Register: 2 Trans #: 855 Op ID: 5677
          Your cashier: Artricia

BIGS SEED C/S SALT PEPPE        $3.00 103
BIGS SEEDS FRANKS RD/5 0        $1.69 103
COFFEE CUP SMALL/12 OZ          $1.19 101
AQUAFINA WATER 20 OZ BOT        $1.39 101
ICE CUP/16 OZ
2 @ $0.39                       $0.78 101
                             ----------
               Subtotal =    $8.05
                    Tax =    $0.58
                             ----------
                  Total =    $8.63

             Change Due =     $0.00

Credit                           $8.63
-----------------------------------
XXXXXXXXXXXXX1538, MCFLEET
INVOICE E/6273146
```

```
              Thank You for choosing
              Bayou Vista McDonald's
                 1319 HWY 90 E
              BAYOU VISTA , LA
                    70390
               ! ! ! THANK YOU ! ! !
           TEL# 985 395 5590 Store# 7719

# 12              Mar.11'13 (Mon) 16:11

Y SIDE 1  KVS Order 21

  ITEM                         TOTAL
  6 MCNUGGETS                   2.99
  1 S&S SAUCE
  BOTTLED WATER                 1.49
  LRG FRENCH FRIES              1.99
2 HNYMU SNACK WRAP-GRL          3.38

Subtotal                       9.85
x                              0.79
xe-Out Total                  10.64

shless                        10.64
ange                           0.00

R# 475004C2
RD ISSUER            ACCOUNT#
ster SALE        ************1538
HORIZATION CCODE - 012171 SEQ# 173232
```

# Expense Authorization Sheet

**CAMERON**

**390585**

| Expense amount | Date | Expense explanation & attendees |
|---|---|---|
| $8.63 | 3/11/2013 | meal, Brad Theriot |
| $10.64 | 3/11/2013 | meal, Brad Theriot, |
| $26.97 | 3/11/2013 | meal, Brad Theriot, Alfred Clayton |
| $10.77 | 3/11/2013 | Meal, Brad Theriot |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| $57.01 | total | Expense Cat 7283 11 6341 |

Employee Name: Brad Theriot