UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ATP Oil & Gas Corporation, | § | Case No.: 12-36187 |
| | § | |
| Debtor. | § | Hon. Marvin Isgur |

### AGENDA FOR HEARING SCHEDULED FOR SEPTEMBER 19, 2013 AT 1:30 P.M.

**Date and Time of Hearing:** September 19, 2013 at 1:30 p.m. (Central Prevailing Time)

**Location of Hearing:** The Honorable Marvin Isgur
United States Bankruptcy Judge, 515 Rusk Avenue
Courtroom 404
Houston, Texas 77002

**Copies of Pleadings:** A copy of each pleading can be viewed: (a) for a fee on the Court's website at www.ecf.uscourts.gov; or (b) free of charge on the website of the Debtor's claims and noticing agent, Kurtzman Carson Consultants, at www.kccllc.net/atpog.

**BANKRUPTCY MATTERS**

1. Debtor's Emergency Motion for Entry of an Order Further Extending the Time Within Which It Must Assume or Reject Unexpired Leases of Nonresidential Real Property [**Dkt. No. 2520**].

    a. Service: Served on the Master Service List in the manner described on the Certificate of Service filed at **Dkt. No. 2530**].

    b. Related Pleadings: Notice of Filing of Revised Exhibit A to Debtor's Emergency Motion for Entry of an Order Further Extending the Time Within Which It Must Assume or Reject Unexpired Leases of Nonresidential Real Property [**Dkt. No. 2549**].

    c. Uncontested

    d. Going forward

    e. Estimated Time Required: 5 minutes

2. Motion of Exterran Energy Solutions, L.P. for Allowance and Payment of Administrative Expense Claim [**Dkt. No. 2282**].

   a. <u>Related Pleadings</u>:

      - Greystar's Limited Response Regarding Vendor Motions to Compel Immediate Payment of Post-Petition Invoices and/or Allowance and Payment of Administrative Expenses [**Dkt. No. 2365**].

      - Debtor's Omnibus Response to Vendors' Motions to Compel Payment of Administrative Expense Claims [**Dkt. No. 2409**].

      - [Proposed] Agreed Order Approving Payment to Exterran Energy Solutions, L.P. Pursuant to Its Motion for an Administrative Expense Claim [**Dkt. No. 2546**].

   b. <u>Uncontested</u>

   c. <u>Status</u>: The parties seek entry of the proposed Agreed Order filed at **Dkt. No. 2546**.

   d. <u>Estimated Time Required</u>: 5 minutes

3. Hornbeck Offshore Services LLC's Motion for Allowance and to Compel Payment of Administrative Expense Pursuant to 11 U.S.C. §503(b)(1)(A) and Incorporated Memorandum in Support [**Dkt. No. 2285**].

   a. <u>Related Pleadings</u>:

      - Greystar's Limited Response Regarding Vendor Motions to Compel Immediate Payment of Post-Petition Invoices and/or Allowance and Payment of Administrative Expenses [**Dkt. No. 2365**].

      - Debtor's Omnibus Response to Vendors' Motions to Compel Payment of Administrative Expense Claims [**Dkt. No. 2409**].

   b. <u>Uncontested</u>

   c. <u>Status</u>: Going forward.

   d. <u>Estimated Time Required</u>: 5 minutes

4. Emergency Motion by Cameron International Corporation to: Compel Immediate Payment of Post-Petition Invoices for Court-Approved, Budgeted Work Involved in the Clipper Pipeline Project; and Alternatively, for Allowance and to Compel Payment of an Administrative Expense Pursuant to 11 U.S.C. § 503(b)(1)(A); and Alternatively, for an Order Denying Any Further Payment of Any Professional Fee Until Cameron's Post-Petition Invoices are Paid in Full [**Dkt. No. 2347**].

a. <u>Related Pleadings</u>:

- Greystar's Limited Response Regarding Vendor Motions to Compel Immediate Payment of Post-Petition Invoices and/or Allowance and Payment of Administrative Expenses [**Dkt. No. 2365**].

- Debtor's Omnibus Response to Vendors' Motions to Compel Payment of Administrative Expense Claims [**Dkt. No. 2409**].

b. <u>Uncontested</u>

c. <u>Status</u>: Going forward.

d. <u>Estimated Time Required</u>: 5 minutes

5. Emergency Motion by Supreme Service & Specialty Co., Inc. to Compel Immediate Payment of Post-Petition Invoices; For Allowance and to Compel Payment of an Administrative Expense; and For an Order Denying Any Further Payment of Professional Fees Until Supreme's Post-Petition Invoices Are Paid in Full [**Dkt. No. 2358**].

   a. <u>Related Pleadings</u>:

   - Greystar's Limited Response Regarding Vendor Motions to Compel Immediate Payment of Post-Petition Invoices and/or Allowance and Payment of Administrative Expenses [**Dkt. No. 2365**].

   - Debtor's Omnibus Response to Vendors' Motions to Compel Payment of Administrative Expense Claims [**Dkt. No. 2409**].

   b. <u>Uncontested</u>

   c. <u>Status</u>: Going forward

   d. <u>Estimated Time Required</u>:  5 minutes

6. Blanchard Contractors, Inc. and REC Marine Logistics, LLC's Emergency Motion to Lift or Modify the Automatic Stay to Permit Filing of Notice of Lis Pendens [**Dkt. No. 2473**].

   a. <u>Uncontested</u>

   b. <u>Status</u>: Going forward

   c. <u>Estimated Time Required</u>: 5 minutes

7.     Emergency Motion of Hornbeck Offshore Services, LLC for Relief from Automatic Stay and/or Modify the Automatic Stay to File Notices of Lis Pendens [**Dkt. No. 2502**].

    a.     <u>Uncontested</u>

    b.     <u>Status</u>: Going forward

    c.     <u>Estimated Time Required</u>: 5 minutes

8.     Emergency Motion of Harvey Gulf International Marine, LLC for Relief from Automatic Stay and/or Modify the Automatic Stay to File Notices of Lis Pendens [**Dkt. No. 2507**].

    a.     <u>Uncontested</u>

    b.     <u>Status</u>: Going forward

    c.     <u>Estimated Time Required</u>: 5 minutes

9.     Debtor's Fourth Emergency Motion for Entry of an Order Pursuant to §§ 105 and 363 Authorizing the Interim Use of Cash Collateral [**Dkt. No. 2482**].

    a.     <u>Service</u>: The Motion was served on the Master Service List in the manner described on the Certificate of Service filed at **Dkt. No. 2513**.

    b.     <u>Related Pleadings</u>:

- Greystar Corporation's Limited Objection and Reservation of Rights in Connection with Debtor's Fourth Emergency Motion for Entry of an Order Pursuant to §§ 105 and 363 Authorizing the Interim Use of Cash Collateral [**Dkt. No. 2503**].

- Interim Order Pursuant to §§ 105 and 363 Authorizing the Use of Cash Collateral [**Dkt. No. 2510**].

    c.     <u>Contested</u>

    d.     <u>Status</u>: Going forward

    e.     <u>Estimated Time Required</u>: 20 minutes

10.     Application for Allowance of Administrative Expense and Immediate Payment Pursuant to 11 U.S.C. § 503 [**Dkt. No. 2248**].

    a.     <u>Related Pleadings</u>:

- Debtor's Omnibus Response to Vendors' Motions to Compel Payment of Administrative Expense Claims [**Dkt. No. 2409**].

      b.      <u>Contested</u>

      c.      <u>Status</u>: Going forward.

      d.      <u>Estimated Time Required</u>: 45 minutes

11.    Emergency Motion to Compel Immediate Payment of Post-Petition Invoices for Work Involved in the Clipper Project; and Alternatively for Allowance and to Compel Payment of an Administrative Expense Pursuant to 11 U.S.C. §503(b)(1)(A) [**Dkt. No. 2460**].

      a.      <u>Contested</u>

      b.      <u>Status</u>: Going forward.

      c.      <u>Estimated Time Required</u>: 20 minutes

12.    Emergency Motion by Wright's Well Control Services, LLC to: Compel Immediate Payment of Post-Petition Invoices for Court-Approved, Budgeted Work Involved in Necessary Plug and Abandonment Operations; and Alternatively, for Allowance and to Compel Payment of an Administrative Expense Pursuant to 11 U.S.C. § 503(b)(1)(A); and Alternatively, for an Order Denying any Further Payment of Any Professional Fee Until Wright's Well Control Services, LLC's Post-Petition Invoices Are Paid in Full [**Dkt. No. 2483**].

      a.      <u>Contested</u>

      b.      <u>Status</u>: Going forward

      c.      <u>Estimated Time Required</u>:  10 minutes

13.    Greystar Corporation's Emergency Motion to Fix Time for Assumption or Rejection of Master Service Agreement [**Dkt. No. 2448**].

      a.      <u>Contested</u>

      b.      <u>Status</u>: Going forward

      c.      <u>Estimated Time Required</u>: 20 minutes

**DATED**:  September 17, 2013

        Respectfully submitted,

        **MAYER BROWN LLP**

By:   /s/ Charles S. Kelley
       Charles S. Kelley
       Attorney-in-Charge
       State Bar No. 11199580
       Southern District of Texas Bar No. 15344
       700 Louisiana Street, Suite 3400
       Houston, TX 77002-2730
       Telephone:  713 238-3000
       Facsimile:   713 238-4888

       **ATTORNEYS FOR THE DEBTOR AND DEBTOR-IN-POSSESSION**