**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ATP Oil & Gas Corporation, | § | Case No.: 12-36187 |
| | § | |
| Debtor. | § | Hon. Marvin Isgur |

### AGENDA FOR HEARING SCHEDULED FOR OCTOBER 31, 2013 AT 1:30 P.M.

**Date and Time of Hearing:** October 31, 2013 at 1:30 p.m. (Central Prevailing Time)

**Location of Hearing:** The Honorable Marvin Isgur
United States Bankruptcy Judge, 515 Rusk Avenue
Courtroom 404
Houston, Texas 77002

**Copies of Pleadings:** A copy of each pleading can be viewed: (a) for a fee on the Court's website at www.ecf.uscourts.gov; or (b) free of charge on the website of the Debtor's claims and noticing agent, Kurtzman Carson Consultants, at www.kccllc.net/atpog.

### CONTINUED BANKRUPTCY MATTERS

1. Motion of the Williams Companies for an Order Compelling the Debtor to Reject Certain Contracts and to Compel Payment of Administrative Expense Claims [**Dkt. No. 2639**].

    a. Related Pleading: Agreed Motion for Entry of Order Approving Stipulation Extending Time to File Responses to and Continuing Hearing on Motion to Compel Rejection of Executory Contract and Payment of Administrative Expenses [**Dkt. No. 2740**].

    b. Contested

    c. Status: The hearing on this Motion will be continued to November 14 by agreement of the parties.

    d. Estimated Time Required: N/A

### CONTESTED BANKRUPTCY MATTERS

2. Motion to Convert ATP Oil & Gas Corporation to Chapter 7 [**Dkt. No. 2213**].

    a.    <u>Contested</u>

    b.    <u>Status</u>: Going forward.

    c.    <u>Estimated Time Required</u>: 5 minutes.

**DATED**: October 29, 2013

Respectfully submitted,

**MAYER BROWN LLP**

By: /s/ Charles S. Kelley
Charles S. Kelley
Attorney-in-Charge
State Bar No. 11199580
Southern District of Texas Bar No. 15344
700 Louisiana Street, Suite 3400
Houston, TX 77002-2730
Telephone:  713 238-3000
Facsimile:   713 238-4888

**ATTORNEYS FOR THE DEBTOR AND DEBTOR-IN-POSSESSION**