IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ATP OIL & GAS CORPORATION | § | CASE NO. 12-36187 |
| | § | CHAPTER 11 |
| Debtor. | § | |

**ATP OIL & GAS CORPORATION'S AMENDED STATUS REPORT WITH RESPECT TO THE PROPOSED SCHEDULE FOR THE FILING OF DISCLOSURE STATEMENT AND CHAPTER 11 PLAN**

TO: THE HONORABLE MARVIN ISGUR,
UNITED STATES BANKRUPTCY JUDGE

ATP Oil & Gas Corporation ("**ATP**"), hereby files *ATP Oil & Gas Corporation's Amended Status Report with Respect to the Proposed Schedule for the Filing of Disclosure Statement and Chapter 11 Plan* (the "**Amended Status Report**"), and in support thereof, would respectfully submit as follows:

## I. INTRODUCTION

1. On October 8, 2012, the Court entered an order setting a hearing (the "**Hearing**") to consider *Roman Gelsi's Motion to Convert* (the "**Motion to Convert**") on October 17, 2013. [Docket Nos. 2213 and 2653]. At the Hearing, counsel for ATP announced an agreement to continue the Hearing on the Motion to Convert. The Court agreed to continue the Hearing until October 31, 2013. However, the Court conditioned the continuance on ATP providing a time schedule as to when a chapter 11 plan will be filed. In order to comply with the Court's instructions, ATP has prepared the Amended Status Report.

## II.  PROPOSED SCHEDULE

A.  *PROPOSED SCHEDULE FOR THE FILING OF DISCLOSURE STATEMENT AND PLAN*

2.  After due consideration and consultation with key third parties with respect to various timing issues, ATP would propose the following timeline for the Court's consideration:

- December 12, 2013 - Status Conference to be held in order to update Court as to the status of chapter 11 plan; and

- January 15, 2014 – Deadline by which ATP shall file proposed disclosure statement and chapter 11 plan (the "**Filing Deadline**").

B.  *THE PROPOSED SCHEDULE IS REASONABLE UNDER THE CURRENT CIRCUMSTANCES*

3.  ATP has been in discussions with multiple parties regarding their interest in acquiring certain of ATP's remaining assets within the context of a chapter 11 plan.  Those parties are currently undertaking their due diligence.  Once they have completed that process, ATP will be in a position to evaluate and select the highest and best offer.  Thereafter, ATP will need time to discuss plan concepts with certain of the major constituencies involved in the case to ensure both buy-in and plan feasibility.  ATP estimates that this process will take approximately forty five (45) days (the "**Negotiation Period**") given the upcoming holidays.

4.  Assuming the Court approves ATP's proposed timeline, a status conference will be held immediately following the Negotiation Period (*i.e.*, December 12, 2013) at which time ATP will provide the Court with an update as to the status of its chapter 11 plan efforts.  Moreover, ATP will advise the Court as to whether a disclosure statement and chapter 11 plan will be filed prior to the Filing Deadline.  Given the amount of work to be accomplished, ATP believes the proposed timeline is reasonable especially in light of the rapidly approaching holiday season.

DATED this 31st day of October 2013.

        Respectfully submitted,

        **MUNSCH HARDT KOPF & HARR, P.C.**

        By:  */s/ Randall A. Rios*
            Randall A. Rios
            State Bar No. 16935865
            Timothy A. Million
            State Bar No. 24051055
            Bank of America Center
            700 Louisiana, 46th Floor
            Houston, Texas 77002
            Telephone (713) 222-4010
            Facsimile (713) 222-5810

        CONFLICTS COUNSEL FOR ATP OIL & GAS CORPORATION

        AND

        **MAYER BROWN LLP**

        By:  */s/ Charles S. Kelley*
            Charles S. Kelley
            Attorney-in-Charge
            State Bar No. 11199580
            Southern District of Texas Bar No. 15344
            700 Louisiana Street, Suite 3400
            Houston, TX 77002-2730
            Telephone: 713 238-3000
            Facsimile: 713 238-4888

        and

            Craig E. Reimer (admitted pro hac vice)
            Rue Toland (admitted pro hac vice)
            71 South Wacker Drive
            Chicago, IL 60606
            Telephone: 312 782-0600
            Facsimile: 312 701-7711

        ATTORNEYS TO THE DEBTOR AND DEBTOR-IN-POSSESSION

4

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of *ATP Oil & Gas Corporation's Amended Status Report with Respect to the Proposed Schedule for the Filing of Disclosure Statement and Chapter 11 Plan* was served electronically via the Court's ECF electronic notification system on October 31, 2013, on all parties registered to receive such notice in this case as of that date.

      */s/ Timothy A. Million*
      Timothy A. Million