

# Invoice for Diving Services

| | Date | Invoice # |
|---|---|---|
| | 6/11/2012 | 12-044-2 |

**Bill To**

ATP Oil & Gas Corp.
4600 Post Oak Place
Suite 230
Houston, TX 77027-9726

**Send Payment To**

Seamar Divers International, LLC.
P.O. Box 740976
Houston, TX 77274

| P.O. Number | AFE # | Terms | Location | Reference |
|---|---|---|---|---|
| | 10887 | Net 30 | ST-77 A & C | Platform Inspection |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Day Rate | from 06/05/12 thru 06/06/12<br>PERSONNEL:<br>1 – Superintendent<br>1 – Diving Supervisor<br>8 -- Divers<br>8 – Tender<br><br>EQUIPMENT:<br>1 – Surface Gas Package<br>1 – 6" Jet Pump w/ 300' Hose<br>1 – 400 Amp Welding Machine w/ Leads<br>1 – 600' U/W Burning Rig w/ Knife Switch and Regulator<br>2 – Hydraulic Unit w/ 600' Hose<br>2 – Hydraulic Impact Wrenches<br>1 – 375 cfm Industrial Air Compressor<br>6 – 50' Sections CP Hose<br>1 – Air Lift<br>2– U/W Color Video System w/Monitor & Recorder<br>1 – Rigging Box<br><br>SUPPORT VESSEL:<br>- DSV SEADIVER<br><br>THIRD PARTIES:<br>- APS Survey DGPS w/ One Surveyor | 2 | 30,000.00 | 60,000.00 |
| Overtime | Superintendent: 7 hrs @ $ 125.00/hr.<br>Supervisor: 2 hrs @ $ 115.00/hr.<br>Data Recorder: 7 hrs @ $ 115.00/hr.<br>Divers: 2 hrs @ $ 106.00/hr.<br>Tenders: 4 hrs @ $ 72.00/hr. | | 2,410.00 | 2,410.00 |
| | | | Payments/Credits | |
| | | | Total | |

Phone: 281 208 2522  Fax: 281 208 2524



# Invoice for Diving Services

**SEAMAR**

| Date | Invoice # |
|------|-----------|
| 6/11/2012 | 12-044-2 |

**Bill To**

ATP Oil & Gas Corp.
4600 Post Oak Place
Suite 230
Houston, TX 77027-9726

**Send Payment To**

Seamar Divers International, LLC.
P.O. Box 740976
Houston, TX 77274

| P.O. Number | AFE # | Terms | Location | Reference |
|-------------|-------|-------|----------|-----------|
| | 10887 | Net 30 | ST-77 A & C | Platform Inspection |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| Depth Premium | 9- Dives @ 69 ft. = $ 1242.00<br>6- Dive @ 66 ft. = $ 792.00<br>1- Dive @ 65 ft. = $ 130.00 | | 2,164.00 | 2,164.00 |
| Add. Equip. | 1- Mesotech @ $ 550.00/day | 1 | 550.00 | 550.00 |
| Add. Charges | APS Set Up Charge @ $ 575.00 | | 575.00 | 575.00 |
| Consumable | 3- Rolls Duct Tape @ $ 12.00 each<br>1- 1/4" Poly Rope @ $ 75.00 each<br>1- 1/2" Poly Rope @ $ 100.00 each<br>1- HP Air @ $ 38.00 each<br>4- Oxygen Cyl. @ $ 38.00 each<br>1- Pallet of Grit Blasting @ $ 575.00 each | | 976.00 | 976.00 |
| add. Boat Charges | Fuel: 1675 gallons @ $ 4.50/per Gal. = $ 7537.50<br>Lube: 4 gallons @ $ 20.38/per Gal. = $ 81.52<br>Water: 2000 gallons @ $ .0345/per Gal. = $ 69.00<br>Phone & Internet: 2 days @ $ 250.00/day = $ 500.00<br>Customs Charges: $ 3380.00 | | 11,568.02 | 11,568.02 |
| Reports | 2- Reports | 2 | 500.00 | 1,000.00 |
| Trucking | 1- T-Tex Delivery @ $ 793.50 | | 793.50 | 793.50 |

| Payments/Credits | $0.00 |
|------------------|-------|
| **Total** | **$80,036.52** |

Phone: 281-208-2522    Fax: 281-208-2524



# Invoice for Diving Services

| Date | Invoice # |
|------|-----------|
| 6/21/2012 | 12-044-3 |

| Bill To |
|---------|
| ATP Oil & Gas Corp.<br>4600 Post Oak Place<br>Suite 230<br>Houston, TX 77027-9726 |

| Send Payment To |
|-----------------|
| Seamar Divers International, LLC.<br>P.O. Box 740976<br>Houston, TX 77274 |

| P.O. Number | AFE # | Terms | Location | Reference |
|-------------|-------|-------|----------|-----------|
| | 10886 | Net 30 | WC 237 A | Platform Inspection |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| Day Rate | from 06/07/12 thru 06/08/12<br>PERSONNEL:<br>1 – Superintendent<br>1 – Diving Supervisor<br>8 – Divers<br>8 – Tender<br><br>EQUIPMENT:<br>1 – Surface Gas Package<br>1 – 6" Jet Pump w/ 300' Hose<br>1 – 400 Amp Welding Machine w/ Leads<br>1 – 600' U/W Burning Rig w/ Knife Switch and Regulator<br>2 – Hydraulic Unit w/ 600' Hose<br>2 – Hydraulic Impact Wrenches<br>1 – 375 cfm Industrial Air Compressor<br>6 – 50' Sections CP Hose<br>1 – Air Lift<br>2 – U/W Color Video System w/Monitor & Recorder<br>1 – Rigging Box<br><br>SUPPORT VESSEL:<br>- DSV SEADIVER<br><br>THIRD PARTIES:<br>- APS Survey DGPS w/ One Surveyor | 2 | 30,000.00 | 60,000.00 |
| Overtime | Superintendent; 4 hrs @ $ 125.00/hr.<br>Supervisor; 2 hrs @ $ 115.00/hr.<br>Data Recorder; 2 hrs @ $ 115.00/hr.<br>Divers; 2 hrs @ $ 106.00/hr.<br>Tenders; 4 hrs @ $ 72.00/hr. | | 1,460.00 | 1,460.00 |

| Payments/Credits | |
|------------------|--|
| Total | |



# Invoice for Diving Services

| Date | Invoice # |
|------|-----------|
| 6/21/2012 | 12-044-3 |

**Bill To**

ATP Oil & Gas Corp.
4600 Post Oak Place
Suite 230
Houston, TX 77027-9726

**Send Payment To**

Seamar Divers International, LLC.
P.O. Box 740976
Houston, TX 77274

| P.O. Number | AFE # | Terms | Location | Reference |
|-------------|-------|-------|----------|-----------|
| | 10886 | Net 30 | WC 237 A | Platform Inspection |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| Depth Premium | 4- Dives @ 76 ft. = $ 608.00<br>1- Dive @ 75 ft. = $ 150.00<br>1- Dive @ 70 ft. = $ 140.00<br>5- Dive @ 66 ft. = $ 660.00 | | 1,558.00 | 1,558.00 |
| Add. Equip. | 1- Mesotech @ $ 550.00/day | 1 | 550.00 | 550.00 |
| Add.Charges | APS Set Up Charge @ $ 287.50 | | 287.50 | 287.50 |
| Consumable | 2- Rolls Duct Tape @ $ 12.00 each | | 24.00 | 24.00 |
| add. Boat Charg... | Fuel: 1600 gallons @ $ 4.50/per Gal. = $ 7200.00<br>Water: 2000 gallons @ $ .0345/per Gal. = $ 69.00<br>Phone & Internet: 2 days @ $ 250.00/day = $ 500.00 | | 7,769.00 | 7,769.00 |
| Reports | 2- Reports | 2 | 500.00 | 1,000.00 |

| | |
|---|---|
| **Payments/Credits** | $0.00 |
| **Total** | $72,648.50 |

Phone: 281-208-2522   Fax: 281-208-2524

www.seamardivers.com

# Invoice for Diving Services

**SEAMAR**

| Date | Invoice # |
|------|-----------|
| 6/21/2012 | 12-044-4 |

**Bill To**

ATP Oil & Gas Corp.
4600 Post Oak Place
Suite 230
Houston, TX 77027-9726

**Send Payment To**

Seamar Divers International, LLC.
P.O. Box 740976
Houston, TX 77274

| P.O. Number | AFE # | Terms | Location | Reference |
|-------------|-------|-------|----------|-----------|
| | 10891 | Net 30 | WC-557 | Platform Inspection |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| Demobilization | Mobe/Demobe Personnel & Equipment to Lake Charles, LA @ $ 1075.50 | | 1,075.50 | 1,075.50 |
| Day Rate | from 06/09/12 thru 06/15/12<br>PERSONNEL:<br>1 – Superintendent<br>1 – Diving Supervisor<br>8 – Divers<br>8 – Tender<br><br>EQUIPMENT:<br>1 – Surface Gas Package<br>1 – 6" Jet Pump w/ 300' Hose<br>1 – 400 Amp Welding Machine w/ Leads<br>1 – 600' U/W Burning Rig w/ Knife Switch and Regulator<br>2 – Hydraulic Unit w/ 600' Hose<br>2 – Hydraulic Impact Wrenches<br>1 – 375 cfm Industrial Air Compressor<br>6 – 50' Sections CP Hose<br>1 – Air Lift<br>2 – U/W Color Video System w/Monitor & Recorder<br>1 – Rigging Box<br><br>SUPPORT VESSEL:<br>- DSV SEADIVER<br><br>THIRD PARTIES:<br>- APS Survey DGPS w/ One Surveyor | 7 | 30,000.00 | 210,000.00 |
| Overtime | Superintendent; 30 hrs @ $ 125.00/hr.<br>Supervisor; 6 hrs @ $ 115.00/hr.<br>Data Recorder; 4 hrs @ $ 115.00/hr.<br>Divers; 14 hrs @ $ 106.00/hr.<br>Tenders; 14 hrs @ $ 72.00/hr. | | 7,392.00 | 7,392.00 |

| | |
|---|---|
| **Payments/Credits** | |
| **Total** | |

# Invoice for Diving Services

**SEAMAR**

| Date | Invoice # |
|------|-----------|
| 6/21/2012 | 12-044-4 |

**Bill To**

ATP Oil & Gas Corp.
4600 Post Oak Place
Suite 230
Houston, TX 77027-9726

**Send Payment To**

Seamar Divers International, LLC.
P.O. Box 740976
Houston, TX 77274

| P.O. Number | AFE # | Terms | Location | Reference |
|-------------|-------|-------|----------|-----------|
| | 10891 | Net 30 | WC-557 | Platform Inspection |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| Depth Premium | Depth Premium | | 24,346.00 | 24,346.00 |
| Add. Equip. | 1- Mesotech @ $ 550.00/day | 7 | 550.00 | 3,850.00 |
| Add.Charges | APS Set Up Charge @ $ 287.50<br>APS Demobe Fee @ $ 271.69 | | 559.19 | 559.19 |
| Consumable | 1- Rolls Duct Tape @ $ 12.00 each<br>16- Oxygen Cyl. @ $ 38.00 each<br>1- HP Air Cyl. @ $ 40.00 each<br>12- Nitrox Cyl. @ $ 125.00 each<br>20- Heliox Cyl. @ $ 150.0 each<br>6- Pallet of Sand Only @ $ 500.00 each<br>13- DVD's @ $ 18.00 each<br>1- 1/2" Poly Rope @ $ 100.00 each | | 8,494.00 | 8,494.00 |
| add. Boat Charges | Fuel: 2225 gallons @ $ 4.50/per Gal. = $ 10,012.50<br>Water: 7000 gallons @ $ .0345/per Gal. = $ 241.50<br>Phone & Internet: 7 days @ $ 250.00/day = $ 1750.00<br>Customs Fees: $ 4026.24 | | 16,030.24 | 16,030.24 |
| Reports | 2- Reports | 2 | 500.00 | 1,000.00 |

| Payments/Credits | $0.00 |
|------------------|-------|
| **Total** | **$272,746.93** |

Phone: 281-208-2522   Fax: 281-208-2524

www.seamardivers.com



# Invoice for Diving Services

**SEAMAR**

| Date | Invoice # |
|------|-----------|
| 7/13/2012 | 12-052-1 |

**Bill To**

ATP Oil & Gas Corp.
4600 Post Oak Place
Suite 230
Houston, TX 77027-9726

**Send Payment To**

Seamar Divers International, LLC.
P.O. Box 740976
Houston, TX 77274
USA

| P.O. Number | AFE # | Terms | Location | Reference |
|-------------|-------|-------|----------|-----------|
| | 10881 | Net 30 | EI-30 C | Platform Inspection |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| Mobe/Demobe | Mobe/Demobe Personnel & Equipment | | 2,675.25 | 2,675.25 |
| Personnel | 06/06/12<br>PERSONNEL:<br>1 – Diving Supervisor<br>2 – Diver<br>2 – Tender | 0.75 | 5,245.00 | 3,933.75 |
| Equipment | EQUIPMENT:<br>1ea Shallow Air Diving Pkg<br>2ea U/W Video Pkg<br>1ea Grit Blasting Pkg<br>1ea Magnetic Particle Pkg | 0.75 | 2,079.00 | 1,559.25 |
| Boat | Offshore Support Vessel<br>M/V Contender @ $ 3220.00/day<br>- Cook @ $ 290.00/day<br>6 Subsistence @ $ 210.00/day | 0.75 | 3,720.00 | 2,790.00 |
| Depth Premium | 3- Dives @ 19 ft. = $ 114.00 | | 114.00 | 114.00 |
| Consumable | 1- 1/2" Poly Rope @ $100.00 each<br>1- 1/4" Poly @ $75.00 each<br>1- Duct Tape @ $12.00 each<br>1- HP Air @ $38.00 each | | 225.00 | 225.00 |
| add. Boat Charges | Fuel: 300 gallons @ $ 3.56/per Gal. = $ 1069.50<br>Lube: 1 gallon @ $ 78.14<br>Dock Fees: $ 655.50 | | 1,803.14 | 1,803.14 |
| Reports | Inspection Report | | 500.00 | 500.00 |

| | |
|---|---|
| **Payments/Credits** | $0.00 |
| **Total** | $13,600.39 |

Phone: 281-208-2522   Fax: 281-208-2524

www.seamardivers.com



# Invoice for Diving Services

**SEAMAR**

| Date | Invoice # |
|------|-----------|
| 7/13/2012 | 12-052-4 |

**Bill To**

ATP Oil & Gas Corp.
4600 Post Oak Place
Suite 230
Houston, TX 77027-9726

**Send Payment To**

Seamar Divers International, LLC.
P.O. Box 740976
Houston, TX 77274
USA

| P.O. Number | AFE # | Terms | Location | Reference |
|-------------|-------|-------|----------|-----------|
| | 10883 | Net 30 | EI-71 A | Platform Inspection |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| Personnel | 06/07/12<br>PERSONNEL:<br>1 – Diving Supervisor<br>2 – Diver<br>2 – Tender | 0.75 | 5,245.00 | 3,933.75 |
| Equipment | EQUIPMENT:<br>1ea Shallow Air Diving Pkg<br>2ea U/W Video Pkg<br>1ea Grit Blasting Pkg<br>1ea Magnetic Particle Pkg | 0.75 | 2,079.00 | 1,559.25 |
| Depth Premium | 2- Dives @ 29 ft. = $ 116.00 | | 116.00 | 116.00 |
| Boat | Offshore Support Vessel<br>M/V Contender @ $ 3220.00/day<br>- Cook @ $ 290.00/day<br>6 Subsistence @ $ 210.00/day | 0.75 | 3,720.00 | 2,790.00 |
| Consumable | 1- Duct Tape @ $12.00 each | | 12.00 | 12.00 |
| add. Boat Charges | Fuel: 325 gallons @ $ 3.56/per Gal. = $ 1158.63<br>Lube: 1 gallon @ $ 78.14 | | 1,236.77 | 1,236.77 |
| Reports | Inspection Report | | 500.00 | 500.00 |

| | |
|--|--|
| **Payments/Credits** | $0.00 |
| **Total** | $10,147.77 |

Phone: 281-208-2522   Fax: 281-208-2524

www.seamardivers.com



# Invoice for Diving Services

**SEAMAR**

| Date | Invoice # |
|------|-----------|
| 7/13/2012 | 12-052-2 |

**Bill To**

ATP Oil & Gas Corp.
4600 Post Oak Place
Suite 230
Houston, TX 77027-9726

**Send Payment To**

Seamar Divers International, LLC.
P.O. Box 740976
Houston, TX 77274
USA

| P.O. Number | AFE # | Terms | Location | Reference |
|-------------|-------|-------|----------|-----------|
| | 10880 | Net 30 | EI-30 B | Platform Inspection |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| Personnel | 06/06/12<br>PERSONNEL:<br>1 – Diving Supervisor<br>2 – Diver<br>2 – Tender | 0.25 | 5,245.00 | 1,311.25 |
| Equipment | EQUIPMENT:<br>1ea Shallow Air Diving Pkg<br>2ea U/W Video Pkg<br>1ea Grit Blasting Pkg<br>1ea Magnetic Particle Pkg | 0.25 | 2,079.00 | 519.75 |
| Boat | Offshore Support Vessel<br>M/V Contender @ $ 3220.00/day<br>- Cook @ $ 290.00/day<br>6 Subsistence @ $ 210.00/day | 0.25 | 3,720.00 | 930.00 |
| Depth Premium | 1- Dives @ 19 ft. = $ 36.00 | | 36.00 | 36.00 |
| Reports | Inspection Report | | 500.00 | 500.00 |

| | |
|---|---|
| **Payments/Credits** | $0.00 |
| **Total** | $3,297.00 |

Phone: 281-208-2522   Fax: 281-208-2524

www.seamardivers.com



# Invoice for Diving Services

| Date | Invoice # |
|------|-----------|
| 10/17/2012 | 12-071-1 |

**Bill To**

ATP Oil & Gas Corp.
4600 Post Oak Place
Suite 230
Houston, TX 77027-9726

**Send Payment To**

Seamar Divers International, LLC.
P.O. Box 740976
Houston, TX 77274

| P.O. Number | AFE # | Terms | Location | Reference |
|-------------|-------|-------|----------|-----------|
| | 10885 | Net 30 | HI-74 # 2 | Platform Inspection |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| Day Rate | 07/29/12<br>PERSONNEL:<br>1 – Superintendent<br>1 – Diving Supervisor<br>8 – Divers<br>8 – Tender<br><br>EQUIPMENT:<br>1 – Surface Gas Package<br>1 – 6" Jet Pump w/ 300' Hose<br>1 – 400 Amp Welding Machine w/ Leads<br>1 – 600' U/W Burning Rig w/ Knife Switch and Regulator<br>2 – Hydraulic Unit w/ 600' Hose<br>2 – Hydraulic Impact Wrenches<br>1 – 375 cfm Industrial Air Compressor<br>6 – 50' Sections CP Hose<br>1 – Air Lift<br>2– U/W Color Video System w/Monitor & Recorder<br>1 – Rigging Box<br><br>SUPPORT VESSEL:<br>- DSV SEADIVER<br><br>THIRD PARTIES:<br>- APS Survey DGPS w/ One Surveyor | 0.5 | 30,000.00 | 15,000.00 |
| Overtime | Superintendent; 2 hrs @ $ 125.00/hr. | | 250.00 | 250.00 |
| Depth Premium | Depth Premium | | 172.00 | 172.00 |
| Add. Equip. | 1- Mesotech @ $ 550.00/day | 0.5 | 550.00 | 275.00 |
| Add. Charges | APS Set Up Charge @ $ 287.50 | | 287.50 | 287.50 |

| | |
|--|--|
| **Payments/Credits** | |
| **Total** | |



# Invoice for Diving Services



| Date | Invoice # |
|------|-----------|
| 10/17/2012 | 12-071-1 |

**Bill To**

ATP Oil & Gas Corp.
4600 Post Oak Place
Suite 230
Houston, TX 77027-9726

**Send Payment To**

Seamar Divers International, LLC.
P.O. Box 740976
Houston, TX 77274

| P.O. Number | AFE # | Terms | Location | Reference |
|-------------|-------|-------|----------|-----------|
| | 10885 | Net 30 | HI-74 # 2 | Platform Inspection |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| Consumable | 1- HP Air Cyl. @ $ 40.00 each<br>1- 1/2" Poly Rope @ $ 100.00 each<br>1- Environmental Bag @ $ 40.00 each | | 180.00 | 180.00 |
| add. Boat Charges | Fuel: 190 gallons @ $ 4.50/per Gal. = $ 855.00<br>Water: 1250 gallons @ $ .0345/per Gal. = $ 43.12<br>Phone & Internet: .5 days @ $ 250.00/day = $ 125.00 | | 1,023.12 | 1,023.12 |

| | |
|--|--|
| Payments/Credits | $0.00 |
| Total | $17,187.62 |

Phone: 281-208-2522   Fax: 281-208-2524

www.seamardivers.com

Page 2



# Invoice for Diving Services

| Date | Invoice # |
|------|-----------|
| 10/17/2012 | 12-071-2 |

**Bill To**

ATP Oil & Gas Corp.
4600 Post Oak Place
Suite 230
Houston, TX 77027-9726

**Send Payment To**

Seamar Divers International, LLC.
P.O. Box 740976
Houston, TX 77274

| P.O. Number | AFE # | Terms | Location | Reference |
|-------------|-------|-------|----------|-----------|
| | 10884 | Net 30 | HI-74 # A | Platform Inspection |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| Day Rate | 07/29/12<br>PERSONNEL:<br>1 – Superintendent<br>1 – Diving Supervisor<br>8 – Divers<br>8 – Tender<br><br>EQUIPMENT:<br>1 – Surface Gas Package<br>1 – 6" Jet Pump w/ 300' Hose<br>1 – 400 Amp Welding Machine w/ Leads<br>1 – 600' U/W Burning Rig w/ Knife Switch and Regulator<br>2 – Hydraulic Unit w/ 600' Hose<br>2 – Hydraulic Impact Wrenches<br>1 – 375 cfm Industrial Air Compressor<br>6 – 50' Sections CP Hose<br>1 – Air Lift<br>2– U/W Color Video System w/Monitor & Recorder<br>1 – Rigging Box<br><br>SUPPORT VESSEL:<br>- DSV SEADIVER<br><br>THIRD PARTIES:<br>- APS Survey DGPS w/ One Surveyor | 0.5 | 30,000.00 | 15,000.00 |
| Overtime | Superintendent; 2 hrs @ $ 125.00/hr. | | 250.00 | 250.00 |
| Depth Premium | Depth Premium | | 172.00 | 172.00 |
| Add. Equip. | 1- Mesotech @ $ 550.00/day | 0.5 | 550.00 | 275.00 |
| Add.Charges | APS Set Up Charge @ $ 287.50 | | 287.50 | 287.50 |

| Payments/Credits |
|------------------|
| Total |

Phone: 281-208-2522   Fax: 281-208-2524

www.seamardivers.com

Page 1



# Invoice for Diving Services

| Date | Invoice # |
|---|---|
| 10/17/2012 | 12-071-2 |

**Bill To**

ATP Oil & Gas Corp.
4600 Post Oak Place
Suite 230
Houston, TX 77027-9726

**Send Payment To**

Seamar Divers International, LLC.
P.O. Box 740976
Houston, TX 77274

| P.O. Number | AFE # | Terms | Location | Reference |
|---|---|---|---|---|
|  | 10884 | Net 30 | HI-74 # A | Platform Inspection |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| add. Boat Charges | Fuel: 190 gallons @ $ 4.50/per Gal. = $ 855.00<br>Water: 1250 gallons @ $ .0345/per Gal. = $ 43.12<br>Phone & Internet: .5 days @ $ 250.00/day = $ 125.00 |  | 1,023.12 | 1,023.12 |

| | |
|---|---|
| Payments/Credits | $0.00 |
| **Total** | $17,007.62 |

Phone: 281-208-2522   Fax: 281-208-2524

www.seamardivers.com

Page 2