IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ATP Oil & Gas Corporation, | § | Case No.: 12-36187 |
| | § | |
| Debtor. | § | Hon. Marvin Isgur |

**NOTICE OF CONTINUED HEARING BY PARTY AGREEMENT**
(Relates to Docket No. 2213)

PLEASE TAKE NOTICE that the hearing on *Motion to Convert ATP Oil & Gas Corporation to Chapter 7* [Dkt. No. 2213] (the "**Motion**"), originally set for hearing on January 16, 2014, at 1:30 p.m., has been continued by agreement of the parties to **January 30, 2014, at 1:30 p.m.**, before the Honorable Marvin Isgur, United States Bankruptcy Judge, at the United States Bankruptcy Court, 515 Rusk Avenue, Houston, Texas 77002.

Dated:  January 15, 2014          Respectfully submitted,

**MAYER BROWN LLP**

By:    /s/ Charles S. Kelley
       Charles S. Kelley
       Attorney-in-Charge
       State Bar No. 11199580
       Southern District of Texas Bar No. 15344
       700 Louisiana Street, Suite 3400
       Houston, TX 77002-2730
       Telephone:  713 238-3000
       Facsimile:   713 238-4888

**ATTORNEYS FOR THE DEBTOR AND DEBTOR-IN-POSSESSION**