IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| ATP OIL & GAS CORPORATION § | CASE NO. 12-36187 |
| § | |
| § | Chapter 11 |
| Debtor. § | |
| § | HON. MARVIN ISGUR |

**ORDER ON *EMERGENCY* MOTION OF TOTAL E&P USA, INC. AND BP EXPLORATION & PRODUCTION, INC. FOR CONTINUANCE OF SEPTEMBER 27, 2014 HEARING ON JOINT MOTION AND INCORPORATED MEMORANDUM PURSUANT TO FED. R.BANKR. P. 9019, 2002, 6004 AND 11 U.S.C. §§ 105, 363, AND 365 FOR ORDERS APPROVING COMPROMISES AND SETTLEMENTS BETWEEN DEBTOR, MARUBENI OIL & GAS (USA) INC., AND THE WILLIAMS COMPANIES, INC.; AND FOR OTHER RELIEF**

The Court has considered the *Emergency Motion for Continuance of September 27, 2012 Hearing on Joint Motion and Incorporated Memorandum Pursuant to Fed. R. Bankr. P. 9019, 2002, 6004 and 11 U.S.C. §§ 105, 363, and 365 for Orders Approving Compromise and Settlements Between Debtor, Marubeni Oil & Gas (USA) Inc., and The Williams Companies, Inc. and for Other Relief* ("Motion for Continuance"), the evidence presented, and the argument of counsel, if any. Accordingly, the Court is of the opinion that the relief requested in the Motion for Continuance is warranted and proper given the circumstances and that the Motion for Continuance should be granted. It is therefore:

**ORDERED**, that the hearing currently scheduled for February 27, 2014 at 1:30 p.m. on the *Joint Motion and Incorporated Memorandum Pursuant to Fed. R. Bankr. P. 9019, 2002, 6004 and 11 U.S.C. §§ 105, 363, and 365 for Orders (i) Approving Compromise and Settlements Between Debtor, Marubeni Oil & Gas (USA) Inc., and The Williams Companies, Inc.; (ii) Approving the Sale of Debtor's Interest in Certain Inventory Free and*

*Clear of Liens, Claims and Encumbrances; (iii) Approving Assumption and Assignment of Certain Rights of Way Free and Clear of Liens, Claims and Encumbrances; (iv) Approving Certain Procedures Related to the Assumption and the Assumption and Rejection of Certain Executory Contracts and Incorporating Procedures Relating Thereto; (vi) Approving the Form and Manner of the Notice of the Sale and Hearing Thereon; and (vii) for Additional Relief Consistent Therewith; Notice Under Complex Case Order* is hereby continued to March 20, 2014 at 1:30 p.m.

DATED: _____, 2014

_____
UNITED STATES BANKRUPTCY JUDGE