

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/27/2014

| | | |
|---|---|---|
| IN RE: | § | |
| ATP OIL & GAS CORPORATION | § | CASE NO: 12-36187 |
| Debtor(s) | § | |
| | § | CHAPTER 11 |

## ORDER TO SHOW CAUSE

At a hearing to be conducted on March 27, 2014 at 1:30 p.m., the Court will convert this case to a case under Chapter 7 unless parties in interest can show cause why conversion is not appropriate. This case has been on file for a sufficient time to allow the formulation of a plan of reorganization.

SIGNED **February 27, 2014.**

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE