**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ATP Oil & Gas Corporation, | § | Case No.: 12-36187 |
| | § | |
| Debtor. | § | Hon. Marvin Isgur |

**AGENDA FOR HEARING SCHEDULED FOR APRIL 3, 2014 AT 1:30 P.M.**

**Date and Time of Hearing:**   **April 3, 2014 at 1:30 p.m. (Central Prevailing Time)**

**Location of Hearing:**   The Honorable Marvin Isgur
United States Bankruptcy Judge, 515 Rusk Avenue
Courtroom 404
Houston, Texas 77002

**Copies of Pleadings:**   A copy of each pleading can be viewed: (a) for a fee on the Court's website at www.ecf.uscourts.gov; or (b) free of charge on the website of the Debtor's claims and noticing agent, Kurtzman Carson Consultants, at www.kccllc.net/atpog.

I.   **BANKRUPTCY MATTERS**

1. Motion of Cetco Oilfield Services Company, LLC for Allowance and Payment of Administrative Expenses **[Dkt. No. 2973]**.

    a.   Related Pleadings:  N/A.

    b.   Uncontested.

    c.   Status:  Continued until April 24, 2013 on agreement of the parties.

    d.   Estimated Time Required:  N/A.

**DATED**:  April 2, 2014.

Respectfully submitted,

**MAYER BROWN LLP**

*By:*   */s/Charles S. Kelley*
      Charles S. Kelley
      Attorney-in-Charge
      State Bar No. 11199580
      Southern District of Texas Bar No. 15344
      700 Louisiana Street, Suite 3400
      Houston, TX 77002-2730
      Telephone: 713 238-3000
      Facsimile: 713 238-4888

**ATTORNEYS FOR THE DEBTOR AND DEBTOR-IN-POSSESSION**