**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ATP Oil & Gas Corporation, | § | Case No.: 12-36187 |
| | § | |
| Debtor. | § | Hon. Marvin Isgur |

**AGENDA FOR HEARING SCHEDULED FOR APRIL 17, 2014 AT 1:30 P.M.**

**Date and Time of Hearing:**   **April 17, 2014 at 1:30 p.m. (Central Prevailing Time)**

**Location of Hearing:**   The Honorable Marvin Isgur
United States Bankruptcy Judge, 515 Rusk Avenue
Courtroom 404
Houston, Texas 77002

**Copies of Pleadings:**   A copy of each pleading can be viewed: (a) for a fee on the Court's website at www.ecf.uscourts.gov; or (b) free of charge on the website of the Debtor's claims and noticing agent, Kurtzman Carson Consultants, at www.kccllc.net/atpog.

**I.  BANKRUPTCY MATTERS**

  1. No matters scheduled.

**II.  ADVERSARY MATTERS**

  1. No matters scheduled.

2

**DATED**: April 16, 2014.

                        Respectfully submitted,

                        **MAYER BROWN LLP**

    *By:*    */s/Charles S. Kelley*
                Charles S. Kelley
                Attorney-in-Charge
                State Bar No. 11199580
                Southern District of Texas Bar No. 15344
                700 Louisiana Street, Suite 3400
                Houston, TX 77002-2730
                Telephone:  713 238-3000
                Facsimile:   713 238-4888

                **ATTORNEYS FOR THE DEBTOR AND DEBTOR-IN-POSSESSION**