

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/15/2014

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **ATP Oil & Gas Corporation,** | § | **Case No. 12-36187** |
| | § | |
| | § | |
| **Debtor.** | § | **Hon. Marvin Isgur** |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO EFFECTUATE SETOFF

Upon consideration of the *Motion for Relief from the Automatic Stay to Effectuate Setoff* (the "Motion"),[1] filed by Anadarko E&P Onshore LLC, f/k/a Anadarko E&P Company LP ("Anadarko"), the Court finds that good cause exists to grant the relief requested in the Motion. Therefore, it is hereby

**ORDERED** that the Motion is GRANTED as set forth herein; and it is further

**ORDERED** that Anadarko is granted relief from the automatic stay in order to, and is hereby authorized to, effectuate setoff of the Anadarko Receivable against the ATP Credit; and it is further

**ORDERED** that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Signed, this _15_ day of _May_ 2014

_____
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

---

[1] Terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.