

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

**ENTERED**
**06/26/2014**

| | | |
|---|---|---|
| IN RE: | § | |
| ATP OIL & GAS CORPORATION | § | CASE NO: 12-36187 |
| Debtor(s) | § | |
| | § | CHAPTER 11 |

## CONVERSION ORDER

On the Debtor's oral motion made on this date pursuant to 11 U.S.C. § 1112(a), this case is converted to a case under chapter 7 of the Bankruptcy Code.

SIGNED **June 26, 2014.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE