6-22-2014

Dear Clerk:

In the following cases, I would like to have a copy of the docket showing the last 15 entries:

USA v. Rhonda Fleming
No. 4:07-cr-513-1

and

In re: Disciplinary Proceeding
Albert A. Balboni
Misc Action No 14-1224

The second case is sealed, however I am a part of this proceeding.

Thank you,
Rhonda Fleming

United States District Court
Southern District of Texas
FILED

JUN 2 6 2014

David J. Bradley, Clerk of Court

⇔20446-009⇔
Rhonda Fleming
--501 Capital CIR NE
Federal Correctional Inst
Tallahassee, FL 32301
United States

TALLAHASSEE FL 323
23 JUN 2014 PM 2 T

United States District Court
Southern District of Texas
FILED

JUN 2 6 2014

David J. Bradley, Clerk of Court

⇔20446-009⇔
U S District Court
Attn: District Clerk
515 RUSK ST
Houston, TX 77002
United States