UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: |
| | § | |
| ATP OIL & GAS CORPORATION | § | 12-36187-H1-7 |
| | § | |

## NOTICE OF APPOINTMENT OF TRUSTEE
## AND FIXING OF BOND

Pursuant to 11 U.S.C. §701, <u>Rodney D. Tow</u> is appointed interim trustee in the above styled case and is hereby designated to preside at the meeting of creditors held pursuant to 11 U.S.C. §341(a). Pursuant to the Federal Rules of Bankruptcy Procedure, Rule 2008, the trustee will be deemed to have accepted this appointment unless it is rejected within seven (7) days of receipt of this notice. If the trustee rejects this appointment, the trustee must notify the Court and the United States Trustee. The bond for this case will be included under the trustee's existing blanket bond unless a separate bond is warranted. Unless creditors at the first meeting of creditors elect another trustee, the trustee appointed herein shall serve as trustee without further appointment or qualification under the same bond.

Dated: June 26, 2014

JUDY ROBBINS
UNITED STATES TRUSTEE

/s/ Diane G. Livingstone
Diane G. Livingstone
Assistant United States Trustee

## REJECTION OF APPOINTMENT

I, _____, hereby reject the office of trustee in this case.

Dated: _____