IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION.

United States Courts
Southern District of Texas
FILED

AUG 0 1 2014

David J. Bradley, Clerk of Court

In re: § Chapter 11

ATP Oil & Gas Corporation, § Case No: 12-36187

Debtor. § Hon. Marvin Isgur

Warren Deforge  Joinder in LIMITED OBJECTION AND RESERVATION OF RIGHTS OF
DOUGLAS A. MEYER, SECOND LIEN and EQUITY HOLDER OF SECURITIES IN ATP OIL
AND GAS IN CONNECTION WITH DEBTOR'S MOTION TO CONVERT CASE FROM
CHAPTER 11 TO CHAPTER 7 AND THE COURT'S CONVERSION ORDER.
[Relates to Dkt. No. 3193]

COMES NOW, Warren Deforge, an EQUITY HOLDER OF SECURITIES IN ATP OIL AND GAS and
joins the limited objection filed by DOUGLAS A. MEYER, SECOND LIEN and EQUITY HOLDER
OF SECURITIES IN ATP OIL AND GAS, docket No. 3193,

JOINDER;
Warren Deforge hereby joins in and adopts the arguments and objections raised in the Limited
Objection, docket No. 3193.

RESERVATION OF RIGHTS
Warren Deforge reserves my rights to raise all other and additional objections and/or responses to the
Motion thereon and to the extent applicable to its rights, to adopt such other and additional objections
as may be raised by any other party.

Dated: July 28, 2014

Respectfully submitted,

Signed _____

Name: Warren Deforge

Address: 55 Stone Road
Arlington, MA 02474

5 Stone Rd
Arlington, MA 02474

BOSTON MA 021
30 JUL 2014  PM 4 L

Judge Isgur
Clerk of Court
United States Bankruptcy Court
Southern District of Texas, Houston Division
515 Rusk Avenue
Houston, TX 77002

7700262399