# DIAMOND McCARTHY LLP

TWO HOUSTON CENTER
909 FANNIN, STE.1500
HOUSTON, TEXAS 77010

CHARLES RUBIO | PARTNER
crubio@diamondmccarthy.com
P. 713.333.5127
F. 713.333.5195

December 1, 2014

Honorable Marvin Isgur
United States Bankruptcy Court
515 Rusk-Fourth Floor
Houston, Texas 77010

**Re: ATP Oil & Gas Corporation, Case No. 12-36187, Conversion Schedules**

Dear Judge Isgur:

We represent Rodney D. Tow, the Chapter 7 Trustee for the estate of ATP Oil & Gas Corporation (the "Trustee"). We have received the attached Conversion Schedules from Albert L. Reese, Jr., the representative of the Debtor. As a courtesy to Albert L. Reese, Jr. and the Debtor, we are filing the Conversion Schedules on the docket on their behalf.

The Trustee had no involvement in the preparation of the Conversion Schedules. The Trustee takes no responsibility for the accuracy of these Conversion Schedules. The Trustee specifically reserves his rights with respect to the descriptions, designations and characterizations of items contained in the Conversion Schedules.

Very truly yours,

*Charles Rubio*

Charles M. Rubio

**New York**
620 Eighth Avenue, 39th Floor
New York, NY 10018
Phone: 212.430.5400
Fax: 212.430.5499

**Los Angeles**
1999 Avenue of the Stars
11th Floor
Los Angeles, CA 90067
Phone: 310.621.2997

**San Francisco**
150 California Street
Suite 2200
San Francisco, CA 94111
Phone: 415.692.5200
Fax: 415.263.9200

**Dallas**
1201 Elm Street, 34th Floor
Dallas, TX 75270
Phone: 214.389.5300
Fax: 214.389.5399

**Austin**
P.O. Box 500149
Austin, TX 78750
Phone: 512.617.5200
Fax: 512.617.5299

**Denver**
6855 S. Havana Street, Suite 220
Centennial, CO 80112
Phone: 303.952.0960
Fax: 303.952.0966

www.diamondmccarthy.com