B 6F (Official Form 6F) (12/07)

In re __ATP Oil & Gas Corporation_____,          Case No. __12-36187_____
                     **Debtor**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> See Schedule F Attachment for Post-Petition Liabilities | | | | | | | $5,760,776 |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |

_____continuation sheets attached

Subtotal➤ $

Total➤ $5,760,776
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

## TRADE ACCOUNTS PAYABLE
### CAPEX

| ID | Vendor | Address 1 | Address 2 | City | State | ZIP | Voucher | Amt. Outstanding |
|---|---|---|---|---|---|---|---|---|
| 2791 | Aggreko LLC | 15600 JFK Blvd | Suite 600 | Houston | TX | 77032 | 172392 | 851.50 |
| 4669 | Aker Drilling Technologies Inc. | 3010 Briarpark Dr. | Suite 500 | Houston | TX | 77042 | 06-AP-169919 | 65,809.24 |
| 1294 | Aker Subsea, Inc. | PO Box 421646 | | Houston | TX | 77242 | 08-AP-171239 | 118,622.00 |
| 1294 | Aker Subsea, Inc. | PO Box 421646 | | Houston | TX | 77242 | 08-AP-171152 | 14,077.30 |
| 1294 | Aker Subsea, Inc. | PO Box 421646 | | Houston | TX | 77242 | 10-AP-171770 | 87,454.05 |
| 1294 | Aker Subsea, Inc. | PO Box 421646 | | Houston | TX | 77242 | 10-AP-171661 | 214,178.64 |
| 2990 | American Recovery | Station 1 Box 10254 | | Houma | LA | 70363 | 173210 | 708.00 |
| 2990 | American Recovery | Station 1 Box 10254 | | Houma | LA | 70363 | 173393 | 354.00 |
| 4118 | Blue Ocean Technologies, LLC | 1500 1st Ave N | | Birmingham | AL | 35203 | 172533 | 3,000.00 |
| 3157 | Canal Energy & Services, Inc. | 420 Industrial Parkway Dr. | | Bogalusa | LA | 70427 | 172504 | 76,709.98 |
| New | Caproco | 4815 Eleniak Rd NW | | Edmonton | AB | T6B 2N1 | Bluewater Vendor | 21,200.00 |
| 3432 | Castrol Offshore, BP Lubricants USA Inc. | PO Box 409383 | | Atlanta | GA | 30384 | 173084 | 1,920.00 |
| 3432 | Castrol Offshore, BP Lubricants USA Inc. | PO Box 409383 | | Atlanta | GA | 30384 | 172948 | 240.00 |
| 3878 | CETCO Oilfield Services Co. | PO Box 202172 | | Dallas | TX | 75320-2172 | 172551 | 1,579,358.08 |
| 3878 | CETCO Oilfield Services Co. | PO Box 202172 | | Dallas | TX | 75320-2172 | 173174 | 29,399.38 |
| 4649 | CheckPoint Pumps & Systems | 21356 Marion Lane | | Mandeville | LA | 70471 | 172540 | 2,070.00 |
| 4649 | CheckPoint Pumps & Systems | 21356 Marion Lane | | Mandeville | LA | 70471 | 172541 | 2,070.00 |
| 4337 | Chet Morrison Contractors, LLC | 16285 Park 10 Pl | | Houston | TX | 77084 | 10-AP-171973 | 72,142.90 |
| 4337 | Chet Morrison Contractors, LLC | 16285 Park 10 Pl | | Houstston | TX | 77084 | 172570 | 43,438.61 |
| 3104 | Dolphin Energy Equipment, Inc. | PO Box 62600 | Department 1327 | New Orleans | LA | 70162-2600 | 172603 | 675.00 |
| 3104 | Dolphin Energy Equipment, Inc. | PO Box 62600 | Department 1327 | New Orleans | LA | 70162-2600 | 172602 | 697.50 |
| 3104 | Dolphin Energy Equipment, Inc. | PO Box 62600 | Department 1327 | New Orleans | LA | 70162-2600 | 172605 | 697.50 |
| 2103 | DTC International, Inc. | 5540 Brittmoore Rd | | Houston | TX | 77041 | 172994 | 16,974.00 |
| 3250 | DTS | | | | | | 172871 | 596.02 |
| 4489 | Falck Safety Services Inc. | 15621 Blue Ash Dr | | Houston | TX | 77090 | 08-AP-170823 | 73,403.90 |
| 4489 | Falck Safety Services Inc. | 15621 Blue Ash Dr | | Houston | TX | 77090 | 08-AP-170948 | 71,400.00 |
| 4489 | Falck Safety Services Inc. | 15621 Blue Ash Dr | | Houston | TX | 77090 | 09-AP-171344 | 74,230.00 |
| 4489 | Falck Safety Services Inc. | 15621 Blue Ash Dr | | Houston | TX | 77090 | 10-AP-171343 | 73,760.00 |
| 4489 | Falck Safety Services Inc. | 15621 Blue Ash Dr | | Houston | TX | 77090 | 09-AP-171569 | 74,700.00 |
| 4489 | Falck Safety Services Inc. | 15621 Blue Ash Dr | | Houston | TX | 77090 | 10-AP-171810 | 67,430.00 |
| 4489 | Falck Safety Services Inc. | 15621 Blue Ash Dr | | Houston | TX | 77090 | 10-AP-171799 | 70,660.00 |
| 4489 | Falck Safety Services Inc. | 15621 Blue Ash Dr | | Houston | TX | 77090 | 10-AP-172246 | 73,280.00 |
| 4489 | Falck Safety Services Inc. | 15621 Blue Ash Dr | | Houston | TX | 77090 | 10-AP-172280 | 53,130.00 |
| 4489 | Falck Safety Services Inc. | 15621 Blue Ash Dr | | Houston | TX | 77090 | 10-AP-172282 | 53,900.00 |
| 4489 | Falck Safety Services Inc. | 15621 Blue Ash Dr | | Houston | TX | 77090 | 172546 | 44,760.00 |
| 4489 | Falck Safety Services Inc. | 15621 Blue Ash Dr | | Houston | TX | 77090 | 172700 | 74,200.00 |
| 4489 | Falck Safety Services Inc. | 15621 Blue Ash Dr | | Houston | TX | 77090 | 172908 | 39,702.87 |
| 3726 | Ferro Management, Inc. | 230 W. Wilkerson Ferry Rd. | DUNS - 012217415 | Lucedale | MS | 39452 | 172433 | 15,290.63 |
| 4642 | JM Test Systems Inc. | 7323 Tom Drive | | Baton Rouge | LA | 70806 | 172751 | 349.22 |
| | LTS Energy | 1116 Engineers Rd | | Belle Chasse | LA | 70037 | Bluewater Vendor | 3,104.00 |
| | LTS Energy | 1116 Engineers Rd | | Belle Chasse | LA | 70037 | Bluewater Vendor | 7,507.21 |
| | LTS Energy | 1116 Engineers Rd | | Belle Chasse | LA | 70037 | Bluewater Vendor | 10,406.23 |
| 3647 | Martin Holdings, LLC | 16201 East Main Street | | Cut Off | LA | 70345 | 172410 | 151.64 |
| 3647 | Martin Holdings, LLC | 16201 East Main Street | | Cut Off | LA | 70345 | 172518 | 1,120.00 |
| 3647 | Martin Holdings, LLC | 16201 East Main Street | | Cut Off | LA | 70345 | 172702 | 1,300.00 |
| 4675 | McJunkin Red Man Corporation | 909 Fannin St. | Suite 3100 | Houston | TX | 77010 | 09-AP-171540 | 1,545.08 |
| 4430 | Ocean Flow International LLC | 2100 W Loop S | Suite 500 | Houston | TX | 77027 | 10-AP-171872 | 175.67 |
| 4430 | Ocean Flow International LLC | 2100 W Loop S | Suite 500 | Houston | TX | 77027 | 10-AP-171873 | 95,824.00 |
| 4430 | Ocean Flow International LLC | 2100 W Loop S | Suite 500 | Houston | TX | 77027 | 172739 | 515.74 |
| 4430 | Ocean Flow International LLC | 2100 W Loop S | Suite 500 | Houston | TX | 77027 | 172555 | 56,436.00 |
| 1156 | Offshore Rental Corp. | PO Box 790 | | Beaumont | TX | 77704-0790 | 172573 | 1,350.00 |
| 1156 | Offshore Rental Corp. | PO Box 790 | | Beaumont | TX | 77704-0790 | 172914 | 39.00 |
| 1156 | Offshore Rental Corp. | PO Box 790 | | Beaumont | TX | 77704-0790 | 172913 | 270.00 |
| 4880 | Pegasus | Dept 818 | PO Box 4346 | Houston | TX | 77210-4346 | | 5,625.80 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 1,979.64 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 26,135.32 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 119,571.59 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 1,892.47 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 21,945.40 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 111,471.66 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 3,674.39 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 99,197.03 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 22,360.46 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 2,078.35 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 19,423.60 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 120,314.39 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 2,985.36 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 15,894.86 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 103,334.89 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 3,584.52 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 14,233.59 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 95,424.24 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 12,202.38 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 16,438.02 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 81,000.02 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 673.23 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 14,508.77 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 79,099.66 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 697.76 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 86,392.40 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 19,194.41 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 351.43 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 1,515.36 |

| ID | Vendor | Address 1 | Address 2 | City | State | ZIP | Voucher | Amt. Outstanding |
|---|---|---|---|---|---|---|---|---|
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 397.44 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 12,471.63 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 11,284.89 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 48,250.32 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 1,120.00 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 1,697.26 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 495.04 |
| 3413 | PES | 1735 Market Street | 10th Floor | Philadelphia | PA | 19103 | Bluewater Vendor | 208.65 |
| 3548 | Prolog, Inc. | 10200 Grogans Mill # 175 | | The Woodlands | TX | 77380 | 172454 | 115.00 |
| 4598 | Safety Management | P.O. Box 98000 | | Lafayette | LA | 70507 | Bluewater Vendor | 1,529.96 |
| 4598 | Safety Management | P.O. Box 98000 | | Lafayette | LA | 70507 | Bluewater Vendor | 15,624.44 |
| 4598 | Safety Management | P.O. Box 98000 | | Lafayette | LA | 70507 | Bluewater Vendor | 16,228.54 |
| 4598 | Safety Management | P.O. Box 98000 | | Lafayette | LA | 70507 | Bluewater Vendor | 14,490.02 |
| 4598 | Safety Management | P.O. Box 98000 | | Lafayette | LA | 70507 | Bluewater Vendor | 13,533.04 |
| 4598 | Safety Management | P.O. Box 98000 | | Lafayette | LA | 70507 | Bluewater Vendor | 18,645.02 |
| 4598 | Safety Management | P.O. Box 98000 | | Lafayette | LA | 70507 | Bluewater Vendor | 22,474.36 |
| 1008 | United Vision Logistics | PO Box 975390 | | Dallas | TX | 75397-5390 | 172949 | 998.33 |
| 1008 | United Vision Logistics | PO Box 975390 | | Dallas | TX | 75397-5390 | 172578 | 7,794.15 |
| 1008 | United Vision Logistics | PO Box 975390 | | Dallas | TX | 75397-5390 | 172756 | 315.35 |
| 1008 | United Vision Logistics | PO Box 975390 | | Dallas | TX | 75397-5390 | 172755 | 1,708.15 |
| 4302 | UTEC Survey, Inc. | 7240 Brittmoore Road | Suite 110 | Houston | TX | 77041 | 172519 | 7,120.00 |
| 2476 | White Wing | 119 American Legion Dr | | Rayne | LA | 70578 | Bluewater Vendor | 2,447.04 |
| 2476 | White Wing | 119 American Legion Dr | | Rayne | LA | 70578 | Bluewater Vendor | 10,994.76 |
| 2476 | White Wing | 119 American Legion Dr | | Rayne | LA | 70578 | Bluewater Vendor | 9,270.00 |
| 2476 | White Wing | 119 American Legion Dr | | Rayne | LA | 70578 | Bluewater Vendor | 10,732.00 |
| 2476 | White Wing | 119 American Legion Dr | | Rayne | LA | 70578 | Bluewater Vendor | 10,473.28 |
| 2476 | White Wing | 119 American Legion Dr | | Rayne | LA | 70578 | Bluewater Vendor | 11,292.00 |
| | | | | | | | TOTAL CAPEX | 4,748,096.56 |

**OPEX**

| ID | Vendor | Address 1 | Address 2 | City | State | ZIP | Voucher | Amt. Outstanding |
|---|---|---|---|---|---|---|---|---|
| 2990 | American Recovery | Station 1 Box 10254 | | Houma | LA | 70363 | 172896 | 4,480.00 |
| 2990 | American Recovery | Station 1 Box 10254 | | Houma | LA | 70363 | 173124 | 217.00 |
| 4535 | Bayou Industrial Supply LLC | PO Box 158 | | Raceland | LA | 70394 | 172582 | 2,738.57 |
| 3655 | Bordelon Marine, Inc. | 120 E Waguespack St | | Lockport | LA | 70374 | 172473 | 81,815.00 |
| 3783 | Broadpoint | PO Box 54898 | | New Orleans | LA | 70154-4898 | 172557 | 243.24 |
| 4563 | Cargotec USA Inc. | PO Box 822318 | | Philadelphia | PA | 19182-2318 | 173162 | 12,768.74 |
| 4563 | Cargotec USA Inc. | PO Box 822318 | | Philadelphia | PA | 19182-2318 | 173163 | 3,336.62 |
| 3432 | Castrol Offshore, BP Lubricants USA Inc. | PO Box 409383 | | Atlanta | GA | 30384 | 172942 | 240.00 |
| 2592 | Champion Technologies | PO Box 2243 | | Houston | TX | 77252-2243 | 172474 | 170.00 |
| 2592 | Champion Technologies | PO Box 2243 | | Houston | TX | 77252-2243 | 170922 | 61,909.20 |
| 3887 | Complt Oilfield Mgt & Maint Inc | PO Box 53463 | | Lafayette | LA | 70505-3463 | 172698 | 30.00 |
| 3887 | Complt Oilfield Mgt & Maint Inc | PO Box 53463 | | Lafayette | LA | 70505-3463 | 172297 | 60.00 |
| 3887 | Complt Oilfield Mgt & Maint Inc | PO Box 53463 | | Lafayette | LA | 70505-3463 | 172296 | 1,650.00 |
| 3887 | Complt Oilfield Mgt & Maint Inc | PO Box 53463 | | Lafayette | LA | 70505-3463 | 172697 | 133.75 |
| 3887 | Complt Oilfield Mgt & Maint Inc | PO Box 53463 | | Lafayette | LA | 70505-3463 | 172521 | 350.00 |
| 4131 | Deepwater Solutions, LLC | 5503 Farm to Market 359 | | Richmond | TX | 77406 | 172980 | 21,609.29 |
| 3104 | Dolphin Energy Equipment, Inc. | PO Box 62600 | Department 1327 | New Orleans | LA | 70162-2600 | 172598 | 100.00 |
| 3104 | Dolphin Energy Equipment, Inc. | PO Box 62600 | Department 1327 | New Orleans | LA | 70162-2600 | 172604 | 697.50 |
| 3104 | Dolphin Energy Equipment, Inc. | PO Box 62600 | Department 1327 | New Orleans | LA | 70162-2600 | 172821 | 697.00 |
| 3104 | Dolphin Energy Equipment, Inc. | PO Box 62600 | Department 1327 | New Orleans | LA | 70162-2600 | 172492 | 697.50 |
| 3490 | Donovan Controls LLC | PO Box 2582 | | Mandeville | LA | 70470 | 172823 | 2,150.00 |
| 3490 | Donovan Controls LLC | PO Box 2582 | | Mandeville | LA | 70470 | 172629 | 2,590.00 |
| 2103 | DTC International | Dept. F54 | PO Box 4652 | Houston | TX | 77210-4652 | 172584 | 1,505.00 |
| 4659 | EMAS-AMC Inc | 2103 Citywest Blvd | Suite 500 | Houston | TX | 77042 | 10-AP-172084 | 397,617.75 |
| 4659 | EMAS-AMC Inc | 2103 Citywest Blvd | Suite 500 | Houston | TX | 77042 | 173530 | 200,089.40 |
| 4459 | EPS Cargo Handlers | PO Box 80644 | | Lafayette | LA | | 173216 | 6,049.36 |
| 1181 | Expeditors & Production Services, Inc. | PO Box 80644 | | Lafayette | LA | 70598 | 172798 | 8,974.00 |
| 1181 | Expeditors & Production Services, Inc. | PO Box 80644 | | Lafayette | LA | 70598 | 172799 | 33.43 |
| 3726 | Ferro Management, Inc. | 230 W. Wilkerson Ferry Rd. | DUNS - 012217415 | Lucedale | MS | 39452 | 172437 | 16,294.19 |
| 1215 | Gulf Coast Chemical, LLC | 220 Jacqulyn Street | | Abbeville | LA | 70510 | 172436 | 308.00 |
| 1215 | Gulf Coast Chemical, LLC | 220 Jacqulyn Street | | Abbeville | LA | 70510 | 172806 | 619.20 |
| 4323 | Gulf South Services Inc. | PO Box 1229 | | Amelia | LA | 70340 | 172713 | 3,679.28 |
| 1267 | Harris Caprock Communications Inc. | PO Box 7247 | | Philadelphia | PA | 19170-7607 | 10-AP-171974 | 83.88 |
| 1267 | Harris Caprock Communications Inc. | PO Box 7247 | | Philadelphia | PA | 19170-7607 | 10-AP-172283 | 1,212.36 |
| 1267 | Harris Caprock Communications Inc. | PO Box 7247 | | Philadelphia | PA | 19170-7607 | 10-AP-172236 | 1,407.50 |
| 1267 | Harris Caprock Communications Inc. | PO Box 7247 | | Philadelphia | PA | 19170-7607 | 10-AP-172236 | 1,407.50 |
| 1267 | Harris Caprock Communications Inc. | PO Box 7247 | | Philadelphia | PA | 19170-7607 | 10-AP-172235 | 3,155.00 |
| 1796 | Laboratory Technology Incorporated | PO Box 64-0848 | | Kenner | LA | 70064 | 172559 | 247.89 |
| 1796 | Laboratory Technology Incorporated | PO Box 64-0848 | | Kenner | LA | 70064 | 172399 | 165.00 |
| 4579 | Level 3 Communications LLC | 1025 Eldorado Boulevard | | Broomfield | CO | 80021 | 10-AP-171911 | 2,251.17 |
| 4579 | Level 3 Communications LLC | 1025 Eldorado Boulevard | | Broomfield | CO | 80021 | 171364 | 62,359.01 |
| 4579 | Level 3 Communications LLC | 1025 Eldorado Boulevard | | Broomfield | CO | 80021 | 172569 | 2,323.24 |
| 3647 | Martin Holdings, LLC | 16201 East Main Street | | Cut Off | LA | 70345 | 172716 | 5,115.00 |
| 3647 | Martin Holdings, LLC | 16201 East Main Street | | Cut Off | LA | 70345 | 172715 | 10,328.75 |
| 3647 | Martin Holdings, LLC | 16201 East Main Street | | Cut Off | LA | 70345 | 172718 | 3,875.00 |
| 3647 | Martin Holdings, LLC | 16201 East Main Street | | Cut Off | LA | 70345 | 172717 | 600.00 |
| 4011 | National Oilwell Varco, LP | PO Box 200838 | | Dallas | TX | 75320-0838 | 172303 | 4,816.00 |
| 4011 | National Oilwell Varco, LP | PO Box 200838 | | Dallas | TX | 75320-0838 | 172498 | 8,828.67 |
| 2014 | O'Brien's Response Management LLC | 818 Town & Country Blvd | Suite 200 | Houston | TX | 77024 | 172478 | 5,250.00 |
| 1156 | Offshore Rental Corp. | PO Box 790 | | Beaumont | TX | 77704-0790 | 172588 | 315.00 |
| 1156 | Offshore Rental Corp. | PO Box 790 | | Beaumont | TX | 77704-0790 | 172587 | 1,346.00 |
| 1156 | Offshore Rental Corp. | PO Box 790 | | Beaumont | TX | 77704-0790 | 172592 | 2,790.00 |
| 1156 | Offshore Rental Corp. | PO Box 790 | | Beaumont | TX | 77704-0790 | 172586 | 280.00 |
| 1156 | Offshore Rental Corp. | PO Box 790 | | Beaumont | TX | 77704-0790 | 172590 | 775.00 |
| 1156 | Offshore Rental Corp. | PO Box 790 | | Beaumont | TX | 77704-0790 | 172593 | 930.00 |

| ID | Vendor | Address 1 | Address 2 | City | State | ZIP | Voucher | Amt. Outstanding |
|---|---|---|---|---|---|---|---|---|
| 1156 | Offshore Rental Corp. | PO Box 790 | | Beaumont | TX | 77704-0790 | 172589 | 1,485.00 |
| 1156 | Offshore Rental Corp. | PO Box 790 | | Beaumont | TX | 77704-0790 | 172591 | 2,291.00 |
| 1156 | Offshore Rental Corp. | PO Box 790 | | Beaumont | TX | 77704-0790 | 172585 | 403.00 |
| 2513 | Omega Waste Management Inc | PO Box 1377 | | Patterson | LA | 70392 | 172664 | 114.00 |
| 2513 | Omega Waste Management Inc | PO Box 1377 | | Patterson | LA | 70392 | 172632 | 132.00 |
| 4427 | Panther Operating Co. LLC-HIPS | 14405 Walters Rd. | Ste. 960 | Houston | TX | 77014 | 172820 | 4,971.83 |
| 3898 | Prologic | 10200 Grogans Mill # 175 | | The Woodlands | TX | 77380 | 172742 | 1,200.00 |
| 3026 | SEMPCheck Services | PO Box 273274 | | Houston | TX | 77277 | 172523 | 4,844.21 |
| 1820 | SPL | POBox 842013 | | Dallas | TX | 75284-2013 | 172563 | 6,698.00 |
| 1488 | Supreme Service & Specialty Co., Inc. | 204 Industrial Avenue C | | Houma | LA | 70363 | 172633 | 2,992.75 |
| 1488 | Supreme Service & Specialty Co., Inc. | 204 Industrial Avenue C | | Houma | LA | 70363 | 173136 | 1,237.50 |
| 1489 | Survival Systems International Corp. | 931 Industry Road | PO Box 1567 | Kenner | LA | 70062 | 172866 | 4,648.90 |
| 2507 | TSA | 2050 W. Sam Houston Parkway North | | Houston | TX | 77043 | 10-AP-172281 | 6,819.75 |
| 2507 | TSA | 2050 W. Sam Houston Parkway North | | Houston | TX | 77043 | 172507 | 286.86 |
| 2507 | TSA | 2050 W. Sam Houston Parkway North | | Houston | TX | 77043 | 10-AP-172277 | 9,938.55 |
| 1532 | Tuboscope Vetco | PO Box 201177 | | Dallas | TX | 75320-1177 | 172561 | 1,200.00 |
| 1008 | United Vision Logistics | PO Box 975390 | | Dallas | TX | 75397-5390 | 172596 | 434.00 |
| 1008 | United Vision Logistics | PO Box 975390 | | Dallas | TX | 75397-5390 | 172597 | 979.12 |
| 1008 | United Vision Logistics | PO Box 975390 | | Dallas | TX | 75397-5390 | 172790 | 1,402.46 |
| 1008 | United Vision Logistics | PO Box 975390 | | Dallas | TX | 75397-5390 | 172791 | 306.48 |
| | | | | | | | **TOTAL OPEX** | **1,006,100.40** |
| | | | | | | | **TOTAL TRADE** | **5,754,197.00** |

| ACCOUNTS PAYABLE - AFFILIATES | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ID | Vendor | Address 1 | Address 2 | City | State | ZIP | Voucher | Amt. Outstanding |
| | Unknown | | | | | | | 6,579.00 |