B 6H (Official Form 6H) (12/07)

In re  ATP Oil & Gas Corporation           ,          Case No.  12-36187
    **Debtor**                   **(if known)**

# SCHEDULE H - CODEBTORS

  Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| See Schedule H Attachment | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

In re: ATP Oil & Gas Corporation
Case No. 12-36187
Schedule H
Codebtors

| Name of codebtor | Address 1 | Address 2 | Address 3 | City | State | Zip | Name of creditor | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AGH Energy, LLC | 1601 Elm Street | Suite 4700 | | Dallas | TX | 75201 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| American Resources Offshore Inc. | 801 Travis Street | Suite 2100 | | Houston | TX | 77002 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Anadarko E&P Company LP | P.O. Box 1330 | | | Houston | TX | 77251-1330 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Anadarko US Offshore Corporation (f/k/a Kerr-McGee Oil & Gas Corporation) | 1201 Lake Robbins Drive | | | The Woodlands | TX | 77380 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| ANKOR E&P Holdings Corporation | 1615 Poydras Street | Suite 2000 | | New Orleans | LA | 70112 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Apache Corporation | One Post Oak Central 2000 Post Oak Boulevard | Suite 100 | | Houston | TX | 77056 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Apache Deepwater LLC (f/k/a Mariner Energy, Inc.) | 2000 Post Oak Boulevard | Suite 100 | | Houston | TX | 77056-4400 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Apache Shelf, Inc. (f/k/a Mariner Energy Resources, Inc) | 2000 Post Oak Boulevard | Suite 100 | | Houston | TX | 77056-4400 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Arena Offshore, LLC | 4200 Research Forest Dr. | Suite 230 | | The Woodlands | TX | 77381 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Atlantic Richfield Company | 501 WestLake Park Boulevard | | | Houston | TX | 77079 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| ATOFINA Petroleum, Inc. (f/k/a Petrofina Delaware, Incorporated) | One Memorial City Plaza 800 Gessner Street, Suite 700 | | | Houston | TX | 77024 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| ATP Infrastructure Partners, L.P. | 4600 Post Oak Place, Suite 100 | Attn: General Partner | | Houston | TX | 77027-9726 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| ATP Titan LLC | c/o ATP Oil & Gas Corporation | 4600 Post Oak Place, Suite 100 | Attn: Leland E. Tate, President | Houston | TX | 77027 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Badger Oil Corporation | P.O. Drawer 52745 | | | Lafayette | LA | 70505 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Baker Hughes International Branches, Inc. | 3900 Essex Lane | Suite 1200 | P.O. Box 4740 | Houston | TX | 77210-4740 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Baker Hughes International, Inc. (f/k/a owned by WI, Inc.) | 3900 Essex Lane | Suite 1200 | P.O. Box 4740 | Houston | TX | 77210-4740 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Belle Energy, Inc. | 3636 N. Causeway Boulevard | Suite 300 | | Metairie | LA | 70002-7216 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Beryl Oil and Gas (f/ka Coldren Resources LP) | c/o First Reserve Corporation 600 Travis | Suite 6000 | | Houston | TX | 77002 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| BHP Billiton Petroleum (Deepwater) Inc. | 1360 Post Oak Boulevard | Suite 150 | | Houston | TX | 77056-3020 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Black Elk Energy Offshore Operations, LLC | 11451 Katy Freeway | Suite 500 | | Houston | TX | 77079 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| BP America Production Compay (f/k/a Amoco Production Company) | 501 WestLake Park Blvd. | | | Houston | TX | 77079 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| BP Exploration & Production Inc. | 501 WestLake Park Boulevard | | | Houston | TX | 77079 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Browning Offshore, Inc. | 8080 NorthCentral Expressway | Suite 780, LB41 | | Dallas | TX | 75206 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Bushhill L.P. | 1601 Elm Street | Suite 4700 | | Dallas | TX | 75201 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Cabot Oil & Gas Corporation | 1200 Enclave Parkway | | | Houston | TX | 77077-1607 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Carol C. Curran (individual) | 1600 Smith | Suite 4600 | | Houston | TX | 77002-7348 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Century Exploration New Orleans, Inc | Lakeway III, Suite 2800 | 3838 N. Causeway Blvd. | | Metairie | LA | 70002 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Challenger Minerals Inc. | Park Ten Centre | 1311 Broadfield Blvd | Suite 500 | Houston | TX | 77084 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Chevron Texaco E&P (f/k/a Texaco Exploration and Production, Inc | P.O. Box 730436 | | | Dallas | TX | 75373-0436 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Chevron U.S.A. Inc. | 100 Northpark Blvd. | | | Covington | LA | 70433 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| CNG Producing Company (n/k/a Dominion Exploration and Production, Inc. | 4 Greenspoint Plaza | Suite 1750 | | Houston | TX | 77060 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Cockrell Group, L.P. | 1600 Smith | Suite 4600 | | Houston | TX | 77002-7348 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Cockrell Oil and Gas, L.P. | 1600 Smith | Suite 4600 | | Houston | TX | 77002-7348 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Cockrell Oil Corporation | 1600 Smith | Suite 4600 | | Houston | TX | 77002-7348 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |

In re: ATP Oil & Gas Corporation
Case No. 12-36187
Schedule H
Codebtors

| Name of codebtor | Address 1 | Address 2 | Address 3 | City | State | Zip | Name of creditor | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ConocoPhillips Company | Post Office Box 2197 Land Dept., 3WL-14002 | | | Houston | TX | 77252 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Davis Offshore, L.P. | 1360 Post Oak Blvd | Suite 2400 | | Houston | TX | 77056 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Devon Energy Production Company, L.P. | P.O. Box 843559 | | | Dallas | TX | 75284-3559 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Devon Louisiana Corp (f/k/a Seagull Energy E&P Inc.) | 20 N Loomis Rd | | | Weatherford | OK | 73096 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Dominion Exploration & Production Inc. | 1250 Poydras Street | | | New Orleans | LA | 70113 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Earnest H. Cockrell (individual) | 1600 Smith | Suite 4600 | | Houston | TX | 77002-7348 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Edisto Exploration & Production Company | c/o Convest Energy Corporation | 2401 Fountainview Drive | Suite 700 | Houston | TX | 77057 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Edisto Resources Corporation | 2121 San Jacinto Street | Suite 2600 | | Dallas | TX | 75201-2731 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| EFS-R LLC | 800 Long Ridge Road | Attn: Portfolio Manager | | Stamford | CT | 06927 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| El Paso E&P Company, L.P. | P.O. Box 201566 | | | Houston | TX | 77216 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Endeavor Exploration and Production, LLC | 2339 Robinhood | | | Houston | TX | 77005 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Energen Resources MAQ, Inc. (f/k/a Total Minatome Corporation) | P.O. Box 4326 | | | Houston | TX | 77210-4326 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Energy Partners, Ltd. (f/k/a Hall-Houston Exploration III, L.P.) | 4605 Post Oak Place | Suite 100 | | Houston | TX | 77027 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Energy Development Corporation | 1308 Ninth Street | | | Slidell | LA | 70458 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Energy Partners, Ltd. | 201 St. Charles Avenue | Suite 3400 | | New Orleans | LA | 70170 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Energy Resource Technology GOM, Inc. | 400 North Sam Houston Parkway East | | | Houston | TX | 77060 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Energy XXI GOM, LLC | 1021 Main | Suite 2626 | | Houston | TX | 77002 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Energy XXI GOM, LLC (f/k/a Marlin Energy Offshore, L.L.C.) | 1021 Main | Suite 2626 | | Houston | TX | 77002 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Eni Petroleum Co., Inc (f/k/a Agip Petroleum Exploration Co. Inc) | 1201 Louisiana St | Suite 3300 | | Houston | TX | 77002 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Eni Petroleum Exploration Co. Inc. | 1201 Louisiana St | Suite 3300 | | Houston | TX | 77002 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Eni Petroleum US LCC | 1201 Louisiana St | Suite 3300 | | Houston | TX | 77002 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Eni Petroleum US LLC (f/k/a Eni Deepwater LLC) | 1201 Louisiana St | Suite 3300 | | Houston | TX | 77002 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Enserch Exploration Inc. | 1283 Thanksgiving Tower | 1601 Elm Street | | Dallas | TX | 75201 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Entech Enterprises, Inc. | 4900 Woodway | Suite 800 | | Houston | TX | 77056 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| EOG Resources, Inc. | P.O. Box 4362 | | | Houston | TX | 77210-4362 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Eugene Offshore Holdings, LLC | 1400 Smith Street | | | Houston | TX | 77002 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Evergreen Partners, Ltd. | 106 Park Place | Suite 300 | | Covington | LA | 70433 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| EXCO Resources Inc. | 5735 Pineland Drive | Suite 235 | | Dallas | TX | 75231 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Fairways Offshore Exploration Inc. | 13430 Northwest Freeway | Suite 800 | | Houston | TX | 77040 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Falcon Offshore Operating Company | Five Post Oak Park | Suite 1400 | | Houston | TX | 77027 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Falcon Seaboard Gas Company | Five Post Oak Park | Suite 1400 | | Houston | TX | 77027 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Falcon South Power, Inc. | Five Post Oak Park | Suite 1400 | | Houston | TX | 77027 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Fidelity Exploration & Production Company | 1700 Lincoln | Suite 2800 | | Denver | CO | 80203 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Forest Oil Corp (f/k/a Hall-Houston Offshore and f/k/a Transco Exploration) | 707 – 17th Street, Suite 3600 | | | Denver | CO | 80202 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |

**In re: ATP Oil & Gas Corporation**
**Case No. 12-36187**
Schedule H
Codebtors

| Name of codebtor | Address 1 | Address 2 | Address 3 | City | State | Zip | Name of creditor | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fortune Natural Resources Company | Two Galleria Tower | 13455 Noel Road | Suite 2000 | Dallas | TX | 75240 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Four Star Oil and Gas Company | c/o Chevron U.S.A. Inc. | Attn: Land Manager | 100 Northpark Blvd. | Covington | LA | 70433 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Fred W. Standefer (individual) | 2808 Lost Rock Trail | | | Edmond | OK | 73003 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| GOM Shelf LLC | 2000 Post Oak Boulevard | Suite 100 | | Houston | TX | 77056-440 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Gomez Hub Pipeline Partners, L.P. | c/o ArcLight Capital Partners, LLC | 200 Clarendon St, 55th Floor | Attn: Christine M. Miller | Boston | MA | 02117 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| GOM-H Exploration, LLC | 9 West 57th Street | 13th Floor | | New York | NY | 10019 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Griner Energy, Inc. | P.O. Box 825 | | | Columbia | MS | 39429 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Griner Exploration, LLC | P.O. Box 825 | | | Columbia | MS | 39429 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Haroldson L Hunt Jr., Trust Estate | 1601 Elm Street | Suite 4700 | | Dallas | TX | 75201 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| HE&D Offshore, L.P. | 1415 Louisiana | Suite 2400 | | Houston | TX | 77002 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Helis Oil & Gas Corp. | 228 St Charles | Suite 912 | | New Orleans | LA | 70130 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Hess Corporation (f/k/a Amerada Hess Corporation) | 1501 McKinney Street | | | Houston | TX | 77010 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Interpel Corp. | Five Post Oak Park | Suite 1530 | | Houston | TX | 77027 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Japex (U.S.) Corp. | 5051 Westheimer | Suite 425 | | Houston | TX | 77056 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| JN Exploration & Production Limited Partnership | 550 N. 31st Street | Suite 300 | | Billings | MT | 59103-7167 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| John T. Cook (individual) | 1610 Woodstead Court | Suite 180 | | The Woodlands | TX | 77308 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Koch Industries, Inc. | P.O. Box 2256 | | | Witchita | KS | 67201-2256 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Lava Exploration, Inc. | 700 Louisiana | Suite 4250 | | Houston | TX | 77002 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| LLOG Exploration Offshore, Inc. | 1001 Ochsner Boulevard | Suite 2000 | | Covington | LA | 70433 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Lower Colorado River Authority | P.O. Box 220 | | | Austin | TX | 78767 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Lyda Hunt-Margaret Trusts-Lyda Hill | 1601 Elm Street | Suite 5000 | | Dallas | TX | 75201 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Magellan Exploration, LLC | Five Post Oak Park | Suite 1530 | | Houston | TX | 77027 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Magnum Hunter Production, Inc. | 15 East. 5th Street | Suite 1000 | | Tulsa | OK | 74103 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Marathon Oil Company | P.O. Box 3128 | | | Houston | TX | 77253 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Margaret Hunt Trust Estate | 1601 Elm Street | Suite 4700 | | Dallas | TX | 75201 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Maritech Resources, Inc. | 24955 I-45 North | | | The Woodlands | TX | 77380 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Mark Producing, Inc. | 675 Bering Drive | | | Houston | TX | 77057 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Marubeni Oil & Gas (USA) Inc. | 777 North Eldridge Parkway | Suite 900 | | Houston | TX | 77079 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Maxus (U.S.) Exploration Company | 1330 Lake Robbins Drive | Suite 300 | | The Woodlands | TX | 77380 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| McMoRan Oil & Gas LLC | 1615 Poydras Street | | | New Orleans | LA | 70112 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Merit Energy Partners D-III L.P. | 13727 Noel Road | Suite 500 | | Dallas | TX | 75240 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Merit Energy Partners III L.P. | 13727 Noel Road | Suite 500 | | Dallas | TX | 75240 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Merit Management Partners I, L.P. (f/k/a Merit Partners L.P.) | 13727 Noel Road | Suite 500 | | Dallas | TX | 75240 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| MG Oil & Gas Corp. | 1000 Louisiana Street | Suite 800 | | Houston | TX | 77002 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Millennium Offshore Group, Inc. | 5300 Memorial Dr | Suite 1070 | | Houston | TX | 77007-8230 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| MitEnergy Upstream LLC | 9 Greenway Plaza | Suite 1250 | | Houston | TX | 77046 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |

In re: ATP Oil & Gas Corporation
Case No. 12-36187
Schedule H
Codebtors

| Name of codebtor | Address 1 | Address 2 | Address 3 | City | State | Zip | Name of creditor | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mobil Oil Exploration & Producing Southeast Inc. | 3033 Irving Boulevard | | | Dallas | TX | 75247 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Mobil Producing Texas and NewMexico Inc.(f/k/a IP Petroleum Company, Inc.) | 3033 Irving Boulevard | | | Dallas | TX | 75247 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Monsanto Company (f/k/a Monsanto Chemical Company) | 1300 Post Oak Tower | 5051 Westheimer | | Houston | TX | 77056 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Murphy Exploration & Production Company | 16290 Katy Freeway | Suite 600 | | Houston | TX | 77094 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Murphy Exploration & Production Company - USA | 16290 Katy Freeway | Suite 600 | | Houston | TX | 77094 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Newfield Exploration Company | 363 N. Sam Houston Parkway E. | Suite 100 | | Houston | TX | 77060 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Nexen Petroleum Offshore U.S.A. Inc. | 5601 Granite Parkway | Suite 1400 | | Plano | TX | 75024 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Nippon Mining of Nevada Ltd. | 2700 Post Oak Boulevard | Suite 1200 | | Houston | TX | 77056 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Nippon Oil Exploration U.S.A. Limited | 5847 San Felipe | Suite 2800 | | Houston | TX | 77057 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Noble Energy, Inc. | 100 Glenborough | Suite 100 | | Houston | TX | 77067 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Norcen Explorer, Inc. | 200 Westlake Park Boulevard | | | Houston | TX | 77079-2663 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Norsk Hydro USA Oil & Gas, Inc. | 15995 N. Barker's Landing | Suite 200 | | Houston | TX | 77079 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Northport Production Company | 2601 NW Expressway St | Suite 902E | | Oklahoma City | OK | 73112 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Northstar Interests, L.C. | 11 Greenway Plaza | Suite 2828 | | Houston | TX | 77046 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Northstar Offshore Energy Partners, LLC | 11 Greenway Plaza | Suite 2800 | | Houston | TX | 77046 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| OXY USA Inc. | P.O. Box 27570 | | | Houston | TX | 77227 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Palm Energy Offshore, L.L.C. | 3850 N. Causeway Blvd. | Suite 1770 | | Metairie | LA | 70002 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Petrobras America Inc. | 10777 Westheimer Rd | Suite 1200 | | Houston | TX | 77042 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Petsec Energy Inc. | 3861 Ambassador Caffery Pkwy | Suite 500 | | Lafayette | LA | 70503 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Phillips Petroleum Company | P.O. Box 1967 | | | Houston | TX | 70001 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Phoenix Exploration Company LP | 333 Clay Street | Suite 2000 | | Houston | TX | 77002 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Pioneer Natural Resources USA, Inc | 5205 N O'Connor Blvd | Suite 200 | | Irving | TX | 75039 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Pisces Energy LLC | 3850 N. Causeway Blvd. | Suite 1770 | | Metairie | LA | 70002 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Pogo Gulf Coast, Ltd. | P.O. Box 2504 | | | Houston | TX | 77252 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Pogo Producing Company | 700 Milam | Suite 3100 | | Houston | TX | 77002 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Probe Resources, Inc. | 16285 Park Ten Place | Suite 120 | | Houston | TX | 77084 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Pruet Offshore Company | 1515 Mission Springs | | | Katy | TX | 77450 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Pure Resources L.P. | Attn: Deepwater Land Manager | 1500 Louisiana St | | Houston | TX | 77002 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Reading & Bates Development Co. | 901 Threadneedle | Suite 200 | | Houston | TX | 77079 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Ridgewood Energy 1988-B Institutional Investors Natrual Gas Development | Ridgewood Commons | 947 Linwood Ave | | Ridgewood | NJ | 7450 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Ridgewood Energy 1988-III Drilling and Completion, L.P. | Ridgewood Commons | 947 Linwood Ave | | Ridgewood | NJ | 7450 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Ridgewood Energy 1990-II Drilling and Completion, L.P. | Ridgewood Commons | 947 Linwood Ave | | Ridgewood | NJ | 7450 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Ridgewood Energy Corporation | Ridgewood Commons | 947 Linwood Ave | | Ridgewood | NJ | 7450 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Ridgewood Energy Equity-Income LP | Ridgewood Commons | 947 Linwood Ave | | Ridgewood | NJ | 7450 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Ridgewood Energy K Fund LLC | 14 Philips Parkway | | | Montvale | NJ | 07450 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |

In re: ATP Oil & Gas Corporation
Case No. 12-36187
Schedule H
Codebtors

| Name of codebtor | Address 1 | Address 2 | Address 3 | City | State | Zip | Name of creditor | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ridgewood Energy L Fund LLC | 14 Philips Parkway | | | Montvale | NJ | 07450 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Ridgewood Energy M Fund LLC | 14 Philips Parkway | | | Montvale | NJ | 07450 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Ridgewood Energy N Fund LLC | 14 Philips Parkway | | | Montvale | NJ | 07450 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Rooster Petroleum, LLC | 16285 Park Ten Place | Suite 120 | | Houston | TX | 77084 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| SandRidge Offshore, LLC (f/k/a PANACO Inc.) | 1601 Northwest Freeway | Suite 1600 | | Oklahoma City | OK | 73118 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| SCL Resources, LLC | 840 Roosevelt | 2F | | Irvine | CA | 92620 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Seneca Resources Corporation | 1201 Louisiana Street | Suite 400 | | Houston | TX | 77002 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Shell Gulf of Mexico Inc. | P.O. Box 61933 | | | New Orleans | LA | 70161 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Shell Offshore Inc | P.O. Box 61933 | | | New Orleans | LA | 70161 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Shell Offshore Properties and Capital II Inc. | P.O. Box 61933 | | | New Orleans | LA | 70161 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Sojitz Energy Venture Inc. | 2000 West Sam Houston Pkwy South | Suite 1450 | | Houston | TX | 77042 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Spirit Energy Partners, L.P. | 14141 Southwest Freeway | | | Sugarland | TX | 77478 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| SPN Resources, LLC | 12707 North Freeway | Suite 200 | | Houston | TX | 77060 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Statoil USA E&P Inc. | 2103 Citywest Boulevard | | | Houston | TX | 77042-2833 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Stephens Production Company, LLC (n/k/a Calypso Exploration, LLC) | 808 Travis Street | Suite 2300 | | Houston | TX | 77002 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Stone Energy Corporation | 625 East Kaliste Saloom Road | | | Lafayette | LA | 70508 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Stone Energy Offshore, L.L.C. | 625 East Kaliste Saloom Road | | | Lafayette | LA | 70508 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| STX Energy E&P Offshore Management, LLC | STX Namsan Tower 631 Namdaemunno 5-ga | | | Jung-gu | Seoul | 100-958 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Sun Exploration and Production Company | PO Box 2880 | | | Dallas | TX | 75221-2880 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Sun Operating Limited Partnership | P.O. Box 2880 | | | Dallas | TX | 75221-2880 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Swift Energy Operating, LLC | 16825 Northchase Drive | Suite 400 | | Houston | TX | 77060 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Tana Exploration Company LLC | 24955 I-45 North | Suite 500 | | The Woodlands | TX | 77380 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Tana Oil & Gas Corporation | 420 Decker Drive | Suite 200 | | Irving | TX | 75062 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| TDC Energy LLC | 600 Julia Street | | | New Orleans | LA | 70130 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| TECO Oil & Gas, Inc. | 702 North Franklin Street | | | Tampa | FL | 33602 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Tenkay Resources, Inc. | 24 Waterway Ave. | Suite 700 | | The Woodlands | TX | 77380 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| The Northwestern Mutual Life Insurance Company | 720 East Wisconsin Avenue | | | Milwaukee | WI | 53202 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| TOTAL E&P USA Inc. | 1201 Louisiana | Suite 1800 | | Houston | TX | 77002 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| TXP Operating Company | P.O. Box 1396 | | | Houston | TX | 77251 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| UMC Petroleum Corporation | 1201 Louisiana Street | Suite 1400 | | Houston | TX | 77002 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Union Oil Company of California | P.O. Box 730805 | | | Dallas | TX | 75373-0805 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Vaalco Energy (USA), Inc. | 4600 Post Oak Place | Suite 309 | | Houston | TX | 77027 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| W & T Offshore, Inc. | Nine Greenway Plaza | Suite 300 | | Houston | TX | 77046 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| Walter Oil & Gas Corporation | 1100 Louisiana Street | Suite 200 | | Houston | TX | 77002 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| XTO Offshore, Inc. (f/k/a Hunt Petroleum (AEC), Inc.) | 810 Houston Street | | | Fort Worth | TX | 76102-6298 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |
| YPF Exploration and Production Overseas, Inc. | 5 Greenway Plaza | Suite 250 | | Houston | TX | 77046 | United States, Bureau of Ocean Energy Management | Attn: Adjudication Section | 1201 Elmwood Park Blvd. | New Orleans | LA | 70123 |