# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| ATP OIL & GAS CORPORATION, | § | Case No. 12-36187 |
| | § | (Emergency Relief Requested) |
| Debtor. | § | |

## EMERGENCY MOTION FOR ORDER AUTHORIZING
## USE OF CASH COLLATERAL TO MAKE PAYMENTS IN
## CONNECTION WITH THE ISRAELI ASSETS

A HEARING WILL BE CONDUCTED ON THIS MATTER ON DECEMBER 30, 2016 AT 10:00 A.M. IN COURTROOM 404, UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, 515 RUSK, HOUSTON, TX 77002.

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU.  YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

EMERGENCY RELIEF HAS BEEN REQUESTED.   IF THE COURT CONSIDERS THE MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER.  IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT THE EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.

**TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:**

Rodney D. Tow, the Chapter 7 Trustee ("Trustee") of ATP Oil & Gas Corporation (the

"Debtor") in the above-captioned Chapter 7 case (the "Bankruptcy Case"), hereby submits this Emergency Motion for Order Authorizing Use of Cash Collateral To Make Payments In Connection with Israeli Assets (the "Motion").  In support thereof, the Trustee respectfully states as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Standing Order of Reference of the United States Bankruptcy Court for the Southern District of Texas.

2.      This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      The statutory predicates for the relief sought herein are §§ 105(a), 361, and 363 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") and rule 6004 of the Federal Rules of Bankruptcy Procedure.

## FACTUAL BACKGROUND[1]

**Procedural History**

5.      On August 17, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief under the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Court").

6.      On September 20, 2012, the Court entered the Final Order Pursuant to 11 U.S.C. §§ 105, 107, 361, 362, 363, 364 and 507 (1) Approving Postpetition Financing, (2) Authorizing Use of Cash Collateral, (3) Granting Liens and Providing Superpriority Administrative Expense

---

[1]      In support of the Motion, the Trustee hereby summarizes certain orders entered by the Court during the pendency of the Debtor's prior chapter 11 case.  The Trustee reserves his rights to challenge the findings and rulings in these orders and nothing set forth herein should be considered an admission by the Trustee of the findings or a consent to the rulings.

Status, (4) Granting Adequate Protection, (5) Modifying Automatic Stay and (6) Authorizing the Debtor to File the Fee Letter Under Seal [ECF No. 440] (the "Final DIP Order").

7.     The Final DIP Order authorized a loan from Credit Suisse AG, as Administrative Agent and Collateral Agent (in both capacities, the "DIP Agent"), for and on behalf of itself and the other lenders that are parties thereto from time to time (collectively, with the DIP Agent, the "DIP Lenders").  Final DIP Order, ¶ (i) at 1-2.

8.     The Final DIP Order further provides that, "[u]pon entry of the Interim Order, the DIP Agent [and], DIP Lenders … were granted (and such grant is hereby ratified, confirmed and approved on a final basis), pursuant to section 364(c)(1) of the Bankruptcy Code, an allowed superpriority administrative expense claim in the Case and any Successor Cases (collectively, the "DIP Superpriority Claim") for all DIP Obligations."  Final DIP Order, ¶ 8.

9.     On October 17, 2013, the Court entered the Final Order (A) Approving the Sale of Certain Debtor's Assets Free and Clear of Claims and Liens and (B) Approving the Assumption and Assignment of Contracts and Leases [ECF No. 2706] (the "Sale Order") that, among other things, approved the sale (the "363 Sale") of substantially all of the Debtor's operating properties and other assets pursuant to the terms and conditions of the Asset Purchase Agreement (collectively with all exhibits and documents and agreements ancillary thereto (each as modified by the Sale Order), the ("Purchase Agreement")), dated as of June 20, 2013, and executed by and between the Debtor, Credit Suisse AG, exclusively in its capacity as administrative agent and collateral agent under the DIP Credit Agreement (the "DIP Agent") and, upon the joinder contemplated by Section 5.12 of the Purchase Agreement, Bennu Oil & Gas, LLC, which was designated by the DIP Agent as purchaser.

10.     The DIP facility was not paid-off in connection with the 363 Sale.

11.     On June 26, 2014 (the "<u>Conversion Date</u>"), the Court entered an Order [ECF No. 3163] converting the Bankruptcy Case to a case under chapter 7 of the Bankruptcy Code, and the United States Trustee appointed the Trustee.

12.     The DIP Superpriority Claim is in an amount in excess of $370 million. The DIP Superpriority Claim has priority over all other administrative expenses of the Debtor's estate.

**The Trustee Settles with BP**

13.     On or about May 31, 2016, the Trustee filed his Motion Under 11 U.S.C. §§ 105(A) and 363, Bankruptcy Rules 6004 and 9019 and Local Rule 9013-1 for Approval of Settlement with the BP Entities (the "<u>BP 9019 Motion</u>").

14.     The BP 9019 Motion sought approval of a settlement the Trustee reached with the BP Entities relating to the damages the Debtor suffered as a result of the oil spill in the Gulf of Mexico in 2010. Among other things, the BP 9019 Motion described a settlement agreement between the BP Entities and the Trustee for the payment by the BP Entities of $25,000,000 in five equal installments of $5,000,000 each year for five years starting in November 2016.

15.     On August 15, 2016, the Bankruptcy Court conducted an extensive hearing on the BP 9019 Motion. After hearing testimony by ATP's BP Special Counsel and the Trustee, the Bankruptcy Court approved the BP 9019 Motion. On the same day, the Bankruptcy Court signed the Order Approving Chapter 7 Trustee's Motion under 11 U.S.C. §§ 105(A) and 363, Bankruptcy Rules 6004 and 9019 and Local Rule 9013-1 for Approval of Settlement with the BP Entities (the "<u>BP 9019 Approval Order</u>").

16.     The Trustee and the BP Entities closed the transaction described in the BP 9019 Approval Order shortly after August 15, 2016.

17.     The Trustee received the first $5,000,000 ("<u>First Installment</u>") of the settlement payments from the BP Entities in October 2016. A portion of the First Installment was used to

pay the contingency fee of Motely Rice LLP, special counsel to the Trustee for the BP litigation. At the end of October 2016, the Trustee distributed approximately $3.5 million to the DIP Agent on behalf of the DIP Lenders. This amount includes the remaining portion of the First Installment plus additional excess funds.

**The Israeli Assets**

18.     The Debtor's estate (the "Estate") owns a 5% participation interest (the "Interest") in an exploration license for the Daniel East and Daniel West exploration tracts and a similar interest in the Shimson lease (collectively, the "Tracts"). At the beginning of 2016, the Trustee learned that the Tracts have a prospective gas resource of 8.9 TCF of gas that represents substantial potential value for the Estate. (See **Exhibit A** for a copy of the article regarding the 8.9 TCF). By comparison, the remaining reserves in the Outer Continental Shelf and Slope of the Gulf of Mexico are estimated to be 8.2 TCF.

19.     The Trustee retained Gerald E. Henderson ("Henderson"), a petroleum reservoir engineer with over forty years of experience as a principal, advisor and consultant in oil and gas acquisition activities and asset valuation, to evaluate the Interest for the Trustee. [2] (**Exhibit B** is a presentation created by Henderson, dated December 1, 2016, for the purpose of explaining the Estate's potential).

20.     The Tracts are located 60 miles off the coast of Israel in the Eastern Mediterranean. Substantial producing gas reserves have been found in several nearby gas fields, and it is likely that the Tracts also contain significant gas reserves. The gas is found in sand reservoirs at 12,000 feet with deepwater marine operations (that is, in 4,000 feet of water).

---

[2]     The Bankruptcy Court entered an order approving the retention of Henderson [Dkt. 3746]. Attached as **Exhibit D** is Henderson's resume.

21.    The major interest holder of each Tract is Isramco Negev 2 Limited Partnership ("Isramco").  The remaining interest holders in the Daniel Tracts are Modiin Energy, LP and Petroleum Services Holdings, AS (Norwegian).

22.    After significant geophysical, geological and engineering analysis, Isramco is expected to make an investment decision during the early part of the first quarter of 2017 to drill two gas wells, one on Daniel East and one on Daniel West.   The primary purpose of the drilling is to confirm that the Tracts contain reserves worthy of further commercial drilling and development. Currently available geological information is sufficient to confirm only that the Tracts contain potential gas resources.  Once the presence of reserves is confirmed, full-scale development can begin.

23.     The Israeli government has conditioned continuation of the licenses on the execution of the drilling program. Interest in drilling these tracts has greatly increased because the Israeli government recently modified its energy policy to allow the sale of natural gas from certain of the licenses to an export market in addition to in-country sales.  This change permits export to markets that include Egypt, Lebanon, Syria, Cyprus, and Turkey.  Sales to Turkey can be transshipped to Southern Europe.  All sales are through sub-sea pipeline.  The majority of operators in the Eastern Mediterranean are now aggressively developing their gas assets.

24.    The proposed "Afiq Prospect" well on the Daniel West will seek to develop about 6,700 BCF of gas reserve.  There are eight other prospects on the Daniel West License with estimated resource values ranging from 453 BCF to 2,996 BCF with an average gas resource for each of 1,197 BCF.  These eight prospects will be drilled as a part of a development program after a decision is made by the joint operating agreement partners whether to invest in production facilities and pipelines in 2019.

25.     The proposed "Og Prospect" well on the Daniel East will seek to develop about 1,700 BCF of gas reserves.

26.     Drilled in 2012, the well on the Shimshon lease holds about 400 BCF of gas resource.  Shimshon lies between the two Daniel Tracts.  This well is currently suspended.  It will be developed for production concurrently with the Daniel Tracts so that these wells can share common production facilities.

27.     The engineering firm Netherland, Sewell and Associates ("NSAI") of Houston has issued reports regarding the two Daniel prospects.  NSAI reports that between 6,000 BCF (low estimate) and 16,700 BCF (high estimate) of prospective gas resources are to be found within those Tracts.  The expected or most likely resource estimate is about 9,600 BCF.

28.     Drilling is expected to begin in or about August 2017.  A reserve report is expected in early 2018.  The estimated cost of each well is $80,000,000, of which the holder of the Debtor's Interest would be responsible for the 5% share, as discussed in more detail below.

**The Arrears Amount**

29.     Since the Petition Date, Isramco has paid the Debtor's portion of ongoing fees and cash-calls associated with the Interest.  As a result, the Debtor has never been deemed in default or "non-participating" under the Agreements and now has an opportunity to maximize the value of its Estate through its Interest in the Tracts.

30.     As a condition of moving forward with drilling on the Tracts, Isramco seeks repayment of $344,982 (the "Arrears Amount") that it paid on the Estate's behalf for fees and cash-calls.  The fees are primarily geophysical and outside engineering costs and fees paid to keep the licenses in effect.  Copies of invoices for these charges are attached as **Exhibit C**.

31.     Paying the Arrears Amount will allow the Debtor to maintain its Interest.  By maintaining the Interest, the Interest could have a realizable value of $5 to $10 million in the

short.  The Trustee asserts that it is imperative for the benefit of the Estate to make this payment.

Therefore, the Trustee seeks authorization to use cash collateral to pay the Arrears Amount.

32.    Though not requested in this Motion, the Estate may in the future seek

authorization to use cash collateral to pay the fees and satisfy the cash-calls associated with the

Interest to avoid being deemed in default or "non-participating" under the Agreements in

connection with future developments.

33.    These ongoing fees and cash-calls are expected to be approximately $3.5 to $4

million for each of the first two wells drilled (the "Future Amounts").   The Future Amounts are

expected to include the following types of costs and estimates:

| Description of Costs | Estimates |
| --- | --- |
| Contractor mobilization and location costs | $250,000 |
| Environmental permit requirements | $5,000 |
| Dry hole costs | $2,000,000 |
| Well suspension costs | $1,250,000 |
| Re-processing of seismic information | $40,000 |
| Engineering reserve report fees | $5,000 |

34.    By continuing to participate in the development of the Interest, the Estate could

realize substantial additional value from the Interest.  Based on recent transaction values and

assuming developed gas reserves approach or equal potential gas resources, the value of the

Estate's Interest could be between $160,000,000 and $700,000,000 USD.

**RELIEF REQUESTED**

35.    The Trustee seeks entry of an order, substantially in the form of the proposed

order attached to this Motion, authorizing the Trustee to use cash in the amount of $344,982 to

satisfy the Arrears Amount.  This cash is subject to the DIP Lender's Superpriority Claim.

36.     The Trustee is in the process of obtaining consent from the DIP Lenders to pay the Arrears Amount.

## BASIS FOR RELIEF

**Authorization to Use Cash**

37.     Bankruptcy Code § 363(b)(1) allows the trustee to use property of the estate other than in the ordinary course of business after notice and hearing.   Pursuant to § 363(c)(2), a trustee may use cash collateral as long as "(A) each entity that has an interest in such cash collateral consents; or (B) the court, after notice and a hearing, authorizes such use, sale, or lease in accordance with the provisions of this section." 11 U.S.C. § 363(c)(2).   Cash collateral is defined as cash or other cash equivalents "in which the estate and an entity other than the estate have an interest." *Id.* § 363(a).

38.     Section 363(e) of the Bankruptcy Code provides for adequate protection of interests in property when a trustee uses cash in which an entity other than the estate has an interest.   The funds the Trustee intends to use are subject to the DIP Lenders' Superpriority Claim.

39.     The Debtor has satisfied the requirements of §§ 363(c)(2) and (e) and should be authorized to use the cash collateral to pay the Arrears Amount.   First, the Trustee has sought approval from each DIP Lender.   Along with making Henderson available to the DIP Lenders, the Trustee has provided the DIP Lenders with the data and analysis laying out the risks and rewards of the proposed use of cash collateral.

40.     Since the conversion of the ATP's chapter 11 case to a case under chapter 7 in June 2014, the group denominated as the DIP Lenders do not exist as a group today. The Trustee has reached out to the DIP Lenders by contacting the chapter 11 counsel for the DIP Lenders and counsel for Credit Suisse, the agent for the pre-petition and DIP Lenders.   The Trustee has

provided the DIP Agent and the DIP Lenders information and analysis regarding use of cash collateral to satisfy the Arrears Amount.  As of the date hereof, no DIP Lenders has expressed any opposition to the proposed use of cash collateral.[3]

41.    Second, the DIP Lenders' interests in the cash collateral are adequately protected. *See In re Levitt & Sons, LLC*, 384 B.R. 630, 641–42 (Bankr. S.D. Fla. 2008).  The Trustee projects that the Arrears Amount of $344,982 will be adequately protected by the increase in value of the Interest.  By paying the Arrears Amount, the Debtor will be able to maintain its Interest in the Tracts and benefit from any increase in its value.  By maintaining the Interest, the Interest could have a realizable value of $5 to $10 million.  Thus, the DIP Lenders are adequately protected because the cash collateral requested and used for this project will pale in comparison to the value improvement to the Debtor's 5% Interest.  Therefore, the DIP Lenders are not expected to suffer a diminution to their collateral as a result of the use the cash collateral as requested herein.

## BASIS FOR EMERGENCY RELIEF

42.    In order to avoid or being deemed in default or "non-participatory" under the Agreements, the Debtor must pay the Arrears Amount before Isramco and the other interest-holders in the Tracts make a final investment decision concerning the drilling program.  Isramco will reach a final investment decision regarding the proposed drilling program on or before December 31, 2016.

43.    Emergency relief is thus appropriate under the circumstances so that the Debtor can pay the Arrears Amount in a timely fashion and maintain its Interest under the Agreements.

---

[3] Failure to object can be tantamount to consent.  *See, e.g.*, *FutureSource LLC v. Reuters Ltd.*, 312 F.3d 281, 285 (7th Cir. 2002) (noting that an interestholder's lack of objection "counts as consent" to a bankruptcy sale under § 363(f)).

## <u>WAIVER OF BANKRUPTCY RULE 6004</u>

44.     In light of the emergency nature of the relief sought, the Debtor seeks a waiver of the notice requirements of Bankruptcy Rule 6004(a) as well as the 14-day stay that would otherwise be imposed on the Debtor's use of cash under Rule 6004(h).

## <u>CONCLUSION</u>

WHEREFORE, the Trustee respectfully requests that the Court enter an order substantially conforming to the proposed order attached hereto and grant such further relief as is just and proper.

Dated:  December 15, 2016

Respectfully submitted,

DIAMOND McCARTHY LLP

By:     */s/ Charles M. Rubio*
        Kyung S. Lee
        klee@diamondmccarthy.com
        TBA No. 12128400
        Charles M. Rubio
        crubio@diamondmccarthy.com
        TBA No. 24083768
        909 Fannin, Suite 1500
        Houston, Texas  77010
        Telephone: (713) 333-5100
        Facsimile: (713) 333-5195

        COUNSEL TO RODNEY D. TOW,
        CHAPTER 7 TRUSTEE

## <u>CERTIFICATE OF SERVICE</u>

I certify that within one business day of the date hereof, a true and correct copy of the foregoing document was served by (i) the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas to all parties registered to receive such service; and (ii) transmitted to the parties listed on the Master Service List by email pursuant to the Order Establishing Notice Procedures [ECF No. 3189].

*/s/ Charles M. Rubio*

## <u>CERTIFICATE OF CONFERENCE</u>

I certify that on December 14, 2016, the Trustee, Mr. Gerald Henderson, and undersigned counsel for the Trustee, participated on a conference call with counsel to the DIP Agent and representatives of certain DIP Lenders including PSAM, Yield Master Fund, Avenue Capital, and MSD.  The representatives of PSAM and Yield Master Fund indicated they had no opposition to payment of the Arrears Amount.

*/s/ Charles M. Rubio*

<u>Exhibit A</u>

Article



# Isramco, Modiin report huge Daniel license gas potential



17/01/2016, 10:37 **Globes correspondent**

The resources report estimates total potential gas reserves of 8.9 TCF, comparable with Tamar.

Isramco Ltd. (Nasdaq: **ISRL**; TASE: **ISRA.L**) and Modiin Energy LP (TASE:**MDIN.L**) have released a resources report today on the Daniel license. According to report by Netherland, Sewell & Associates, Inc., the best estimate for the Og prospect in the Daniel East license is that it holds a prospective reservoir of 1.1 TCF of gas, and the Daniel West license has several blocks with, at a best estimate, an aggregate prospective reservoir of 7.8 TCF of gas. The estimate for the Og prospect is with a 38-43% probability of finding gas, while in the Daniel West license the probability ranges from 24% to 57% depending on the prospect. The figures mean that the licenses could hold gas reserves comparable with those of the Tamar field, currently Israel's main source of gas.

On the Tel Aviv Stock Exchange, after trading in them wassuspended pending the announcement, participation units in Isramco are up 8.46%, while units in Modiin have soared 34.3%.

Ron Maor, CEO of the general partner in Modiin Energy, said, "We are excited at the potential that has been revealed for finding gas in the Daniel East and Daniel West licenses. This is potential of a significant size which, if realized, could represent competition for the currently existing reserves, and improve the country's energy security. Together with our partners we will carry out drillings to test the potential prospects as soon as possible. We hope that the State of Israel will encourage further activity in the potential gas reserves in the Daniel East and Daniel West fields."

Tzahi Sultan, who is part of the controlling interest in Modiin Energy, added, "These licenses have the greatest potential since Leviathan. Gas reserves of this order could significantly change Israel's energy industry. If the potential is realized, the discovery could help competition in the Israeli gas industry a great deal, and could completely change the picture."

*Published by Globes [online], Israel business news -* **www.globes-online.com** *- on January 17, 2016*

*© Copyright of Globes Publisher Itonut (1983) Ltd. 2016*

## FROM THE WEB

Sponsored Links by Taboola

**This Is Why You Don't Mess With The US! Watch What Happens**
HolyHorsepower


**You'll Never Go Back to a "Normal" Belt After You See This**
SlideBelts


**Will This Startup Kill The ETF Revolution?**
Yahoo! Finance | Motif Investing


**Are you a strategic thinker? Test your skills with millions of addict…**
Sparta - Free Online Game


**Texas Drivers Are Stunned By This New Rule**
Provide Savings Insurance Quotes


**Higher Returns than REITs: Investing in Real Estate is Changing For…**
TechCrunch by RealtyShares

## YOU MAY ALSO LIKE

Promoted Links by Taboola

- **Transfer Your Balance To Pay $0 In Interest Well Into 20…** (LendingTree)
- **Learning the Language of Homeowners Insurance** (About.com)
- **3 Billionaires Say: Something Big Coming Soon In …** (Stansberry Research)
- **Texas Drivers Are Stunned By This New Rule**
  (Provide Savings Insurance Quotes)
- **Diabetes: New Meter Addresses High Test Strip Cop…** (FreeStyle Review)
- **Israel, Cyprus, Greece set up gas export c'ttee - Globes English**
- **Tamar gas royalties up 9% in 2015 - Globes English**
- **Modiin Energy buys stake in California oil prospect - Globes E…**
- **Netanyahu: Cyber security - huge economic opportunity - Globes E…**
- **Kinneret missing out on the rain - Globes English**

| **Nasdaq** Feb | **S&P 500** Feb | **TA Bluet** Feb | **TA25** Feb | **USD/EUR** Feb | **NIS/EUR** Feb | **NIS/USD** Feb | דירות |
|---|---|---|---|---|---|---|---|
| 25 18:27 | 25 18:12 | 25 17:31 | 25 17:24 | 25 18:27 | 25 18:27 | 25 18:27 | בשרונה ת"א |
| -0.08% 4539.18 | -0.04% 1929.02 ▲ | +0.87% 304.21 ▲ | +0.45% 1427.09 ▲ | +0.18% 1.1020 ▲ | -0.1% 4.3061 ▼ | -0.09% 3.9035 |  |

<u>Exhibit B</u>

Presentation

# ATP ESTATE
# EASTERN MEDITERRANEAN

VALUE SUMMARY ESTIMATES

BUSINESS PLAN

DECEMBER 1, 2016

# PRESENTATION HEADINGS

- ASSET DESCRIPTION                SLIDE 3
- ACTIVITY                                    SLIDE 8
- BUSINESS PLAN                       SLIDE 22
- GAS MARKET                            SLIDE 25
- GEOLOGY/GEOPHYSICS           SLIDE 28
- RESOURCE ESTIMATES            SLIDE 40

# ATP ASSET

- 5% PARTICIPATING (WORKING) INTEREST
  - DANIEL EAST LICENSE
  - DANIEL WEST LICENSE
  - SHIMSHON LEASE

- OFFSHORE ISRAEL



4







# BASIN ACTIVITY

| Country | Discovery date | Field name | Estimated recoverable reserves (Tcf) | first production |
|---|---|---|---|---|
| Cyprus | 2011 | Aphrodite | 7 | 2017 |
| Israel | 1999 | Noa | 0.04 | 2012 |
| | 2000 | Mari-B | 1.5 | 2004 |
| | 2009 | Dalit | 0.5 | 2013 |
| | 2009 | Tamar | 10 | 2013 |
| | 2010 | Leviathan | 18 | 2016 |
| | 2011 | Dolphin | 0.08 | unknown |
| | 2012 | Shimshon | 0.3 | unknown |
| | 2012 | Tanin | 1.2 | unknown |
| | 2013 | Karish | 1.8 | unknown |
| Palestinian Territories | 2000 | Gaza Marine | 1 | unknown |

**Sources:** EIA estimates, IHS, Oxford Institute for Energy Studies, Oil & Gas Journal, company reports, trade press

8

# ATP ASSET ACTIVITY

- SHIMSHON LEASE STATUS

  - EXPLORATORY WELL IN 2012 ($90MM)
    - SEISMIC DATA REFINEMENT FOR ALL BLOCKS
    - "CONTINGENT RESOURCE" 101-329 BCF
    - WILL SHARE PRODUCTION FACILITY WITH DANIELS WELLS
    - LEASE HAS 30-YEAR TERM

- DANIEL EAST/WEST LICENSES STATUS

  - ENGINEERING REPORT AND PARTNER ESTIMATE "PROSPECTIVE RESOURCE" – 6-22 TCF
  - NEW SEISMIC INTERPRETATION - 10 PROSPECTS
  - TOTAL LICENSES/LEASE AREA ABOUT 290 SQ. MILES
  - DANIEL LICENSES - EXPANDED AREA
  - DANIEL LICENSES - EXTENDED TERM
  - DRILLING FID Q1 2017 – 2 WELLS
    - DRILLING COMPLETED Q1 2018

2016

# NEW WORK PROGRAM

- NEW DANIEL WEST TRACT BOUNDARIES APPROVED
  - INCLUDES ALL PROSPECTS
  - FIRST EFFORT – AFIQ PROSPECT – IN EXPANDED AREA
- DETAILED PROSPECT REVIEW FOR DANIEL EAST
  -  OG  PROSPECT DETAIL AND DRILL PLAN
- DETAILED PROSPECT REVIEW FOR DANIEL WEST
  - AFIQ PROSPECT AND DRILL PLAN

# 2016 WORK PROGRAM

- FID WITH BUDGET AND PRELIM AFE DUE Q-1, 2017

# 2016 WORK PROGRAM

- DRILLING CONTRACTOR
  - Q-1 2017

# WORK PROGRAM

- EIA DANIEL EAST
  - APRIL 10, 2017
  -

- EIA DANIEL WEST
  - JUNE 1, 2017

# 2017 WORK PROGRAM

- DRILLING COMMENCEMENT
  - THREE MONTHS PER WELL FOR DATA COMPLETION

- DANIEL EAST  -  SEPTEMBER 1, 2017

- DANIEL WEST – FEBRUARY 1, 2017

- ISRAMCO NEGEV 2 IS 65% PARTICIPANT

  - NEGOTIATING FARM-DOWN TO 25-35%
    - TWO FINANCIAL PARTIES IN CONTRACT REVIEW
    - PROBABLY NO FID UNTIL THIS COMPLETED
  - LICENSE EXTENSION FROM MINISTRY
    - MINISTRY GOT DRILLING CERTAINTY

- COST TO MAINTAIN OWNERSHIP IN JOA GROUP

  - UNAUDITED TO JULY 24, 2016 - $344,982

  - NON-CONSENT PROVISIONS OF JOA NOT ELECTED

# POTENTIAL BUYERS OF ATP ASSET

- ALL EASTERN MED. PRESENT INVESTORS (28)

- CLAL INSURANCE

- HAREL INSURANCE AND FINANCE

- MENORA MIVTACHIM – ISRAELI INVESTMENT GROUP

- ENERGEAN – GREEK UPSTREAM CO.

- EDISON (ITALY) – PART OF EIF (FRENCH)

- FOSUN – CHINA

- HUTCHINSON WHAMPOA – HONG KONG

- BSGR – ISRAELI PRIVATE CO.

# "RESOURCES" AND "RESERVES"

- OTHER THAN INDICATIVE ASSET VALUE, "PROSPECTIVE RESOURCES" HAVE LITTLE MARKETABILITY

- "CONTINGENT RESOURCES" AND "RESERVES" HAVE GREATER CERTAINTY AND ALLOW CASH FLOW AND REAL VALUE CALCULATIONS

19

# Prospective Resources

"Those quantities of petroleum estimated, as of a given date, to be potentially recoverable from undiscovered accumulations by application of future development projects."

"Potential accumulations are evaluated according to their chance of discovery and, assuming a discovery, the estimated quantities that would be recoverable under defined development projects. It is recognized that the development programs will be of significantly less detail and depend more heavily on analog developments in the earlier phases of exploration."

# Petroleum Resources Classification System



# BUSINESS PLAN

- DRILL EXPLORATORY WELLS, SELL
  - PARTICIPATE IN DRILLING EXPLORATORY WELLS TO ESTABLISH "RESERVES" NOT "RESOURCES".
  - EACH WELL WILL COST NET $3-4MM
  - TWO WELLS WILL BE REQUIRED, TO GAIN "RESERVE" OR "CONTINGENT RESOURCE" CLASSIFICATION UPGRADE FROM " PROSPECTIVE RESOURCE"
  - DRILLING CASH Q-3 2017 THROUGH Q-1 2018
  - DEVELOPMENT READY FOR FID/EPC - 2019
  - SELL POSITION FOR $160MM TO $720MM

# POTENTIAL

- DEVELOP ASSET TO PRODUCTION, SELL

  - CAPITAL COST TO DEVELOP – NET $150MM
  - PROJECT FINANCED WITH OFFTAKE AGREEMENTS
  - 0-20% CASH – NET CASH  $0 - $30MM
  - FIRST PRODUCTION  2021
  - SALE PRICE $400MM - $900MM+
  - CASH FLOW  -  $75MM/YEAR TO PARTNERSHIP SHARE

23

# DEVELOPMENT FINANCING POSSIBILITY (LIVE EXAMPLE)

- LEVIATHAN FIELD – PHASE 1 – 1.2 BCF/D - $4 BN
  - NOBLE SHARE – DEBT STRUCTURE UNKNOWN
  - DELEK SHARE - $2.0 BN
    - $500 MM CASH
    - $1.5 MM 3-4%
    - 4-5 YEAR BRIDGE LOAN
    - HSBC
    - J P MORGAN
    - GOVERNMENT GUARANTEE TERMS UNKNOWN

# GAS MARKET

- CURRENT DELIVERABILITY

  - TAMAR GAS – 1.0  BCF/D, 365 BCF/Y (ON PRODUCTION)

  - LEVIATHAN GAS – 1.2 BCF/D, 400 BCF/Y (PHASE 1) – 2019

  - DANIEL AREA – 1.0 BCF/D, 365 BCF/Y - 2021

- **CURRENT LANDED GAS PRICE  - $5.50/MMBTU**

- **CONTROLLED AND PEGGED TO INFLATION (US CPI)**

- REGULATORY CHANGES TO EXPAND MARKET

  - MAY, 2016 GOVERNMENT APPROVAL
  - LEVIATHAN FIELD ALLOWED TO EXPORT PRODUCTION
  - OTHER FIELDS ALSO ALLOWED TO EXPORT
  - MARKET IS JORDAN, EGYPT AND TURKEY INTO EUROPE
  - LEVIATHAN OFFTAKE SIGNED FOR 40% OF GAS SO FAR
  - TURKEY NEGOTIATIONS ONGOING
    - SALE TO TURKEY ALLOWS TRANSSHIPMENT TO EUROPE

# GEOLOGY/GEOPHYSICS PROSPECTS



# Cross-section of the Levant Basin



(Source: Gardosh et al., 2008)

- THE DISCOVERED GAS DEPOSITS LIE IN THE VICINITY OF DEEP VERTICAL FAULTS, INTERSECTING ALL STRATIGRAPHIC SEQUENCES.

- CLOSE TO THE FAULTS ARE ACTIVE SEEPAGES DETECTED ON THE SEA BOTTOM.

# THREE MAIN TARGETS

- SUBMARINE CHANNEL FILL SANDS

- SUBSALT SLOPE AND FAN SANDS WITHIN LARGE ANTICLINES (TAMAR, LEVIATHAN, APHRODITE)

- CANYON-FILL SANDS (SHIMSHON, DANIEL) TRAPPED BY PINCHOUT SEALS

# GEOPHYSICAL (SEISMIC) STUDY

- NEW 3D DATASET PROCESSING  2014-2015
  - WESTERN GEOPHSICAL
- 520 SQUARE MILES OVER LICENSES
- TIED DATA WITH SHIMSHON – INITIAL  WELL

# DANIEL WEST GEOLOGICAL REPORT SEPTEMBER 1, 2016

- 9 PROSPECTS  TOTAL 17 TCF OF GAS

- TIED WITH WITH JULY 28 2016 RESOURCE STUDY

- INITIAL PROSPECT IS "AFIQ"

- SUBMITTED TO MINISTRY FOR WELL APPROVAL

33

# AFIQ  PROSPECT – DANIEL WEST

- INITIAL LOCATION ON LICENSE

- WATER DEPTH 1,143 M

- WELL DEPTH 4,836 M SS

- 2 OBJECTIVES, STRAT-TRAPPED MIOCENE SANDS

- SINGLE PROSPECT RESOURCE ESTIMATE  - 3,300 BCF

392 Daniel-West License, New Boundaries (July 2016)





Isramco Negev 2, Limited Partnership
Daniel East, Daniel West Licenses & Shimshon Lease
With Prospects Polygons
February 11, 2016

Legend

Southern Prospects Polygon

Northern Prospects Polygon

Tortonian Prospects Polygons

MM1(Ser1), Max

Se-4

DD Shle-1

36

# DANIEL EAST OG PROSPECT

- ANALYSIS COMPLETED

- ONE PRIMARY PROSPECT

- SUBMITTED TO MINISTRY FOR WELL APPROVAL

# OG PROSPECT

- WATER DEPTH 1100 M

- RESOURCE FROM NSAI – 1.8 TCF

- TWO ZONES OF INTEREST
    - PRIMARY  - 3065-3315 METERS SS
    - SECONDARY – 4000 METERS SS

## ISRAMCO NEGEV 2, LIMITED PARTNERSHIP

### 391 Daniel-East License - Og Gas Prospect

#### Location Map



LEGEND

391 — 391 Daniel-East License

392 — 392 Daniel-West License*

i/18 — i/18 Shimson1 Lease*

⬭ Og Gas Prospect Outline

39

# CURRENT ENGINEERING RESOURCE ESTIMATES - NSAI

- **<u>SHIMSHON</u>**
  - REPORT 3/11/2015

  - CONTINGENT RESOURCES CLASSIFICATION

  - LOW ESTIMATE   101 BCF
  - BEST ESTIMATE   185 BCF
  - HIGH ESTIMATE  329 BCF

- DANIEL **EAST**
  - REPORT 1/15/2016

  - PROSPECTIVE RESOURCES CLASSIFICATION

  - OG PROSPECT (2 SANDS)

  - LOW ESTIMATE       773 BCF
  - BEST ESTIMATE   1,186 BCF
  - HIGH ESTIMATE   1,819 BCF

- DANIEL **WEST** AREA
  - REPORT 7/28/2016

  - PROSPECTIVE RESOURCES CLASSIFICATION
  - ALL 9 PROSPECTS – 18 RESERVOIRS

  - LOW ESTIMATE       3,928 BCF
  - BEST ESTIMATE       7,904 BCF
  - HIGH ESTIMATE   16,064 BCF

<u>Exhibit C</u>

Invoices

**Shimshon & Daniel Expenses - from ATP's filing for Chapter 11 until 2014**

| Date | Name of Service Provider | US$ | EURO € | GBP £ | ILS ₪ | Total Charge (US$) | ATP Corp's Share ($%) (US$) | Details |
|---|---|---|---|---|---|---|---|---|
| 4.12.12 | ATP East Med Number 1 B.V | 105,124 | | | | $105,124 | $5,256 | Timewriting |
| 20.12.12 | ATP East Med Number 1 B.V | 70,091 | | | | $70,091 | $3,505 | Timewriting |
| 6.2.13 | S.M.A logistic | | | | 405,000 | $109,845 | $5,492 | Logistics Services |
| 12.2.13 | Merlin | | | 4,983 | | $7,604 | $380 | Ovation DPTS |
| 12.2.13 | ATP East Med Number 1 B.V | 49,890 | | | | $49,890 | $2,495 | Timewriting |
| 19.2.13 | Merlin | | | 1,928 | | $2,942 | $147 | Ovation DPTS |
| 19.2.13 | ATP East Med Number 1 B.V | 41,507 | | | | $41,507 | $2,075 | Timewriting |
| 28.2.13 | Cross | 42,166 | | | | $42,166 | $2,108 | Seismic processing |
| 28.2.13 | Weatherford | 10,334 | | | | $10,334 | $517 | Consulting services: Development Plan |
| 28.2.13 | Penelope Milner | | | 22,680 | | $34,608 | $1,730 | Consultant: geoscientist |
| 13.3.13 | DPTS LTD | | | 1,960 | | $2,991 | $150 | Ovation DPTS |
| 18.3.13 | ATP East Med Number 1 B.V | 13,245 | | | | $13,245 | $662 | Timewriting |
| 18.3.13 | ATP U.K | 42,766 | | | | $42,766 | $2,138 | Timewriting |
| 11.4.13 | MEWR | | | | 28,900 | $7,838 | $392 | State License fee |
| 11.4.13 | MEWR | | | | 26,877 | $7,290 | $364 | State License fee |
| 11.4.13 | Penelope Milner | | | 14,400 | | $21,973 | $1,099 | Consultant: geoscientist |
| 11.4.13 | ATP East Med Number 1 B.V | 13,530 | | | | $13,530 | $677 | Timewriting |
| 13.5.13 | Penelope Milner | | | 8,372 | | $12,775 | $639 | Consultant: geoscientist |
| 13.5.13 | Cross | 30,888 | | | | $30,888 | $1,544 | Seismic processing |
| 13.5.13 | ATP East Med | 12,613 | | | | $12,613 | $631 | Timewriting |
| 3.6.13 | Monarch | | 3,019 | | | $3,926 | $196 | PSDM processing |
| 3.6.13 | Monarch | | 935 | | | $1,216 | $61 | PSDM processing |
| 3.6.13 | Monarch | | 373 | | | $485 | $24 | PSDM processing |
| 10.6.13 | ATP East Med | 46,947 | | | | $46,947 | $2,347 | Timewriting |
| 17.6.13 | MEWR | | | | 28,900 | $7,838 | $392 | State License fee |
| 17.6.13 | Penelope Milner | | | 15,152 | | $23,120 | $1,156 | Consultant: geoscientist |
| 17.6.13 | Gardline | 34,400 | | | | $34,400 | $1,720 | 3D assessment |
| 10.7.13 | ATP East Med | 37,236 | | | | $37,236 | $1,862 | Timewriting |
| 21.8.13 | Penelope A Milner | | | 15,512 | | $24,275 | $1,214 | Consultant: geoscientist |
| 8.8.13 | ATP East Med | 47,626 | | | | $47,626 | $2,381 | Timewriting |
| 9.9.13 | ATP East Med | 35,509 | | | | $35,509 | $1,775 | Timewriting |
| 9.9.13 | Willis | 53,119 | | | | $53,119 | $2,656 | Insurance |
| 9.9.13 | Penelope A Milner | | | 14,192 | | $22,210 | $1,111 | Consultant: geoscientist |
| 11.9.13 | Cross | 38,572 | | | | $38,572 | $1,929 | Seismic processing |
| 11.9.13 | Cross | 4,250 | | | | $4,250 | $213 | Seismic processing |
| 16.9.13 | Marine Ventures INC | | | | 80,596 | $22,614 | $1,131 | Environmental Survey |
| 7.10.13 | Cross | 6,937 | | | | $6,937 | $347 | Seismic processing |
| 7.10.13 | Penelope A Milner | | | 15,363 | | $24,692 | $1,235 | Consultant: geoscientist |
| 7.10.13 | Gardline | 15,750 | | | | $15,750 | $788 | Environmental maps |
| 7.10.13 | Gardline | 20,075 | | | | $20,075 | $1,004 | Environmental maps |
| 28.10.13 | Cross | 35,199 | | | | $35,199 | $1,760 | Seismic processing |
| 31.10.13 | OPC | 660 | | | | $660 | $33 | Consultant: Drill services |
| 5.12.13 | Penelope A Milner | | | 16,231 | | $26,601 | $1,330 | Consultant: geoscientist |
| 5.12.13 | Cross | 14,000 | | | | $14,000 | $700 | Seismic processing |
| 17.12.13 | Sierra | 11,000 | | | | $11,000 | $550 | Engineering services |
| 19.12.13 | Lpidot | | | | 12,826 | $3,650 | $183 | Gas samples handling |
| 30.12.13 | PGS | 1,597,498 | | | | $1,597,498 | $79,875 | 3D acquisition |
| 30.12.13 | PGS | 350,000 | | | | $350,000 | $17,500 | 3D acquisition |
| 31.12.13 | vision | 48,988 | | | | $48,988 | $2,449 | 3D survey supervision services |
| **TOTAL** | | | | | | **$3,198,413** | **$159,921** | |

## CASH CALL "DANIEL" LICENSE

Expenses for 1/2014 - 3/2014

| INVOICE DATE | PAYMENT DATE | VENDOR NAME | DETAILS | USD TOTAL | ISRAMCO 70% | ATP CORP 5% | IOC 10% | MODIIN 15% | DANIEL EAST | DANIEL WEST |
|---|---|---|---|---|---|---|---|---|---|---|
| 19/02/2014 | 24/02/2014 | Gaffni Cline | development cost estimate | 3,306 | 2,314 | 165 | 331 | 496 | 3,306 | - |
| 10/01/2014 | 28/01/2014 | simco | consultant geoiscentist TCM | 8,006 | 5,604 | 400 | 801 | 1,201 | 8,006 | - |
| 06/02/2014 | 29/01/2014 | ATP | Timewriting | 8,524 | 5,967 | 426 | 852 | 1,279 | 8,524 | - |
| 18/03/2014 | 31/01/2014 | Penelope Milner | consultant geoiscentist | 24,792 | 17,354 | 1,240 | 2,479 | 3,719 | 12,396 | 12,396 |
| 10/01/2014 | 18/03/2014 | Gardline | 3D assessment | 17,200 | 12,040 | 860 | 1,720 | 2,580 | - | 17,200 |
| 23/01/2014 | 28/01/2014 | vision | 3D survey supervision services | 24,371 | 17,060 | 1,219 | 2,437 | 3,656 | - | 24,371 |
| 29/01/2014 | 18/02/2014 | PGS | 3D acquisition-demobilization | 2,087,377 | 1,461,164 | 104,369 | 208,738 | 313,107 | - | 2,087,377 |
| 02/06/2013 | 18/02/2014 | Penelope Milner | Consultant: geoiscentist | 25,210 | 17,647 | 1,261 | 2,521 | 3,782 | 12,605 | 12,605 |
| 13/06/2013 | 18/03/2014 | Gardline | 3D assessment | 34,400 | 24,080 | 1,720 | 3,440 | 5,160 | 17,200 | 17,200 |
| 04/07/2013 | 20/01/2014 | Penelope Milner | Consultant: geoiscentist | 16,965 | 11,876 | 848 | 1,697 | 2,545 | 8,483 | 8,483 |
| | | | | | | | | | - | - |
| TOTAL | | | | 2,250,151 | 1,575,106 | 112,508 | 225,015 | 337,523 | 70,519 | 2,179,632 |
| | | | | | - | - | - | - | | |

## CASH CALL "DANIEL" LICENSE

| INVOICE DATE | PAYMENT DATE | NDOR NAME | DETAILS | USD TOTAL | ISRAMCO 70% | ATP CORP 5% | IOC 10% | MODHN 15% | DANIEL EAST | DANIEL WEST |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Expenses for 4/2014 - 6/2014 | | | | | |
| 31/03/2014 | 07/04/2014 | Gaffni Cline | development cost estimate | 12,806 | 8,964 | 640 | 1,281 | 1,921 | 12,806 | - |
| 18/05/2014 | 01/06/2014 | MEWR | State License fee | 8,462 | 5,924 | 423 | 846 | 1,269 | 8,462 | - |
| 18/05/2014 | 01/06/2014 | MEWR | State License fee | 7,870 | 5,509 | 393 | 787 | 1,180 | - | 7,870 |
| 28/05/2014 | 02/06/2014 | NASI | Resources estimtes | 12,164 | 8,515 | 608 | 1,216 | 1,825 | 12,164 | - |
| 07/03/2014 | 30/04,12/5/2014 | PGS | 3D acquisition-demobilization | 13,849 | 9,694 | 692 | 1,385 | 2,077 | - | 13,849 |
| 31/03/2014 | 30/04,12/5/2014 | PGS | 3D acquisition-demobilization | 5,966 | 4,176 | 298 | 597 | 895 | - | 5,966 |
| 3/2014 | 07/04/2014 | RonaldKerr | Data processing supervision | 1,145 | 802 | 57 | 115 | 172 | - | 1,145 |
| 4/2014 | 08/05/2014 | RonaldKerr | Data processing supervision | 1,750 | 1,225 | 88 | 175 | 263 | - | 1,750 |
| 5/2014 | 16/06/2014 | RonaldKerr | Data processing supervision | 2,625 | 1,838 | 131 | 263 | 394 | - | 2,625 |
| | | | | | | | | | - | - |
| **TOTAL** | | | | 66,637 | 46,646 | 3,332 | 6,664 | 9,996 | 33,432 | 33,205 |

## CASH CALL "DANIEL" LICENSE

| INVOICE DATE | PAYMENT DATE | VENDOR NAME | DETAILS | USD TOTAL | ISRAMCO 70% | ATP CORP 5% | IOC 10% | MODIIN 15% | DANIEL EAST | DANIEL WEST |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Expenses for 7/2014 - 9/2014 | | | | | |
| 30/06/2014 | 23/07/2014 | NASI | Resources estimtes | 9,715 | 6,801 | 486 | 972 | 1,457 | 9,715 | - |
| 11/06/2014 | 29/07/2014 | Gaffni Cline | development cost estimate | 3,881 | 2,717 | 194 | 388 | 582 | 3,881 | - |
| 23/05/2014 | 29/07/2014 | Gaffni Cline | development cost estimate | 2,013 | 1,409 | 101 | 201 | 302 | 2,013 | - |
| 6/2014 | 07/07/2014 | RonaldKerr | Data processing supervision | 700 | 490 | 35 | 70 | 105 | - | 700 |
| 7/2014 | 04/08/2014 | RonaldKerr | Data processing supervision | 2,450 | 1,715 | 123 | 245 | 368 | - | 2,450 |
| 8/2014 | 08/09/2014 | RonaldKerr | Data processing supervision | 2,466 | 1,726 | 123 | 247 | 370 | - | 2,466 |
| 15/09/2014 | 30/09/2014 | Gaffni Cline | development cost estimate | 2,731 | 1,912 | 137 | 273 | 410 | 2,731 | - |
| 28/9/2014 | 06/10/2014 | Internationa&Mediterranean | Data processing | 93,446 | 65,412 | 4,672 | 9,345 | 14,017 | - | 93,446 |
| 28/9/2014 | 06/10/2014 | Internationa&Mediterranean | Data processing | 40,985 | 28,689 | 2,049 | 4,098 | 6,148 | - | 40,985 |
| 28/9/2014 | 06/10/2014 | Internationa&Mediterranean | Data processing | 81,010 | 56,707 | 4,050 | 8,101 | 12,151 | - | 81,010 |
| 28/9/2014 | 06/10/2014 | Internationa&Mediterranean | Data processing | 91,761 | 64,232 | 4,588 | 9,176 | 13,764 | - | 91,761 |
| 28/9/2014 | 06/10/2014 | Internationa&Mediterranean | Data processing | 71,796 | 50,257 | 3,590 | 7,180 | 10,769 | - | 71,796 |
| 28/9/2014 | 06/10/2014 | Internationa&Mediterranean | Data processing | 50,000 | 35,000 | 2,500 | 5,000 | 7,500 | - | 50,000 |
| 28/9/2014 | 06/10/2014 | Internationa&Mediterranean | Data processing | 127,040 | 88,928 | 6,352 | 12,704 | 19,056 | - | 127,040 |
| 20/7/2014 | 20/07/2014 | Coral | Delivery | 335 | 235 | 17 | 34 | 50 | - | 335 |
| **TOTAL** | | | | 580,326 | 406,228 | 29,016 | 58,033 | 87,049 | 18,340 | 561,987 |

## CASH CALL "DANIEL" LICENSE

| INVOICE DATE | PAYMENT DATE | VENDOR NAME | DETAILS | Expenses for 10/2014 - 12/2014 | | | | | DANIEL EAST | DANIEL WEST |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | USD TOTAL | ISRAMCO | ATP CORP | IOC | MODIIN | | |
| | | | | | 70% | 5% | 10% | 15% | | |
| 9/2014 | 07/10/2014 | RonaldKerr | Resources estimtes | 744 | 520 | 37 | 74 | 112 | - | 744 |
| 10/2014 | 04/11/2014 | RonaldKerr | development cost estimate | 1,269 | 888 | 63 | 127 | 190 | - | 1,269 |
| 11/2014 | 09/12/2014 | RonaldKerr | development cost estimate | 788 | 551 | 39 | 79 | 118 | - | 788 |
| 20/10/2014 | 20/10/2014 | Internationa&Mediterranean | Data processing supervision | 30,786 | 21,550 | 1,539 | 3,079 | 4,618 | - | 30,786 |
| 30/10/2014 | 30/10/2014 | Internationa&Mediterranean | Data processing supervision | 20,000 | 14,000 | 1,000 | 2,000 | 3,000 | - | 20,000 |
| 27/11/2014 | 27/11/2014 | Internationa&Mediterranean | Data processing supervision | 50,844 | 35,591 | 2,542 | 5,084 | 7,627 | - | 50,844 |
| 23/12/2014 | 23/12/2014 | Internationa&Mediterranean | development cost estimate | 69,490 | 48,643 | 3,474 | 6,949 | 10,423 | - | 69,490 |
| 10/6/2014 | 20/10/2014 | cross | Data processing | 13,200 | 9,240 | 660 | 1,320 | 1,980 | 2,400 | 10,800 |
| | | | | | | | | | | |
| TOTAL | | | | 187,119 | 130,983 | 9,356 | 18,712 | 28,068 | 2,400 | 184,719 |

## CASH CALL "DANIEL" LICENSE

| | | | | Expenses for 1/2015 - 3/2015 | | | | | DANIEL EAST | DANIEL WEST |
|---|---|---|---|---|---|---|---|---|---|---|
| **INVOICE DATE** | **PAYMENT DATE** | **VENDOR NAME** | **DETAILS** | **USD TOTAL** | **ISRAMCO** | **ATP CORP** | **IOC** | **MODIIN** | | |
| | | | | | 70% | 5% | 10% | 15% | | |
| 12/2014 | 06/01/2015 | RonaldKerr | Data processing supervision | 525 | 368 | 26 | 53 | 79 | - | 525 |
| 1/2015 | 03/02/2015 | RonaldKerr | Data processing supervision | 963 | 674 | 48 | 96 | 144 | - | 963 |
| 281/1/2015 | 28/01/2015 | International&Mediterranean | Data processing | 18,645 | 13,052 | 932 | 1,865 | 2,797 | - | 18,645 |
| 26/01/2015 | 18/02/2015 | cross | Data processing | 73,934 | 51,753 | 3,697 | 7,393 | 11,090 | 13,442 | 60,491 |
| **TOTAL** | | | | 94,066 | 65,846 | 4,703 | 9,407 | 14,110 | 13,442 | 80,624 |

## CASH CALL ʺDANIELʺ LICENSE

Expenses for 4/2015 - 6/2015

| INVOICE DATE | PAYMENT DATE | VENDOR NAME | DETAILS | USD TOTAL | ISRAMCO 70% | ATP CORP 5% | IOC 10% | MODIIN 15% | DANIEL EAST | DANIEL WEST |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/4/2015 | 13/04/2015 | license fee | Daniel west license fee | 6,908 | 4,836 | 345 | 691 | 1,036 | - | 6,908 |
| 2/4/2015 | 14/04/2015 | license fee | Daniel east license fee | 7,428 | 5,200 | 371 | 743 | 1,114 | 7,428 | |
| 18/04/2014 | 23/04/2014 | Sutherland | Legal consultant | 1,311 | 918 | 66 | 131 | 197 | 656 | 656 |
| TOTAL | | | | 15,647 | 10,953 | 782 | 1,565 | 2,347 | 8,084 | 7,564 |

## CASH CALL "DANIEL" LICENSE

Expenses for 7/2015 - 9/2015

| INVOICE DATE | PAYMENT DATE | VENDOR NAME | DETAILS | USD TOTAL | ISRAMCO 70% | ATP CORP 5% | IOC 10% | MODIIN 15% | DANIEL EAST | DANIEL WEST |
|---|---|---|---|---|---|---|---|---|---|---|
| 26/6/2015 | 27/07/2015 | EQUIPOISE | Data processing | 29,121 | 20,385 | 1,456 | 2,912 | 4,368 | 5,295 | 23,826 |
| 31/8/2015 | 08/09/2015 | EQUIPOISE | Data processing | 153 | 107 | 8 | 15 | 23 | 28 | 125 |
| 20/9/2015 | 20/09/2015 | EY | Levy report | 1,812 | 1,268 | 91 | 181 | 272 | 906 | 906 |
| **TOTAL** | | | | **31,086** | **21,760** | **1,554** | **3,109** | **4,663** | **6,229** | **24,857** |

## CASH CALL "DANIEL" LICENSE

| INVOICE DATE | PAYMENT DATE | VENDOR NAME | DETAILS | Expenses for 10/2015 - 12/2015 | | | | | DANIEL EAST | DANIEL WEST |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | USD TOTAL | ISRAMCO | ATP CORP | IOC | MODIIN | | |
| | | | | | 70% | 5% | 10% | 15% | | |
| 20/12/2015 | 20/12/2015 | Agmon | Daniel license | 145 | 102 | 7 | 15 | 22 | 73 | 73 |
| 26/10/2015 | 26/10/2015 | ATP East Med Trus | Timewriting | 51,426 | 35,998 | 2,571 | 5,143 | 7,714 | 25,713 | 25,713 |
| **TOTAL** | | | | 51,571 | 36,100 | 2,579 | 5,157 | 7,736 | 25,786 | 25,786 |

## CASH CALL "DANIEL" LICENSE

**Expenses for 1/2016 - 3/2016**

| INVOICE DATE | PAYMENT DATE | VENDOR NAME | DETAILS | USD TOTAL 100% | ATP CORP 5% | ISRAMCO 65% | PSH 5% | IOC 10% | MODIIN 15% | DANIEL EAST | DANIEL WEST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21/02/2016 | 21/02/2016 | EY | Levy report | 721 | 36 | 469 | 36 | 72 | 108 | 361 | 360 |
| 22/12/2015 | 25/01/2016 | NSAI | Resources estimtes | 29,648 | 1,482 | 19,271 | 1,482 | 2,965 | 4,447 | 14,824 | 14,824 |
| 29/01/2016 | 08/02/2016 | NSAI | Resources estimtes | 24,144 | 1,207 | 15,694 | 1,207 | 2,414 | 3,622 | 12,072 | 12,072 |
| 26/02/2016 | 01/03/2016 | NSAI | Resources estimtes | 8,412 | 421 | 5,468 | 421 | 841 | 1,262 | 4,206 | 4,206 |
| 15/03/2016 | 23/03/2016 | EQUIPOISE | Data processing | 472 | 24 | 307 | 24 | 47 | 71 | - | 472 |
| 04/04/2016 | 05/04/2016 | MEWR | State License fee | 7,055 | 353 | 4,586 | 353 | 705 | 1,058 | - | 7,055 |
| 04/04/2016 | 05/04/2016 | MEWR | State License fee | 7,549 | 377 | 4,907 | 377 | 755 | 1,132 | 7,549 | - |
| 31/03/2016 | 07/04/2016 | NSAI | Resources estimtes | 1,884 | 94 | 1,224 | 94 | 188 | 283 | 942 | 942 |
| | | | | 79,884 | 3,994 | 51,926 | 3,994 | 7,987 | 11,983 | 39,954 | 39,932 |

**Operator Fee for 1/2016 - 3/2016**

| PERIOD | VENDOR NAME | DETAILS | USD TOTAL 100% | ATP CORP 5% | ISRAMCO 68.42% | PSH | IOC 10.53% | MODIIN 15.79% | DANIEL EAST | DANIEL WEST |
|---|---|---|---|---|---|---|---|---|---|---|
| Q1 | PSH | Operator Fee | 51,000 | 2,550 | 35,029 | -51,000 | 5,368 | 8,053 | 25,500 | 25,500 |
| Q1 | PSH | Operator Fee (5%) | 3,994 | 200 | 2,743 | -3,994 | 420 | 631 | 2,098 | 1,896 |
| Q1 | IOC | Contracting Party Fee (2%) | 1,598 | 80 | 1,098 | - | -1,430 | 252 | 799 | 799 |
| | | | 56,592 | 2,830 | 38,870 | -54,994 | 4,358 | 8,936 | 28,397 | 28,195 |
| **TOTAL** | | | 136,476 | 6,824 | 90,796 | -51,000 | 12,345 | 20,919 | 76,842 | 76,595 |

## CASH CALL "DANIEL" LICENSE

### Expenses for 4/2016 – 6/2016

| INVOICE DATE | PAYMENT DATE | VENDOR NAME | DETAILS | USD TOTAL 100% | ATP CORP 5% | ISRAMCO 65.00% | PSH 5.00% | IOC 10.00% | MODIIN 15.00% |
|---|---|---|---|---|---|---|---|---|---|
| 07/04/2016 | 07/06/2016 | Agmon | Shimson license | 580 | 29 | 377 | 29 | 58 | 87 |
| 25/05/2016 | 21/06/2016 | NSAI | Resources estimtes | 9,443 | 472 | 6,138 | 472 | 944 | 1,416 |
| 25/05/2016 | 21/06/2016 | NSAI | Resources estimtes | 10,446 | 522 | 6,790 | 522 | 1,045 | 1,567 |
| | | | | 20,469 | 1,023 | 13,305 | 1,023 | 2,047 | 3,070 |
| | | | | | - | - | - | - | - |

### Operator Fee for 1/2016 – 3/2016

| PERIOD | | VENDOR NAME | DETAILS | USD TOTAL 100% | ATP CORP 5% | ISRAMCO 68.42% | PSH | IOC 10.53% | MODIIN 15.79% |
|---|---|---|---|---|---|---|---|---|---|
| Q2 | | PSH | Operator Fee | 51,000 | 2,550 | 35,029 | -51,000 | 5,368 | 8,053 |
| Q2 | | PSH | Operator Fee (5%) | 1,023 | 51 | 710 | -1,023 | 108 | 162 |
| Q2 | | IOC | Contracting Party Fee (2%) | 409 | 20 | 285 | - | -366 | 65 |
| | | | | 52,432 | 2,621 | 36,024 | -52,023 | 5,110 | 8,280 |
| **TOTAL** | | | | 72,901 | 3,644 | 49,329 | -51,000 | 7,157 | 11,350 |

## CASH CALL "SHIMSHON" LICENSE

Expenses for 1/2014 - 3/2014

| INVOICE DATE | PAYMENT DATE | VENDOR NAME | DETAILS | USD TOTAL | ISRAMCO 55% | ATP CORP 5% | NAPHTA EXPLORATION 10% | IOC DEAD SEA 10% | IOC 10% | MODIIN 10% |
|---|---|---|---|---|---|---|---|---|---|---|
| 19/02/2014 | 24/02/2014 | Gaffni Cline | development cost estimate | 3,306 | 1,818 | 165 | 331 | 331 | 331 | 331 |
| 23/01/2014 | 24/01/2014 | vision | 3D survey supervision services | 24,371 | 13,404 | 1,219 | 2,437 | 2,437 | 2,437 | 2,437 |
| 29/01/2014 | 18/02/2014 | PGS | 3D acquisition-demobilization | 2,087,377 | 1,148,057 | 104,369 | 208,738 | 208,738 | 208,738 | 208,738 |
| 17/06/2013 | 12/03/2014 | License fee | State License fee | 8,319 | 4,575 | 416 | 832 | 832 | 832 | 832 |
| **TOTAL** | | | | **2,123,373** | **1,167,855** | **106,169** | **212,337** | **212,337** | **212,337** | **212,337** |

## CASH CALL "SHIMSHON" LICENSE

Expenses for 4/2014 - 6/2014

| INVOICE DATE | PAYMENT DATE | VENDOR NAME | DETAILS | USD TOTAL | ISRAMCO 55% | ATP CORP 5% | NAPHTA EXPLORATION 10% | IOC DEAD SEA 10% | IOC 10% | MODIIN 10% |
|---|---|---|---|---|---|---|---|---|---|---|
| 31/03/2014 | 07/04/2014 | Gaffni Cline | development cost estimate | 12,806 | 7,043 | 640 | 1,281 | 1,281 | 1,281 | 1,281 |
| 28/05/2014 | 01/06/2014 | MEWR | State License fee | 8,426 | 4,634 | 421 | 843 | 843 | 843 | 843 |
| 07/03/2014 | 30/04,12/5/2014 | PGS | 3D acquisition-demobilization | 13,849 | 7,617 | 692 | 1,385 | 1,385 | 1,385 | 1,385 |
| 31/03/2014 | 30/04,12/5/2014 | PGS | 3D acquisition-demobilization | 5,966 | 3,281 | 298 | 597 | 597 | 597 | 597 |
| 3/2014 | 07/04/2014 | RonaldKerr | Data processing Supervision | 1,145 | 630 | 57 | 115 | 115 | 115 | 115 |
| 4/2014 | 08/05/2014 | RonaldKerr | Data processing Supervision | 1,750 | 963 | 88 | 175 | 175 | 175 | 175 |
| 5/2014 | 16/06/2014 | RonaldKerr | Data processing Supervision | 2,625 | 1,444 | 131 | 263 | 263 | 263 | 263 |
| **TOTAL** | | | | 46,567 | 25,612 | 2,328 | 4,657 | 4,657 | 4,657 | 4,657 |

**CASH CALL ″SHIMSHON″ LICENSE**

Expenses for 7/2014 - 9/2014

| INVOICE DATE | PAYMENT DATE | VENDOR NAME | DETAILS | USD TOTAL | ISRAMCO 55% | ATP CORP 5% | NAPHTA EXPLORATION 10% | IOC DEAD SEA 10% | IOC 10% | MODIIN 10% |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/06/2014 | 29/07/2014 | Gaffni Cline | development cost estimate | 3,881 | 2,135 | 194 | 388 | 388 | 388 | 388 |
| 23/05/2014 | 29/07/2014 | Gaffni Cline | development cost estimate | 2,013 | 1,107 | 101 | 201 | 201 | 201 | 201 |
| 6/2014 | 07/07/2014 | RonaldKerr | Data processing Supervision | 700 | 385 | 35 | 70 | 70 | 70 | 70 |
| 7/2014 | 04/08/2014 | RonaldKerr | Data processing Supervision | 2,450 | 1,348 | 123 | 245 | 245 | 245 | 245 |
| 8/2014 | 08/09/2014 | RonaldKerr | Data processing Supervision | 2,466 | 1,356 | 123 | 247 | 247 | 247 | 247 |
| 15/09/2014 | 30/09/2014 | Gaffni Cline | development cost estimate | 2,731 | 1,502 | 137 | 273 | 273 | 273 | 273 |
| 28/9/2014 | 06/10/2014 | Internationa&Mediterranean | Data processing | 93,446 | 51,395 | 4,672 | 9,345 | 9,345 | 9,345 | 9,345 |
| 28/9/2014 | 06/10/2014 | Internationa&Mediterranean | Data processing | 40,985 | 22,541 | 2,049 | 4,098 | 4,098 | 4,098 | 4,098 |
| 28/9/2014 | 06/10/2014 | Internationa&Mediterranean | Data processing | 81,010 | 44,555 | 4,050 | 8,101 | 8,101 | 8,101 | 8,101 |
| 28/9/2014 | 06/10/2014 | Internationa&Mediterranean | Data processing | 91,761 | 50,468 | 4,588 | 9,176 | 9,176 | 9,176 | 9,176 |
| 28/9/2014 | 06/10/2014 | Internationa&Mediterranean | Data processing | 71,796 | 39,488 | 3,590 | 7,180 | 7,180 | 7,180 | 7,180 |
| 28/9/2014 | 06/10/2014 | Internationa&Mediterranean | Data processing | 50,000 | 27,500 | 2,500 | 5,000 | 5,000 | 5,000 | 5,000 |
| 28/9/2014 | 06/10/2014 | Internationa&Mediterranean | Data processing | 127,040 | 69,872 | 6,352 | 12,704 | 12,704 | 12,704 | 12,704 |
| 31/05/2014 | 21/07/2014 | NETWORK | Shimshon well analyze | 4,263 | 2,345 | 213 | 426 | 426 | 426 | 426 |
| 30/06/2014 | 19/08/2014 | NETWORK | Shimshon well analyze | 7,276 | 4,002 | 364 | 728 | 728 | 728 | 728 |
| 31/07/2014 | 26/08/2014 | NETWORK | Shimshon well analyze | 8,235 | 4,529 | 412 | 824 | 824 | 824 | 824 |
| 31/08/2014 | 22/09/2014 | NETWORK | Shimshon well analyze | 4,988 | 2,743 | 249 | 499 | 499 | 499 | 499 |
| 20/7/2014 | 20/07/2014 | Coral | Delivery | 780 | 429 | 39 | 78 | 78 | 78 | 78 |
| **Total** | | | | 595,818 | 327,700 | 29,791 | 59,582 | 59,582 | 59,582 | 59,582 |

## CASH CALL ″SHIMSHON″ LICENSE

Expenses for 10/2014 - 12/2014

| INVOICE DATE | PAYMENT DATE | VENDOR NAME | DETAILS | USD TOTAL | ISRAMCO | ATP CORP | EXPLORATION | IOC DEAD SEA | IOC | MODIIN |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 55% | 5% | 10% | 10% | 10% | 10% |
| 9/2014 | 07/10/2014 | RonaldKerr | Data processing Supervision | 744 | 409 | 37 | 74 | 74 | 74 | 74 |
| 10/2014 | 04/11/2014 | RonaldKerr | Data processing Supervision | 1,269 | 698 | 63 | 127 | 127 | 127 | 127 |
| 11/2014 | 09/12/2014 | RonaldKerr | Data processing Supervision | 788 | 433 | 39 | 79 | 79 | 79 | 79 |
| 20/10/2014 | 20/10/2014 | Internationa&Mediterranean | Data processing | 30,786 | 16,932 | 1,539 | 3,079 | 3,079 | 3,079 | 3,079 |
| 30/10/2014 | 30/10/2014 | Internationa&Mediterranean | Data processing | 20,000 | 11,000 | 1,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| 27/11/2014 | 27/11/2014 | Internationa&Mediterranean | Data processing | 50,844 | 27,964 | 2,542 | 5,084 | 5,084 | 5,084 | 5,084 |
| 23/12/2014 | 23/12/2014 | Internationa&Mediterranean | Data processing | 69,490 | 38,219 | 3,474 | 6,949 | 6,949 | 6,949 | 6,949 |
| 30/09/2014 | 27/11/2014 | NETWORK | Shimshon well analyze | 3,575 | 1,966 | 179 | 358 | 358 | 358 | 358 |
| 31/10/2014 | 19/08/2014 | NETWORK | Shimshon well analyze | 3,150 | 1,733 | 158 | 315 | 315 | 315 | 315 |
| 10/6/2014 | 20/10/2014 | cross | Data processing | 10,800 | 5,940 | 540 | 1,080 | 1,080 | 1,080 | 1,080 |
| Total | | | | 191,444 | 105,294 | 9,572 | 19,144 | 19,144 | 19,144 | 19,144 |

## CASH CALL "SHIMSHON" LICENSE

Expenses for 1/2015 - 3/2015

| INVOICE DATE | PAYMENT DATE | VENDOR NAME | DETAILS | USD TOTAL | ISRAMCO 55% | ATP CORP 5% | NAPHTA EXPLORATION 10% | IOC DEAD SEA 10% | IOC 10% | MODIIN 10% |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/2014 | 06/01/2015 | RonaldKerr | Data processing Supervision | 525 | 289 | 26 | 53 | 53 | 53 | 53 |
| 1/2015 | 03/02/2015 | RonaldKerr | Data processing Supervision | 963 | 529 | 48 | 96 | 96 | 96 | 96 |
| 281/1/2015 | 28/01/2015 | Internationa&Mediterranean | Data processing | 18,645 | 10,255 | 932 | 1,865 | 1,865 | 1,865 | 1,865 |
| 31/12/2014 | 03/02/2015 | NETWORK | Shimshon well analyze | 9,743 | 5,359 | 487 | 974 | 974 | 974 | 974 |
| 26/01/2015 | 18/02/2015 | cross | Data processing | 60,491 | 33,270 | 3,025 | 6,049 | 6,049 | 6,049 | 6,049 |
| TOTAL | | | | 90,367 | 49,702 | 4,518 | 9,037 | 9,037 | 9,037 | 9,037 |

## CASH CALL "SHIMSHON" LICENSE

Expenses for 4/2015 - 6/2015

| INVOICE DATE | PAYMENT DATE | VENDOR NAME | DETAILS | USD TOTAL | ISRAMCO | ATP CORP | NAPHTA EXPLORATION | IOC DEAD SEA | IOC | MODIIN |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 55% | 5% | 10% | 10% | 10% | 10% |
| 31/3/2015 | 13/04/2015 | NSAI | Reserves estimates | 29,764 | 16,370 | 1,488 | 2,976 | 2,976 | 2,976 | 2,976 |
| 31/3/2015 | 21/04/2015 | ELINNGSON | Geologiacl samples storage | 5,488 | 3,018 | 274 | 549 | 549 | 549 | 549 |
| 18/04/2014 | 23/04/2014 | sutherland | Legal consultant | 1,311 | 721 | 66 | 131 | 131 | 131 | 131 |
| TOTAL | | | | 36,563 | 20,110 | 1,828 | 3,656 | 3,656 | 3,656 | 3,656 |

## CASH CALL "SHIMSHON" LICENSE

Expenses for 7/2015 - 9/2015

| INVOICE DATE | PAYMENT DATE | VENDOR NAME | DETAILS | USD TOTAL | ISRAMCO 55% | ATP CORP 5% | NAPHTA EXPLORATION 10% | IOC DEAD SEA 10% | IOC 10% | MODIIN 10% |
|---|---|---|---|---|---|---|---|---|---|---|
| 26/6/2015 | 27/07/2015 | EQUIPOISE | Seismic processing | 23,826 | 13,104 | 1,191 | 2,383 | 2,383 | 2,383 | 2,383 |
| 31/8/2015 | 08/09/2015 | EQUIPOISE | Seismic processing | 125 | 69 | 6 | 13 | 13 | 13 | 13 |
| 9/8/2015 | 10/08/2015 | License fee | License fee shimshon | 72,176 | 39,697 | 3,609 | 7,218 | 7,218 | 7,218 | 7,218 |
| 20/9/2015 | 20/09/2015 | EY | Levy report | 2,330 | 1,282 | 117 | 233 | 233 | 233 | 233 |
| **TOTAL** | | | | 98,457 | 54,151 | 4,923 | 9,846 | 9,846 | 9,846 | 9,846 |

## CASH CALL ″SHIMSHON″ LICENSE

**Expenses for 10/2015 - 12/2015**

| INVOICE DATE | PAYMENT DATE | VENDOR NAME | DETAILS | USD TOTAL | ISRAMCO 55% | ATP CORP 5% | NAPHTA EXPLORATION 10% | IOC DEAD SEA 10% | IOC 10% | MODIIN 10% |
|---|---|---|---|---|---|---|---|---|---|---|
| 42,330 | 22/11/2015 | Daat adam safa | Translation | 980 | 539 | 49 | 98 | 98 | 98 | 98 |
| 20/12/2015 | 20/12/2015 | Agmon | Shimson license | 3,640 | 2,002 | 182 | 364 | 364 | 364 | 364 |
| 26/10/2015 | 26/10/2015 | ATP East Med Trustees | Timewriting | 51,426 | 28,284 | 2,571 | 5,143 | 5,143 | 5,143 | 5,143 |
| **TOTAL** | | | | 56,046 | 30,825 | 2,802 | 5,605 | 5,605 | 5,605 | 5,605 |

### CASH CALL "SHIMSHON" LICENSE

**Expenses for 1/2016 - 3/2016**

| | | | | USD TOTAL | ATP CORP | ISRAMCO | PSH | NAPHTA EXPLORATION | IOC DEAD SEA | IOC | MODIIN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 5% | 50% | 5% | 10% | 10% | 10% | 10% |
| **INVOICE DATE** | **PAYMENT DATE** | **VENDOR NAME** | **DETAILS** | | | | | | | | |
| 21/02/2016 | 21/02/2016 | EY | Levy report | 721 | 36 | 361 | 36 | 72 | 72 | 72 | 72 |
| 08/03/2016 | 31/03/2016 | WILLIS | insurance | 2,162 | 108 | 1,081 | 108 | 216 | 216 | 216 | 216 |
| | | | | 2,883 | 144 | 1,442 | 144 | 288 | 288 | 288 | 288 |

**Operator Fee for 1/2016 - 3/2016**

| | | | USD TOTAL | ATP CORP | ISRAMCO | PSH | NAPHTA EXPLORATION | IOC DEAD SEA | IOC | MODIIN |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 5.0% | 52.9% | | 10.5% | 10.5% | 10.5% | 10.5% |
| **PERIOD** | **VENDOR NAME** | **DETAILS** | | | | | | | | |
| Q1 | PSH | Operator Fee | 25,500 | 1,275 | 13,557 | -25,500 | 2,684 | 2,684 | 2,684 | 2,684 |
| Q1 | PSH | Operator Fee (5%) | 144 | 7 | 76 | -144 | 15 | 15 | 15 | 15 |
| Q1 | IOC | Contracting Party Fee (2%) | 58 | 3 | 31 | - | 6 | 6 | -52 | 6 |
| | | | 25,702 | 1,285 | 13,664 | -25,644 | 2,705 | 2,705 | 2,647 | 2,705 |
| | | | | | | | | | | |
| **TOTAL** | | | 28,585 | 1,429 | 15,106 | -25,500 | 2,993 | 2,993 | 2,935 | 2,993 |

### CASH CALL "SHIMSHON" LICENSE

**Expenses for 4/2016 - 6/2016**

| INVOICE DATE | PAYMENT DATE | VENDOR NAME | DETAILS | USD TOTAL | ATP CORP 5% | ISRAMCO 50% | PSH 5% | NAPHTA EXPLORATION 10% | IOC DEAD SEA 10% | IOC 10% | MODIIN 10% |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 29/04/2016 | 10/05/2016 | WILLIS | insurance | 40,180 | 2,009 | 20,090 | 2,009 | 4,018 | 4,018 | 4,018 | 4,018 |
| 15/05/2016 | 07/06/2016 | MEWR | State License fee | 70,556 | 3,528 | 35,278 | 3,528 | 7,056 | 7,056 | 7,056 | 7,056 |
| 07/04/2016 | 07/06/2016 | Agmon | Shimson license | 2,294 | 115 | 1,147 | 115 | 229 | 229 | 229 | 229 |
| | | | | 113,030 | 5,652 | 56,515 | 5,652 | 11,303 | 11,303 | 11,303 | 4,247 |

**Operator Fee for 1/2016 - 3/2016**

| PERIOD | VENDOR NAME | DETAILS | USD TOTAL | ATP CORP 5.0% | ISRAMCO 52.9% | PSH | NAPHTA EXPLORATION 10.5% | IOC DEAD SEA 10.5% | IOC 10.5% | MODIIN 10.5% |
|---|---|---|---|---|---|---|---|---|---|---|
| Q2 | PSH | Operator Fee | 25,500 | 1,275 | 13,557 | -25,500 | 2,684 | 2,684 | 2,684 | 2,684 |
| Q2 | PSH | Operator Fee (5%) | 5,652 | 283 | 2,990 | -5,652 | 595 | 595 | 595 | 595 |
| Q2 | IOC | Contracting Party Fee (2%) | 2,261 | 113 | 1,196 | - | 238 | 238 | -2,023 | 238 |
| | | | 33,413 | 1,671 | 17,743 | -31,152 | 3,517 | 3,517 | 1,256 | 3,517 |
| **TOTAL** | | | 146,443 | 7,323 | 74,258 | -25,500 | 14,820 | 14,820 | 12,559 | 7,764 |

**<u>Total Shimshon and Daniel Expenses - ATP's Share</u>**

|      | <u>TOTAL</u> | <u>SHIMSHON</u> | <u>DANIEL</u> |
|------|-------------|-----------------|---------------|
| 2014 | 302,072     | 147,860         | 154,212       |
| 2015 | 23,690      | 14,072          | 9,619         |
| 2016 | 19,220      | 8,752           | 10,468        |
|      | **344,982** | **170,684**     | **174,298**   |

<u>Exhibit D</u>

Henderson Resume

# GERALD E. HENDERSON

jerehenderson@gmail.com

### 303-601-1010

Gerald Henderson, a petroleum reservoir engineer, has more than forty years experience  as principal, advisor, and consultant in domestic and international oil/gas merger and acquisition activities,  finance, corporate and asset valuation, strategic planning, project modeling, competitive bidding and operational management.  He has formed a number of oil/gas firms, and built an internationally recognized consulting firm,  all of which are still in operation in various forms.  His consulting   clients have included both significant   and start-up financial and operating companies.

Mr. Henderson also has for the past ten-plus years shared his hands-on experience by creating and delivery of training courses in industry M&A, Finance, Joint Ventures and Economics.  The courses are offered multiple times per year and have been attended by hundreds industry C-Level and Management personnel in Houston Calgary and London.  The courses are managed by the Nautilus and PIECE units of RPS  Group.

He has had total P/L responsibility for the firms of his experience as they had operations in in most major onshore basins.   He has served as originator, shareholder, director and chief executive officer for privately owned companies and has also been a director of a publicly held Junior Company (TSX-V) in Canada.  His extensive technical knowledge is frequently called upon in project evaluation, finance and approval.

Mr. Henderson has experience in past years as expert witness in several court cases. He served as "Friend of the Court" in District Court in Denver, Colorado before Judge John Coughlin in a case wherein he testified at  length about standard industry practices in   confidentiality between buyer and seller of   drilling prospect information.  He also testified as expert witness regarding knowledgeable investor expectations in federal court in San Francisco in a case involving an investor seeking return of drilling capital from an oil independent.

During the 1970's, he selected and led a team of industry professionals in a four+ year project to support the Department of Justice as it defended litigation brought by major oil companies over lease cancellations in the Santa Barbara channel, California.   The analyses included valuation, industry practices and outcome modeling as well as trial and exhibit preparation.

**EDUCATION**

B.S. Petroleum Engineering       Missouri School of Mines     1961

M.S. Petroleum Engineering       Missouri School of Mines     1963

**PROFESSIONAL**

Professional  Engineer       Texas         Number 29566 (1968-1992)

Society of Pet. Engineers                 Number 3464712 (1958-2013)

**EXPERIENCE**

1995-Present                 Merger/Acquisition/Planning Consultant

2005-Present                 PEICE/NAUTILUS (RPS Group) Instructor

2004-Present                 Alliance Clean Oil – Managing Member

                             Development of $100mm Re-refinery

1984-1995                    Maple Gas Corporation – Chairman, CEO

                             Independent Oil Company

1978-1984                    American Pet. Management Corp – Partner

                             Property Acquisition Group

1970-1978                    Scientific Software Corp – VP Engineering