

ENTERED
06/10/2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ATP OIL & GAS CORPORATION | § | CASE NO: 12-36187 |
|   Debtor(s) | § | |
| | § | CHAPTER 7 |

### ORDER ON MOTION TO PAY STAORAGE COSTS AND SHRED FILES

The Court orders:

1. The Chapter 7 Trustee is authorized to pay accrued storage costs of $2,425.00 and such other storage fees as they may accrue.

2. Not later than 30 days from entry of this Order, OHA may designate files that it requests the Trustee to retain.

3. The files designated by OHA will not be shredded.

4. The balance of the files listed on Exhibit "A" to the motion may be destroyed.

5. The cost to retain the requested retained files will be paid to the Trustee by OHA.

SIGNED **June 9, 2018.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE